1

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
2
Cheryl D. Uzamere
3
Sole Proprietor
African Diasporal Enterprises
4
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
5
Brooklyn, NY 11208
6
Tel.: (929) 225-8837, Fax: (929) 225-8827
E-mail #1: cheryl.uzamere@africandiasporalenterprises.net
7
E-mail #2: cheryl.uzamere@uzamerewordprocessing.net

8

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 12 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

9

10
**CHERYL D. UZAMERE,** Individually and in Her )
Official Capacity as Sole Proprietor of African )
11
Diasporal Enterprises and Uzamere Word Processing )
and More )
12
          Plaintiff, )
13
)
- v - )
14
)
15
1.    **EHIGIE EDOBOR UZAMERE, USCIS** )
    **FILE NO. A35 201 224, A.K.A. "GODWIN** )
16
    **E. UZAMERE", USCIS FILE NO. A24 027** )
    **764,** Individually, and Tortiously and )
17
    Criminally Liable; )
18
          - and - )
19
)
**VARIOUS KNOWN AND UNKNOWN** )
20
**BABYLONIAN TALMUD-ADHERENT** )
**ASHKENAZI JEWISH LEADERS AS A** )
21
**VICTIM-HUMILIATION-PRODUCING** )
**SEXUALLY SADISTIC HATE GROUP;** )
22
)
23
2.    **AUSTIN I. IDEHEN, ESQ.,** Individually, )
    and Tortiously and Criminally Liable; )
24
)
**DEMOCRATIC NATIONAL COMMITTEE** )
25
)
3.    **DEMOCRATIC NATIONAL** )
26
    **COMMITTEE,** Individually, and Tortiously )
27
    and Criminally Liable in Its Official )
    Capacity; )
28
)

Docket No. **1:22-CV-2745**

**CIVIL ACTION TO ENFORCE COURT-ORDERED SUPPORT OBLIGATIONS PURSUANT TO THE SOCIAL SECURITY ACT SEC. 460 [42 U.S.C. SEC. 660]**

**COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF AND DAMAGES APPLIED SEVERALLY AND JOINTLY TO DEFENDANTS SUED INDIVIDUALLY**

**DEMAND FOR AFRICAN REPARATIONS AS A DESCENDANT OF BABYLONIAN TALMUD-BASED WAR CRIMES ASSOCIATED WITH VICTIM-HUMILIATION-PRODUCING, HATED-BASED, PEDOPHILE-ORIENTED, LAW-OF-MOSER ENFORCEMENT OF THE CRITICAL RACE PARADIGM**

**JURY TRIAL DEMANDED**

4.  **U.S. SENATE,** in Its Official Capacity;

5.  **U.S. HOUSE OF REPRESENTATIVES,** in Its Official Capacity

6.  **CHUCK SCHUMER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Majority Leaders, U.S. Senate;

7.  **HAKEEM JEFFRIES,** Individually, and Tortiously and Criminally in His Official Capacity as Congressman, 8th Congressional District;

8.  **LEE MICHAEL ZELDIN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Congressman, 1st Congressional District;

<u>**U.S. SENATE COMMITTEE ON THE JUDICIARY**</u>

9.  **DICK DURBIN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chair, U.S. Senate Committee on the Judiciary;

10.  **PATRICK LEAHY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary;

11.  **DIANNE FEINSTEIN,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as a Member of the U.S. Senate Committee on the Judiciary;

12.  **SHELDON WHITEHOUSE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary;

13.  **AMY KLOBUCHARD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary;

14. **CHRIS COONS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

15. **RICHARD BLUMENTHAL,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

16. **MAZIE HIRONO,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

17. **CORY BOOKER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

18. **ALEX PADILLA,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

19. **JON OSSOFF,** Individually, and Tortiously and Criminally Liable and in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

20. **CHUCK GRASSLEY,** Individually, and Tortiously and Criminally Liable His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

21. **LINDSEY GRAHAM,** Individually, and Tortiously and Criminally Liable His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

22. **JOHN CORNYN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

23. **MIKE LEE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

24. **TED CRUZ,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

25. **BEN SASSE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

26. **JOSH HAWLEY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

27. **TOM COTTON,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

28. **JOHN KENNEDY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

29. **THOMAS TILLIS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

30. **MARSHA BLACKBURN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as a Member of the U.S. Senate Committee on the Judiciary; )

<u>**U.S. DEPARTMENT OF JUSTICE**</u>

31. **MERRICK GARLAND, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Attorney General of the United States; )

32. **MICHAEL E. HOROWITZ, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Inspector General, U.S. Department of Justice; )

33. **KRISTEN CLARK, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Assistant Attorney General, Civil Rights Division, U.S. Department of Justice; )

34. **REBECCA BOND, ESQ.** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Chief, Disability Rights, Civil Rights Division, U.S. Department of Justice; )

35. **A. EUGENIA COWLES, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as U.S. Attorney for the District of Vermont; )

36. **WILLIAM CAMPOS, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Assistant U.S. Attorney for the Eastern District of New York, U.S. Department of Justice; )

37. **BENJAMIN TORRANCE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as U.S. Attorney for the Eastern District of New York, U.S. Department of Justice; )

38. **CHRISTOPHER WRAY, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Director of the Federal Bureau of Investigation, U.S. Department of Justice; )

**U.S. DEPARTMENT OF HOMELAND SECURITY** )

39. **ALEJANDRO MAYORKAS, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Secretary of the Department of Homeland Security; )

40. **UR M. JADDOU**, Individually, and Tortiously and Criminally Liable in Her Official Capacity as Director of the U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security; )

41. **JONATHAN E. MEYER,** Individually, Tortiously and Criminally Liable in His Official Capacity as General Counsel for the U.S. Department of Homeland Security; )

42. **ASHLEY TABADDOR, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Chief Counsel, U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security. )

43. **RACHEL ROTHSTEIN MCCARTHY, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Former Bar Counsel, U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security; )

44. **DENIS MCGOWAN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Former Regional Director, Federal Protective Service, U.S. Department of Homeland Security; )

45. **D. GREGG, SHIELD 298,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Law Enforcement Officer, Federal Protection Officer, Regional 2, National Protection and Programs Protectorate, U.S. Department of Homeland Security; )

46. **CLIFFORD BARNES, SHIELD 345,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Law Enforcement Officer, Federal Protection and Programs Protectorate, U.S. Department of Homeland Security; )

47. **"JOHN DOES" 1 – 5,** Individually, and )
Tortiously and Criminally Liable in Their )
Official Capacities as Law Enforcement )
Officers (During Law Enforcement Stand-off )
at My Front Door as Shown on Video )
(https://bit.ly/2WvLG5u); )

**FEDERAL COMMUNICATION COMMISSION** )

48. **JESSICA ROSENWORCEL, ESQ.,** )
Individually, and Tortiously and Criminally )
Liable in Her Official Capacity as Chair for )
the Federal Communication Commission; )

**EQUAL EMPLOYMENT OPPORTUNITY** )
**COMMISSION** )

49. **CHARLOTTE BURROWS, ESQ.,** )
Individually, and Tortiously and Criminally )
Liable in Her Official Capacity as Chair, )
Equal Employment Opportunity )
Commission; )

50. **MILTON A. MAYO, JR.,** Individually, and )
Tortiously and Criminally Liable in His )
Official Capacity as Inspector General, Equal )
Employment Opportunity Commission; )

51. **JUDY KEENAN, ESQ.,** Individually, and )
Tortiously and Criminally Liable in Her )
Official Capacity as Regional Director, New )
York City, Equal Employment Opportunity )
Commission; )

52. **JEFFREY BURSTEIN, ESQ.,** )
Individually, and Tortiously and Criminally )
Liable in His Official Capacity as Regional )
Counsel, New York City, Equal Employment )
Opportunity Commission; )

**U.S. DEPARTMENT OF HEALTH AND** )
**HUMAN SERVICES** )

53. **XAVIER BECERRA, ESQ.,** Individually, )
and Tortiously and Criminally Liable in His )
Official Capacity as Secretary of the U.S. )
Department of Health and Human Services; )

54. **BEN GOLDHABER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Deputy Assistant Secretary for Administration, Administration for Children and Families, U.S. Department of Health and Human Services;

55. **MIRIAM DELPHIN-RITTMON,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Assistant Secretary for Mental Health and Substance, Substance Abuse and Mental Health Services Administration, U.S. Department of Health and Human Services;

**U.S. DEPARTMENT OF STATE**

56. **RENA BITTER,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Assistant Secretary, Bureau of Consular Affairs, U.S. Department of State;

57. **MARY BETH LEONARD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as U.S. Ambassador to Nigeria, U.S. Department of State;

58. **CASSIDY "DOE,"** Individually, and Tortiously and Criminally Liable in His Official Capacity as Vice Consul, U.S. Embassy in Nigeria, U.S. Department of State;

59. **KELLIE ROBINSON,** Individually, and Tortiously and Criminally Liable in Her Official Capacity, Office of Information Programs, U.S. Department of State;

**STATE OF NEW YORK**

60. **STATE OF NEW YORK,** Individually, and Tortiously and Criminally Liable and in Its Official Capacity;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

61. **KATHY HOCHUL,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Governor of the State of New York;

**NEW YORK STATE SENATE COMMITTEE ON THE JUDICIARY**

62. **JAMAAL T. BAILEY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Member, 36th District, New York State Senate Committee on the Judiciary;

63. **ALESSANDRA BIAGGI,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Member, 34th District, New York State Senate Committee on the Judiciary;

64. **PHIL BOYLE,** Individually, and Tortiously and Criminally Liable Tortiously and Criminally Liable in His Official Capacity as Senator, 4th District, New York State Senate Committee on the Judiciary;

65. **NEIL D. BRESLIN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 44th District, New York State Senate Committee on the Judiciary;

66. **ANDREW GOUNARDES,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 22nd District, New York State Senate Committee on the Judiciary;

67. **BRAD HOYLMAN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 27th District, New York State Senate Committee on the Judiciary;

**68.**    **ANNA M. KAPLAN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 7th District, New York State Senate Committee on the Judiciary;   )

**69.**    **ANDREW J. LANZA,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 24th District, New York State Senate Committee on the Judiciary;   )

**70.**    **ZELLNOR MYRIE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 20th District, New York State Senate Committee on the Judiciary;   )

**71.**    **THOMAS F. O'MARA,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 58th District, New York State Senate Committee on the Judiciary;   )

**72.**    **PETER OBERACKER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 51st District, New York State Senate Committee on the Judiciary;   )

**73.**    **ANTHONY H. PALUMBO,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, 1st District, New York State Senate Committee on the Judiciary;   )

**74.**    **LUIS R. SEPÚLVEDA,** in His Official Capacity as Senator, 32nd District, New York State Senate Committee on the Judiciary;   )

**75.**    **JAMES SKOUFIS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Senator, for 39th District, New York State Senate;   )

x

76. **KEVIN THOMAS,** Individually, and
Tortiously and Criminally Liable in His
Official Capacity as Senator, 9th District,
New York State Senate Committee on the
Judiciary;

**NEW YORK STATE ATTORNEY GENERAL'S OFFICE**

77. **LETITIA JAMES, ESQ.,** Individually, and
Tortiously and Criminally Liable in Her
Official Capacity as New York State
Attorney General;

78. **OREN L. ZEVE, ESQ.,** Individually, and
Tortiously and Criminally Liable his official
capacity as Managing Solicitor General, New
York State Attorney General's Office;

79. **ROBERT ABRAMS, ESQ.,** Individually,
and Tortiously and Criminally Liable in His
Official Capacity as Former Attorney
General for the State of New York;

**NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT**

80. **JOSEPH W. BELLUCK, ESQ.,**
Individually, and Tortiously and Criminally
Liable in His Official Capacity as Chair, New
York State Commission on Judicial Conduct;

**NEW YORK STATE ATTORNEY GRIEVANCE COMMITTEES FOR THE FIRST AND SECOND DEPARTMENTS**

81. **ABIGAIL REARDON, ESQ.,** Individually,
and Tortiously and Criminally Liable in Her
Official Capacity as Chair, Attorney
Grievance Committee for the First Judicial
Department, New York State Unified Court
System;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**82. DIANA MAXFIELD KEARSE, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Chair, Attorney Grievance Committee for the Second Judicial Department, New York State Unified Court System;

**NEW YORK STATE OFFICE FOR ATTORNEYS FOR CHILDREN**

**83. HARRIET R. WEINBERGER, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as the former Director, Office of Attorneys for Children, New York State Supreme Court Appellate Division, Second Judicial Department, New York State Unified Court System;

**84. JOANA C. ELDER, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Director, Office of Attorneys for Children, New York State Supreme Court Appellate Division, Second Judicial Department, New York State Unified Court System;

**85. ANNA STERN, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Assigned Counsel, Office of Attorneys for Children, New York State Supreme Court Appellate Division, Second Judicial Department, New York State Unified Court System;

**86. ELLIOT GREEN, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Assigned Counsel, Office of Attorneys for Children, New York State Supreme Court Appellate Division, Second Judicial Department, New York State Unified Court System;

**NEW YORK STATE UNIFIED COURT SYSTEM**    )
)
)
**87.    THE HONORABLE JANET DIFIORE,**    )
Individually, and Tortiously and Criminally    )
Liable in Her Official Capacity as Chief    )
Judge of the New York State Court of    )
Appeals, New York State Unified Court    )
System;    )
)
**88.    THE HONORABLE LAWRENCE**    )
**MARKS,** Individually, and Tortiously and    )
Criminally Liable His Official Capacity as    )
Chief Administrative Judge for the New York    )
State Unified Court System;    )
)
**89.    THE HONORABLE HECTOR D.**    )
**LASALLE,** Individually, and Tortiously and    )
Criminally Liable in His Official Capacity as    )
Presiding Justice, New York State Supreme    )
Court, Appellate Division, Second Judicial    )
Department, New York State Unified Court    )
System;    )
)
**90.    THE HONORABLE REINALDO E.**    )
**RIVERA,** Individually, and Tortiously and    )
Criminally Liable in His Official Capacity as    )
Associate Justice, New York State Supreme    )
Court, Appellate Division, Second Judicial    )
Department, New York State Unified Court    )
System;    )
)
**91.    THE HONORABLE CHERYL E.**    )
**CHAMBERS,** Individually, and Tortiously    )
and Criminally Liable in Her Official    )
Capacity as Associate Justice, New York    )
State Supreme Court, Appellate Division,    )
Second Judicial Department, New York State    )
Unified Court System;    )
)
**92.    THE HONORABLE MARK C.**    )
**DILLON,** Individually, and Tortiously and    )
Criminally Liable in His Official Capacity as    )
Associate Justice, New York State Supreme    )
Court, Appellate Division, Second Judicial    )
Department, New York State Unified Court    )
System;    )
)

**93.** **THE HONORABLE BETSY BARROS,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

**94.** **THE HONORABLE JOSEPH J. MALTESE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

**95.** **THE HONORABLE SHERI. S. ROMAN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

**96.** **THE HONORABLE ROBERT J. MILLER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

**97.** **THE HONORABLE COLLEEN DUFFY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

**98.** **THE HONORABLE FRANCESCA E. CONNOLLY,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;                                        )

99.   **THE HONORABLE WILLIAM G. FORD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)

100.  **THE HONORABLE JOSEPH A. ZAYAS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)
)

101.  **THE HONORABLE LINDA CHRISTOPHER,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)

102.  **THE HONORABLE VALERIE BRATHWAITE NELSON,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)

103.  **THE HONORABLE ANGELA G. IANNACCI,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)

104.  **THE HONORABLE PAUL WOOTEN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System;   )
)
)
)
)
)
)
)

105. **THE HONORABLE LARA J. GENOVESI,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System; )

106. **THE HONORABLE DEBORAH A. DOWLING,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Associate Justice, New York State Supreme Court, Appellate Division, Second Judicial Department, New York State Unified Court System; )

107. **THE HONORABLE JEFFREY S. SUNSHINE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Justice for the Kings County Supreme Court, New York State Unified Court System; )

108. **THE HONORABLE AMANDA WHITE,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Supervising Judge, Kings County Family Court; New York State Unified Court System; )

109. **THE HONORABLE BEN. J. DARVIL, JR.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge, Kings County Family Court, New York State Unified Court System; )

110. **ADELE ALEXIS HARRIS, SUPPORT MAGISTRATE,** Individually and in Her Official Capacity as Support Magistrate, Kings County Family Court, New York State Unified Court System; )

111. **DENISE-MARIE VALME LUNDY,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Referee, Kings County Family Court, New York State Unified Court System; )

112. **LISA ASCHKENASY,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

113. **JAMILA CHA-JUA-LEE,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

114. **FRANK M. HOELLDOBLER,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

115. **NISHA MENON,** Individually and in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

116. **JENNIFER MITEK,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

117. **DANIELLE M. RODRIGUEZ,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

118. **VALERIE WALDEIER,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

119. **EDWARD W. YUSKEVICH,** Individually and in His Official Capacity as Court Attorney Referee for the Kings County Family Court, New York State Unified Court System;   )

**120.** **ROSA M. ASTUTO,** Individually and in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**121.** **JENNIFER L. CASTALDI,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**122.** **ANDREA HECHT-ZAKI,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**123.** **BRITTANY BISNOTT,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**124.** **DANIELLE NOEL,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**125.** **NICHOLAS J. PALOS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**126.** **GABRIELLA F. RICHMAN,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate for the Kings County Family Court, New York State Unified Court System;  )

**127.** **SUSAN S. DANOFF,** Individually, and Tortiously and Criminally Liable Her Official Capacity as Judicial Hearing Officer for the Kings County Family Court, New York State Unified Court System;  )

128. **RICHARD N. ROSS,** Individually, and Tortiously and Criminally Liable His Official Capacity as Judicial Hearing Officer for the Kings County Family Court, New York State Unified Court System;

129. **THE HONORABLE ALAN BECKOFF,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

130. **THE HONORABLE LINDA M. CAPITTI,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

131. **THE HONORABLE CAROLINE PIELA COHEN,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge or the Kings County Family Court, New York State Unified Court System;

132. **THE HONORABLE DIANE COSTANZO,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

133. **THE HONORABLE JACQUELINE B. DEANE,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

134. **THE HONORABLE CATHERINE M. DIDOMENICO,** Individually, and Tortiously and Criminally Liable Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

135.   **THE HONORABLE DENA E. DOUGLAS,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

136.   **THE HONORABLE ALICEA ELLORAS-ALLY,** Individually, and Tortiously and Criminally Liable Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

137.   **THE HONORABLE LISA J. FRIEDERWITZER,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

138.   **THE HONORABLE GREGORY L. GLIEDMAN,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

139.   **THE HONORABLE MELODY GLOVER,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

140.   **THE HONORABLE ILANA GRUEBEL,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

141.   **THE HONORABLE EVELYN J. LAPORTE,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

142. **THE HONORABLE MICHAEL R. MILSAP,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

143. **THE HONORABLE ERIK S. PITCHAL,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

144. **THE HONORABLE SUSAN QUIRK,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

145. **THE HONORABLE RAYMOND RODRIGUEZ,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

146. **THE HONORABLE STEPHANIE SCHWARTZ,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

147. **THE HONORABLE JANE C. TULLY,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

148. **THE HONORABLE JAVIER E. VARGAS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;   )

xxi

149. **THE HONORABLE JUDITH D. WAKSBERG,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System; )

150. **THE HONORABLE JACQUELINE D. WILLIAMS,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System; )

151. **THE HONORABLE HARRIET L. THOMPSON,** in Her Official Capacity as a Suspended Judge, Kings County Surrogate's Court, New York State Unified Court System; )

152. **CHERYL KLEIN,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Supervisor, Appeals Section, Kings County Family Court, New York State Unified Court System; )

153. **DOREEN M. HANLEY,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Chief Clerk of Court, New York State Family Court for New York City, New York State Unified Court System; )

154. **RYAN DARSHON,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Clerk of Court, Kings County Family Court, New York State Unified Court System; )

**NEW YORK STATE DEPARTMENT OF HEALTH**

155. **MARY BASSETT, MD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commission for the New York State Department of Health; )

**NEW YORK STATE OFFICE TEMPORARY AND DISABILITY ASSISTANCE** )

156. **DANIEL W. TIEZ,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Acting Commissioner, New York State Office of Temporary and Disability Assistance; )

**NEW YORK STATE OFFICE FOR CHILDREN AND FAMILIES** )

157. **SHEILA O. POOLE,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commissioner, New York State Office for Children and Families; )

**NEW YORK STATE OFFICE OF MENTAL HEALTH** )

158. **ANNE MARIE T. SULLIVAN MD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commissioner, New State Office of Mental Health; )

**NEW YORK STATE INSURANCE FUND** )

159. **KENNETH R. THEOBALDS,** in His Official Capacity as Chairman, New York State Insurance Fund; )

160. **TARA A. UZAMERE,** in Her Official Capacity as Medical Care Representative; )

**CITY OF NEW YORK** )

161. **CITY OF NEW YORK** Individually, and Tortiously and Criminally Liable; )

162. **ERIC ADAMS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Mayor of the City of New York; )

## NEW YORK CITY POLICE DEPARTMENT )

163. **KEECHANT SEWELL,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commissioner, New York City Police Department;

164. **ERNEST HART,** Individually, and Tortiously and Criminally Liable in His Official Capacity as General Counsel, New York City Police Department;

165. **DAVID P. BARRERE,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chief of Internal Affairs, New York Police Department;

166. **ROHAN GRIFFITH,** Individually, and Tortiously and Criminally Liable His Official Capacity as Deputy Inspector, 75th Precinct, New York City Police Department;

167. **NOEL D'AMICO, SHIELD NO. 6188,** Individually, and Tortiously and Criminally Liable and in His Official Capacity as Detective for the 75th Precinct, New York City Police Department;

168. **THOMAS FUSCO, SHIELD NO. 3191** Individually and in His Official Capacity as Detective for the 75th Precinct;

169. **JAMES W. ESSIG,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chief of Detectives, New York City Police Department;

170. **JOSEPH LEIVA, SHIELD NO. 3119,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

171. **KYLE STANLEY, SHIELD NO. 3809,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

172. **BIBEK THAPA, SHIELD NO. 28719,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

173. **PAUL CALEB, SHIELD NO. 8275,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

174. **DAVID TERAN, SHIELD NO. 26425,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

175. **MICHAEL MISILEWICH, SHIELD NO. 3869,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

176. **THOMAS ROURKE, SHIELD NO. 12040,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

177. **NAZIR ABDUL, SHIELD NO. 3401,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

178. **HORACIO DELGADO, SHIELD NO. 4133,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

179. **ANTHONY AMBROSINO, SHIELD NO. 8260,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

**180.** **ARTEMISA CACERES, SHIELD NO. 4965,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Detective, 75th Precinct, New York City Police Department;

**181.** **HIPOLITO M. GIL,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Captain, PSA 2, New York City Police Department;

**182.** **BOBBY XIAO, SHIELD NO. 2954,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Police Officer, Police Precinct PSA 2, New York City Police Department;

**183.** **MICHAEL FONTANA, SHIELD NO. 15313,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Police Officer, Police Precinct PSA 2, New York City Police Department;

**184.** **"JOHN DOES" 1 – 5,** Individually, and Tortiously and Criminally Liable in Their Official Capacities as Law Enforcement Officers (During Law Enforcement Stand-off at My Front Door as Shown on Video (https://bit.ly/2WvLG5u);

**NEW YORK CITY DEPARTMENT OF INVESTIGATIONS**

**185.** **JOCELYN STRAUBER, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commissioner, New York City Department of Investigation;

**186.** **JEANNINE BARRETT,** Individually, and Tortiously and Criminally Liable Her Official Capacity as Acting Inspector General, New York City Police Department, New York City Department of Investigations;

<u>NEW YORK CITY CIVILIAN COMPLAINT REVIEW BOARD</u> )

187. **JONATHAN DARCHE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Executive Director, Civilian Complaint Review Board; )

<u>BROOKLYN DISTRICT ATTORNEY'S OFFICE</u> )

188. **ERIC GONZALEZ,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Kings County District Attorney; )

<u>NEW YORK CITY CLERK'S OFFICE</u> )

189. **MICHAEL MCSWEENEY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as City Clerk, New York City Clerk's Office; )

190. **PATRICK L. SYNMOIE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Executive Agency Counsel for the New York City Clerk's Office; )

<u>NEW YORK CITY DEPARTMENT FOR THE AGING</u> )

191. **LORRAINE CORTÉS-VÁZQUEZ,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Commissioner, New York City Department for the Aging; )

192. **STEVEN FOO, ESQ.,** Individually and in His Official Capacity as General Counsel for the New York City Department for the Aging; )

193. **MARITZA ARROYO,** Individually and in Her Official Capacity as Assistant Commissioner, Bureau of Direct Services for the NYC Department for the Aging; )

194. **MARIA SERRANO,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Director, SCSEP Program New York City Department for the Aging;

**NEW YORK CITY HOUSING AUTHORITY**

195. **GREG RUSS,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chair, New York City Housing Authority;

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

196. **ASHWIN VASAN, MD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Commissioner, New York City Department of Health & Mental Hygiene;

197. **LISA LANDAU, JD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as General Counsel for the New York City Department of Health and Mental Hygiene;

198. **MICHAEL T. MCRAE, PhD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Acting Executive Deputy Commissioner, Bureau of Health Promotions for Justice-Impacted Populations; New York City Department of Health and Mental Hygiene;

199. **ABIGAIL GRESLA, LMSW,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as CRT Coordinator, Bureau of Health Promotions for Justice-Impacted Populations;

200. **BERNADETTE O'DONNELL, JD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Records Access Officer, New York City Department of Health and Mental Hygiene;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**NEW YORK CITY HEALTH AND HOSPITALS CORPORATION** )

201. **MICHAEL KATZ, MD**., Individually, and Tortiously and Criminally Liable in His Official Capacity as President and Chief Executive Officer of the New York City Health and Hospitals Corporation;

202. **MARCIA WERCHOL, MD,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Former Assistant Vice President, Family Court Mental Health Services at New York City Health and Hospitals Corporation;

**STATE ATTORNEYS GENERAL**

203. **STEVE MARSHALL,** His Official Capacity as Attorney General of the State of Alabama;

204. **TREG R. TAYLOR,** in His Official Capacity as Attorney General of the State of Alaska;

205. **MARK BRNOVICH,** in His Official Capacity as Attorney General of the State of Arizona;

206. **BLAKE MASTERS,** in His Official Capacity as Candidate, U.S. Senate for the State of Arizona;

207. **LESLIE RUTLEDGE,** in His Official Capacity as Attorney General of the State of Arkansas;

208. **ROB BONTA,** in His Official Capacity as Attorney General of the State of California;

209. **PHIL WEISER,** in His Official Capacity as Attorney General of the State of Colorado;

210. **WILLIAM TONG,** in His Official Capacity as Attorney General of the State of Connecticut;

**211.** **KATHY JENNINGS,** in Her Official )
Capacity as Attorney General of the State of )
Delaware; )

**212.** **ASHLEY MOODY,** in His Official )
Capacity as Attorney General of the State of )
Florida; )

**213.** **CHRIS CARR,** in His Official Capacity as )
Attorney General of the State of Georgia; )

**214.** **CLARE E. CONNORS,** in Her Official )
Capacity as Attorney General of the State of )
Hawaii; )

**215.** **LAWRENCE G. WASDEN,** in His Official )
Capacity as Attorney General of the State of )
Idaho; )

**216.** **KWAME RAOUL,** in His Official Capacity )
as Attorney General of the State of Illinois; )

**217.** **CURTIS T. HILL, JR.,** in His Official )
Capacity as Attorney General of the State of )
Indiana; )

**218.** **TOM MILLER,** in His Official Capacity as )
Attorney General of the State of Iowa; )

**219.** **DEREK SCHMIDT,** in His Official )
Capacity as Attorney General of the State of )
Kansas; )

**220.** **DANIEL CAMERON,** in His Official )
Capacity as Attorney General of the State of )
Kentucky; )

**221.** **JEFF LANDRY,** in His Official Capacity as )
Attorney General of the State of Louisiana; )

**222.** **AARON FREY,** in Official Capacity as )
Attorney General of the State of Maine; )

**223.** **BRIAN FROSH,** in His Official Capacity as )
Attorney General of the State of Maryland; )
)
)
)

xxx

224. **MAURA HEALEY,** in His Official Capacity as Attorney General of the State of Massachusetts; )

225. **DANA NESSEL,** in His Official Capacity as Attorney General of the State of Michigan; )

226. **KEITH ELLISON,** in His Official Capacity as Attorney General of the State of Minnesota; )

227. **LYNN FITCH,** in His Official Capacity as Attorney General of the State of Mississippi; )

228. **ERIC SCHMITT,** in His Official Capacity as Attorney General of the State of Missouri; )

229. **AUSTIN KNUDSEN,** in His Official Capacity as Attorney General for State of Montana; )

230. **AARON D. FORD,** in His Official Capacity as Attorney General of the State of Nevada; )

231. **DOUG PETERSON,** in His Official Capacity as Attorney of the State of Nebraska; )

232. **JOHN FORMELLA,** in His Official Capacity as Attorney General of the State of New Hampshire; )

233. **GURBIR S. GREWAL,** in His Official Capacity as Attorney General of the State of New Jersey; )

234. **HECTOR BALDERAS,** in His Official Capacity as Attorney General for the State of New Mexico; )

235. **JOSH STEIN,** in His Official Capacity as Attorney General of the State of North Carolina; )

236. **WANE STENEHJAM,** in His Official Capacity as Attorney General of the State of North Dakota; )

237. **DAVE YOST,** in His Official Capacity as Attorney General of the State of Ohio; )

238. **JOHN O' CONNOR,** in His Official Capacity as Attorney General for the State of Oklahoma; )

239. **ELLEN F. ROSENBLUM,** in Her Official Capacity as Attorney General for the State of Oregon; )

240. **JOSH SHAPIRO,** in His Official Capacity as Attorney General of the State of Pennsylvania; )

241. **PETER F. NERONHA,** in His Official Capacity as Attorney General of the State of Rhode Island; )

242. **JASON RAVNSBORG,** in His Official Capacity as Attorney General of the State of South Dakota; )

243. **HERBERT H. SLATTERY III,** in His Official Capacity as Attorney General of Tennessee; )

244. **KEN PAXTON,** in His Official Capacity as Attorney General of the State of Texas )

245. **SEAN D. REYES,** in His Official Capacity as Attorney General for the State of Utah; )

246. **T. J. DONOVAN,** in His Official Capacity as Attorney General for the State of Vermont; )

247. **MARK R. HERRING,** in His Official Capacity as Attorney General for the State of Virginia; )

248. **BOB FERGUSON,** in His Official Capacity as Attorney General for the State of Washington; )

249. **PATRICK MORRISEY,** in His Official Capacity as Attorney General for the State of West Virginia; )

**250.  JOSH KAUL,** in His Official Capacity as Attorney General of the State of Wisconsin; )

**251.  BRIDGET HILL,** in His Official Capacity as Attorney General for the State of Wyoming; )

**NEW YORK DAILY NEWS**

**252.  NEW YORK DAILY NEWS,** Individually, and Tortiously and Criminally Liable in Its Official Capacity; )

**253.  SCOTT SHIFREL,** Individually, and Tortiously and Criminally Liable in Official Capacity; )

**NEW YORK POST**

**254.  NEW YORK POST,** Individually, and Tortiously and Criminally Liable in its official capacity; )

**BROOKLYN DAILY EAGLE**

**255.  THE BROOKLYN DAILY EAGLE** Individually, and Tortiously and Criminally Liable in its official capacity; )

**AT&T**

**256.  JOHN STANKEY,** Individually, and Tortiously and Criminally Liable in His Official Capacity as President and Chief Executive Officer of AT&T; )

**257.  CHUCK BLANCHARD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Assistant Vice President – Senior Legal Counsel AT&T Services, Inc.; )

**ALTICE, USA, INC.**

**258.  DEXTER GOEI,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chief Executive Officer of Altice USA, Inc.; )

**VERIZON**

259. **HANS VESTBERG,** Individually, and Tortiously and Criminally Liable in His Official Capacity as President and Chief Executive Officer of Verizon;

**DISABILITY RIGHTS NEW YORK**

260. **TIMOTHY A. CLUNE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Executive Director, Disability Rights New York;

261. **JENNIFER MONTHIE, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Legal Director, Disability Rights New York;

262. **CLIFFORD A. ZUCKER, ESQ.,** Individually, and Tortiously and Criminally Liable in His Former Official Capacity as General Counsel for Disability Rights New York;

**ANTI-DEFAMATION LEAGUE**

263. **JONATHAN GREENBLATT,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Chief Executive Officer, Anti-Defamation League;

**AMERICAN CIVIL LIBERTIES UNION**

264. **AMERICAN CIVIL LIBERTIES UNION,** Individually, in its Official Capacity;

265. **DEBORAH ARCHER,** in Her Official Capacity as National Board President, American Civil Liberties Union;

**NEW TOLERANCE CAMPAIGN**

266. **GREGORY ANGELO,** Individually, and Tortiously and Criminally Liable in His Official Capacity as President, New Tolerance Campaign;

**BROOKDALE HOSPITAL MEDICAL CENTER** )

267. **BROOKDALE UNIVERSITY HOSPITAL MEDICAL CENTER,** Individually and in Its Official Capacity;

268. **DOMINICK STANZIONE,** in His Official Capacity as President and Chief Executive Office of Brookdale University Hospital Medical Center;

269. **DAVID ROSE, MD,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Emergency Psychiatrist for the Brookdale University Hospital Medical Center;

270. **NURSE LANDAU,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Emergency Nurse for the Brookdale University Hospital Medical Center;

**AMERICA WORKS, INC.**

271. **AMERICA WORKS, INC.**

272. **SAMANTHA GOLDSTEIN,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Director, America Works, Inc.

273. **FEDERATION EMPLOYMENT AND GUIDANCE SERVICES (FEGS),** in Its Official Capacity;

**AMERICAN ASSOCIATION OF JEWISH LAWYERS AND JURISTS**

274. **ROBERT GARSON,** Individually, and Tortiously and Criminally Liable in His Official Capacity as President, American Association of Jewish Lawyers and Jurists;

**JASA**                                                )
                                                        )
275.  **JASA,** Individually, and Tortiously and        )
      Criminally Liable in its official capacity.       )
                                                        )
276.  **KATHRYN HASLANGER,** Individually,              )
      and Tortiously and Criminally Liable in Her       )
      Official Capacity as Chief Executive Officer      )
      for JASA;                                         )
                                                        )
277.  **TRANSITIONAL SERVICES FOR NEW**                 )
      **YORK, INC.**                                    )
                                                        )
278.  **LARRY GRUBLER,** Individually, and              )
      Tortiously and Criminally Liable in His           )
      Official Capacity as Chief Executive Officer      )
      for Transitional Services for New York;           )
                                                        )
**FEDERAL PUBLIC DEFENDER FOR THE**                     )
**DISTRICT OF VERMONT**                                 )
                                                        )
279.  **MICHAEL L. DESAUTELS, ESQ.,**                   )
      Individually, and Tortiously and Criminally       )
      Liable in His Official Capacity as Federal        )
      Public Defender for the District of Vermont;      )
                                                        )
280.  **STEVEN L. BARTH, ESQ.,** Individually,          )
      and Tortiously and Criminally Liable in His       )
      Official Capacity as Assistant Federal Public     )
      Defender for the Federal Public Defender for      )
      the District of Vermont;                          )
                                                        )
281.  **BARCLAY T. JOHNSON, ESQ.,**                     )
      Individually, and Tortiously and Criminally       )
      Liable in His Official Capacity as Assistant      )
      Federal Public Defender for the Federal           )
      Public Defender for the District of Vermont       )
                                                        )
282.  **MARY M. NERINO, ESQ.,** Individually,           )
      and Tortiously and Criminally Liable in Her       )
      Official Capacity as Assistant Federal Public     )
      Defender for the Federal Public Defender for      )
      the District of Vermont;                          )
                                                        )
                                                        )
                                                        )
                                                        )

283. **SARA M. PULS, ESQ.,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Assistant Federal Public Defender for the Federal Public Defender for the District of Vermont;

284. **MARSHA CURTIS,** Individually, and Tortiously and Criminally Liable in Her Official Capacity as Paralegal for the Federal Public Defender for the District of Vermont;

285. **OSATO EUGENE UZAMERE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Attorney;

286. **ALLEN E. KAYE, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official as Attorney;

287. **HARVEY SHAPIRO, ESQ.,** Individually, and Tortiously and Criminally Liable;

288. **JACK GLADSTEIN, ESQ.,** Individually, and Tortiously and Criminally Liable in His Official Capacity as Attorney;

**DEFENDANTS RELATIVE TO THE SUBJECT OF AFRICAN REPARATION ISSUES**

**NEW YORK BAR ASSOCIATION TASK FORCE ON RACISM, SOCIAL EQUITY, AND THE LAW**

289. **T. ANDREW BROWN, ESQ.,** in His Official Capacity as President, New York State Bar Association;

290. **DR. THOMAS CRAEMER,** in His Official Capacity as Associate Professor, School of Public Policy, University of Connecticut;

291. **WILLIAM A. DARITY JR., PH.D** in His Official Capacity as Professor, Samuel DuBois Cook Center on Social Equity at Duke University;

**292.** **ANTHONY PAUL FARLEY**, in His Official Capacity as James Campbell Matthews Distinguished Professor of Jurisprudence, Albany Law School; )

**293.** **TAMIKA A. COVERDALE, ESQ.,** in Her Official Capacity as Program Chair, New York Bar Association Task Force on Racism, Social Equity and the Law; )

**294.** **MIRNA MARTINEZ SANTIAGO, ESQ.,** in Her Official Capacity as Program Chair, New York Bar Association Task Force on Racism, Social Equity and the Law; )

**295.** **TAA R. GRAYS, ESQ.,** in Her Official Capacity as Co-Chair, New York Bar Association Task Force on Racism, Social Equity and the Law; )

**296.** **LILLIAN M. MOY, ESQ.,** , in Her Official Capacity as Program Chair, New York Bar Association Task Force on Racism, Social Equity and the Law; )

**NATIONAL          AFRICAN-AMERICAN REPARATIONS COMMISSION** )

**297.** **JUSTIN HANSFORD, ESQ.,** in His Official Position as NAARC Commissioner, National African-American Reparations Commission; )

**298.** **NKECHI TAIFA, ESQ.,** in Her Official Position as NAARC Commissioner, National African-American Reparations Commission; )

**299.** **REVEREND, DR. ROBERT TURNER,** in His Official Capacity as Commissioner, National African-American Reparations Commission; )

**U.N. OFFICE OF THE HIGH COMMISSIONER FOR HUMAN RIGHTS, WORKING GROUP ON EXPERTS OF PEOPLE OF AFRICAN DESCENT**

300.  **DOMINQUE DAY,** in Her Official Capacity as Chair, U.N. Office of the High Commissioner for Human Rights, Working Group on Experts of People of African Descent;

301.  **DOROTHY E. ROBERTS, JD,** in Her Official Capacity as George A. Weiss University Professor of Africana Studies, Law and Sociology University of Pennsylvania and Working Group on Experts of People of African Descent;

**EQUAL JUSTICE INITIATIVE**

302.  **BRYAN STEVENSON,** in His Official Capacity as Executive Director, Equal Justice Initiative;

**CALIFORNIA REPARATIONS TASK FORCE**

303.  **CHERYL GRILLS, PH.D.,** in Her Official Capacity as Member, California Reparations Task Force;

**NATIONAL ASSEMBLY OF AMERICAN SLAVERY DESCENDANTS**

304.  **KHANSA T. JONES-MUHAMMAD,** in Her Official Capacity, National Assembly of American Slavery Descendants;

**VICTIMS OF THE ENFORCEMENT OF THE CRITICAL RACE PARADIGM**

305.  **C. VERNON MASON,** in His Official Capacity as Disbarred/Suspended Attorney;

306.  **ALTON H. MADDOX,** in His Official Capacity as Disbarred/Suspended Attorney;

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# TABLE OF CONTENTS

Page

**PART I**

Petition for the Enforcement of Spousal Support based
on Respondent's Violation of the Spousal Support Order ..................................... 1

**PART II**

Preliminary Statement ............................................................................................. 4

Statement of David P. Walker .............................................................................. 19

Statement of Tara A. Uzamere ............................................................................. 20

Nature of the Action ............................................................................................. 26

Jurisdiction and Venue ......................................................................................... 37

Allegations as to Commission of Defendants' Tortious Acts .............................. 38

Parties ................................................................................................................... 40

Defendants' Withholding of Spousal Support Enforcement
Services are Continuing Sherman Antitrust and Rico-Predicate
Torts That Began November 20, 1979 .................................................................. 75

Defendants' Recent Withholding of Spousal Support Enforcement
Services and Continuing Sherman Antitrust And Rico-Predicate
Torts That Began November 20, 1979 .................................................................. 86

The U.S. Department of Justice's Babylonian Talmud-Adherent
Ashkenazi Jewish Ethno-Religious Cartel's Sexually-Sadistic,
Victim-Humiliation-Producing Suppression of Criminal Evidence
Set in Motion Defendants' Ineligibility to Request Equitable Relief
Based on the    Defendants' Violation    of the "Clean Hands"
Doctrine of *Precision Instrument Mfg. Co. V. Automotive Co.* ......................... 98

Federal Agencies Have "Unclean Hands" Relative to Their Suppression of Criminal Evidence Associated with Their Knowledge of Defendant Uzamere's, Defendant  Kaye's and Defendant Shapiro's Filing of Defendant Uzamere's I-130 Sponsorship Form and Falsified marriage Documents that is Now Supervised by Defendant Garland and Other Members of the Democratic Party's Ashkenazi Jewish Ethnoreligious Cartel Who are Employed with the U.S. Department of Justice ....................................................101

New York State Agencies' Ashkenazi Jewish Ethnoreligious Cartel's Suppression of Criminal Evidence Associated with Defendant Uzamere's,  Defendant  Kaye's  and Defendant Shapiro's Filing of Falsified Marriage Documents with the New York City  Clerk's Office and the U.S. Department of Justice....................................149

New York City Agencies' Ashkenazi Jewish Ethnoreligious Cartel's Suppression of Criminal Evidence Associated with Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's Filing of Falsified Marriage Documents with the New York City Clerk's Office and the U.S. Department of Justice........................................178

Legal Analysis ....................................................................................343

First Cause of Action..........................................................................355

Second Cause of Action.......................................................................358

Third Cause of Action.........................................................................363

Fourth Cause of Action.......................................................................365

Fifth Cause of Action..........................................................................367

Sixth Cause of Action .........................................................................369

Seventh Cause of Action......................................................................370

Eighth Cause of Action........................................................................371

Ninth Cause of Action ........................................................................372

Prayer for Relief...................................................................................374

Declaration .........................................................................................374

Injunction ...........................................................................................378

## EXHIBITS

Exhibit A:     Affidavit of Ehigie/Affirmation of Austin Idehen ....................1

Exhibit 1:     Spousal Support Order and Family Offense Dismissal ............6

Exhibit 2:     Social Security Benefit Letter.............................................6

Exhibit 2A     Paul Bonacci .................................................................13

Exhibit 3:     NYS Magistrates Violate State Law ...................................16

Exhibit 4:     Netanyahu Promises to Expose Pedophiles .........................23

Exhibit 5:     Godwin E. Uzamere Search Results ...................................24

Exhibit 6:     Babylonian Talmudic Dogma ............................................25

Exhibit 7:     Pedophilia and Sexual Sadism Disorder...............................25

Exhibit 8:     Rape and Sexual Sadism by Israel and
               Ashkenazi Jews..............................................................26

Exhibit 9:     Israel's and Ashkenazi Jews Hate of
               Ethiopian Jews...............................................................26

Exhibit 10:    Ashkenazi Asian Breeding, Conversion ...............................31

Exhibit 11:    Child Sex Abuse Information .............................................32

Exhibit 12:    Ten Stages of Genocide ...................................................32

Exhibit 13:    Dismissal by Colleen McMahon.........................................35

Exhibit 14:    Seditious Conspiracy .......................................................36

Exhibit 15:    Marriage Document Falsified by NYC Clerk..........................76

Exhibit 16:    USCIS Documents Re Ehigie Uzamere.................................77

Exhibit 17:   Letter from NYC Dept. of Homeless Services ......................................... 78

Exhibit 18:   David's Facebook Page Comments ......................................................... 78

Exhibit 19:   Jack Gladstein's Letter ............................................................................. 79

Exhibit 20:   My Divorce Action ................................................................................... 80

Exhibit 21:   Justice Deborah Thomas' Decision ........................................................ 80

Exhibit 22:   Falsified Affirmation and Affidavit of
              Osato Uzamere and Ehigie Uzamere ..................................................... 80

Exhibit 23:   Affidavit of Tara A. Uzamere .................................................................. 80

Exhibit 24:   Interlocutory Decision and Order of
              Hon. Jeffrey Sunshine Pg. 9 .................................................................. 81

Exhibit 25:   Osato Uzamere's Motion to Withdraw .................................................... 81

Exhibit 26:   Affirmation of Attorneys Kaye, Shapiro
              and Gladstein ........................................................................................ 81

Exhibit 27:   Defamatory News Articles ....................................................................... 82

Exhibit 28:   FEGS Psychiatric Summary .................................................................... 82

Exhibit 29:   Interlocutory Order of Judge Schack
              NYS Mental Health Court ...................................................................... 83

Exhibit 30:   Transcript of Hearing and Final Order
              of Judge Schack ..................................................................................... 83

Exhibit 31:   Letter from USDHS, ACT Team Psych
              and Letters from CMS ............................................................................ 86

Exhibit 32:   NYS Administrative Order 78-20 ............................................................ 88

Exhibit 33:   Marriage Index ........................................................................................ 89

Exhibit 34:   Brookdale Hospital .................................................................................. 89

Exhibit 35:   SCSEP Exhibits ....................................................................................... 91

Exhibit 36:    NYSOTDA JASA Determination........................................91

Exhibit 37:    Austin Idehen's Notice of Appearance.....................................92

Exhibit 38:    E-mail from Austin Idehen .................................................92

Exhibit 39:    Austin Idehen's Notice to Dismiss .........................................92

Exhibit 40:    Ehigie's Statement Re My Mental Illness .................................93

Exhibit 41:    Austin Idehen's Affirmation of Unavailability.........................93

Exhibit 42:    Kings County Family Court Schedule
               for March 31, 2022 .........................................................94

Exhibit 43:    Criminal Complaint to FBI .................................................94

Exhibit 44:    Kings County Family Offense Petition....................................95

Exhibit 45:    Requests for Subpoenas .....................................................95

Exhibit 46:    Notice of Appeal and Appellate Documents ............................95

Exhibit 47:    E-mail to Defendant Darvil.................................................96

Exhibit 48:    Ehigie's Fraudulent Affidavit...............................................96

Exhibit 49:    Decision and Order of Motion .............................................97

Exhibit 50:    Notice of Appeal to NYSCOA .............................................97

Exhibit 51:    USA v. Cheryl Uzamere .....................................................99

Exhibit 52:    Complaint to Rebecca Bond v. Garaufis................................100

Exhibit 53:    USA v. Cheryl Uzamere USDC Viol.
               No. 6185448.................................................................100

Exhibit 54:    Cheryl D. Uzamere v State of New York
               19-cv-3825 .................................................................100

Exhibit 55     Complaint against Lee Zeldin to the
               U.S. House of Professional Ethics......................................105

Exhibit 56     USDHS Officer Cliff Barnes .............................................140

Exhibit 57  FCC ................................................................................................ 141

Exhibit 58  Complaint to Milton Mayo, EEOC ........................................... 144

Exhibit 59  E-mail to U.S. Embassy (2009) ................................................ 148

Exhibit 60  FOIA and Privacy Act Request ................................................. 149

Exhibit 61  Sexual Predation by Proxy ........................................................ 149

Exhibit 62  Anti-Black Racism and Black Children in Foster Care ......................... 206

Exhibit 63  Chicago Riots ............................................................................. 213

Exhibit 64  In the Matter of Cheryl D. Uzamere v. AT&T ...................................... 295

Exhibit 65  DRNY Letter Terminating Services ........................................... 301

Exhibit 66  ACLU CRT and White Supremacy ............................................ 305

Exhibit 67  New Tolerance Campaign ........................................................... 306

Exhibit 68  FEGS Termination Letter .......................................................... 312

Exhibit 69  Federal Defender of Vermont Correspondence ...................................... 324

Exhibit 70  Biased Suspensions of C. Vernon Mason
            and Alton Maddox ..................................................................... 343

Exhibit 71  Black Children in Foster Care .................................................... 351

Exhibit 72  EEOC's Marlo Spaeth Jury Award ........................................... 382

# PART I

## PETITION FOR THE ENFORCEMENT OF SPOUSAL SUPPORT BASED ON RESPONDENT UZAMERE'S VIOLATION OF THE SPOUSAL SUPPORT ORDER

1) I, Cheryl D. Uzamere, am the petitioner and the plaintiff in the above-entitled action.

2) The Kings County Family Court case for which I filed a petition for spousal support is *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20.

3) I reside at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, 11208.

4) Respondent Ehigie Edobor Uzamere, also known as "Godwin E. Uzamere" resides at 2813 Lost Lakes Way, Powder Springs, Georgia, 30127. *See* **Exhibit A**.

5) I am authorized to originate this proceeding because Ehigie Edobor Uzamere (hereinafter "Respondent Uzamere" and "Defendant Uzamere") and I were married at 210 Joralemon Street, Brooklyn, New York on November 21, 1979.

6) I am the spouse of Respondent Uzamere, and he is chargeable with my support.

7) In the forty-three (43) years that Respondent Uzamere and I have been married, he has never detailed his source of income.

8) There has never been a prior order of child and spousal support in which Respondent Uzamere was required to make payments.

9) By order of the Kings County Family Court, Respondent Uzamere was ordered to pay for my support and was directed to pay the sum of $250.00 per week.

10) A true copy of the order is attached and made a part of this Petition.

11) Respondent Uzamere has failed to obey the order of the Kings County Family Court in that Respondent Uzamere has never made any support payments.

1

12)     As a result of Respondent Uzamere's violation of the spousal support order, Respondent Uzamere owes me $15,550.

13)     I ask this Court to amend this Petition to include any additional arrears which shall have accrued from the commencement of this proceeding up to the date of the hearing or disposition.

14)     I ask this Court to amend this Petition to include any additional arrears associated with past debt that resulted from Respondent Uzamere's failure to pay past child and spousal support that is based on the U.S. Department of Justice's, U.S. Department of Health and Human Services; New York State's Department of Social Services (now the New York State Office of Temporary and Disability Assistance) and the New York City Department of Human Resources' Sherman Antitrust-violating unreasonable withholding of congressionally-mandated, federally-funded child and spousal support enforcement services for the entire 43 years of the marriage.

### Information Concerning New York State's
### Cost of Living Adjustment and Modifications

15)     New York State requires that a court order of support resulting from a proceeding commenced by this application (petition) shall be adjusted by the application of a cost of living adjustment at the direction of the support collection unit no earlier than twenty-four months after such order is issued, last modified or last adjusted, upon the request of any party to the order or pursuant to paragraph 17, listed below. Such cost of living adjustment shall be on notice to both parties who, if they object to the cost of living adjustment, shall have the right to be heard by the court and to present evidence which the court will consider in adjusting the child support order in accordance with section four hundred thirteen of the Family Court act, known as the Child Support Standards Act.

2

16)     New York State requires that a party seeking support for any child(ren) receiving family assistance shall have a child support order reviewed and adjusted at the direction of the support collection unit no earlier than twenty-four months after such order is issued, last modified or last adjusted by the support collection unit, without further application by any party.

17)     New York State requires that, where the respondent fails to provide the support collection unit with any change or update of the respondent's current address to which an adjusted order can be sent, as required by Section 443 of New York State's Family Court Act, the support obligation amount contained therein shall become due and owing on the date the first payment is due under the terms of the order of support which was reviewed and adjusted occurring on or after the effective date of the adjusted order, regardless of whether or not the party has received a copy of the adjusted order.

WHEREFORE, Petitioner requests an order granting me relief as set forth in the Social Security Act Section 460 [42 U.S.C. Section 660], together with such other or further relief as the Court may deem just and proper.

*Cheryl D. Uzamere*

**CHERYL D. UZAMERE**
**APPEARING PRO SE**
Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

3

## PART II



*"Son of man, I have made you a watchman for the house of Israel; so hear the word I speak and give them warning from me. When I say to the wicked, `O wicked man, you will surely die,' and you do not speak out to dissuade him from his ways, that wicked man will die for his sin, and I will hold you accountable for his blood."*

**COMPLAINT FOR THE ENFORCEMENT OF COURT-ORDERED SPOUSAL SUPPORT REGARDING KINGS COUNTY FAMILY COURT CASE F-06594-20, PURSUANT TO THE SOCIAL SECURITY ACT § 460 [42 U.S.C. § 660]; FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND DAMAGES APPLIED TO THE DEFENDANTS FOR THEIR COMMISSION OF WAR CRIMES AGAINST ME AND PEOPLE OF AFRICAN DESCENT SIMILARLY SITUATED, ASSOCIATED WITH THE DEFENDANTS' SEDITIOUS CONSPIRACY TO VIOLATE THE RIGHTS OF NEW YORK STATE FAMILY COURT LITIGANTS TO RECEIVE CHILD AND SPOUSAL SUPPORT SERVICES AND TO PRACTICE CHRISTIANITY AS A VICTIM OF THE BABYLONIAN TALMUD-INSPIRED, ASHKENAZI JEWISH FALSE RELIGIOUS PRACTICE OF VICTIM-HUMILIATION-PRODUCING, RACIAL-HATRED-FILLED SEXUAL PEONAGE, AND THE ENGAGEMENT OF THE BABYLONIAN TALMUDIC, LAW-OF-MOSER-INSPIRED ISRAEL ANTI-BOYCOTT LAW AS A TOOL OF THE CRITICAL RACE PARADIGM TO FACILITATE THE FINANCIAL, POLITICAL AND SOCIAL DECIMATION OF THE NATIVE PEOPLES OF THE AMERICAS, AND AGAINST PEOPLE OF AFRICAN DESCENT TO NORMALIZE ASHKENAZI JEWISH PRACTITIONERS' PREDISPOSITION AND BABYLONIAN TALMUDIC RELIGIOUS MANDATE THAT ESPOUSES THE PRACTICE OF PEDOPHILIA AND RELATED DOMESTIC TERRORISM ASSOCIATED WITH SEXUALLY SADISTIC VIOLENCE**



*"Black Doll//White Doll" Experiment Over Several Decades*

TO THE HONORABLE COURT:

COME NOW, Cheryl D. Uzamere, appearing *pro se*, very respectfully states:

### PRELIMINARY STATEMENT

1)    I, Cheryl D. Uzamere, am the plaintiff in the above-entitled action.

4

2)      I am also the petitioner in the Kings County Family Court spousal support petition docket number F-06594-20.

3)      In the Kings County Family Court case F-06594-20, the court rendered its order requiring defendant Ehigie Edobor Uzamere, also known as "Godwin E. Uzamere" (hereinafter "Defendant Uzamere") to pay $250.00 per week commencing March 31, 2021. Defendant Uzamere has refused to make any payment toward spousal support; and Kings County Family Court's nonjudicial support magistrate Adele Alexis Harris (hereinafter "Defendant Harris") has refused to accede to my requests to enforce the spousal support order she rendered on April 1, 2021, said spousal support order that the judiciary that supervises Defendant Harris intended to be unenforceable. In the Kings County Family Court case O-0345-22, Defendant the Honorable Ben J. Darvil (hereinafter "Defendant Darvil) dismissed my family offense petitions in which I alleged and provided proof that Defendant Uzamere and his attorney, Defendant Austin I. Idehen, Esq. (hereinafter "Defendant Idehen") provided the court with marriage documents that falsified Defendant Uzamere's identity in violation of New York State Penal Law § 190.25(1), criminal impersonation; the same falsified marriage documents that Defendant Uzamere and his former immigration attorneys Allen E. Kaye, Esq. (hereinafter "Defendant Kaye"), and Harvey Shapiro, Esq. (hereinafter "Defendant Shapiro") provided to the U.S. Department of Justice's former Immigration and Naturalization Service to engage in *Marriage Fraud* in violation of 8 U.S.C. §1325; to engage in *Fraud and Misuse of Visas, Permits and Other Documents* in violation of 8 U.S.C. § 1546; to engage in criminal impersonation by Defendant Uzamere's misuse of a true copy of his passport to claim that he is not Defendant Uzamere in violation of *Passport Fraud*, 8 U.S.C.

5

§ 1544; to subject me to psychological torture by agents of the United States in violation of 28 U.S.C. § 1350, *Alien Action for Tort/Torture Victim Protection Act;* to engage in *Subornation of Perjury* in violation of 18 U.S.C. §1622; to engage in *Submitting a False Instrument for Filing* in violation of New York State Penal Law §175.35; to compel me to abstain from petitioning for spousal support by placing me in fear that I will be placed in a mental institution based on my having a mental illness in violation of New York State Penal Law §135.60, *Coercion in the Third Degree*; and to e-mail me harassing, humiliating messages in violation of New York State Penal Law §240.30; said act that is defined by 18 U.S.C. §2261A, *Stalking*, that is recognized in federal law as an act of domestic violence. *See* interlocutory spousal support order attached as **Exhibit 1**.

4)     I am the wife of Defendant Uzamere in a 43-year marriage.

5)     I am elderly.

6)     I have a mental disability for which I receive SSDI and SSI payments from the federal government.   SSI is a form of public assistance.   I also receive SNAP benefits (food stamps) and Medicaid. See Social Security Administration's benefit letter and governmental benefits cards attached as **Exhibit 2**.

7)     I am a 43-year-long crime victim of a seditious conspiracy, based in the enforcement of the Babylonian Talmud that manifests itself by the defendants' commission of Sherman Antitrust-violating, RICO-predicate acts against the U.S. government and its citizens for which the goal is to normalize the practice of pedophilia and associated sexual and non-sexual acts of violence and domestic terrorism against people of African descent to satisfy the

6

Ashkenazi Jewish community's disproportionately high percentage of individuals who are pedophiles.

8)      I am a practicing Jehovah's Witness. I am a Christian. I willingly and without reservation accept Jesus Christ as my Lord and Savior. I accept no other God but Jehovah. In Leviticus 20:1-5, Jehovah God warns the Nation of Israel about the worship of the God Molech, the god of pedophilia and child sacrifice, an act that is permitted by the Babylonian Talmud:

Leviticus 20:1-5 (Mechon Mamre and New World Translation of the Holy Scriptures)

א וַיְדַבֵּר יְהֹוָה, אֶל-מֹשֶׁה לֵּאמֹר. ב וְאֶל-בְּנֵי יִשְׂרָאֵל, תֹּאמַר, אִישׁ אִישׁ מִבְּנֵי יִשְׂרָאֵל וּמִן-הַגֵּר הַגָּר בְּיִשְׂרָאֵל אֲשֶׁר יִתֵּן מִזַּרְעוֹ לַמֹּלֶךְ, מוֹת יוּמָת; עַם הָאָרֶץ, יִרְגְּמֻהוּ בָאָבֶן. ג וַאֲנִי אֶתֵּן אֶת-פָּנַי, בָּאִישׁ הַהוּא, וְהִכְרַתִּי אֹתוֹ, מִקֶּרֶב עַמּוֹ: כִּי מִזַּרְעוֹ, נָתַן לַמֹּלֶךְ--לְמַעַן טַמֵּא אֶת-מִקְדָּשִׁי, וּלְחַלֵּל אֶת-שֵׁם קָדְשִׁי. ד וְאִם הַעְלֵם יַעְלִימוּ עַם הָאָרֶץ אֶת-עֵינֵיהֶם, מִן-הָאִישׁ הַהוּא, בְּתִתּוֹ מִזַּרְעוֹ, לַמֹּלֶךְ--לְבִלְתִּי, הָמִית אֹתוֹ. ה וְשַׂמְתִּי אֲנִי אֶת-פָּנַי בָּאִישׁ הַהוּא, וּבְמִשְׁפַּחְתּוֹ; וְהִכְרַתִּי אֹתוֹ וְאֵת כָּל-הַזֹּנִים אַחֲרָיו, לִזְנוֹת אַחֲרֵי הַמֹּלֶךְ-
-מִקֶּרֶב עַמָּם.

Jehovah went on speaking to Moses, saying. "You are to say to the Israelites, 'Any man of Israel and any foreigner who resides in Israel who gives any of his offspring to Mo lech should be put to death without fail. The people of the land should stone him to death. I myself will set my face against that man, and I will cut him off from among his people, because he has given some of his offspring to Mo lech and has defiled my holy place and has profaned my holy name. If the people of the land should deliberately close their eyes to what that man does when he gives his offspring to Mo lech and they do not put him to death, then I myself will certainly set my face against that man and his family. I will cut off that man from his people along with all who join him in prostituting themselves to Mo lech.

Babylonian Talmud, Tractate Sanhedrin, Folio 64a:
https://www.sefaria.org/Sanhedrin.64a.17?ven=William_Davidson_Edition_-_English&vhe=Wikisource_Talmud_Bavli&lang=bi&with=all&lang2=en

מתני׳ הנותן מזרעו למולך אינו חייב עד שימסור למולך ויעביר באש מסר למולך ולא העביר באש העביר באש ולא מסר למולך אינו חייב עד שימסור למולך ויעביר באש

MISHNA: One who gives of his offspring to Molekh, for which one is executed by stoning, is not liable unless he hands over his child to the priests of Molekh and passes the child through the fire. If he handed over the child to the priests of Molekh but did not pass him through the fire, or if he passed him through the fire but did not hand him over to the priests of Molekh, he is not liable, unless he hands the child over to the priests of Molekh and passes him through the fire.

7

Babylonian Talmud, Tractate Ketubot, Folio 11B
https://www.sefaria.org/Ketubot.11b.6?lang=bi

אמר רבא הכי קאמר גדול הבא על הקטנה ולא כלום דפחות מכאן כנותן אצבע בעין דמי וקטן הבא
על הגדולה עשאה מוכת עץ ומוכת עץ גופא פלוגתא דר"מ ורבנן

Rava said that this is what the Mishna is saying: An adult man who engaged in intercourse
with a minor girl less than three years old has done nothing, as intercourse with a girl less than
three years old is tantamount to poking a finger into the eye. In the case of an eye, after a tear
falls from it another tear forms to replace it. Similarly, the ruptured hymen of the girl younger
than three is restored.

Come and Hear, New America, Sex with Children by Talmud Rules
http://www.come-and-hear.com/editor/america 2.html

Again, there is no prohibition of a sexual practice that would almost certainly cause physical
damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a
child's vagina or anus.

We have seen in Numbers 31:12-18 that Moses permitted grown men to use little girls as
concubines. In the Talmud, grown men are permitted to have sexual intercourse with female
babies and children, and homosexual relations with boys younger than nine...

9)    The Babylonian Talmudic doctrines as described above are a textbook match to

the symptoms described by the Diagnostic and Statistical Manual of Mental Disorders, Volume

V, Sexual Sadism Disorder, 302.84.  Sexual sadism disorder involves the following:

Over a period of at least 6 months, recurrent and intense sexual arousal from the physical or
psychological suffering of another person, as manifested by fantasies, urges, or behaviors.

The individual has acted on these sexual urges with a nonconsenting person, or the sexual
urges or fantasies cause clinically significant distress or impairment in social, occupational, or
other important areas of functioning.

Diagnostic Features

The diagnostic criteria for sexual sadism disorder are intended to apply both to individuals
who freely admit to having such paraphilic interests and to those who deny any sexual interest
in the physical or psychological suffering of another individual despite substantial objective
evidence to the contrary.

. . .Examples of individuals who deny any interest in the physical or psychological suffering
of another individual include individuals known to have inflicted pain or suffering on multiple
victims on separate occasions but who deny any urges or fantasies about such sexual behavior
and who may further claim that known episodes of sexual assault were either unintentional or
nonsexual. Others may admit past episodes of sexual behavior involving the infliction of pain
or suffering on a nonconsenting individual but do not report any significant or sustained sexual

8

interest in the physical or psychological suffering of another individual. Since these individuals deny having urges or fantasies involving sexual arousal to pain and suffering, it follows that they would also deny feeling subjectively distressed or socially impaired by such impulses. Such individuals may be diagnosed with sexual sadism disorder despite their negative self-report. Their recurrent behavior constitutes clinical support for the presence of the paraphilia of sexual sadism (by satisfying Criterion A) and simultaneously demonstrates that their paraphilically motivated behavior is causing clinically significant distress, harm, or risk of harm to others (satisfying Criterion B).

"Recurrent" sexual sadism involving nonconsenting others (i.e., multiple victims, each on a separate occasion) may, as general rule, be interpreted as three or more victims on separate occasions. Fewer victims can be interpreted as satisfying this criterion, if there are multiple instances of infliction of pain and suffering to the same victim, or if there is corroborating evidence of a strong or preferential interest in pain and suffering involving multiple victims. Note that multiple victims, as suggested earlier, are a sufficient but not a necessary condition for diagnosis, as the criteria may be met if the individual acknowledges intense sadistic sexual interest.

10)     The Merck Professional Manual describes the symptoms of sexual sadism disorder based on the following:

Sexual Sadism Disorder
By George R. Brown, MD, East Tennessee State University

Sexual sadism is infliction of physical or psychologic suffering (e. g., *humiliation*, terror) on another person to stimulate sexual excitement and orgasm. Sexual sadism disorder is sexual sadism that causes significant distress or significant functional impairment or is acted on with a nonconsenting person.

... Most sexual sadists have persistent fantasies in which sexual excitement results from suffering inflicted on the partner, consenting or not. When practiced with nonconsenting partners, sexual sadism constitutes criminal activity and is likely to continue until the sadist is apprehended. However, sexual sadism is not synonymous with rape, a complex amalgam of sex and power over the victim. Sexual sadism is diagnosed in < 10% of rapists but is present in 37 to 75% of people who have committed sexually motivated homicides.

Sexual sadism is particularly dangerous when associated with antisocial personality disorder. This combination of disorders is particularly recalcitrant to any form of psychiatric treatment.

11)     Sexual sadism disorder takes the following forms:

a)     Bondage (imprisonment; also includes bondage of body parts, including mouth bondage);

b)     Piquerism (from the French *piquer* - "to prick"): a sexual interest in penetrating the skin of another person with sharp objects (such as pins, razors, knives, etc.).

9

Sometimes, this is serious enough to cause extreme injuries or even death. Piquerism is a paraphilia as well as a form of sadism. The most frequently targeted areas of the body are the breasts, buttocks, and groin.[1]

12)    I allege that what my family and other members of the African American community have suffered has its basis in the Democratic Party's Ashkenazi Jewish ethnoreligious cartel's enforcement of the Babylonian Talmud, Tractate Abodah Zarah, Folio 26B's mandate regarding killing Christians, and the prohibition against reporting the crimes of (Ashkenazi) Jews to the secular authorities:

ולא מורידין אבל המינין תני רבי אבהו קמיה דר 'יוחנן העובדי כוכבים ורועי בהמה דקה לא מעלין והמסורות והמומרים היו מורידין ולא מעלין

Apropos the notion of raising someone from or lowering him into a pit, the Gemara notes that Rabbi Abbahu taught the following while standing before Rabbi Yoḥanan: With regard to gentiles and shepherds of domesticated animals, one may not raise them from a pit, and one may not lower them into a pit. But the heretics, and the informers, and the apostates [vehameshummadim] are lowered into a pit, but not raised out of it.

Come and Hear – New America, America's New Government Church
http://come-and-hear.com/editor/america_1.html

Unbeknownst to most Americans, the US Congress has been gradually changing the fundamentals of American law. The movement for change started as early as 1975, when Congress passed a resolution honoring the birthday of a prominent rabbi, Rabbi Menachem Mendel Schneerson, ("the Rebbe") of the Chabad Lubavitch sect (sometimes this sect is called "ultra-Orthodox"). The movement ratcheted forward in 1991, when Congress coupled Rabbi Schneerson's happy birthday message with a declaration that the United States of America was founded on the seven Noahide Laws.

The Noahide Laws promise deadly consequences for Christians. We shall understand why a little later.

What are the seven Noahide Laws? In brief: LORD God told the Jews they must obey 613 commandments in order to have everlasting life (i.e., "a portion in the-world-to-come") but decreed that the rest of mankind must obey only seven commandments. Those seven

---

[1] Griffiths, Mark D. (January 1, 2015). "Life On A Knife Edge". *Psychology Today*. New York City: Sussex Publishers. Retrieved September 30, 2017.

commandments are the Noahide Laws. Furthermore, LORD God tasked the Jews to enforce the seven Noahide Commandments, and to enforce them with [the] liberal use of the death penalty.

…Why a devout Catholic like Justice Scalia would promote Talmud-based law is not clear. The Talmud classifies Christians as idolaters, and the Noahide regulations require that idolaters — devout Catholics, for example, people exactly like Justice Scalia — be put to death. Could it be that Rabbi Gurary did not tell Justice Scalia about the Noahide provisions to execute people like Scalia?

13)     The article entitled "*Informing on Fellow Jews who Commit Crimes: Mesira in Modern Times* states:

Even though Jewish law expects people to observe the laws of the land, and even imposes that obligation as a religious duty, the Talmud recounts - in a number of places - that it is prohibited to inform on Jews to the secular government, even when their conduct is a violation of secular law and even when their conduct is a violation of Jewish law. While there are a number of exceptions to this prohibition (which are explained further in this section), the essential halacha was that Jewish law prohibits such informing absent specific circumstances. Even is secular government were to incorporate substantive Jewish law into secular law and punish violations of what is, in effect, Jewish law, Jews would still be prohibited from cooperating with such a system. Indeed, classical Jewish law treats a person who frequently informs on others as a pursuer (*a rodef*) who may be killed to prevent him from informing, even without a formal court ruling.

14)     Defendant New York State's rendition of the Israel Anti-Boycott Law (hereinafter "the Act") seeks to enforce this Babylonian Talmud-inspired religious tool that superficially seeks to suppress participation in political boycott campaigns aimed at Israel and/or territories controlled by Israel, but has a goal that is a lot more sinister:

"boycott" shall mean to engage in any activity, or to promote or encourage others to engage in any activity, that will result in any person abstaining from commercial, social or political relations, with any allied nation, or companies based in an allied nation or in territories controlled by an allied nation, with the intent to *penalize*, inflict, or cause harm to, or otherwise promote or cast disrepute upon such allied nation, its people or its commercial products.

15)     The Act seeks to enforce the Babylonian Talmud, Tractate Sanhedrin, Folio 57A's mandate that allows (Ashkenazi) Jews to murder, rape, steal, or commit crimes against gentiles without punishment, or by extension, to allow non-Jews who engage in such acts at the behest of Ashkenazi Jewish leadership to go unpunished:

והא כל היכא דאית ליה חיובא מיתנא קתני דקתני רישא על שפיכות דמים כותי בכותי וכותי
בישראל חייב ישראל בכותי פטור

ועל הגזל בן נח נהרג והתניא על הגזל גנב וגזל וכן יפת תואר וכן כיוצא בהן כותי בכותי וכותי
בישראל אסור וישראל בכותי מותר ואם איתא ניתני חייב

The Gemara challenges: But wherever there is liability for capital punishment, this tanna teaches it; as it is taught in the first clause: With regard to bloodshed, if a gentile murders another gentile, or a gentile murders a Jew, he is liable. If a Jew murders a gentile, he is exempt. Evidently, the term liable is used in the baraita.

The Gemara asks: But is a descendant of Noah executed for robbery? But isn't it taught in a baraita: With regard to the following types of robbery: One who steals or robs, and likewise one who engages in intercourse with a married beautiful woman who was taken as a prisoner of war, and likewise all actions similar to these, if they are done by a gentile to another gentile, or by a gentile to a Jew, the action is prohibited; but if a Jew does so to a gentile, it is permitted?

16)    I allege that the real purpose of the Act is to facilitate what the Israeli scientific and public health sectors, the Israel movie entitled *Conventional Sins* and CBS Channel 2 News identify as a disproportionately high percentage of Ashkenazi Jews who have a predisposition for the practice of pedophilia, [2] and to use the Babylonian Talmud's misinterpretation regarding the Holy Bible's identity of Ham and his son Canaan as the religious excuse to subject non-Jews (including non-Jewish natives of other lands) to international sexualized enslavement and tyranny that Jehovah God and the U.S. Constitution forbid. I allege that, based on historical records: a) from the completion of the writing of the Babylonian Talmud; b) to the Babylonian Talmud's promulgation of the inferiority of gentiles, especially people of African descent; c) to Babylonian Talmud-adherent, Ashkenazi

---

[2] Good Therapy, Can Child Molesters Ever Be Rehabilitated (https://www.goodtherapy.org/blog/child-molester-rehabilitation-therapy-0615126):    While the terms "pedophile" and "child molester" are often used interchangeably, they do not mean the same thing. A pedophile is a person who is attracted to children, but not all people with pedophilia molest children. Many individuals who are attracted to children never act on their attraction, and some seek help in order to keep from harming children.

12

Jewish leadership's monopolization of the African slave trade where Africans, including their children were anally sodomized (buck-broken); d) to Ashkenazi Jew-controlled Israel's murder of over 100,000 Arab-Jewish and Palestinian children during the Ringworm Experiment; e) to the Ashkenazi Jew-controlled kidnapping and torturous experimentation and murder of thousands of Yemeni Jewish children that is publicly acknowledged by Israel's Knesset; f) to the Franklin Scandal where children, particularly boys were removed from foster homes and anally raped (see transcript of Paul Bonacci in the federal case entitled *Paul A. Bonacci v. Lawrence King,* 4:91-cv-3037, attached as **Exhibit 2A**; also, refer to the Youtube videos entitled *Conspiracy of Silence*); g) to the disproportionately high percentage of Ashkenazi Jewish children who are fellated after circumcision, some of who contracted herpes and died; h) to Jeffrey Epstein's numerous international forays for the purpose of raping European American children; i) to New York State's warehousing of boys of African descent in distantly located group homes where boys like my son, David Paul Walker are anally sodomized; j) to Electric Intifada's description of Ashkenazi Jew-controlled weaponized rape of Palestinians; k) to New York State's immigration policy that disproportionately admits individuals from South Asia and the Middle East, parts of the world where the institutionalized prostitution of children has been normalized; l) to Israel's citizenry's desperate attempts to stop the flow of Ashkenazi Jewish pedophiles from using Aliyah to escape prosecution in countries where they have raped children, just to escape to Israel to rape children there; m) the disproportionate number of Spanish-speaking Native American children who "travel alone", are taken into custody by the U.S. Department of Homeland Security's border patrol who die under mysterious circumstances or who are never

13

heard of again; n) Israel's psychosexual, pedophilic abuse and emasculation of Palestinian minor, Ahmed Manasra;[3] and o) the number of U.S. presidents who have been publicly identified as having engaged in sexual aggression against nonconsenting individuals; the defendants involved in the withholding of federal, state and municipal services, especially child and spousal support enforcement services have exhibited, not just a glaring refusal to protect children, but an even more glaring ability to create impoverished children who are trafficked and sexually abused in Defendant New York State's foster care system. I allege that the defendants who are members of the Democratic Party's Ashkenazi Jewish ethnoreligious cartel are violent, pedophilic sodomites, and that the BDS issue is a cover to deflect attention from the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's predisposition for pedophilia and pedophile-oriented violence.



Psychosexually sadistic, pedophilic gang-rape of Palestinian minor Ahmed Manasra by government officials of Israel.

---

[3] Middle East Monitor -- Manasra Israel Court to Look into Extension of Manasra's Solitary Confinement (https://bit.ly/3OQAyda): -- Manasra has been unlawfully detained for seven years by the Israeli occupation under horrific circumstances and is currently suffering from serious mental health issues. He was arrested at just 13 and interrogated without a lawyer or his parents present.

14

17)    I allege that Defendant New York State's Israel Anti-Boycott law, as a cover for the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's predisposition with pedophilia and sexually sadistic violence, along with the defendants' use of Babylonian Talmud-base hatred of people of African descent, of Christians, of gentiles, of gentile women (*shiksa*, from the Hebrew word meaning "*abominable*," "*loathsome*") are tools of a victim-humiliation-producing social construct, the *Critical Race Paradigm*. The goal of the enforcement of the Critical Race Paradigm is not racial hatred. It is the institutionalization of sexual violence, and the constantly changing group of publicly defamed, politically disenfranchised victims who are chosen by the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel to be the group that society hates, to facilitate the institutionalized gang rape of that group's children; and the institutionalized law enforcement violence of that group's parental protectors. While the Critical Race Paradigm is heavily focused on people of African descent, its brutality is visited on everyone, including fellow Ashkenazi Jews and their children.

18)    I allege that Defendant Uzamere is a member of a seditious conspiracy based in the enforcement of the Babylonian Talmud that manifests itself by the defendants' commission of Sherman Antitrust-violating, RICO-predicate acts against the U.S. government and its citizens that uses law-breaking immigrants in transitory adjudicative positions that are not authorized by the New York State Constitution whose employment the Chief Administrator of the New York State Unified Court System can terminate at will; and for which said transitory employment will only be extended based on said immigrants' willingness to violate federal law on behalf of the Chief Administrator's use of the inherent conflict of interest associated with his ability to

15

terminate the employment of nonjudicial employees in transitory adjudicative positions at will (*see* New York State Magistrates Violate State Constitution, attached as **Exhibit 3**); to use the New York State Unified Court System to subject nonforeign people of African descent who are Christians to the unreasonable restraint of trade/commerce regarding employment within the New York State Unified Court System; and to use the unreasonable restraint of trade/commerce regarding employment and other wealth-building activities within the State of New York as a means to impoverish families of nonforeign African Americans who are Christians to normalize pedophilia and pedophile-oriented sexual and non-sexual acts of defamation, bondage and law enforcement violence by using the children of nonforeign African American families who are Christians who have been impoverished for sexual purposes as *kafala* peons/debt slaves.

19)    As a result of Defendant Uzamere's past violation of 8 U.S.C. §§ 1325 and 1546 my family became impoverished. Defendant Uzamere, acting at the behest of his immigration attorneys Allen E. Kaye, Harvey Shapiro, and government employees under the care and control of the New York State's Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel, enforced the Babylonian Talmud's espousal of victim-humiliation-producing hatred of (nonforeign) people of African descent who are Christians to facilitate the Babylonian Talmud's mandate regarding sex with children:

Babylonian Talmud, Tractate Sanhedrin, Folio 108B
https://www.sefaria.org/Sanhedrin.108b.15?lang=bi&with=all&lang2=en



16

Ashkenazi Jews Asa Yoelson/Al Jolson and Rabbi Yacov Moshe Maza/comedian Jackie Mason bolstered their careers by using the Babylonian Talmud-inspired hatred of schvartzes.

ת"ר שלשה שמשו בתיבה וכולם לקו כלב ועורב וחם כלב נקשר עורב רק חם לקה בעורו

The Sages taught: Three violated that directive and engaged in intercourse while in the ark, and all of them were punished for doing so. They are: The dog, and the raven, and Ham, son of Noah. The dog was punished in that it is bound; the raven was punished in that it spits, and Ham was afflicted in that his skin turned black.

20)    The Torah's account of Noah in Genesis 9:19-27 does not assign skin color to a bloodline. The skin color of the individuals as recounted by the Torah is not mentioned. The Babylonian Talmud's rendition of the events that are recounted in Genesis 9:19-27 is false and defamatory.

יט שְׁלֹשָׁה אֵלֶּה, בְּנֵי-נֹחַ; וּמֵאֵלֶּה, נָפְצָה כָל-הָאָרֶץ. כ וַיָּחֶל נֹחַ, אִישׁ הָאֲדָמָה; וַיִּטַּע, כָּרֶם. כא וַיֵּשְׁתְּ. מִן-הַיַּיִן, וַיִּשְׁכָּר; וַיִּתְגַּל, בְּתוֹךְ אָהֳלֹה. כב וַיַּרְא, חָם אֲבִי כְנַעַן, אֵת, עֶרְוַת אָבִיו; וַיַּגֵּד לִשְׁנֵי-אֶחָיו, בַּחוּץ. כג וַיִּקַּח שֵׁם וָיֶפֶת אֶת-הַשִּׂמְלָה, וַיָּשִׂימוּ עַל-שְׁכֶם שְׁנֵיהֶם, וַיֵּלְכוּ אֲחֹרַנִּית, וַיְכַסּוּ אֵת עֶרְוַת אֲבִיהֶם; וּפְנֵיהֶם, אֲחֹרַנִּית, וְעֶרְוַת אֲבִיהֶם, לֹא רָאוּ. כד וַיִּיקֶץ נֹחַ, מִיֵּינוֹ; וַיֵּדַע, אֵת אֲשֶׁר-עָשָׂה לוֹ בְּנוֹ הַקָּטָן. כה וַיֹּאמֶר, אָרוּר כְּנָעַן: עֶבֶד עֲבָדִים, יִהְיֶה לְאֶחָיו. כו וַיֹּאמֶר, בָּרוּךְ יְהוָה אֱלֹהֵי שֵׁם; וִיהִי כְנַעַן, עֶבֶד לָמוֹ. כז יַפְתְּ אֱלֹהִים לְיֶפֶת, וְיִשְׁכֹּן בְּאָהֳלֵי-שֵׁם; וִיהִי כְנַעַן, עֶבֶד לָמוֹ.

These three were Noah's sons, and all the earth's population came from them and spread abroad. Now Noah started off as a farmer, and he planted a vineyard. When he drank of the wine, he became intoxicated, and he uncovered himself inside his tent. Ham, the father of Ca naan, saw his father's nakedness, and he told his two brothers outside. So Shem and Ja pheth took a garment and put it upon both their shoulders and walked in backward. Thus they covered their father's nakedness while their faces were turned away, and they did not see their father's nakedness. When Noah woke up from his wine and learned what his youngest son had done to him, he said: "Cursed be Ca naan. Let him become the lowest slave to his brothers." And he added: "Praised be Jehovah, the God of Shem, And let Ca naan become a slave to him. Let God grant ample space to Ja pheth and let him reside in the tents of Shem. Let Ca naan become a slave to him also."

21)    The Torah makes no provision allowing grown men to have sex with children, who are incapable of giving consent to sexual intercourse. According to Deuteronomy 22:25-29, the victims referenced were able to walk around alone and without direct supervision. The potential rape victim had the ability to object to engaging in intercourse with an individual who was not her husband. The Babylonian Talmud's rendition of a grown man having sex with a

17

child, a person who is incapable of consenting to the use of painful, sexual force against her is not supported by the Torah, and as such, it is false (and incredibly disgusting).

22)    Additionally, from a biological standpoint, once the hymen has been ruptured, it does not grow back.  The Babylonian Talmud's rendition of a two-year-old girl's ability to regrow a hymen after forced, painful, penile intercourse rises to the level of psychopathic drivel, and as a doctrine, it is false (and incredibly disgusting).

Babylonian Talmud, Tractate Ketubot, Folio 11B
https://www.sefaria.org/Ketubot.11b.6?lang=bi



אמר רבא הכי קאמר גדול הבא על הקטנה ולא כלום דפחות מכאן
כנותן אצבע בעין דמי וקטן הבא על הגדולה עשאה מוכת עץ ומוכת
עץ גופא פלוגתא דר"מ ורבנן

Rava said that this is what the Mishna is saying: An adult man who engaged in intercourse with a minor girl less than three years old has done nothing, as intercourse with a girl less than three years old is tantamount to poking a finger into the eye. In the case of an eye, after a tear falls from it another tear forms to replace it. Similarly, the ruptured hymen of the girl younger than three is restored.
Deuteronomy 22: 28-29

כה וְאִם-בַּשָּׂדֶה יִמְצָא הָאִישׁ, אֶת-הַנַּעֲרָ הַמְאֹרָשָׂה, וְהֶחֱזִיק-בָּהּ הָאִישׁ, וְשָׁכַב עִמָּהּ:  וּמֵת, הָאִישׁ אֲשֶׁר-שָׁכַב עִמָּהּ--לְבַדּוֹ.  כו וְלַנַּעֲרָ לֹא-תַעֲשֶׂה דָבָר, אֵין לַנַּעֲרָ חֵטְא מָוֶת:  כִּי כַּאֲשֶׁר יָקוּם אִישׁ עַל-רֵעֵהוּ, וּרְצָחוֹ נֶפֶשׁ--כֵּן, הַדָּבָר הַזֶּה.  כז כִּי בַשָּׂדֶה, מְצָאָהּ; צָעֲקָה, הַנַּעֲרָ הַמְאֹרָשָׂה, וְאֵין מוֹשִׁיעַ, לָהּ.  {ס}  כח כִּי-יִמְצָא אִישׁ, נַעֲרָ בְתוּלָה אֲשֶׁר לֹא-אֹרָשָׂה, וּתְפָשָׂהּ, וְשָׁכַב עִמָּהּ; וְנִמְצָאוּ.  כט וְנָתַן הָאִישׁ הַשֹּׁכֵב עִמָּהּ, לַאֲבִי הַנַּעֲרָ--חֲמִשִּׁים כָּסֶף; וְלוֹ-תִהְיֶה לְאִשָּׁה, תַּחַת אֲשֶׁר עִנָּהּ--לֹא-יוּכַל שַׁלְּחָהּ, כָּל-יָמָיו.  {ס}

"If, however, the man happened to meet the engaged girl in the field and the man overpowered her and lay down with her, the man who lay down with her is to die by himself, and you must do nothing to the girl. The girl has not committed a sin deserving of death. This case is the same as when a man attacks his fellow man and murders him. For he happened to meet her in the field, and the engaged girl screamed, but there was no one to rescue her. "If a man happens to meet a virgin girl who is not engaged and he seizes her and lies down with her and they are discovered, the man who lay down with her must give the girl's father 50 silver shekels, and she will become his wife. Because he humiliated her, he will not be allowed to divorce her as long as he lives.

23)    Employees of the New York City Clerk's Office's Marriage License Bureau allowed Defendant Uzamere to employ the fictitious named "Godwin E. Uzamere" without

requiring him to submit any form of identification that was required on the back of the marriage affidavit. The subsequent use of the fictitious name "Godwin E. Uzamere" by New York State and New York City created an environment of victim-humiliation-producing hatred from which my family was never able to obtain child or spousal support.  My family became impoverished, and my children were trafficked into New York State's foster care system where they were both sodomized.

### STATEMENT OF MY SON, DAVID PAUL WALKER

24)    I became aware of the incidents described below after March 2018. My son, David Paul Walker, who I raised as a Christian posted events on his Facebook page in which I allege that he was sodomized and beaten by members of the Ashkenazi Jewish community. At the time, he was a client of JCCA-Edenwald (and the previous group home located near Hewes Street in Williamsburg, Brooklyn, an ultra-Orthodox Ashkenazi Jewish enclave).  My son's sleeping area was not supervised, nor were security cameras or security guards used to ensure that my son or other foster children were safe:

> "Please Mr. Don't touch me there, I'm only six...love you not, hate you a lot, Shall we commence to crucifix???... When I was a little boy, teenage boy masturbated in front of me, then politely ask me to lick???... "If you come near me, I'll scream," First time seeing someone else's dick...So easy to pass judgment, tell everybody else what to do...Say stranger, my advice but your ass, shall we suffer together for a spell or two??? Disturbed by the vacant lifeless expression in my eyes yes???...Systematic rape of my soul...prolonged torture of my mind, please my darling. I wholeheartedly invite you to try your best...

> Perhaps it's all my fault. Beaten and abused so often in foster care, I even now instinctively "flinch" whenever anyone motions towards my face... threatened with a butcher knife by a teenage boy when I was 9 years old "IN FOSTER CARE", among many other "things" that happened to me, So very sorry for the mistakes that others made with me, at least I tried to "pretend" to be normal, apparently too little too late.

> I tried to be willing, push myself beyond my bounds, tried to be kind...Tried to march forward despite poverty, pain, abuse, a horrific past and a damaged mind, tried to move forward and leave the past behind.

19

Strived to be more than what my life prepared me for, any other human being certainly would've gone insane... So many years fighting an uphill battle, apparently my efforts a total waste of time and fruitlessly in vain.

Undone by abuse from my past and now the present, perhaps my "REAL" nightmare has just begun... Nothing to show for years of relentless effort and everything else I tried to do, I can't believe it's amounted to "this", oh my God, the "Stupid People" have won. Oh my God.... The "Stupid People" have won.

### STATEMENT OF MY DAUGHTER, TARA ANN UZAMERE

25)    My daughter, Tara Ann Uzamere, who I raised as a Christian is now a registered nurse. She has also been an employee of the State of New York for over seven (7) years. She submitted an affidavit in which she described Defendant Uzamere as her father during my discontinued divorce action:

I, Tara A. Uzamere, being duly sworn, depose and say that:

1)    I am the daughter of the Plaintiff and the defendant in the above-entitled action.

2)    I make this Affidavit based on the following facts:

3)    That the Plaintiff has always told me that defendant is my father ever since I was a child.

4)    That I met the defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

5)    That I took a photograph of the defendant during the aforesaid visit. Photograph taken at JFK Airport is hereby attached as Exhibit A.

6)    That on the day that I first met the defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

7)    That on the aforesaid day the defendant openly and notoriously introduced himself to Eusi as my father.

8)    That I met and visited the defendant's late brother, John Uzamere at 476 Amboy Street.

9)    That the defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

20

10)    That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)    That the defendant openly and notoriously visited me when I lived at Nichol Road in Wyandanch, New York.

12)    That the defendant met my landlord, Martin Marta when the defendant visited me while I was living at the aforesaid address.

13)    That during the aforesaid meeting the defendant openly and notoriously identified himself to my landlord as my father.

14)    That I spoke with Wellington Uzamere on the telephone several times before and after I first met the defendant.

15)    That Wellington Uzamere referred to the defendant as "Ehigie."

16)    That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the defendant as evidenced in my photograph hereby attached as Exhibit B.

17)    That while I spend three or four pleasant occasions with the defendant and received monetary gifts during those occasions, the defendant has never been a consistent part of my life as I explained in the report [that] I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as Exhibit C.

18)    That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as Exhibit D.

19)    That before 2004 the defendant never visited me; never celebrated a birthday with me; never kissed me; never told me he loved me; never wiped away my tears; never talked to me about God; never attended a house of God with me; never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman; never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me; never held my hand; never walked with me; never sat me on his lap; never played games with me; never took me to the movies; never picked me up; never gave me a hug; never attended a school meeting with my teachers; never visited me in the hospital; never told me he was proud of me; never accompanied me to a father/daughter dance, never attended a graduation; never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth; never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

21

20)     That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the defendant and members of the defendant's family that the defendant is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am; that the aforesaid "counter-affidavit and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the defendant is not willing to end the question of paternity by taking a simple DNA test.

21)     That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college; PELL grant rejection information is attached at Exhibit E.

22)     That I am willing to submit myself for honest DNA testing to confirm that the defendant is my father if conditions can be controlled so that the defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the defendant's age and date of birth and identity; see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as Exhibit F.

WHEREFORE, as the defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family; that this Court grant the Plaintiff's lawful and just request to dismiss attorney Eugene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

26)     The birth certificate of the child of the marriage, Tara A. Uzamere still bears the fictitious name "Godwin E. Uzamere." The fictitious name on our daughter's birth certificate prevented our daughter from receiving the benefits of the Social Security Act Section 456:

Support Obligation Pursuant to the Social Security Act Sec. 456:

The support rights assigned to the State pursuant to section 408(a)(3) or secured on behalf of a child receiving foster care maintenance payments shall constitute an obligation owed to such State by the individual responsible for providing such support. Such obligation shall be deemed for collection purposes to be collectible under all applicable State and local processes.

The amount of such obligation shall be—

the amount specified in a court order which covers the assigned support rights, or

if there is no court order, an amount determined by the State in accordance with a formula approved by the Secretary.

Any amounts collected from a noncustodial parent under the plan shall reduce, dollar for dollar, the amount of his obligation under subparagraphs

(A) and (B) of paragraph (2).

(b) A debt (as defined in section 101 of title 11 of the United States Code) owed under State law to a State (as defined in such section) or municipality (as defined in such section) that is in the nature of support and that is enforceable under this part is not released by a discharge in bankruptcy under title 11 of the United States Code.

27)     I now have a public assistance/foster care debt associated with New York State and New York City's public assistance and foster care payments that have been ascribed to me but have not been ascribed to Defendant Uzamere. I allege that members of New York State's Democratic Party's Babylonian Talmud-adherent leadership within the New York State's Family Court who are pedophile-oriented sexual predators subjected me, and other African Americans to unnecessary court adjournments, unreasonable restraint of judicial services and other acts of genocide-producing domestic terrorism by members of Ashkenazi Jewish leadership's disproportionately high percentage of individuals who I allege are pedophile-oriented sexual predators; and who, having been given tacit permission to engage in said acts by an indeterminate number of U.S. politicians who have been threatened with being exposed as pedophiles by former prime minister Benjamin Netanyahu, have no way out. See *News Punch: Netanyahu to Release Evidence of Washington Pedophile Ring* attached as **Exhibit 4**.

28)     Because defendants who are members of the Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel commandeered the power and prestige of the U.S. Department of Justice's former Immigration and Naturalization Service, the New York State government, and the New York City government, I was subjected to the unreasonable restraint of trade/commerce associated with my right to receive child and spousal support

23

from Defendant Uzamere and associated with my right to receive child and spousal support enforcement services from Defendants New York State and New York City based on the aforesaid agencies illegal acceptance of the falsified marriage affidavit from Defendant Uzamere bearing the untraceable name "Godwin E. Uzamere." *See* search results from various online skip tracing agencies bearing no result for "Godwin E. Uzamere," attached as **Exhibit 5**. Because defendants who are members of the Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel within the New York State government and the New York City government intentionally withheld child and spousal support enforcement services associated with Defendant Uzamere's real/legal name as provided on Defendant Uzamere's passport and contained in his immigration records, my son and daughter were kidnapped and trafficked at the behest of members of New York State's Babylonian Talmud-adherent, anti-Hamite, anti-African, anti-*schvartze*, anti-Christian, anti-mentally-disabled, anti-U.S. Constitution, anti-Equal Protection, pro-pedophilia-espousing, pro-African-debt-slavery-espousing members of Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel who commandeered the New York State government to facilitate New York State's foster care sex trafficking of children, especially boys of African descent for anal sodomy.

### Babylonian Talmudic Dogma

| | | |
|---|---|---|
| 1. | Babylonian Talmud Tractate Sanhedrin, Folio 108B | Hatred of Schvartzes |
| 2. | Legends of the Jews | The Curse of Ham |
| 3. | Midrash Rabbah | The Curse of Ham |
| 4. | Artsot HaHayyim | The Curse of Ham |
| 5. | Babylonian Talmud, Ketuboth, 11B | Sex with 3-year-old girl is nothing |

24

6.  Come and Hear                    Sex with Children by Talmud Rules

7.  Babylonian Talmud, Tractate      Extrajudicial  Murder  of  Christians  and
    Abodah Zarah, Folio 26B          Whistleblowers

8.  Come and Hear,                   America's New Church; Jews' Right to Murder

9.  Lawrence Schiffman              Benediction against the Minim (Christians)

10. Come and Hear                    Informing on Fellow Jews  Who Commit Crimes

See literature regarding Babylonian Talmudic dogma attached as **Exhibit 6**.

### Scientific Research

1.  Diagnostic and Statistical Manual of   Sexual Sadism Disorder
    Mental Disorders, Vol. 1

2.  Merck Professional Manual               Sexual Sadism Disorder

3.  Bishop-Accountability.org              Typologies of Child Sexual Abusers

4.  Ben-Gurion University of                History  of  Abuse  and  Organic  Difficulties  in  a
    the Negev                               Convenience  Sample  of  46  Ultra-Orthodox  Males
                                            with Pedophilia

See Scientific Literature Regarding Pedophilia and Sexual Sadism Disorder, attached

as **Exhibit 7**.

### Evidence of Rape/Sexual Sadism by Israel/Ashkenazi Jews
### against Fellow Jews, Palestinians and Migrant Children

1.  CBS News                        How  Jewish  American  Pedophiles  Hide  from
                                    Justice

2.  Friendly Atheist/Patheos        Can This Number be Credible?

3.  Haaretz.com                     A Nation of Pedophiles

4.  Haaretz.com                     Defying a Conspiracy of Silence about Pedophilia

5.  The Electric Intifada           Israel weaponizes rape culture against Palestinians

6.  The Jerusalem Post              Tens of Thousands of Pedophiles Operate in Israel
                                    Every Year

25

| 7. | Tikun Olam | The Ringworm Scandal: When Israeli Doctors Killed Tens of Thousands of Arab Children |
| 8. | Tikun Olam | Knesset Inquiry Reveals Yemenite Babies Murdered in Medical Experiments, Abducted from Parents, and Exploited in Paid National Institutes of Health Experiments |
| 9. | Vice.com | The Child-Rape Assembly Line |

See Evidence of Rape/Sexual Sadism by Israel/Ashkenazi Jews attached as **Exhibit 8**.

**Israel's/Ashkenazi Jews' Babylonian Talmud-Sponsored Victim-Humiliation-Producing Hatred and Sexually Sadistic Acts of Terrorism against Ethiopian Jews**

| 1. | AA.com | AA -- Ethiopian Jews suffer racism in Israel |
| 2. | Haaretz.com | Israel admits Ethiopian women were given birth control shots - Israel News - Haaretz.com |
| 3. | The Times of Israel | Kiryat Gat kindergarten shuttered after allegedly segregating Ethiopian children |
| 4. | Mondoweiss | Baltimore is Here, Ethiopian Israelis protest police brutality in Jerusalem |
| 5. | Reuters | Mounted police charge Ethiopian-Israeli anti-racism protesters |
| 6. | The Times of Israel | Outcry as Barkan winery shuns Ethiopian workers, casts doubt on their Jewishness |
| 7. | The Times of Israel | The Times of Israel -- Manslaughter charges said off the table for cop who shot dead Ethiopian Israeli |
| 8. | Ynet.com | Prominent Ethiopian Israelis -- We live in fear, police think this is Harlem |

*See* Israel's and Ashkenazi Jews' Acts of Hatred against Ethiopian Jews, attached as **Exhibit 9**.

## NATURE OF THE ACTION

29)    This is an action pursuant to the Social Security Act § 460 [42 U.S.C. § 660] to enforce the interlocutory spousal support order that was rendered by Defendant Harris on April 1, 2021.

26

30) This is also an action pursuant to U.S.C. §§ 1983 and 1988 for declaratory relief, injunctive relief, and damages applied severally and jointly to those defendants who are sued individually and for attorneys' fees (if possible) for unlawful, abusive and retaliatory actions taken against me by the defendants, defendants' employees and other individuals in the defendants' employ for defendants' violation of the First, Fifth, Seventh, Thirteenth and Fourteenth Amendments to the U.S. Constitution and the statutory provisions to which the Fourteenth Amendment's Equal Protection Clause are applied: 1) the Civil Rights Act of 1964; 2) the Americans with Disabilities Act; 3) the Violence against Women Act; and Prevention of Elder Abuse, Neglect and Exploitation.

31) This action is presented to this honorable Court based on what I allege to be the defendants' violation of 15 U.S.C. § 1, 2, Sherman Antitrust Act; and pursuant to 18 U.S.C. § 1964, civil RICO based on the defendants' commission of tortious acts that are covered by the definition of RICO-predicate criminal offenses pursuant to 18 U.S.C. § 1961.

32) This action seeks to require this Court to focus on the issue of African Reparations with the goal of enforcement because I am a victim of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish cartel's non-stop implementation of the Babylonian Talmud's Critical Race Paradigm, said implementation expressed since:

a) The decimation of the native peoples of the Americas who were subjected to the Babylonian Talmud's pejorative connotation of the term "heathen" and subsequently decimated by the theft of their land, food sources; subjected to the unreasonable restraint of trade/commerce; subjected to the destruction of nuclear families by the institutionalized sexual assault of native males by marauding immigrants and their progeny to render the males unviable

27

for the purpose of breeding that was financed by European Jewish banking cartels to enforce the European (Ashkenazi) Jewish community's Babylonian Talmudic mandate that allows Jewish men to have sex with children so as to satisfy the Ashkenazi Jewish community's predisposition for the practice of pedophilia and pedophile-oriented sexually sadistic violence; and

   b)   The decimation and enslavement of Africans who were subjected to the Babylonian Talmud's pejorative connotation of the term "heathen" and subsequently subjected to the colonization of their homelands, denationalized and rendered as homeless transients by marauding immigrants and their progeny; subjected to the institutionalized kidnapping during the European Jewish banking cartel's monopolization of the Transatlantic Slave Trade; subjected to the withholding of food sources; subjected to the unreasonable restraint of trade/commerce; and subjected to the institutionalized sexual assault of native males by marauding immigrants to render the males unviable for the purpose of breeding that was financed by European Jewish banking cartels to replace the decimated native people of the Americas; and to make the victims financially responsible for the unknown, high-interest, unpayable debt associated with costs incurred by members of European (Ashkenazi) Jewish banking cartels for the decimation and enslavement of said victims to enforce the European (Ashkenazi) Jewish community's Babylonian Talmudic mandate that allows Jewish men to have sex with children so as to satisfy members of the Ashkenazi Jewish community who are predisposed towards pedophilia and pedophile-oriented sexually sadistic violence.

   33)   The aforesaid acts were committed against me as a member of a perennially defamed, publicly hated, disenfranchised group of natives to traffic as *kafala*/sex peons; and to institutionalize and normalize the commission of sexually sadistic war crimes against me, my

28

children and other litigants of the New York State Family Court within the five (5) counties of New York City, namely: Bronx County; Kings County (Brooklyn), New York County (Manhattan); Queens County and Richmond County (Staten Island) based on Defendant Lawrence Marks' tortious/criminal supplantation of federal statutes regarding child support, spousal support and family visitation rights with the Babylonian Talmud-based Administrative Law 78-20, applied only to five (5) out of sixty-two (62) counties within the aforementioned five (5) counties of the New York State Family Court that prohibited its file clerks from filing, and its judicial staff from adjudicating child support, spousal support and visitation petitions; that employed, and continues to employ law-breaking immigrants in transitory adjudicative positions as disposable sexual devices to prevent the adjudication of child support, spousal support and visitation cases; that permits the members of its judiciary who are biased Babylonian Talmud-adherent Ashkenazi Jews, whose religion advocates sex with children and the hatred of people of African descent ("Hamites", "Canaanites", "Kushites") to adjudicate cases in which the litigants are nonforeign African Americans in violation of 22 NYCRR §100.3(E), disqualification based on personal bias; and that discriminates against nonforeign African Americans in filling positions as judges and in transitory nonjudicial adjudicative positions. Said tortious acts were committed against me and similarly situated, helpless litigants and their children, a disproportionately high percentage of them nonforeign African Americans who I allege are used as nonconsenting *kafala*/sex peons by New York State's Family Court's Ashkenazi Jewish judges who I allege are sexually sadistic, pedophile-oriented sexual predators:

> For most Americans, the concepts relied upon by the Palestinian Plaintiffs in this case (i.e. ethnic cleansing, genocide, denationalization, and dehumanization) are foreign concepts not part of normal American vernacular. *However, these concepts are as American as apple pie.* The indigenous American Indian population and the African slaves brought to America have been victimized by these identical war crimes. Each group has been subject to ethnic cleansing,

29

genocide, expropriation of private property, confinement to reservations and ghettos, wholesale denial of their fundamental freedoms, subjected to a biased criminal justice system, and deemed to be irrelevant and disenfranchised members of American society.

Like Palestinian-Americans these groups can file their own war crime lawsuits here in federal district court. The reasons: (a) the similarity of injuries sustained (wanton destruction of property, starvation diets, and poisoning of water wells and livestock); (b) the identical means employed to subjugate these groups (The New York Police Department murdered Amadou Diallo with 51 bullets and Mr. Shapira used 87 bullets to massacre 29 Palestinians); and (c) for over 400 years, they have been victims of an ethnic cleansing/genocidal campaign similar to the one started by Defendant PMN in 1998.

*Personal Representative of the Dawabsheh Family,*
*et al v. Benjamin Netanyahu, et al*

34)    Defendants who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel have orchestrated the sexually-sadistic bondage of my First Amendment right to freedom of speech since by: 1) engaging the Ashkenazi-Jewish-controlled news media's public defamation of me as a "hate-spewing wacko"; 2) by withholding congressionally-mandated, federal-funded child and spousal support enforcement services; 3) by withholding congressionally-mandated, federally-funded employment and other wealth-building services; 4) by engaging in overt acts of law enforcement kidnapping; 5) by engaging in sexually sadistic psychiatric inpatient bondage and implied threats from government officials and individuals in their employ.

35)    I present this action to establish that defendants who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethno-religious cartel implement the same seditious conspiracy against others similarly situated:

a)    The Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's complete, sexually-sadistic bondage of citizens' First Amendment right to criticize Israel or Ashkenazi Jews based on the illegal engagement of the Israel Anti-Boycott Law;

b) The Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's complete, sexually-sadistic bondage of citizens' First Amendment right to engage in any discussion of racial issues that expose the Babylonian Talmud-inspired, pedophile-oriented decimation of the native peoples of the Americas and people of African descent;

c) The Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's complete, sexually-sadistic, pedophile-oriented decimation and bondage of individuals, many who are disproportionately misidentified as "Latinos," but who are Spanish-speaking Native Americans and Haitians at the southern border;

d) The Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's Pro-Asian political rhetoric that has its basis in Ashkenazi Jewish males' marriage and interbreeding of Asian women (especially *Kaifeng/*Chinese, *Cochin/*Indian and *Bene Israel/*Indian Asian Jewish women) and conversion of Asians to Judaism (based on their outnumbering of other racial/ethnic groups) and Ashkenazi-Jewish-controlled media's surreptitious introduction of Asian Jewish immigrants as non-Jewish Asians to an unenlightened gentile public who are not familiar with the existence of East Asian and South Asian Jews, so that Asian Jews can be engaged as *sayanim. See* **Exhibit 10**.

36) I allege that the goal of defendants who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the engagement of the Babylonian Talmudic Critical Race Paradigm, an ongoing seditious conspiracy that enforces the Babylonian Talmud, Tractate Sanhedrin 64a's espousal of the worship of Molech's mandate that allows the torture and murder of children; the Babylonian Talmud, Tractate Sanhedrin 57a's espousal of the theft and murder of gentiles; the Babylonian Talmud, Tractate Abodah Zarah,

31

Folio 26b,'s espousal of the extrajudicial murder of Christians (*minim*) and informants (*moser/moserim*); and the Babylonian Talmud Tractates Ketubot (Kethuboth) 11b's and Tractate Niddah 45a's espousal of the rape of children; all of which are implemented by employing Babylonian Talmud's publicly disseminated, defamatory, victim-humiliation-producing "fighting words" (*Chaplinsky v. New Hampshire*) that foment mob hatred and violence based on artificial social constructs (race-shaming; skin color-shaming; poverty-shaming; lack of education-shaming; body size-shaming; ethnicity-shaming, etc.).   The engagement of the Babylonian Talmudic Critical Race Paradigm creates and maintains a group of people that everyone hates to facilitate and normalize the targeted group's sexual decimation and genocide by: 1) the organized campaign of defamation against the targeted group; 2) the unreasonable restraint of trade/commerce against the targeted group; 3) the removal of the targeted group's father/husband figures; 4) the removal of the targeted group's wife/mother figures; 5) the normalization of alternative sexually dysfunctional lifestyles that are the result of child rape; 6) the publicized espousal of anti-reproductive lifestyles that are genocidal; (see *Physical Examination in Child Abuse* and *Sexual Disorientation of Male Sexual Abuse Survivors,* attached as **Exhibit 11**); 7) the normalization of acts of violence against the targeted group; and finally, 8) the removal of the target group's children who are institutionalized and subjected to bondage, malicious psychiatric misdiagnosis, psychosexual domestic terrorism and institutionalized gang rape that is orchestrated by members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are judges that are pedophile-oriented sexual predators to remain in a state of sexual arousal (See *The Ten Stages of Genocide*, attached as **Exhibit 12**).

32

37)     While the practice of pedophilia is permitted by the Babylonian Talmud, it is described as a mental disorder in the Diagnostic and Statistical Manual of Mental Disorders, Vol. V. The practice of pedophilia is considered to be a public health crisis in Israel and the United States.   The practice of pedophilia is a crime on both state and federal levels. Although the practice of pedophilia is not limited to any particular ethnic group, the percentage of child sexual predators is disproportionately high in the Ashkenazi Jewish community, and higher especially among ultra-Orthodox Jews.



38)     During the Transatlantic Slave Trade, Babylonian Talmud-adherent Ashkenazi Jewish leaders who financed and monopolized the kidnapping of Africans surreptitiously assigned an unpayable debt to African natives for food, supplies and immigrant labor used to kidnap them and bring them to Western Europe and the Americas.  These high-interest never-ending debts were also imposed on their impoverished progeny, who were used sexually as peons; and as adults, were subjected to never-ending defamation, buck-breaking and other acts of sexual and non-sexual torture, including sexualized law enforcement murder in payment of the unknown, unpayable debt. This system of enslavement in Western Asia (Middle East) is known as *kafala/*debt slavery or peonage. Peonage violates the Thirteenth Amendment.

33



CONTRABAND WOMEN -- A special report.
Traffickers' New Cargo: Naive Slavic Women
By Michael Specter -- Jan. 11, 1998

Irina always assumed that her beauty would somehow rescue her from the poverty and hopelessness of village life. A few months ago, after answering a vague ad in a small Ukrainian newspaper, she slipped off a tour boat when it put in at Haifa, hoping to make a bundle dancing naked on the tops of tables.

She was 21, self-assured and glad to be out of Ukraine. Israel offered a new world, and for a week or two everything seemed possible. Then, one morning, she was driven to a brothel, where her boss burned her passport before her eyes

"I own you," she recalled his saying. "'You are my property, and you will work until you earn your way out. Don't try to leave. You have no papers, and you don't speak Hebrew. You will be arrested and deported. Then we will get you and bring you back.'"

34

39) The objectives of this action are:

a)     To facilitate the successful receipt of this Court's enforcement of the Kings County Family Court's interlocutory spousal support order by ending, once and for all, Defendant Uzamere's false identity claim regarding the fictitious name "Godwin E. Uzamere" as a Seventh Amendment-protected *res judicata* issue that was adjudicated thirteen (13) years ago based on the decision that was rendered by the New York State Supreme Court Appellate Division for the Second Judicial Department in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* 2009 NY Slip Op 09214 [68 AD3d 855] as published by the New York State Law Reporting Bureau dated December 8, 2009.  Defendant Uzamere's identity was also verified by Rachel Rothstein McCarthy, former Bar Counsel for the U.S. Citizenship and Immigration Service; and by T. Diane Cejka of the U.S. Citizenship and Immigration Service in response to my FOIA/Privacy Act request number NRC2008023721 regarding Defendant Uzamere's immigration file numbers A35 201 224 and A24 027 764.  Additionally, the Seventh Amendment/*res judicata* nature of the decision that was rendered by the New York State Supreme Court Appellate Division for the Second Judicial Department was upheld in the decision that was rendered by the Honorable Colleen McMahon, former Chief Judge for the U.S. District Court, Southern District of New York, that acknowledged that Defendant Uzamere is my husband during the adjudication of the case *Cheryl D. Uzamere v. The State of New York,* 19-cv-9064, ending in the filing of the petition for a writ of certiorari that I submitted to the U.S. Supreme Court entitled *Cheryl D. Uzamere v. New York, et al,* No. 20-149. *See* Dismissal of the Honorable Colleen McMahon, attached as **Exhibit 13**.

35

b)      More importantly, the primary goal of my complaint is to establish that the tortious and criminal acts that I allege were committed against me by the defendants are manifestations of the enforcement of members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's *de facto* enforcement of the Critical Race Paradigm, a seditious conspiracy that manifests itself as a war-crime-producing, Sherman Antitrust-violating, RICO-predicate criminal enterprise against people of African descent ever since the monopolization of the European Jewish-banker-controlled Transatlantic Slave Trade that has been forced on my family. The Babylonian Talmud-based Critical Race Paradigm applies the surreptitiously imposed, high-interest, unpayable debt as a rationalization to subject my family and the families of nonforeign African American Christians to pedophile-oriented, sex-crazed, sexually sadistic domestic terrorism, including defamatory misdiagnosis of mental illness, bondage, unlawful imprisonment; all of which are symptoms of pedophile-oriented, sexual sadism disorder that are as unending as the surreptitious high-interest, unpayable debt that continues to be forcibly assigned to my family, including the withholding of my proper married name: *Mrs. Ehigie Edobor Uzamere,* and the illegal supplanting of it with the fictitious name "Godwin E. Uzamere" to ensure that I am never able to challenge, let alone pay the insurmountable *kafala* debt.

40)     I file this action against the defendants who I allege are participants in a seditious conspiracy that presents itself as a racketeer-influenced corrupt organization (*see* letter from CREW regarding Donald Trump, attached as **Exhibit 14**, page 3), led by members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who facilitate the impoverishment of people of African descent, which subsequently leads to their

children being trafficked and subjected to sexually sadistic domestic terrorism in New York State's foster care system to address the Babylonian Talmud's mandate and their predisposition for pedophilia and pedophile-oriented sexually sadistic violence against children, and unpunished law enforcement violence that I allege is intentionally allowed to provide as "snuff"[4],[5] pornographic entertainment.

## JURISDICTION AND VENUE

41) This Court has jurisdiction over constitutional and statutory claims as set forth in this complaint pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (a)(3) (civil rights).

42) 28 U.S.C. § 1332 is invoked because there is diversity of citizenship based on Defendant Uzamere's primary address in the State of Georgia.

43) Venue is proper based on the Social Security Act §460 [42 U.S.C. § 660] as it pertains to federal courts' requirement to enforce child and spousal support obligations:

> Civil Actions to Enforce Support Obligations, Sec. 460 [42 U.S.C. § 660]
>
> The district courts of the United States shall have jurisdiction, without regard to any amount in controversy, to hear and determine any civil action certified by the Secretary of Health and Human Services under section 452(a)(8) of this Act. A civil action under this section may be brought in any judicial district in which the claim arose, the plaintiff resides, or the defendant resides.

---

[4] A snuff film, or snuff movie, is "a movie in a purported genre of movies in which a person is actually murdered or commits suicide. It may or may not be made for financial gain but is supposedly 'circulated amongst a jaded few for the purpose of entertainment'".
[5]
https://www.americanbar.org/groups/public_interest/child_law/resources/child_law_practiceonline/child_law_pract ice/vol-33/may-2014/how-pornography-harms-children--the-advocate-s-role/), American Bar Association: The medical field has recognized that pornography consumption can be problematic. The recently updated DSM-V includes the diagnosis Hypersexual Disorder, which includes the compulsive use of pornography.

## ALLEGATIONS AS TO THE COMMISSION OF DEFENDANTS' TORTIOUS ACTS

44) I allege that the defendants call into question my right to enforce the following constitutional mandates and federal statutes:

Constitutional Provisions

a) Commerce Clause;

b) First Amendment;

     i) Freedom of Expression;

     ii) Petition the government for a redress of grievances;

     iii) Establishment Clause;

     iv) Free Exercise Clause;

c) Fifth Amendment;

d) Seventh Amendment;

e) Thirteenth Amendment;

f) Fourteenth Amendment;

U.S. Supreme Court Case Law Provisions

a) *Precision Instrument Mfg. Co. v. Automotive Co.*, 324 U.S. 806 (1945)
Clean hands doctrine;

b) *Global-Tech Appliances, Inc. v. SEB S. A.*, 563 U.S. 754 (2011);
Willful blindness;

c) *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
Implied cause of action for damages by federal agents;

Federal Statutory Provisions

a) Social Security Act:

   i) §452: Duties of the Secretary to establish state standard to collect support;

   ii) §454 [42 U.S.C. §654]: State plan for child and spousal support;

   iii) §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

   iv) §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

   v) §507 [42 U.S.C. §707]: Criminal penalty for false statements;

   vi) §508 [42 U.S.C. 708]: Nondiscrimination;

b) Sherman Antitrust Act, 15 U.S.C. 1, 2;

c) Marriage fraud, 8 U.S.C. §1325;

d) Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e) Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

   i) Civil Rights Act, discrimination based on race and national origin;

   ii) Americans with Disabilities Act/Rehabilitation Act;

   iii) Violence against Women Act;

   iv) Prevention of Elder Abuse, Neglect and Exploitation;

f) Civil Action for RICO, 18 U.S.C. § 1964:

   i) Section 1512 (relating to tampering with a witness, victim, or an informant);

   ii) Section 1513 (relating to retaliating against a witness, victim, or an informant);

   iii) Section 1544 (relating to misuse of passport);

   iv) Section 1581 (Peonage);

   v) Section 1591 (Sex trafficking of children by force, fraud or coercion);

g) Section 1622 (subornation of perjury);

39

h)   42 U.S.C. § 289c - Research on public health emergencies;

i)   Stalking (Interstate Domestic Violence), 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a)   New York State Penal Law §460.20, Enterprise Corruption;

b)   New York State Penal Law §485, Hate Crimes;

c)   New York State Penal Law §195, Official Misconduct;

d)   New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e)   New York State Penal Law §210.15, Perjury in the 1st degree;

f)   New York State Penal Law §210.10, Perjury in the 2nd degree;

g)   New York State Penal Law §175.35, Submitting a false for filing;

h)   New York State Penal Law §175.45, Issuing a false certificate.

i)   New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a)   Defamation;

b)   Intentional Infliction of Emotional Distress;

c)   Gross Negligence.

**PARTIES**

Plaintiff

45)   I, Cheryl D. Uzamere am the plaintiff in the above entitled action.

Defendants

46)   Ehigie Edobor Uzamere is Defendant Uzamere. He is sued individually.

40

47)     Austin I. Idehen, Esq. serves as the attorney for Defendant Uzamere in the Kings County Family Court, Index No. F-06594-20. I am suing him individually.

Democratic National Committee

48)     The Democratic National Committee (hereinafter "Democratic Party) is sued in its official capacity.

U.S. Senate

49)     I am suing the U.S. Senate in its official capacity.

U.S. House of Representatives

50)     I am suing the U.S. House of Representatives in its official capacity.

51)     Charles (Chuck) Schumer serves as the Majority Leader of the Democratic National Committee. I am suing him individually and in his official capacity.

52)     Hakeem Jeffries serves as Congressman for the 8th congressional district of New York. I am suing him in his official capacity.

53)     Lee Michael Zeldin serves as Congressman for the 1st congressional district of New York. I am suing him individually and in his official capacity.

54)     Senator Dick Durbin serves as Chair of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

55)     Senator Patrick Leahy serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

56)     Senator Dianne Feinstein serves as a member of the U.S. Senate Committee on the Judiciary. I am suing her in his official capacity.

41

57)     Senator Sheldon Whitehouse serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

58)     Senator Amy Klobuchard serves as a member of the U.S. Senate Committee on the Judiciary. I am suing her in his official capacity.

59)     Senator Chris Coons serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

60)     Senator Richard Blumenthal serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

61)     Senator Mazie Hirono serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

62)     Senator Cory Booker serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

63)     Senator Alex Padilla serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

64)     Senator Jon Ossoff serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

65)     Chuck Grassley serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

66)     Lindsey Graham serves as a member of the U.S. Senate Committee on the Judiciary. I am suing her in his official capacity.

67)     Senator John Cornyn serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

42

68)     Senator Mike Lee serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

69)     Senator Ted Cruz serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

70)     Senator Ben Sasse serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

71)     Senator Josh Hawley serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

72)     Senator Tom Cotton serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

73)     Senator John Kennedy serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

74)     Senator Thomas Tillis serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

75)     Senator Marsha Blackburn serves as a member of the U.S. Senate Committee on the Judiciary. I am suing him in his official capacity.

U.S. Department of Justice

76)     Merrick Garland serves as Attorney General of the United States. I am suing him individually and in his official capacity.

77)     Michael E. Horowitz serves as the Inspector General for the U.S. Department of Justice. I am suing him individually and in his official capacity.

43

78)     Kristen Clark serves as the Assistant Attorney General for the U.S. Department of Justice. I am suing her individually and in her official capacity.

79)     Rebecca Bond serves as the Chief of the Disability Right Section, Civil Rights Division, U.S. Department. I am suing her individually and in her official capacity.

80)     A. Eugenia Cowles (hereinafter "Defendant Cowles") serves as the U.S. Attorney for the District of Vermont.   I am suing her individually and in her official capacity.

81)     William Campos, Esq. (hereinafter "Defendant Campos") serves as Assistant U.S. Attorney for the Eastern District of New York, U.S. Department of Justice. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him in his official capacity.

82)     Benjamin Torrance, Esq. (hereinafter "Defendant Torrance") serves as the U.S. Attorney for the Southern District of New York, U.S. Department of Justice. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him in his official capacity.

83)     Christopher Wray (hereinafter "Defendant Wray") serves as the Director of the Federal Bureau of Investigation. I am suing him in his official capacity.

U.S. Department of Homeland Security

84)     Alejandro Mayorkas serves as the Secretary of the U.S. Department of Homeland Security. I am suing him in her official capacity.

85)     Ur M. Jaddou serves as the Director of the U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security. I am suing her in her official capacity.

44

86)    Jonathan E. Meyer serves as General Counsel for the U.S. Department of Homeland Security. I am suing him individually and in his official capacity.

87)    Ashley Tabbador, Esq. serves as Chief Counsel for the U.S. Citizenship and Immigration Service for the U.S. Department of Homeland Security. I am suing her in her official capacity.

88)    Rachel Rothstein McCarthy (hereinafter "Defendant McCarthy") served as the Bar Counsel for the U.S. Citizenship and Immigration Service. I am suing her individually and in her former official capacity.

89)    Denis McGowan (hereinafter "Defendant McGowan") served as the Regional Director for the Federal Protective Service, U.S. Department of Homeland Security. I am suing him in his official capacity.

90)    D. Gregg, Shield 298, serves as a federal law enforcement officer for the U.S. Department of Homeland Security. who falsely charged me with committing to two (2) federal misdemeanors. I am suing him individually and in his official capacity.

91)    Clifford Barnes, Shield 345 served as the USDHS federal law enforcement officer who prevented me from filing a complaint with the Equal Employment Opportunity Commission. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him individually and in his official capacity.

92)    "John Does" 1 – 5 served as the federal law enforcement officers who stood in front of my door without warrants and without charging me with any crime. I hold them to be jointly and severally liable for the tortious acts committed against me. I am suing them individually and in their official capacities.

Federal Communications Commission

93)     Jessica Rosenworcel, Esq. (hereinafter "Defendant Rosenworcel") serves as the Chair of the Federal Communication Commission. I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

Equal Employment Opportunity

94)     Charlotte Burrows serves as the Chair of the Equal Employment Opportunity Commission. I am suing her in her official capacity.

95)     Milton A. Mayo, Jr. serves as the Inspector General, Equal Employment Opportunity Commission. I am suing him individually and in his official capacity.

96)     Judy Keenan (hereinafter "Defendant Keenan") serves as the Regional Director for the New York Regional Office, Equal Employment Opportunity Commission. I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

97)     Jeffrey Burstein (hereinafter "Defendant Burstein") serves as the Regional Counsel for the New York Regional Office, Equal Employment Opportunity Commission. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him individually and in his official capacity.

U.S. Department of Health and Human Services

98)     Xavier Becerra, Esq. serves as the Secretary of the U.S. Department of Health and Human Services. I am suing him in his official capacity.

99)     Ben Goldhaber serves as the Deputy Assistant Secretary for Administration, Administration for Children's Services, U.S. Department of Health and Human Services.

46

100)    Miriam Delphin-Rittmon serves as the Assistant Secretary for Mental Health and Substance, Substance Abuse and Mental Health Services Administration, U.S. Department of Health and Human Services. I am suing her in her official capacity.

U.S. Department of State

101)    Rena Bitter serves as Assistant Secretary, Bureau of Consular Affairs, U.S. Department of State. I am suing her in her official capacity.

102)    Mary Beth Leonard, in Her Official Capacity as Ambassador, U.S. Department of State. I am suing her in her official capacity.

103)    Cassidy "Doe" serves as Vice Consul, U.S. Embassy in Abuja, Nigeria. I am suing him in his official capacity.

104)    Kellie Robinson serves as Public Liaison for the Office of Information Programs, U.S. Department of State. I am suing her in her official capacity.

State of New York

105)    The State of New York (hereinafter "Defendant New York State") is a governmental entity. I am suing it individually and in its official capacity.

106)    Kathy Hochul is the governor of New York. I am suing her in her official capacity

New York State Senate

107)    Jamaal T. Bailey serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

108)    Alessandra Biaggi serves as a member of the New York State Senate Committee on the Judiciary. I am suing her in her official capacity.

47

109)     Phil Boyle serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

110)     Neil D. Breslin serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

111)     Andrew Gounardes serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

112)     Brad Hoylman serves as Chair of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

113)     Anna M. Kaplan serves as a member of the New York State Senate Committee on the Judiciary. I am suing her in her official capacity.

114)     Andrew J. Lanza serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

115)     Zellnor Myrie serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

116)     Thomas F. O'Mara serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

117)     Peter Oberacker serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

118)     Anthony H. Palumbo serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

119)     Luis R. Sepúlveda serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his offic.al capacity.

48

120)    James Skoufis serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

121)    Kevin Thomas serves as a member of the New York State Senate Committee on the Judiciary. I am suing him in his official capacity.

New York State Attorney's Office

122)    Letitia James, Esq. serves as the Attorney General for the State of New York. I am suing her individually and in her official capacity.

123)    Oren L. Zeve, Esq. (hereinafter "Defendant Zeve") is the Managing Solicitor General for the New York State Attorney General's Office. I am suing him individually and in his official capacity.

124)    Robert Abrams served as the Attorney General for the State of New York. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him in his former official capacity.

New York State Commission on Judicial Conduct

125)    Joseph W. Belluck is the Chair of the New York State Commission on Judicial Conduct. I am suing individually and in his in his official capacity.

New York State Attorney Grievance Committees, First and Second Departments

126)    Abigail Reardon is the Chair for the Attorney Grievance Committee, New York State Supreme Court, Appellate Division for the First Judicial Department. I am suing her individually and in her official capacity.

49

127)    Diana Maxfield Kearse is the Chair for the Attorney Grievance Committee, New York State Supreme Court, Appellate Division for the Second Judicial Department. I am suing her individually and in her official capacity.

New York State Supreme Court Appellate Division, Attorneys for Children

128)    Harriet R. Weinberger, Esq. (hereinafter "Defendant Weinberger") is the former Director of the Office of Attorneys for Children for the New York State Supreme Court Appellate Division, Second Judicial Department for the New York State Unified Court System. I am suing her individually and in her official capacity.

129)    Joana C. Elder, Esq. is the Director of the Office of Attorneys for Children for the New York State Supreme Court Appellate Division, Second Judicial Department for the New York State Unified Court System. I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

130)    Anna Stern, Esq. (hereinafter "Defendant Stern") serves as an 18B attorney assigned through the Office of Attorneys for Children for the New York State Supreme Court Appellate Division, Second Judicial Department for the New York State Unified Court System. I am suing her individually and in her official capacity.

131)    Elliot Green, Esq. (hereinafter "Defendant Green") serves as an 18B attorney assigned through the Office of Attorneys for Children for the New York State Supreme Court Appellate Division, Second Judicial Department for the New York State Unified Court System. I am suing him individually and in his official capacity.

50

New York State Unified Court System

132)  The Honorable Janet DiFiore serves as the Chief Judge of the New York State Court of Appeals for the New York State Unified Court System. I am suing her individually and in her official capacity.

133)  The Honorable Lawrence Marks (hereinafter "Defendant Marks") is the Chief Administrative Judge for the New York State Unified Court System. I am suing him individually and in his official capacity.

134)  The Honorable Hector D. Lasalle serves as the Presiding Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

135)  The Honorable Reinaldo E. Rivera serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

136)  The Honorable Cheryl E. Chambers serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

137)  The Honorable Mark C. Dillon serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

138)  The Honorable Betsy Barros serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

139)   The Honorable Joseph J. Maltese serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

140)   The Honorable Sheri. S. Roman serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

141)   The Honorable Robert J. Miller serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

142)   The Honorable Colleen Duffy serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

143)   The Honorable Francesca E. Connolly serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

144)   The Honorable William G. Ford serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

145)   The Honorable Joseph A. Zayas serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

52

146)     The Honorable Linda Christopher serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

147)     The Honorable Valerie Brathwaite Nelson serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

148)     The Honorable Angela G. Iannacci serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

149)     The Honorable Paul Wooten serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing him in his official capacity.

150)     The Honorable Lara J. Genovesi serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

151)     The Honorable Deborah A. Dowling serves as an Associate Justice for the New York State Supreme Court Appellate Division for the Second Judicial Department. I am suing her in her official capacity.

152)     The Honorable Jeffrey S. Sunshine (hereinafter "Defendant Sunshine") is the Statewide Coordinating Judge for Matrimonial Cases for the Kings County Supreme Court, New York State Unified Court System.   I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him individually and in his official capacity.

153)    The Honorable Amanda E. White (hereinafter "Defendant White")   is the Supervising Judge for the Kings County Family Court.  I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

154)    The Honorable Ben. J. Darvil, Jr. (hereinafter "Defendant Darvil") is a Judge for the Kings County Family Court.  I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him individually and in his official capacity.

155)    Adele Alexis Harris (hereinafter "Defendant Harris")  is a Support Magistrate for the Kings County Family Court.   I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

156)    Denise-Marie Valme Lundy (hereinafter "Defendant Lundy")   is a court-appointed referee for the Kings County Family Court.   I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

157)    Lisa Aschkenasy (hereinafter "Defendant Aschkenasy")  serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

158)    Jamila Cha-Jua-Lee (hereinafter "Defendant Cha-Jua-Lee") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

54

159)   Frank M. Hoelldobler (hereinafter "Defendant Hoelldobler")  serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

160)   Nisha Menon (hereinafter "Defendant Menon") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System.  I am suing her in her official capacity.

161)   Jennifer Mitek (hereinafter "Defendant Mitek") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System.  I am suing her in her official capacity.

162)   Danielle M. Rodriguez (hereinafter "Defendant Rodriguez") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System.  I am suing her in her official capacity.

163)   Valerie Waldeier (hereinafter "Defendant Waldeier") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System.  I am suing her in her official capacity.

164)   Edward W. Yuskevich (hereinafter "Defendant Yuskevich") serves as a Court Attorney Referee for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

165)   Rosa M. Astuto (hereinafter "Defendant Astuto") serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System.  I am suing her in her official capacity.

55

166)    Jennifer L. Castaldi serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

167)    Andrea Hecht-Zaki serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

168)    Brittany Bisnott serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

169)    Danielle Noel serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

170)    Nicholas J. Palos serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

171)    Gabriella F. Richman serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

172)    Susan S. Danoff serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

173)    Richard N. Ross serves as a Support Magistrate for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

174)    The Honorable Alan Beckoff serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

175)    The Honorable Linda M. Capitti serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

176)    The Honorable Caroline Piela Cohen serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

177)    The Honorable Diane Costanzo serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

178)    The Honorable Jacqueline B. Deane serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

179)    The Honorable Catherine M. Di Domenico serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

180)    The Honorable Dena E. Douglas serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

181)    The Honorable Alicea Elloras-Ally serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

182)    The Honorable Lisa J. Friederwitzer serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

183)    The Honorable Gregory L. Gliedman serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

184)    The Honorable Melody Glover, in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

185)    The Honorable Ilana Gruebel serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

186)    The Honorable Evelyn J. Laporte serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

57

187) The Honorable Michael R. Milsap serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

188) Honorable Erik S. Pitchal serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

189) The Honorable Susan Quirk serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

190) The Honorable Raymond Rodriguez serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

191) The Honorable Stephanie Schwartze serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

192) The Honorable Jane C. Tully serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

193) The Honorable Javier E. Vargas serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing him in his official capacity.

194) The Honorable Judith D. Waksberg serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

195) The Honorable Jacqueline D. Williams serves as a Judge for the Kings County Family Court, New York State Unified Court System. I am suing her in her official capacity.

196) The Honorable Harriet L. Thompson served as a Judge with the Kings Court Surrogate's Court. I am suing her in her official capacity.

197) Cheryl Klein serves as the Supervisor of the Appeals Section for the Kings County Family Court. I am suing her individually and in her official capacity.

198)    Doreen M. Hanley serves as the Chief Clerk for the New York State Family Court for New York City, New York State Unified Court System.  I am suing her in her official capacity.

199)    Ryan Darshon serves as the Chief Clerk for the New York State Family Court for New York City, New York State Unified Court System.  I am suing him in his official capacity.

New York State Department of Health

200)    Mary Bassett, M.D., serves as the Commissioner for the New York State Department of Health.  I am suing her in her official capacity.

New York State Office Temporary and Disability Assistance

201)    Daniel W. Tiez serves as the Acting Commissioner for the New York State Office of Temporary and Disability Services.  I am suing him in his official capacity.

New York State Office for Children and Families

202)    Sheila O. Poole serves as the Commissioner for the New York State Office for Children and Families.  I am suing her in her official capacity.

New York State Office of Mental Health

203)    Anne Marie L. Sullivan serves as the Commissioner for the New York State Office of Mental Health.  I am suing her in her official capacity.

New York State Insurance Fund

204)    Kenneth R. Theobalds serves as the Chairman of the New York State Insurance Fund.  I am suing him in is official capacity.

205)    Tara A. Uzamere serves as a Medical Care Representative for the New York State Insurance Fund.  I am suing her in her official capacity.

59

City of New York

206)    The City of New York (hereinafter "Defendant New York City") is a municipal corporation of the State of New York. I am suing it individually and in its official capacity.

207)    Eric Adams serves as the Mayor of New York. I am suing him in his official capacity.

New York City Police Department

208)    Keechant Sewell (hereinafter "Defendant Sewell) serves as the Commissioner for the New York City Police Department. I am suing her individually and in her official capacity.

209)    Ernest Hart serves as the General Counsel for the New York City Police Department. I am suing him individually and in his official capacity.

210)    David P. Barrere serves as the Chief of Internal Affairs for the New York City Police Department. I am suing him individually and in his official capacity.

211)    Rohan Griffith serves as the Deputy Inspector for the 75th Precinct. I am suing him individually and in his official capacity.

212)    Noel D'Amico serves as a detective for the 75th Precinct of the New York City Police Department. I am suing him individually and in his official capacity.

213)    Thomas Fusco serves as a detective for the 75th Precinct. I am suing individually and in his official capacity.

214)    James W. Essig serves as the Chief Detective for the New York City Police Department. I am suing him individually and in his official capacity.

215)    Joseph Leiva serves as a Detective for the New York City Police Department. I am suing him individually and in his official capacity.

216)    Kyle Stanley serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

217)    Bibek Thapa serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

218)    Paul Caleb serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

219)    David Teran serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

220)    Michael Misilewich serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

221)    Thomas Rourke serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

222)    Nazir Abdul serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

223)    Horacio Delgado serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

224)    Anthony Ambrosino serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

225)    Artemisa Caceres serves as a Detective for the New York City Police Department.  I am suing her individually and in her official capacity.

226)    Hipolito M. Gil serves as a Detective for the New York City Police Department.  I am suing him individually and in his official capacity.

227)   Bobby Xiao serves as a Police Officer for the New York City Police Department. I am suing him individually and in his official capacity.

228)   Michael Fontana serves as a Police Officer for the New York City Police Department. I am suing him individually and in his official capacity.

229)   "John Does" 1 – 5 served as the law enforcement officers who stood in front of my door for 33 minutes without warrants and without charging me with a crime. I am suing them individually and in their official capacities.

230)   Jocelyn Strauber serves as Commissioner for the New York City Department of Investigations. I am suing her individually and in her official capacity.

231)   Jeannine Barrett serves as Acting Inspector for the New York City Police Department. I am suing her individually and in her official capacity.

232)   Jonathan Darche, Esq. serves as a Detective for the New York City Police Department. I am suing him individually and in his official capacity.

Brooklyn District Attorney's Office

233)   Eric Gonzalez, Esq. (hereinafter "Defendant Gonzalez") serves as the District Attorney for the Kings County District Attorney's Office. I am suing him individually and in his official capacity.

New York City Clerk's Office

234)   Patrick L. Synmoie, Esq. (hereinafter "Defendant Synmoie") serves as the Executive Agency Counsel for the New York City Clerk's Office. I am suing him individually and in his official capacity.

New York City Department for the Aging

235)    Lorraine Cortés-Vázquez serves as the Commissioner for the New York City Department for the Aging. I am suing her in her official capacity.

236)    Steven Foo, Esq. serves as the General Counsel for the New York City Department for the Aging.  I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him in his individually and in his official capacity.

237)    Maritza Arroyo serves as the Assistant Commissioner for the New York City Department for the Aging.  I hold her to be jointly and severally liable for the tortious acts committed against me.  I am suing her individually and in her official capacity.

238)    Maria Serrano serves as the Director of the Senior Community Services Employment Program for the New York City Department for the Aging.  I hold her to be jointly and severally liable for the tortious acts committed against me. I am suing her individually and in her official capacity.

New York City Housing Authority

239)    Greg Russ serves as the Chairman for the New York City Housing Authority.  I am suing him in his official capacity.

New York City Department of Health and Mental Hygiene

240)    Ashwin Vasan, MD serves as Commissioner for the New York City Department of Health and Mental Hygiene.  I am suing him in his official capacity.

241)    Lisa Landau, JD serves as General Counsel for the New York City Department of Health and Mental Hygiene.  I am suing her individually and in her official capacity.

63

242)    Michael T. McRae, PhD serves as Acting Executive Deputy Commissioner, Bureau of Health Promotions for Justice-Impacted Populations for the New York City Department of Health and Mental Hygiene. I am suing him in his official capacity.

243)    Abigail Gresla, LMSW serves as CRT Coordinator for the Bureau of Health Promotions for Justice-Impacted Populations for the New York City Department of Health and Mental Hygiene. I am suing her individually and in her official capacity.

244)    Bernadette O'Donnell, JD serves as Records Access Officer for the New York City Department of Health and Mental Hygiene. I am suing her in her official capacity.

New York City Health and Hospitals Corporation

245)    Michael Katz, MD. Serves as President and Chief Executive Officer of the New York City Health and Hospitals Corporation. I am suing him individually and in his official capacity.

246)    Marcia Werchol, MD serves as Assistant Vice President for Family Court Mental Health Services at New York City Health and Hospitals Corporation. I am suing him individually and in her in her former official capacity.

State Attorneys General

247)    Steve Marshall, Esq., serves as the Attorney General of the State of Alabama. He is sued individually and in his official capacity.

248)    Treg R. Taylor, Esq., serves as the Attorney General of the State of Alaska. He is sued individually and in his official capacity.

249)    Mark Brnovich, Esq., serves as the Attorney General of the State of Arizona. He is sued individually and in his official capacity.

250)    Blake Masters serves as a candidate for the U.S. Senate for the State of Arizona. I am suing him in his official capacity.

251)    Leslie Rutledge, Esq., serves as the Attorney General of the State of Arkansas. He is sued individually and in his/her official capacity.

252)    Rob Bonta, Esq., serves as the Attorney General of the State of California. He is sued individually and in his official capacity.

253)    Phil Weiser, Esq., serves as the Attorney General of the State of Colorado. He is sued individually and in his official capacity.

254)    William Tong, Esq., serves as the Attorney General of the State of Connecticut. He is sued individually and in his official capacity.

255)    Kathy Jennings, Esq., serves as the Attorney General of the State of Delaware. He is sued individually and in her official capacity.

256)    Ashley Moody, Esq., serves as the Attorney General of the State of Florida. She is sued individually and in his/her official capacity.

257)    Chris Carr, Esq., serves as the Attorney General of the State of Georgia. He is sued individually and in his official capacity.

258)    Clare E. Connors, Esq., serves as the Attorney General of the State of Hawaii. She is sued individually and in her official capacity.

259)    Lawrence G. Wasden, Esq., serves as the Attorney General of the State of Idaho. He is sued individually and in his official capacity.

260)    Kwame Raoul, Esq., serves as the Attorney General of the State of Illinois. He is sued individually and in his official capacity.

261)    Curtis T. Hill Jr. , Esq., serves as the Attorney General of the State of Indiana.  He is sued individually and in his official capacity.

262)    Tom Miller, Esq., serves as the Attorney General of the State of Iowa.  He is sued individually and in his official capacity.

263)    Derek Schmidt, , Esq., serves as the Attorney General of the State of Kansas.  He is sued individually and in his official capacity.

264)    Daniel Cameron, Esq. serves as the Attorney General of the State of Kentucky.  He is sued individually and in his official capacity.

265)    Jeff Landry, Esq., serves as the Attorney General of the State of Louisiana.  He is sued individually and in his official capacity.

266)    Aaron Frey, Esq., serves as the Attorney General of the State of Maine.  He is sued individually and in his official capacity.

267)    Brian Frosh serves as the Attorney General of the State of Maryland.  He is sued individually and in his official capacity.

268)    Maura Healey, Esq., serves as the Attorney General of the State of Massachusetts.  She is sued individually and in her official capacity.

269)    Dana Nessel, Esq., serves as the Attorney General of the State of Michigan.  She is sued individually and in her official capacity.

270)    Keith Ellison, Esq., serves as the Attorney General of the State of Minnesota.  He is sued individually and in his official capacity.

271)    Lynn Fitch, Esq., serves as the Attorney General of the State of Mississippi.  He is sued individually and in his official capacity.

272)    Eric Schmitt, Esq., serves as the Attorney General of the State of Missouri.  He is sued individually and in his official capacity.

273)    Austin Knudsen, Esq., serves as the Attorney General for State of Montana.  He is sued individually and in his official capacity.

274)    Aaron D. Ford, Esq., serves as the Attorney General of the State of Nevada.  He is sued individually and in his official capacity.

275)    Doug Peterson, Esq., serves as the Attorney of the State of Nebraska.  He is sued individually and in his official capacity.

276)    John Formella, Esq., serves as the Attorney General of the State of New Hampshire.  He is sued individually and in his official capacity.

277)    Gurbir S. Grewal, Esq., serves as the Attorney General of the State of New Jersey.  He is sued individually and in his official capacity.

278)    Hector Balderas, Esq., serves as the Attorney General for the State of New Mexico.  He is sued individually and in his official capacity.

279)    Josh Stein Serves as the Attorney General of the State of North Carolina.  He is sued individually and in his official capacity.

280)    Wane Stenehjam, Esq., serves as the  Attorney General of the State of North Dakota.  He is sued individually and in his official capacity.

281)    Dave Yost, Esq., serves as the Attorney General of the State of Ohio.  He is sued individually and in his official capacity.

282)    John O' Connor, Esq., serves as the Attorney General for the State of Oklahoma.  He is sued individually and in his official capacity.

283)    Ellen F. Rosenblum serves as the Attorney General for the State of Oregon.  She is sued individually and in her official capacity.

284)    Josh Shapiro, Esq., serves as the Attorney General of the State of Pennsylvania. He is sued individually and in his official capacity.

285)    Peter F. Neronha serves as the Attorney General of the State of Rhode Island.  He is sued individually and in his official capacity.

286)    Jason Ravnsborg, Esq., serves as the Attorney General of the State of South Dakota. He is sued individually and in his official capacity.

287)    Herbert H. Slatery, III, Esq., serves as the Attorney General of Tennessee.  He is sued individually and in his official capacity.

288)    Ken Paxton, Esq., serves as the Attorney General of the State of Texas.  He is sued individually and in his official capacity.

289)    Sean D. Reyes, Esq., serves as the Attorney General for the State of Utah.  He is sued individually and in his official capacity.

290)    T. J. Donovan, Esq., serves as the Attorney General for the State of Vermont.  He is sued individually and in his official capacity.

291)    Mark R. Herring serves as the Attorney General for the State of Virginia.  He is sued individually and in his official capacity.

292)    Bob Ferguson serves as the Attorney General for the State of Washington.  He is sued individually and in his official capacity.

293)    Patrick Morrisey serves as the Attorney General for the State of West Virginia. He is sued individually, Esq., and in his official capacity.

294)    Josh Kaul, Esq., serves as the Attorney General of the State of Wisconsin. He is sued individually and in his official capacity.

295)    Bridget Hill, Esq., serves as the Attorney General for the State of Wyoming. He is sued individually and in his official capacity.

New York Daily News

296)    The New York Daily News is being sued individually and in its official capacity;

297)    Scott Shifrel served as journalist/writer for the New York Daily News. I am suing him individually and in his official capacity.

New York Post

298)    The New York Post is sued individually and in its official capacity.

Brooklyn Daily Eagle

299)    The Brooklyn Daily Eagle is sued individually and in its official capacity.

AT&T

300)    John Stankey serves as President and Chief Executive Officer of AT&T. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing in him individually and in his official capacity.

301)    Chuck Blanchard serves as the Assistant Vice President and Senior Legal Counsel for AT&T. I hold him to be jointly and severally liable for the tortious acts committed against me. I am suing him in his official capacity.

69

Altice USA, Inc.

302)    Dexter Goei serves as Chief Executive Officer of Altice USA, Inc. I hold him to be jointly and severally liable for the tortious acts committed against me.   I am suing him in his official capacity.

303)    Hans Vestberg serves as the President and Chief Executive Officer of Verizon.  I hold him to be jointly and severally liable for the tortious acts committed against me.  I am suing him in his official capacity.

Disability Right New York

304)    Timothy A. Clune, Esq. serves as Executive Director for Disability Rights New York.  I am suing him individually and in his official capacity.

305)    Jennifer Monthie, Esq. served as General Counsel for Disability Rights New York. I am suing her individually and in his official capacity.

306)    Clifford A. Zucker, Esq. served as Legal Director for Disability Rights New York. I am suing him individually and in his official capacity.

Anti-Defamation League

307)    Jonathan Greenblatt serves as the Chief Executive Office for the Anti-Defamation League.  I am suing him in his official capacity.

American Civil Liberties Union

308)    American Civil Liberties Union is sued in its official capacity.

309)    Deborah Archer serves as the National Board President of the American Civil Liberties Union.  I am suing her in her official capacity.

70

New Tolerance Campaign

310)    Gregory Angelo serves as the President of the New Tolerance Campaign.  I am suing him in his official capacity.

Brookdale Hospital Medical Center

311)    Brookdale Hospital Medical Center is used individually and its official capacity.

312)    Dominick Stanzione serves as the President and Chief Executive Officer of Brookdale Hospital Medical Center.  I am suing him in his official capacity.

313)    David Rose, M.D. serves as a Psychiatrist for Brookdale Hospital Medical Center. I am suing him individually and in his official capacity.

314)    Ms. Landau serves as a Nurse for the Brookdale Hospital Medical Center.  I am suing her individually and in her official capacity.

America Works, Inc.

315)    America Works is sued individually and in its official capacity.

316)    Samantha Goldstein serves as the Director for America Works, Inc.  I am suing her individually and in her official capacity.

Federation Employment and Guidance Services (FEGS)

317)    FEGS is sued in its official capacity.

American Association of Jewish Lawyers and Jurists

318)    Robert Garson serves as President of the American Association of Jewish Lawyers and Jurists.  I am suing him in his official capacity.

JASA

319)    JASA is sued individually and in its official capacity.

71

320)    Kathryn Haslanger is the Chief Executive Officer of JASA. I hold her to be jointly and severally liable for the tortious acts committed against me.  I am suing her individually and in her official capacity.

Transitional Services for New York, Inc.

321)    Transitional Services for New York Inc. is sued individually and in its official capacity.

322)    Larry Grubler is the Chief Executive Officer.  I hold him to be jointly and severally liable for the tortious acts committed against me.  I am suing him individually and in his official capacity.

323)    Michael L. Desautels, Esq. serves as the Federal Public Defender for the District of Vermont. I am suing him individually and in his official capacity.

324)    Steven L. Barth, Esq serves as an Assistant Federal Public Defender for the District of Vermont. I am suing him individually and in his official capacity.

325)    Barclay T. Johnson, Esq. serves as an Assistant Federal Public Defender for the District of Vermont. I am suing him individually and in his official capacity.

326)    Mary M. Nerino, Esq. serves as an Assistant Federal Public Defender for the District of Vermont. I am suing her individually and in her official capacity.

327)    Sara M. Puls, Esq. serves as an Assistant Federal Public Defender for the District of Vermont. I am suing her individually and in her official capacity.

328)    Marsha Curtis serves as the Paralegal for the District of Vermont. I am suing her individually and in her official capacity.

72

329)   Osato Eugene Uzamere served as the attorney for Defendant Uzamere. I am suing him individually and in his official capacity.

330)   Allen E. Kaye served as the immigration for Defendant Uzamere. I am suing him individually and in his former official capacity.

331)   Harvey Shapiro served as the immigration attorney for Defendant Uzamere. I am suing him individually and in his official capacity.

332)   Jack Gladstein served as the divorce attorney for Defendant Uzamere. I am suing him individually and in his former official capacity.

Defendants Relative to the Subject of African Reparations

New York Bar Association Task Force on Racism Social Equity and the Law

333)   T. Andrew Brown, Esq., serves as President of the New York State Bar Association. I am suing him in his official capacity.

334)   Dr. Thomas Craemer serves as Associate Professor, School of Public Policy, University of Connecticut.  I am suing him in his official capacity.

335)   Dr. William A. Darity Jr., Ph. D. serves as Professor, Samuel DuBois Cook Center on Social Equity at Duke University. I am suing him in his official capacity.

336)   Anthony Paul Farley serves as James Campbell Matthews Distinguished Professor of Jurisprudence, Albany Law School.  I am suing him in his official capacity.

337)   Tamika A. Coverdale, Esq. serves as Program Chair for the New York Bar Association Task Force on Racism, Social Equity and the Law, New York State Bar Association. I am suing her in her official capacity.

73

338)    Mirna Martinez Santiago, Esq. serves as Program Chair for the New York Bar Association Task Force on Racism, Social Equity and the Law, New York State Bar Association. I am suing her in her official capacity.

339)    Taa R. Grays, Esq. serves as Co-Chair for the New York Bar Association Task Force on Racism, Social Equity and the Law, New York State Bar Association.  I am suing her in her official capacity.

340)    Lillian M. Moy, Esq. serves as Co-Chair for the New York Bar Association Task Force on Racism, Social Equity and the Law, New York State Bar Association.  I am suing her in her official capacity.

National African-American Reparations Commission

341)    Justine Hansford, Esq. serves as a Commissioner for the National African-American Reparations Commission. I am suing him in his official capacity.

342)    Nkechi Taifa, Esq. serves as a Commissioner for the National African-American Reparations Commission. I am suing her in her official capacity.

343)    Reverend Dr. Robert Turner, Ph.D. serves as a Commissioner for the National African-American Reparations Commission. I am suing him in his official capacity.

U.N. Office of the High Commissioner for Human Rights, Working Group On Experts of People of African Descent

344)    Dominque Day serves as Chair of the Working Group on Experts of People of African Descent for the United Nations Office of the High Commissioner for Human Rights. I am suing her in her official capacity.

345)    Dorothy E. Roberts, JD serves as a George A. Weiss University Professor of Africana Studies, Law And Sociology, University of Pennsylvania, and with the Working Group on Experts of People of African Descent for the United Nations Office of the High Commissioner for Human Rights.  I am suing her in her official capacity.

Equal Justice Initiative

346)    Bryan Stevenson serves as the Executive Director of the  Equal Justice Initiative. I am suing him in his official capacity.

California Reparations Task Force

347)    Cheryl Grills, Ph.D. serves as a member of the California Reparations Task Force.

National Assembly of American Slavery Descendants

348)    Khansa T. Jones-Muhammad serves as a member of the National Assembly of American Slavery Descendants.  I am suing her in her official capacity.

Victims of the Enforcement of the Critical Race Paradigm

349)    C. Vernon Mason is a disbarred/suspended attorney.  I am suing him in his official capacity.

350)    Alton H. Maddox is a disbarred/suspended attorney.  I am suing him in his official capacity.

**DEFENDANTS' WITHHOLDING OF SPOUSAL SUPPORT ENFORCEMENT SERVICES ARE CONTINUING SHERMAN ANTITRUST AND RICO-PREDICATE TORTS THAT BEGAN NOVEMBER 20, 1979**

351)    I allege that on or around November 20, 1979, Defendant Uzamere, Defendant Uzamere, at the behest of immigration attorneys Allen E. Kaye and Harvey Shapiro engaged in the unreasonable restraint of trade/commerce associated with my right to bear the name

75

*Mrs. Ehigie Edobor Uzamere* as his lawfully wedded wife, and to share the marital assets, including spousal and child support by issuing a falsified, groom-identity-lacking marriage affidavit bearing the fictitious name "Godwin E. Uzamere" to employees of the New York State/New York City Clerk's Office's Marriage Bureau in violation of New York State Penal Law Section 175.35:

> "knowing that a written instrument contains a false statement or false information, and with intent to defraud the state or any political subdivision, public authority or public benefit corporation of the state, he or she offers or presents it to a public office, public servant, public authority or public benefit corporation with the knowledge or belief that it will be filed with, registered or recorded in or otherwise become a part of the records of such public office, public servant, public authority or public benefit corporation.

> Offering a false instrument for filing in the first degree is a class E felony.

*See* marriage documents that were falsified by employees of the New York City Clerk's Office, attached as **Exhibit 15**.

352)    In furtherance of the seditious conspiracy to unreasonably restrain trade/commerce associated with my right to bear the name *Mrs. Ehigie Edobor Uzamere* as his lawfully-wedded wife, and to share the marital assets, including spousal and child support, Defendant Uzamere's immigration attorneys Allen E. Kaye, Harvey Shapiro and other members of the defendants who are members of New York State's and New York City's Babylonian Talmud-adherent, Ashkenazi Jewish cartel ensconced in positions of authority within the New York State/New York City Clerk's Office's Marriage License Bureau accepted the falsified, groom-identity-lacking marriage affidavit and subsequently issued a falsified marriage certificate, first, in November 1979, and again on February 6, 2012 in violation of New York State Penal Laws Sections 175.40:

"A person is guilty of issuing a false certificate when, being a public servant authorized by law to make or issue official certificates or other official written instruments, and with intent to defraud, deceive or injure another person, he issues such an instrument, or makes the same with intent that it be issued, knowing that it contains a false statement or false information.

Issuing a false certificate is a class E felony."

353)    On December 17, 1979, Defendant Uzamere, in concert with Defendant Kaye, Defendant Shapiro, and unknown employees of the U.S. Department of Justice's Immigration and Naturalization Service facilitated the filing of the falsified I-130 immigration form along with the New York State/New York City Clerk's Office's marriage certificate containing the falsified name "Godwin E. Uzamere."

354)    On April 24, 1979, after losing my job with the Insurance Company of North America, I applied for child and spousal support enforcement services with the Kings County Family Court. From that day on, I applied for child support and spousal support enforcement services provided by the New York City Human Resources Administration through the Kings County Family Court, but never received them.

355)    In August 1980, I started receiving public assistance from the New York City Human Resources Administration. My case number was 4056529-1. I applied for child support/spousal support enforcement services, but I never received them. *See* correspondence I received from T. Diane Cejka of the U.S. Department of Homeland Security in response to my Freedom of Information request for the immigration records of Defendant Uzamere, attached as **Exhibit 16**.

356)    From 1981 to 1983, and again, from 1987 to 1993 I was homeless. My family never received any help from the New York City Human Resources Administration. My children also became homeless and were trafficked by members of the Democratic Party's

Babylonian Talmud-adherent Ashkenazi Jewish cartel-controlled sex trade where my son and daughter were both sodomized. I voluntarily placed them in foster care to get help, to find a job, make money and get my children back, but I never received any help from the New York City Human Resources Administration. *See* correspondence from the New York City Department of Homeless Services, attached as **Exhibit 17**.

357)    During the time that my children were in foster care, they were sodomized. I allege that my son, David Paul Walker was anally sodomized by members of the Satmar community in the group home where he was a resident near the Hewes Street train station in the Satmar-controlled, Williamsburg section of Brooklyn, New York, and after being used as a *schvartze* slave, he was transferred to the Edenwald group home in Pleasantville, New York, where I allege that he was drugged with Benadryl, Melloril, Tegretol and Haldol; forced to eat feces, and further sodomized and treated for mental illness under the pretense that he had a preexisting mental illness unrelated to his having been sodomized by sex-crazed Ashkenazi Jews. *See* David P. Walker's Facebook statement, attached as **Exhibit 18**.

358)    Around February 2, 1993, I visited the New York City Special Services for Children at 80 Lafayette Street, New York, New York because of my inability to get my children out of New York State's/New York City's foster care system. I was defamed as violently mentally ill and forced to become an inpatient with St. Vincent's Hospital, forcibly injected with Haldol, and forced to stay as an inpatient from February 3, 1993, to February 19, 1993.

359)    In 1994, during the hearing with the New York County Family Court regarding the discharge of my children from foster care, Dr. Marcia Werchol testified as an expert witness that I am "psychotic, NOS (not otherwise specified); however, the court ruled in my favor. My

78

children were returned to me in 1994; however, New York City Human Resources Administration made no attempt to engage its child/spousal support enforcement services so that my family could receive child and spousal support, and not be beholden on New York City or New York State for our care.

360)    I became a tenant of the New York City Housing Authority in October 1993. Neither the New York City Housing Authority nor the New York City Human Resources Administration engaged in obtaining child support/spousal support enforcement services for my family.

361)    Around October 5, 2003, I received correspondence from Defendant Uzamere's former attorney Defendant Gladstein holding out Defendant Uzamere to be "Godwin Uzamere." *See* copy of correspondence from Jack Gladstein, attached as **Exhibit 19**.

362)    In August 2004, I visited the Social Security Administration's office in New York City to obtain information regarding Defendant Uzamere so that I could receive spousal support. During my visit there, an argument ensued. The Social Security Administration's office manager contacted the U.S. Department of Homeland Security Federal Protective Service.  A law enforcement officer (an African American woman) forcibly escorted me from the office. An ambulance was called, and I was forcibly made an inpatient with Bellevue Hospital.  During that time, the New York City Human Resources Administration failed in its duty to help me obtain spousal support, even though I was receiving Medicare, Medicaid, and food stamps.

363)    Around July 15, 2007, I filed what is now my discontinued divorce action against Defendant Uzamere in the case *Cheryl D. Uzamere v. Senator Ehigie Edobor Uzamere a.k.a.*

79

"*Godwin E. Uzamere*," Index No. K-26332-07. *See* the summons and complaint regarding my action for divorce, attached as **Exhibit 20**.

364)    In August 2007, Defendant Deborah Thomas denied my request to proceed as a poor person, stating: The attached indicates $20,000,000.00 in assets. Poor person's relief under such circumstances is inappropriate." See Poor Person's Order by Hon. Deborah Thomas, attached as **Exhibit 21**.

365)    On October 8, 2008, Defendant Uzamere's nephew, Defendant Osato Eugene Uzamere, as Defendant Uzamere's divorce attorney, submitted a falsified affirmation holding Defendant Uzamere out to be "Godwin Uzamere." Osato Eugene Uzamere also submitted the falsified counter-affidavit of Defendant Uzamere, posing as "Godwin Uzamere" with a falsified social security receipt and photographs of passport bearing no name or photo.   During my discontinued divorce action, the New York City Human Resources Administration never attempted to engage its services to help me obtain spousal support.  *See* Affirmation of Osato Eugene Uzamere and Affidavit of "Godwin Uzamere" attached as **Exhibit 22**.

366)    Around October 27, 2008, Defendant Tara A. Uzamere submitted an affidavit holding Defendant Uzamere to be her father, with a photo of Defendant Uzamere that she took when she first met him at JFK Airport. *See* Affidavit of Tara A. Uzamere, attached as **Exhibit 23**.

367)    On January 12, 2009, Defendant Sunshine rendered an interim decision regarding Defendant Uzamere, holding that "the opposition raises a genuine issue as to whether or not plaintiff and defendant were married in the first instance", raising a question regarding my mental health status without providing me with ADA-compliant reasonable accommodations by way of

80

guardian ad litem. *See* Page 9 of the Decision and Order of Defendant Sunshine, attached as **Exhibit 24**.

368)    On May 12, 2009, after Defendant Uzamere and his attorney, Defendant Osato Eugene Uzamere failed to establish Defendant Uzamere's claim that he is not Defendant Uzamere after being given the opportunity to do so, Defendant Sunshine stated in his decision:

> Today, at 10:35 a.m., defendant was declared in default for failure to appear at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds that he is not the husband of the plaintiff is denied in its entirety. The defendant is the husband in conformity with the parties' marriage on November 21, 1979."

See Kings County Family Court Family Offense Summons, Point Blank news article, Osato Eugene Uzamere's Order to Show Cause and Affirmation to Withdraw and Defendant Sunshine's Final Order, attached as **Exhibit 25**.

369)    On or around October 28, 2009, during the adjudication of the lawsuit entitled *Cheryl D. Uzamere v. Senator Ehigie Edobor Uzamere, a.k.a. "Godwin E. Uzamere", et al,* Index No. K-18012/09, attorneys Allen E. Kaye, Harvey Shapiro and Jack Gladstein submitted falsified affirmations holding "Godwin Uzamere" to be Defendant Uzamere. During that time, the New York City Human Resources Administration made no attempt to engage its services to assist me in obtaining spousal support. See Affirmations of attorneys Allen E. Kaye, Harvey Shapiro and Jack Gladstein, Esq., attached as **Exhibit 26**.

370)    On November 3, 2009, Defendant Sunshine supervised the illegal dissemination of confidential information regarding my now discontinued divorce action in violation of 22 NYCRR 100(3)(B)(11) to the *New York Daily News,* the *New York Post,* and the *Brooklyn Daily Eagle,* and maliciously prosecuted me by falsely charging me with violating New York State

Penal Law §§ 240.26, 240.30(1) 2nd degree harassment. After I appeared at the 84th Precinct to prove that I was his victim, I was falsely arrested and later hospitalized as a psychiatric inpatient.

371)    On November 5, 2009, the New York Daily News printed a newspaper article calling me a "hate-spewing wacko" and published information regarding my discontinued divorce action. According to the article, a courthouse stated: "Oh, she's a smart person and really knows how to use the system…she comes in here and files all these papers and threatens people." Defendant Sunshine later dropped the charges against me without ever appearing in court on December 3, 2009. *See* articles from the *New York Daily News*, *New York Post*, and the *Brooklyn Daily Eagle,* Rikers Island incarceration report and correspondence from Joyce Kendrick of Brooklyn Defender Services, attached as **Exhibit 27**.

372)    On December 10, 2009, FEGS Behavioral Health Services doctor Howard S. Forster, former board certified internist (but not a board certified psychiatrist) and Clifford Nafus prepared a discharge summary, terminating me from the program, stating: "Client remains incarcerated at this time and given client's history of anti-Semitic remarks, treatment at a FEGS facility is inappropriate for her." *See* New York State Education Department information regarding Howard S. Forster and FEGS discharge report, attached as **Exhibit 28**.

373)    During this period of time, the New York City Human Resources failed to help me obtain spousal support.

374)    On January 25, 2010, during the adjudication of the lawsuit *Cheryl D. Uzamere v. Senator Ehigie Edobor Uzamere, a/k/a "Godwin E. Uzamere", et al*, Index No. K-18012-09, the late Honorable Arthur M. Schack stated the following in his interim decision and order:

> Prior to January 15, 2010, Plaintiff Uzamere was committed by Justice Anthony Cutrona…for psychiatric evaluation. Upon further reflection, the Court is not at present deciding the instant order to show cause and three cross-motions. The Court is concerned that the Plaintiff UZAMERE is unfit to proceed.

See Judge Schack's interlocutory decision, Judge Cutrona's mental hygiene ruling and Kingsboro Psychiatric Report, attached as **Exhibit 29**.

375)    Around April/May 2010, an employee of the New York City Housing Authority entered my apartment without my permission and, with employees of the New York City Police Department and New York City Fire Department kidnapped me and forced me to be an inpatient, first, in Kings County Hospital, then to Kingsboro Psychiatric Center.

376)    On July 13, 2010, in response to the fraudulent affirmations of Defendants Kaye, Shapiro and Gladstein, the late Honorable Arthur Schack rendered the Court's final decision and order in the case *Cheryl D. Uzamere v. Senator Ehigie Edobor Uzamere*, holding "Godwin Uzamere" and Senator Ehigie Edobor Uzamere to be two (2) different persons, a little more than a year after the U.S. Department of Homeland Security affirmed that the fingerprints in immigration records filed under the name "Ehigie Edobor Uzamere", No. A35 201 224, and records filed under the name "Godwin E. Uzamere" No. A24 027 764 belonged to Defendant Uzamere; and five (5) months after the New York State Supreme Court Appellate Division for the 2nd Judicial District rendered its decision holding Defendant Uzamere to be my husband. During this time, the New York State Human Resources Administration failed to secure spousal support for me. *See* transcript of the hearing and final order in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012/09 attached as **Exhibit 30**.

377)    On or around July 7, 2011, psychiatric nurse Agnes Flores and psychologist Martin Bolton, employees of New York City Health and Hospitals Corporation's Woodhull

Hospital came to my apartment, discussing my psychiatric issues in the hallway and embarrassing me within earshot of my neighbors. Agnes Flores and Martin Bolton said that a U.S. marshal told them that I contacted the Mental Health Association's Life Net psychiatric helpline and made threats of bodily harm to employees of the U.S. Department of Health and Human Services' Center for Medicare and Medicaid Services (CMS).

378)    During the month of July 2011, I received another visit from Agnes Flores and Martin Bolton. Because I was afraid that someone would enter my apartment and place me in a psychiatric hospital against my will, I hid in my closet so I would not appear to be home. Thereafter, I received a call from New York State Office of Mental Health Social Worker Bridget Davis, but I did not answer my phone.

379)    A day or so later, someone knocked on my door but did not announce themselves. Again, I hid in my closet to feign that I was not home. When I went to the door, there was a notice from Woodhull Hospital's psychiatric unit with an appointment to appear at their psychiatric outpatient clinic. Sometime later, New York State Office of Mental Health Social Worker Bridget Davis, accompanied by New York City Health and Hospitals Corporation employee Samuel Sarpong met me in front of the building where I live. Subsequently, employees from the New York City Police Department and the New York City Fire Department Emergency Response Unit forcibly escorted me to Kings County Hospital where I became an inpatient, and later transferred me to Brookdale Hospital Medical Center.

380)    On August 18, 2011, Denis McGowan, former U.S. Department of Homeland Security, Federal Protective Service (FPS) composed a letter that falsely accused me of making

84

threats of bodily harm against employees of the U.S. Department of Health and Human Services'

Center for Medicare and Medicaid Services (CMS):

> Samuel Sarpong
> Program Director
> Assertive Community Treatment
> (ACT), Kings County Hospital
> New York City Health & Hospitals Corporation
> 2619A Atlantic Avenue
> Brooklyn, NY 11207

> "On July 06, 2011, Federal Protective Service (FPS) was notified of a telephonic threat made by CHERYL UZAMERE to the Centers for Medicare & Medicaid call center. The threat consisted of HER stating: since SHE did not get the job, SHE was going to "COME DOWN THERE AND KILL EVERYBODY. Since FPS has investigated UZAMERE multiple times for similar behavior, we are well aware of HER mental health history. Based on that information, a referral was made to Life Net for mental health intervention on July 7, 2011. Subsequently, UZAMERE's Intensive Case Manager (ICM) Bridgett Davis of the New York State Office of Mental Health has advised that UZAMERE's treatment has been transferred to the Assertive Community Treatment (ACT) program.

> We were informed that CHERYL D. UZAMERE is being treated as a patient by your program and we would like to keep you abreast of this situation as it evolves. We also request that we be notified as HER status changes in particular any change from in-patient to out-patient treatment and in the case of the latter any refusal of treatment. In addition, please notify FPS of any relapses or deterioration of HER condition that may pose a risk to life or property."

> Please contact the case agent, Senior Special Agent Robert Moore at office (212) 264-1906, or cell (646) 721-2400 to report any change in status. In the case of the need for an emergency notification please contact the FPS dispatcher at (877) 437-7411 and request to speak to the Region 2 Duty Agent.

> We appreciate your cooperation in this manner and if you have questions or need anything further please do not hesitate to contact me or Senior Special Agency Moore directly.

381)    On February 26, 2012, the New York City Health and Hospitals Corporation's

ACT Team prepared a psychiatric treatment plan. Under the title "Alerts," the treatment plan

states ". . . H/O threats to judges and Center for Medicaid and Medicare, patient is being

monitored by Homeland Security." Under the title "Discharge Plan," it says, "Patient is not being

considered for discharge at this time, she was transferred to the program 6 months ago after she

made a threat to the Medicare and Medicaid call center and is being monitored by the U.S.

Department of Homeland Security." Under the title "Patient/Family Statement," it says that "She reported not being aware of being monitored by Homeland Security..."

382)    On or around January 30, 2013, in response to my FOIA request, I received a letter from the Centers for Medicare and Medicaid Services. The letter stated:

> Our records show that you placed calls to 1-800-MEDICARE on the dates and times listed below (all times Central). We can confirm that none of these calls contained threatening comments:

| | |
|---|---|
| June 14, 2010, 10:38 AM; | July 24, 2012, 5:47 PM; |
| June 1, 2011, 7:39 AM; | July 24, 2012, 6:05 PM; |
| July 8, 2011, 12:56 PM; | July 24, 2012, 9:56 PM; |
| May 18, 2012, 11:17 AM, | July 26, 2012, 9:39 PM; |
| May 18, 2012 1:29 PM, | July 27, 2012, 5:48 PM; |
| May 18, 2012, 3:51 PM; | September 9, 2012, 4:39 PM; |
| July 2, 2012, 10:47 AM; | October 18, 2012, 2:26 PM; |
| July 10, 2012, 2:24 PM; | November 16, 2012 7:38 PM; |
| July 17, 2012, 1:09 PM; | November 26, 2012, 1:46 PM; |
| July 18, 2012, 11:14 AM; | December 12, 2012, 11:13AM; |
| July 19, 2012, 5:02 PM; | December 13, 2012,4:29 AM; |
| July 23, 2012, 2:51 PM; | December 13, 2012, 5:05 AM; |
| July 24, 2012, 5:21 PM; | December 13, 2012, 5:09 AM. |
| July 24, 2012, 5:43 PM; | |

383)    Additionally, in January 2013, I called the Centers for Medicare and Medicaid Services and spoke with a staff member who confirmed that I did not threaten anyone. I recorded that conversation and uploaded it to the website, *The Crimes of Senator Uzamere,* https://bit.ly/3fbIfIJ. *See* Letter from Denis McGowan, ACT Team Psychiatric Report and Letter from CMS, attached as **Exhibit 31**.

**DEFENDANTS' RECENT WITHHOLDING OF SPOUSAL SUPPORT ENFORCEMENT SERVICES AND CONTINUING SHERMAN ANTITRUST AND RICO-PREDICATE TORTS THAT BEGAN NOVEMBER 20, 1979**

384)    On March 6, 2020 I filed my fourth petition for spousal support with the Kings County Family Court.

86

385)    On March 22, 2020, Defendant Hon. Lawrence Marks enforced an administrative order that illegally deprived five (5) out of sixty-two (62) counties of the State of New York, namely, the residents of Bronx, Kings, New York, Queens, and Richmond counties their First Amendment right to due process, and their 14th Amendment right to equal protection under the law by enforcing New York State Administrative Order 78-20:

Administrative Order of the Chief Administrative Judge of the Courts

Pursuant to the authority vested in me, in light of the emergency circumstances caused by the continuing COVID-19 outbreak in New York State and the nation, and consistent with the Governor of New York's recent executive order suspending statutes of limitation in legal matters, I direct that, effective immediately and until further order, no papers shall be accepted for filing by a county clerk or a court in any matter of a type not included on the list of essential matters attached as Exh. A. This directive applies to both paper and electronic filings.

Family Court

1.    Child protection intake cases involving removal applications;

2.    Newly filed juvenile delinquency intake cases involving remand placement applications, or modification thereof;

3.    Emergency family offense petitions/temporary orders of protection;

4.    Orders to show cause;

5.    Stipulations on submission.

New York State Family Court staff, both judicial and nonjudicial acceded to the subject administrative order in violation of the directive of the U.S. Department of Health and Human Services:

Letter From Jerry Milner to Child Welfare Legal and Judicial Leaders

Jerry Milner, Associate Commissioner of the Children's Bureau, issued a letter to child welfare legal and judicial leaders (PDF - 324 KB) that provides guidance to those in the legal community on whether the Children's Bureau can waive statutorily required judicial proceedings and for the continued need for family time in the wake of COVID-19.

The Children's Bureau expects courts and states to work together to determine how best to balance statutory requirements related to child safety against public health mandates. Courts

can and should be flexible in how they convene required hearings and refer to previous guidance issued by the Children's Bureau after Hurricane Katrina (PDF - 33 KB).

The letter also provides the following guidance for attorneys, courts, court improvement programs (CIPs), and administrative offices:

Refrain from making sweeping, blanket orders ceasing, suspending, or postponing court hearings.

Ensure that important decisions about when and how hearings are conducted are made on a case-by-case basis in accordance with the facts of each individual matter.

Make maximum use of technology to ensure due process where in-person hearings are not possible or appropriate.

In the unpublished decision in the case *V.G. v. Doreen M. Hanley, as Clerk of the Family Court of the State of New York, Andrew Cuomo, as Governor of the State of New York and the State of New York*, Richmond County Supreme Court Judge Ralph J. Porzio not only violated the directive of the U.S. Department of Health and Human Services, but he violated the petitioner's Second Amendment right to "peaceably assemble" as a family. *See* Administrative Order 78-20, Executive Orders, 202.67, 202.72, 202.80; correspondence from the Administration for Children and Families, Administration on Children, Youth and Families; and the decision of the Honorable Ralph J. Porzio, attached as **Exhibit 32**.

386) On September 12, 2020, in response to an e-mail that I received from Defendant Tara A. Uzamere, I visited the website https://www.nycmarriageindex.com, the website created by Brooke Scheier Ganz, President of *Reclaim the Records*. Around December 14, 2015, Ms. Ganz sent an e-mail to Defendant Patrick Synmoie, Executive Agency Counsel for the New York City Clerk's Office for the entirety of the New York City marriage index for the years 1938 – 2015. *Reclaim the Records* is a not-for-profit organization that acquires redacted governmental records regarding marriages performed in New York State and creates electronic records for public consumption pursuant to *Gannett Co. Inc. v. City Clerk's Office,*

*City of Rochester*, 596, NYS 2D 968, affirmed unanimously, 197 AD 2d 919.  The data, which includes thousands of marriages that are filed with the New York City Clerk's Office does not include any listing of "Cheryl D. Duncan," "Godwin E. Uzamere" or "Ehigie Edobor Uzamere" as having ever been married in the State of New York. *See* Marriage Index, attached as **Exhibit 33**.

387)   On Friday, September 25, 2020, Julissa White, an employee of JASA, an Ashkenazi Jewish-owned-and-controlled not-for-profit organization that receives funding from the New York City Human Resources Administration to provide mental health services to aging New Yorkers came to visit me based on a mental health report that proved to be unfounded.

388)   On Friday, November 20, 2020, I received a telephone call and an e-mail from Julissa White of JASA.  Ms. White explained that, on the insistence of unnamed "higher ups," I would receive a crisis intervention visit from Brookdale Hospital.  I contacted Brookdale Hospital to advise them that because I am planning to file a federal lawsuit against them, it would not be a good idea for them to provide services.  Subsequently, employees of Kings County Hospital's Crisis Intervention Team came to visit my apartment.  I did not let them in.  Thereafter I received a telephone call from one of the crisis intervention workers.  I told him that I saw him, and his companion come to my door with my closed circuit camera, and that I would not let him in.  He offered to speak with me over the phone.  I advised him that I would videotape the conversation and upload it to Youtube.  He subsequently advised me that speaking to him was voluntary, so I chose not to speak. *See* Complaint against Brookdale Hospital Medical Center, attached as **Exhibit 34**.

89

389)    On Friday, December 18, 2020, I filed an emergency order to show cause for spousal support with the Kings County Supreme Court. I also filed an application for a one-shot-deal with the New York City Human Resources Administration/Department of Social Services.

390)    On December 30, 2020, a caseworker named Oscar Richardson of Transitional Services of New York Inc. came to my apartment while I was not home. He did not call in advance to advise me that he was coming. When I called him a few days later, Mr. Richardson said that he was referred by a community-based organization that chose not to identify itself. I allege that the community organization that Mr. Richardson said would not identify itself is JASA.

391)    On January 7, 2021, I received a telephone message from Ms. Iglesias from the New York City Human Resources Administration's Back Rent Unit. In the message, she required me to provide a letter as to why I fell behind paying my rent. On January 8, 2021, the following day, Oscar Richardson came to my apartment without prior notice, to ask for proof regarding why I fell behind in my rent. I told Mr. Richardson that I was in the process of providing the agency with a 168-page response that I already uploaded to my website as a .pdf document. I explained that I was terminated from New York City's Department for the Aging's Senior Community Services Employment Program; that the termination was retaliatory and related to my continued demands for justice associated with the New York City Clerk's Office's Marriage License Bureau's employees' violation of New York State Penal Law 175.40, issuing a false certificate, a class E felony. I explained that New York City's terminating me from the SCSEP program greatly impeded my ability to pay bills because it was a source of income on which I had become accustomed, and that I was banned from the program. The difficulty in

paying my bills because of the loss of New York City Department for the Aging's SCSEP's stipends created deficits in both of my bank accounts and created overdrafts that grew until most of the money that I was receiving from the Social Security Administration was taken by the banks to pay for overdraft fees. *See* SCSEP Termination, attached as **Exhibit 35**.

392) On March 24, 2021, the New York State Office of Temporary and Disability Assistance determined that I was not in need of adult protective services. I videorecorded the hearing, which JASA did not attend. I uploaded the video to https://bit.ly/3aT64Xp. *See* determination in the case *In the Matter of an Appeal by Cheryl D. Uzamere from a Determination of the New York City Department of Social Services (JASA)*, attached as **Exhibit 36**.

393) On March 31, 2021, the day of the hearing for which I refiled a petition for spousal support, Defendant Anna Stern, the 18B guardian ad litem who Adele Alexis Harris appointed to represent me did not appear in court and did not call me in advance to advise me that she was not coming. I was given the choice to either readjourn the hearing or proceed without counsel. I was forced to proceed without counsel.

394) The following day I called Anna Stern to discuss the enforcement of the interlocutory spousal support order. She stated that interlocutory orders cannot be enforced. She prepared no documents in my defense.

395) On April 1, 2021, Defendant Harris rendered an interlocutory default order of spousal support in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* Docket No. F-06594 based on Defendant Uzamere's non-appearance. The order gave Defendant Uzamere 30-35 days to interpose an objection to Kings County Family Court's interlocutory default order.

396)    On May 27, 2021, Defendant Idehen filed a notice of appearance with Kings County Family Court, one day before the scheduled hearing date of May 28, 2021. He filed no other documents, nor did he serve me with the Notice of Appearance or any other document. See **Exhibit 37**.

397)    On May 28, 2021, Defendant Uzamere's attorney, Austin I. Idehen appeared without Defendant Uzamere, or any notarized documentation signed by Defendant Uzamere establishing Defendant Uzamere's reason(s) for opposing Kings County Family Court's interlocutory order of support.  Support Magistrate Harris, having already rendered a default judgment against Defendant Uzamere who did not appear on May 28, 2021 subsequently adjourned the case to September 3, 2021.

398)    On June 21, 2021, Defendant Uzamere's attorney, Austin I. Idehen sent a harassing, defamatory e-mail to me and other individuals. The e-mail stated:

> "Given the fact that I represent Defendant Uzamere in a *frivolous* action that you have filed in Family Court, it is inappropriate for you to be contacting me with anything other than issues that relate to our case in question and any communication that you choose to send me should be limited to discovery issues and/or questions."

*See* **Exhibit 38**.

399)    On August 25, 2021, Defendant Idehen submitted to Kings County Family Court a perjurious affirmation asserting that "Petitioner has failed to establish …that Ehigie Edobor Uzamere the respondent and Godwin E. Uzamere, the petitioner's husband are one and the same person.  All of the allegations and complaints levelled against me by the Petitioner are patently false and not based in reality."   Defendant Idehen included as exhibits the same marriage documents that employees of the New York City Clerk's Office's Marriage Bureau falsified in response to Defendant Uzamere's submission of the falsified marriage affidavit. *See* **Exhibit 39**.

400)    On September 3, 2021, Defendant Uzamere did not appear.  Support Magistrate Harris adjourned the case until January 27, 2022.

401)    On September 11, 2021, Defendant Uzamere sent a harassing, defamatory e-mail to me, Support Magistrate Harris and to his attorney which states:  "She has confessed she is bipolar. It means she has a mental illness;" thereby rehashing the same baseless, defamatory, obstructive claim that Defendant Uzamere's nephew/attorney Osato Eugene Uzamere presented during my discontinued divorce action as a substitute for presenting the court with Defendant Uzamere's immigration documents which established Defendant Uzamere's identity as my husband in 1980. See **Exhibit 40**.

402)    On January 27, 2022, I appeared; however, neither Defendant Uzamere, nor Defendant Idehen appeared.  Defendant Idehen advised the court that he had COVID-19 issues in his family but provided no proof of his statement. In addition, before I was told that the meeting was finished, Support Magistrate ejected me from the room without telling me in advance. Defendant Tara A. Uzamere was present when this happened.  Please note: Based on Austin Idehen's Facebook page, it appears that he was in Dubai, UAE during the period of time that he claimed that a family member (or members) had COVID-19. *See* **Exhibit 41**.

403)    By January 27, 2022, Judge Amanda White assigned 18B attorney Elliot Green as my guardian ad litem.  Sometime after being assigned to my case, I contacted Elliot Green.  Mr. Green informed me that he no longer represented me.  I asked for something in writing to establish his assertion, but he refused to give me anything in writing.  I also called Anna Stern several times to confirm her statement that she no longer represented me.  Neither he nor she has provided the

93

court with any written statement that either of them has ended his/her representing me. Support Magistrate Harris adjourned the case to May 27, 2022.

404) On February 18, 2022, I filed my motion to enforce the interlocutory spousal support order that Support Magistrate Harris rendered on April 1, 2021, almost a year ago. Family Court sent a notice that my motion to enforce the interlocutory spousal support order was scheduled for March 31, 2022 for addressing the motion I filed to enforce the spousal support order and for fact-finding to finalize the interlocutory order for spousal support. *See* **Exhibit 42**.

405) On February 25, 2022, I called the New York County Family Court to tell them that I filed a criminal complaint with Christopher Wray of the Federal Bureau of Investigation against the following individuals:

1. Amanda E. White, Kings County Family Court;

2. Jeffrey S. Sunshine, Kings County Supreme Court;

3. Harriet Roslyn Weinberger, Director/Lawyers for Children, 18B Panel;

4. Adele Alexis Harris, Kings County Family Court Support Magistrate;

5. Anna Stern, Esq., 18B Panel;

6. Elliot Green, Esq., 18B Panel;

7. Holly B. Kotkin Green, MSW;

8. Austin Isiuwa Idehen, Esq., Defendant Uzamere's attorney;

9. Ehigie Edobor Uzamere.

*See* criminal complaint to the FBI, attached as **Exhibit 43**.

406)     On March 7, 2022, I filed a family offense petition against Defendant Uzamere and Defendant Idehen for acts of federally-recognized domestic violence based on Defendant Uzamere's and Defendant Idehen's engaging in sending, harassing, defamatory e-mail to me. *See* family offense petition (**Exhibit 44**).

407)     During the adjudication of my petition, I submitted several subpoenas for authorization by Support Magistrate Harris, including a subpoena for Defendant Uzamere's immigration records in response to Defendant Uzamere's attorney false claim that his client and "Godwin E. Uzamere" are two different persons.  She refused to sign most of them and did not give a reason for her refusal to sign them.  See **Exhibit 45**.

408)     By March 11, 2022 I filed a Notice of Appeal, a brief in opposition to Kings County Family Court's dismissal of my family offense petition and Order to Show Cause why Defendant Uzamere and Defendant Idehen should not be arrested for violation of New York State Penal Code §175.35, submitting a false document for filing the falsified marriage document purporting that Defendant Uzamere and "Godwin E. Uzamere" are two different persons. The issue regarding Defendant Uzamere's identity is a *res judicata* issue that was decided in my favor by the same appellate division that is reviewing my appeal for the exact issue. The issue regarding Defendant Uzamere's identity was adjudicated thirteen (13) years ago. *See* Notice of Appeal and appellate documents, attached as **Exhibit 46**.

409)     The New York State Supreme Court Appellate Division for the Second Judicial Department gave Defendants Uzamere and Idehen until April 18, 2022 to respond to the Order to Show Cause; and until May 16, 2022 to respond to the appellate brief I filed in opposition to the Kings County Family Court's dismissal of my family offense petition docket no. O-03452-2022.

410)   On April 26, 2022, I filed a complaint with the New York City Police Department's PSA 2 Precinct. Officers Onyin Lai, Shield No. 11393 and Janae Barney, Shield No. 22677 took the complaint. According to them, Defendant Uzamere was charged violation of New York State Penal Law §190.25, criminal impersonation, and assigned NYPD Complaint No. 2022-075-006792. My complaint was forwarded to the 75th Precinct and assigned to Detective Noel D'Amico, Shield No. 6188.

411)   In response to the assignment of my case to Detective D'Amico, I sent an e-mail to Defendant Darvil, Defendant Harris, Detective D'Amico and others regarding my request for Kings County Family Court to subpoena the police records regarding my criminal complaint against Defendant Uzamere. *See* e-mail to Defendant Darvil and others attached as **Exhibit 47**.

412)   Within hours of my sending the e-mail requesting Defendant Darvil and Defendant Harris to subpoena the New York City Police Department, Detective D'Amico engaged in acts of obstruction designed to pretend that he was unable to understand my complaint based on my having a mental illness, and later refused to investigate my complaint. When I later spoke with Detective Thomas Fusco and alleged that I was mistreated based on being black, Detective Fusco disrespectfully discounted my complaint and hung up the phone.

413)   By May 11, 2022, Defendant Idehen used the Kings County Family Court EDDS system to file Defendant Uzamere's fraudulent affidavit along with the same fraudulent affirmation for which Defendant Idehen failed to file a response to the Order to Show Cause that I filed with the New York State Supreme Court Appellate Division, Second Judicial Department. *See* Defendant Uzamere fraudulent Affidavit attached as **Exhibit 48**.

414)     On May 16, 2022, Defendants the Honorable Hector D. Lasalle, the Honorable Reinaldo E. Rivera, the Honorable Francesca E. Connolly, the Honorable William G. Ford denied the Order to Show Cause in which I requested the commencement of a criminal investigation regarding Defendant Uzamere's and Defendant Idehen's false claims that Defendant Uzamere is not my husband; a claim in which the New York State Supreme Court Appellate Division for the Second Judicial Department adjudicated that Defendant Uzamere is my husband thirteen (13) years ago. *See* Decision and Order on Motion attached at **Exhibit 49**.

415)     On May 17, 2022, in response to the Decision and Order denying my request for the commencement of criminal investigation of Defendant Uzamere and Defendant Idehen, I filed a Notice of Appeal to the New York State Court of Appeal with the Kings County Family Court Appeals section, pursuant to instruction I received from employees of the New York State Court of Appeals.

416)     On May 17, 2022, by or at the behest of Cheryl Klein, Supervisor the Kings County Family Court Appeals section engaged in the enforcement of the Babylonian Talmud-based, Critical Race Paradigm's Law of Moser by refusing the accept my Notice of Appeal for filing.

417)     On May 19, 2022, I refiled the Notice of Appeal to the New York State Court of Appeals with the Kings County Family Court Appeals section. *See* D Notice of Appeal to the New York State Court of Appeals attached as **Exhibit 50**.

**THE U.S. DEPARTMENT OF JUSTICE'S BABYLONIAN TALMUD-ADHERENT ASHKENAZI JEWISH ETHNO-RELIGIOUS CARTEL'S SEXUALLY-SADISTIC, VICTIM-HUMILIATION-PRODUCING SUPPRESSION OF CRIMINAL EVIDENCE SET IN MOTION DEFENDANTS' INELIGIBILITY TO REQUEST EQUITABLE RELIEF BASED ON THE DEFENDANTS' VIOLATION OF THE "CLEAN HANDS" DOCTRINE OF *PRECISION INSTRUMENT MFG. CO. V. AUTOMOTIVE CO.***

418)    The decision in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co., 324 U.S. 806 (1945)* establishes that a litigant's suppression of evidence ends a court's ability to render a decision favorable to said litigant's engagement in bad faith related to the matter in which said litigant seeks relief:

> The maxim "he who comes into equity must come with clean hands" closes the doors of a court of equity to one tainted with inequitableness or bad faith relative to the matter in which he seeks relief, however improper may have been the behavior of the defendant. P. 324 U. S. 814.

> Where a suit in equity concerns the public interest as well as the private interests of the litigants, the "clean hands" doctrine assumes greater significance, for if the equity court in such case properly applies the maxim to withhold its assistance, it not only prevents a wrongdoer from enjoying the fruits of his transgression but averts an injury to the public. P. 324 U. S. 815.

U.S. Department of Justice's Babylonian Talmudic Ethnoreligious Cartel

419)    I allege that Defendant Merrick Garland serves, not only in his official capacity as Attorney General for the U.S. Department of Justice, but as the primary law enforcement officer of the Babylonian Talmud; with the U.S. Supreme Court serving as the highest *bais din*, and lower U.S. courts and state courts serving as *battei dinim*.

420)    I allege that Defendant Merrick Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Garland's current supervision of the Sherman-Antitrust

98

unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice:

Eugenia A. Cowles

421)    Defendant Cowles maliciously prosecuted me in the case *United States of America v. Cheryl Uzamere,* Crim. No.: 1:08-cr-114 by accusing me of a crime that I did not commit, and that my federally-assigned attorney proved that I *could not* have committed. I was maliciously charged with violation of 18 U.S.C §111(a) simple assault while attempting to file a complaint against Defendant Kaye for tortious/criminal acts associated with Defendant Kaye's submission of the fraudulent I-130 sponsorship form and falsified marriage certificate. The charge was dismissed by operation of law. See *United States of America v. Cheryl Uzamere,* attached as **Exhibit 51**.

Kristen Clark

422)    Defendant Clark is tasked to supervise Rebecca Bond in her official capacity as Chief of the Disability Rights Section; however, Defendant Clark has done nothing to require

Defendant Bond to provide congressionally-mandated, federally-financed ADA-compliant services. I contacted Defendant Bond on a number of occasions. Neither she nor anyone from her office contacted me. *See* Complaints regarding Judge Garaufis and SCSEP program attached as **Exhibit 52**.

William Campos

423)    Defendant Campos did not accede to my request for discovery of, among other things, information from the U.S. Citizenship and Immigration Service to ascertain the identity of Defendant Uzamere during the malicious prosecution in the case entitled *United States of America v. Cheryl Uzamere,* U.S. District Court Violation No. 6185448, attached as **Exhibit 53**.

Benjamin Torrance

424)    Defendant Torrance provided a letter in lieu of a brief after the lower court's decision recognized Defendant Uzamere to be Defendant Uzamere. In the letter that was supplied by Defendant Torrance, he made no attempt to appeal the lower court's decision recognizing that Defendant Uzamere is Defendant Uzamere. *See Cheryl D. Uzamere v. The State of New York, et al,* 19-3825-cv, attached as **Exhibit 54**.

Christopher Wray

425)    Defendant Wray has not investigated my claims concerning acts of courthouse corruption by defendants who are employees of the Kings County Family Court.

**FEDERAL AGENCIES HAVE "UNCLEAN HANDS" RELATIVE TO THEIR SUPPRESSION OF CRIMINAL EVIDENCE ASSOCIATED WITH THEIR KNOWLEDGE OF DEFENDANT UZAMERE'S, DEFENDANT KAYE'S AND DEFENDANT SHAPIRO'S FILING OF DEFENDANT UZAMERE'S I-130 SPONSORSHIP FORM AND FALSIFIED MARRIAGE DOCUMENTS THAT IS NOW SUPERVISED BY DEFENDANT GARLAND AND OTHER MEMBERS OF THE DEMOCRATIC PARTY'S ASHKENAZI JEWISH ETHNORELIGIOUS CARTEL WHO ARE EMPLOYED WITH THE U.S. DEPARTMENT OF JUSTICE**

Democratic Party

426)    I allege that Defendant the Democratic Party serves a law enforcement officer of the Babylonian Talmud under the care and control of Defendant Garland.

427)    I allege that members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege members of the Democratic Party's current supervision of the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the Sherman Antitrust unreasonable withholding of congressionally-mandated, federally-funded services by the following members of the Democratic Party:

U.S. Senate

428)    I allege that the members of the U.S. Senate serve, not only in their official capacities as federal legislators of their states, but as legislators who promulgate laws that implement the enforcement of the Babylonian Talmud, especially regarding the U.S. Senate's

refusal to discuss African Reparations based on the anti-schvartze, victim-humiliation-producing hatred associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b.

429)    I allege that the defendants who are members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish senatorial ethnoreligious cartel have commandeered the U.S. Senate's power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that members of the U.S. Senate's current promulgation of laws, and the U.S. Senate's disproportionately high selection of Ashkenazi Jews for positions of judgeship facilitate of the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

U.S. House of Representatives

430)    I allege that the members of the U.S. House of Representatives serve, not only in their official capacities as federal legislators of their states, but as legislators who promulgate laws that implement the enforcement of the Babylonian Talmud, especially regarding the U.S. House of Representative's *de facto* refusal to discuss African Reparations based on the anti-schvartze,

victim-humiliation-producing hatred associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b.

431) I allege that the defendants who are members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish congressional ethnoreligious cartel have commandeered the U.S. House of Representative's power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that members of the U.S. House of Representative's current promulgation of laws, and the U.S. House of Representative's disproportionately high selection of Ashkenazi Jews for positions of judgeship facilitate of the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Charles (Chuck) Schumer

432) Defendant Schumer has maintained a hateful, obstructive environment that violates my First Amendment right to petition the government for a redress of grievances. I made several attempts to contact his office regarding my having been a victim of immigration marriage fraud. Defendant Schumer subjected me to the violation of the Sherman Antitrust Act; to RICO-

predicate obstruction; to RICO-predicate Hobbs Act extortion; and to the intentional infliction of emotional distress by not providing constituent services as simple as sending correspondence to acknowledge receipt of my requests.

Hakeem Jeffries

433)   Defendant Jeffries has maintained a hateful, obstructive environment that violates my First Amendment right to petition the government for a redress of grievances.  I made several attempts to contact his office regarding my having been a victim of immigration marriage fraud. Defendant Jeffries subjected me to the violation of the Sherman Antitrust Act; to RICO-predicate obstruction; to RICO-predicate Hobbs Act extortion; and to the intentional infliction of emotional distress by not providing constituent services as simple as sending correspondence to acknowledge receipt of my requests.

Lee Michael Zeldin

434)   Defendant Zeldin is engaged in conduct that I allege is unethical, unconstitutional, tortious and criminal, respective to his engagement of the Babylonian Talmud's Critical Race Paradigm's public denigration of people of African descent. I filed a complaint with the Office of Congressional Ethics and Margaret Ann Gabrielle Reiss, Deputy Manhattan District Attorney's Office based on Defendant Zeldin's public humiliation of men of African descent.  I allege that Defendant Congressman is criminally biased, not only based on his knowledge of the Babylonian Talmud's Critical Race Paradigm's engagement of doctrines concerning: 1) the belief that people of African descent are inferior and not entitled to be treated equally; 2) the hatred of Christians; 3) the espousal of sex with children; and 5) the doctrine Law of Moser that prohibits individuals from reporting the tortious and criminal acts committed by Jews to the

secular authorities, but the goal of the Critical Race Paradigm to subject nonconsenting individuals, especially people of African descent, to the intentional infliction of emotional distress caused by Defendant Zeldin's use of victim-humiliating, hateful fighting word foment dehumanizing mob hatred against men of African descent to become sexually aroused. Defendant Zeldin's use of public humiliation against men of African descent presents a clear pattern of sexually sadistic predatorial behavior. *See* My E-mail to Defendant Zeldin attached as **Exhibit 55**.

U.S. Senate Committee on the Judiciary

435)    I allege that Defendant Durbin serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Durbin's role to promulgate laws favorable to the Babylonian Talmud, include the selecting of presidential candidates who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the

105

doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

436)    I allege that Defendant Durbin, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant Durbin's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Patrick Leahy

437)    I allege that Defendant Leahy serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Leahy's role to promulgate laws favorable to the

106

Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

438)    I allege that Defendant Leahy, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Leahy's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Dianne Feinstein

439)   I allege that Defendant Feinstein serves, not only in his official capacity as a

legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the

Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that

are *de facto battei dinim*. I allege that the Defendant Feinstein's role to promulgate laws favorable

to the Babylonian Talmud include the hiring of politicians who are publicly identified as having

engaged in sexual indiscretions against nonconsenting individuals, including children; the

classification of sexually sadistic acts of law enforcement violence against people of African

descent that Defendant Garland and attorneys under his control deem as not-racially motivated

and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's

disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated

with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of

children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that

allows the murder of Christians and whistleblowers who report the crimes of Jews to secular

authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the

doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

440)    I allege that Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant Feinstein's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Sheldon Whitehouse

441)    I allege that Defendant Whitehouse serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Whitehouse's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified

as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 64a.

442)    I allege that Defendant Whitehouse, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant Whitehouse's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in

the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Amy Klobuchard

443)    I allege that Defendant Klobuchard serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Klobuchard's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

444)    I allege that Defendant Klobuchard, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*.  I allege Defendant Klobuchard's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Chris Coons

445)    I allege that Defendant Coons serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Coon's role to promulgate laws favorable to the

112

Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

446)    I allege that Defendant Coon, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Coon's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Richard Blumenthal

447)    I allege that Defendant Blumenthal serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Blumenthal's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

114

Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

448)    I allege that Defendants Richard Blumenthal, Dianne Feinstein, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Richard Blumenthal's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Mazie Hirono

449)    I allege that Defendant Hirono serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Hirono's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having

115

engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

450)   I allege that Defendant Hirono, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Hirono's current supervision of the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services based on the enforcement of the Babylonian Talmud-based *Law of Moser* continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in

the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Cory Booker

451)    I allege that Defendant Booker serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Booker's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

452)    I allege that Defendant Booker, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant Booker's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Alex Padilla

453)    I allege that Defendant Padilla serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Padilla's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having

engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

454)    I allege that Defendant Padilla, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant Padilla's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Jon Ossoff

455)    I allege that Defendants Jon Ossoff, Dianne Feinstein, Richard Blumenthal, and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Ossoff's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Chuck Grassley

456)    I allege that Defendant Grassley serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the

Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Grassley's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

457) I allege that Defendant Grassley, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Grassley's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause

the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Lindsey Graham

458)    I allege that Defendant Graham serves, not only in his official capacity as a

legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the

Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that

are *de facto battei dinim*. I allege that the Defendant Graham's role to promulgate laws favorable

to the Babylonian Talmud include the hiring of politicians who are publicly identified as having

engaged in sexual indiscretions against nonconsenting individuals, including children; the

classification of sexually sadistic acts of law enforcement violence against people of African

descent that Defendant Garland and attorneys under his control deem as not-racially motivated

and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's

disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated

with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of

children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that

allows the murder of Christians and whistleblowers who report the crimes of Jews to secular

authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the

doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

459)     I allege that Defendant Graham, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Graham's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator John Cornyn

460)     I allege that Defendant Cornyn serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Cornyn's role to promulgate laws favorable

to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

461)    I allege that Defendant Cornyn, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Cornyn's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Mike Lee

462)    I allege that Defendant Lee serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Lee's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate

Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

463)    I allege that Defendant Lee, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant Lee's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Ted Cruz

464)    I allege that Defendant Cruz serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Cruz's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having

engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

465)    I allege that Defendant Cruz, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant Cruz's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Ben Sasse

466)    I allege that Defendant Sasse serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Sasse's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

467)    I allege that Defendant Sasse, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*.  I allege Defendant Sasse's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Josh Hawley

468)    I allege that Defendant Hawley serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Hawley's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African

1    descent that Defendant Garland and attorneys under his control deem as not-racially motivated

2    and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's

3    disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated

4    with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of

5    children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that

6    allows the murder of Christians and whistleblowers who report the crimes of Jews to secular

7    authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the

8    doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

9    Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the

10   god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

11       469)    I allege that Defendant Hawley, under the care and control of Defendants Dianne

12   Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian

13   Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and

14   prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme

15   Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Hawley's tacit

16   participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish

17   cartel's unreasonable withholding of congressionally-mandated justice services continue to cause

18   the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

19   Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

20   the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

21   of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

22   Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Tom Cotton

470) I allege that Defendant Cotton serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Cotton's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

471) I allege that Defendant Cotton, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian

Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Cotton's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator John Kennedy

472)    I allege that Defendant Kennedy serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto battei dinim*. I allege that the Defendant Kennedy's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's

disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated

with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of

children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that

allows the murder of Christians and whistleblowers who report the crimes of Jews to secular

authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the

doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian

Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the

god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

Senator Thomas Tillis

473)    I allege that Defendant Tillis serves, not only in his official capacity as a legislator

for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian

Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that are *de facto*

*battei dinim*. I allege that the Defendant Tillis' role to promulgate laws favorable to the

Babylonian Talmud include the hiring of politicians who are publicly identified as having

engaged in sexual indiscretions against nonconsenting individuals, including children; the

classification of sexually sadistic acts of law enforcement violence against people of African

descent that Defendant Garland and attorneys under his control deem as not-racially motivated

and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's

disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated

with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of

children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that

allows the murder of Christians and whistleblowers who report the crimes of Jews to secular

authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

474)   I allege that Defendant Tillis, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*   I allege Defendant Tillis' tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

Senator Marsha Blackburn

475)   I allege that Defendant Blackburn serves, not only in his official capacity as a legislator for the U.S. Senate, but as a person who promulgates laws that are favorable to the Babylonian Talmud for the purpose of being enforced by Defendant Garland in U.S. courts that

are *de facto battei dinim*. I allege that the Defendant Blackburn's role to promulgate laws favorable to the Babylonian Talmud include the hiring of politicians who are publicly identified as having engaged in sexual indiscretions against nonconsenting individuals, including children; the classification of sexually sadistic acts of law enforcement violence against people of African descent that Defendant Garland and attorneys under his control deem as not-racially motivated and not deserving of investigation by the U.S. Department of Justice; the U.S. Senate's disproportionate selection of Ashkenazi Jewish judges who hide anti-schvartze bias associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 108b; the doctrine that allows the rape of children associated with the Babylonian Talmud, Tractate Kethuboth, Folio 11b; the doctrine that allows the murder of Christians and whistleblowers who report the crimes of Jews to secular authorities that is associated with the Babylonian Talmud, Tractate Abodah, Folio 26b; the doctrine that allows Jews to rob and kill non-Jews with impunity associated with the Babylonian Talmud, Tractate Sanhedrin, Folio 57a; and the doctrine that permits sacrificing children to the god Molech associated with the Babylon Talmud, Tractate Sanhedrin, Folio 64a.

476)    I allege that Defendant Blackburn, under the care and control of Defendants Dianne Feinstein, Richard Blumenthal, Jon Ossoff and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the U.S. Senate by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Blackburn's tacit participation in the U.S. Department of Justice's Babylonian Talmud-adherent Ashkenazi Jewish cartel's unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant

Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of members of the U.S. Senate.

U.S. Department of Homeland Security

477) I allege that Defendant Jaddou, under the direct Babylonian Talmudic, Law-of-Moser-based supervision of Defendant Jonathan E. Meyer serves, not in her official capacity as Director of the Citizenship and Immigration Service, but as a facilitator of immigration policies that maintain a disproportionately higher level of law-breaking immigrants to engage in the unreasonable restraint of trade/commerce and other wealth-building activities applied against natives/nonforeigners; to keep natives/nonforeigners in a destabilized and helpless state to traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel to subject to pedophile-oriented, sexually sadistic bondage and torture (including murder) with impunity.

478) I allege that Defendant/General Counsel Jonathan E. Meyer, and other members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel as employees of the U.S. Department of Homeland Security have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that Defendant Meyer's current

supervision of the U.S. Department of Homeland Security's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services continues to cause the obstruction of my ability to report Defendants Uzamere's, Kaye's and Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the name "Godwin E. Uzamere"; said act resulting in the Sherman Antitrust unreasonable withholding of congressionally-mandated, services by the employees of the U.S. Department of Homeland Security, including Defendant Meyer's conspiracy to quash my subpoena for Defendant Uzamere's immigration records.

Rachel Rothstein McCarthy

479)    I allege that Defendant McCarthy served in her official capacity as former bar counsel of the U.S. Citizenship and Immigration Service for the U.S. Department of Homeland Security. Defendant Rothstein McCarthy, who I allege is an adherent of the Babylonian Talmud's *Law of Moser*, engaged in maliciously prosecuting me by falsely charging me with violation of 18 U.S.C. §111(a), simple assault, something I could not have done because at the time surrounding Defendant Rothstein McCarthy's criminal complaint against me, I was in Brooklyn, New York. Her allegation that I assaulted her was untrue, so by operation of law Defendant Rothstein McCarthy's criminal complaint against me was dismissed.

Denis McGowan

480)    I allege that Defendant McGowan composed a letter dated August 18, 2011 that falsely accused me of making telephonic threats of bodily harm against employees of U.S. Department of Health and Human Services' Center for Medicare and Medicaid Services. The false accusation associated with that letter caused me to be placed in a mental health facility as a psychiatrist inpatient. Around January 30, 2013, I received a letter from the Center for Medicare

and Medicaid Services verifying that none of the telephone calls I made to CMS contained telephone threats.

Robert Moore

481)    I allege that Defendant Moore received a letter dated January 30, 2013 from the Center for Medicare and Medicaid Services verifying that none of the telephone calls I made to CMS contained threats. I allege that Defendant Moore engaged in tortious/criminal acts that were designed to withhold both the U.S. Department of Justice's and the U.S. Department of Homeland Security's protective services from me by not going to his superiors to report that Defendant McGowan's allegations against me were untrue.

D. Gregg, Shield No. 298

482)    I allege that on December 19, 2017, while I was at the Social Security Administration's regional office to file a report regarding the embezzlement of my SSDI payments, the office manager or other unknown employee of the Social Security Administration contacted the Federal Protective Service. Defendant Gregg falsely charged me with violating 41 CFR 102-74.390(a), disturbances and 41 CFR 102-74.385, conformity with official signs and directions.

William Campos

483)    I allege that Defendant Campos was assigned to prosecute the malicious criminal charged that were filed against me by the employees of the Social Security Administration. When the criminal action was commenced, the U.S. Attorney's Office for the Eastern District of New York immediately dropped the U.S.D.C. Violation No. 6185447 in which I was falsely charged with 41 CFR 102-74.385, conformity with official signs and directions because the closed circuit

cameras that recorded the incident showed no signs anywhere at the regional office. I was later assigned CJA attorney Raymond Colon, who appeared to be ready to proceed to trial without engaging in discovery of the closed circuit cameras that Defendant Gregg listed in the summonses as evidence. I was forced to learn the Federal Rules of Criminal Procedure, and forced to prepare demands for discovery, motion for recusal of every judge employed at the U.S. District Court for the Eastern District of New York and the motion to dismiss. Defendant Campos subsequently withdrew the false criminal charges with which I was charged. I uploaded the documents associated with the events to https://www.thecrimesofsenatoruzamere.net/chapter_5_united_states_v_uzamere.html.

"John Does" 1-5

484)    I allege that "John Does" 1 – 5 came to my apartment around February – March 2018 without a criminal charge, without a warrant, and stalked me at the presence of my front door for 33 minutes a few weeks after I filed a complaint with the National Credit Union Administration about the embezzlement of my SSDI check by Affinity Federal Credit Union, Metavante Corporation, Verizon's and New York City Housing Authority. I called the New York City Police Department to verify the identities of the men who showed up at my door. Several police officers from the New York City Police Department also appeared; however, like the federal law enforcement officers, did not tell me the reason why they came to my home. I uploaded    the    documents    associated    with    the    subject    events    to https://www.thecrimesofsenatoruzamere.net/chapter_5_united_states_v_uzamere.html. I also uploaded the video of the defendants at my front door to https://www.youtube.com/watch?v=jeFbWolohmU.

Clifford Barnes, Shield No. 345

485)    I allege that on October 29, 2018, a date that was schedule by the Equal Employment Opportunity Commission's Regional Office, at the behest of an unknown employee of the Equal Employment Opportunity Commission, Defendant Barnes came to the office and called me a frequently flyer, and forcibly escorted me out of the building.  I did not commit a crime.  I did not act in any criminal manner, and I had an appointment to visit on October 29, 2018. The camera that was on the wall near the ceiling of the office recorded the incident. *See* complaint regarding Defendant Barnes, attached as **Exhibit 56**.

Federal Communication Commission – Jessica Rosenworcel

486)    I allege that Defendant Rosenworcel serves, not only in her official capacity as Chair for the Federal Communications Commission, but as a law enforcement officer of the Babylonian Talmud under the care and control of Defendant Garland.

487)    I allege that Defendant Rosenworcel and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel who are employees of the Federal Communications Commission have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Rosenworcel's current supervision of the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the Sherman Antitrust

1
2
3

unreasonable withholding of Federal Communication Commission's congressionally-mandated, federally-funded services.

4
5
6
7
8
9
10
11

488)    On February 1, 2022, the Federal Communications Commission's Enforcement Bureau acknowledged receipt of my formal complaint against AT&T, Altice USA, Inc. and Verizon.  From February 1, 2022 until the present, employees of the Federal Communications Commission have not told me about the status of my formal complaint; has refused to assign a docket number to my formal complaint; and has allowed the subject telecommunication companies to permanently ban me from using their services. *See* e-mails from the Federal Communications Commission and formal complaint attached as **Exhibit 57**.

12

Equal Employment Opportunity Commission

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

489)    I allege that Defendant Charlotte Burrows, in her official capacity as Chair of the Equal Employment Opportunity Commission, under the care and control of Defendant Merrick Garland and other members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the Equal Employment Opportunity Commission have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege that Defendant Burrow's current supervision of the Sherman-Antitrust unreasonable withholding of the Equal Employment Opportunity Commission's congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the Sherman Antitrust unreasonable withholding of congressionally-

28

mandated, federally-funded services by the following employees of the Equal Employment Opportunity Commission:

Jeffrey Burstein and Judy Keenan

490)    I allege that Defendant Burstein engaged in the use of the Babylonian Talmud's Critical Race Paradigm to engage in "swat/attempted murder by law enforcement in order to implement the Babylonian Talmud-based Law of Moser that prohibits individuals from reporting the crimes of Jews to the secular authorities. On October 29, 2018, a date that was schedule by the Equal Employment Opportunity Commission's Regional Office, at the behest of Defendant Burstein, Defendant Barnes came to the office and called me a frequently flyer, and forcibly escorted me out of the building. I did not commit a crime. I did not act in any criminal manner, and I had an appointment to visit on October 29, 2018.

491)    I allege that Defendant Judy Keenan engaged in the use of the Babylonian Talmud's Critical Race Paradigm to continue Defendant Burstein's implementation of the Babylonian Talmud-based Law of Moser that prohibits individuals from reporting the crimes of Jews to the secular authorities. On December 28, 2021 I received an e-mail from Defendant Keenan that said:

> You have contacted us about your potential charges, Uzamere v. GCS (Global Contact Solutions) EEOC No. 520-2022-02235 and Uzamere v. Global Contact Solutions, EEOC No. 520-2022-02394.
>
> In 2018 you were escorted out of our office by Federal Protective Service because of your intimidating, harassing and disrespectful conduct towards EEOC Staff. It is my understanding that a Bar Notice was issued to you advising you are barred from entering any EEOC office, nationwide, and that all future communication with EEOC offices and staff is to be done by U.S. Mail.
>
> Recently, you left a series of harassing voice mail messages to me and to the New York District Regional Attorney. You also stated that EEOC staff had not called you for a scheduled appointment about the potential charges referred to above. It is also my understanding that you contacted a staff member in our headquarters office to request that EEOC issue a Notice

of Right to Sue on the potential charges, and that we contact you by phone. Because of your conduct toward EEOC staff, we will not be talking with you by phone. Because of your conduct in these recent communications, I am reissuing a Bar Notice.

You should not communicate with us by email, phone call, or the public portal unless you are asked to communicate with us using those methods. We will also not respond to any communications through social media or sent to a purported personal address of an EEOC staff member. Communications sent to us by any means not expressly authorized by us will not be accepted or acknowledged by us.

## Milton A. Mayo, Jr.

492)    I allege that Defendant Mayo is engaged in and is an active participant in the Sherman Antitrust unreasonable withholding of justice services associated with complaint against the State of New York.  On November 2, 2018 I e-mailed a complaint to Defendant Mayo regarding Defendant Burstein's employment of the Babylonian Talmudic doctrine Law of Moser to prevent me from filing a complaint that identified members of the Babylonian Talmud-adherent Ashkenazi Jewish cartel as :

At my website entitled Cheryl D. Uzamere v. Various_Ashkenazi_Leaders_and_Ashkenazi_Judaism_as_a_Hate_Group, I uploaded my lawsuit entitled: Cheryl D. Uzamere v. Various Ashkenazi Jewish Leaders, and Ashkenazi Judaism as a Hate Group under the Fighting Words Doctrine. My lawsuit, which focuses on members of Ashkenazi Jewish Democratic leadership, which I allege have engaged in Hobbs violations by requiring the offices of Congressman Hakeem Jeffries, Roxanne Persaud and EEOC Case No. 520-2018-04311 will include New York State Democratic Party members' employment discrimination based on a) enforcement of the Babylonian Talmudic Law of Moser, including abrogation of 14th Amendment Equal Protection Clause associated with the de facto, one-sided enforcement of State Finance Law §165-b, S6378A that relates to purchasing restrictions and persons boycotting Israel; b) racism based on being a non-foreign African American; c) mental illness; d) blacklisting/retaliation based on my filing complaints against federal, state, municipal employees of employees of agencies that receive federal funding; and e) denial of reasonable accommodations by way of guardian ad litem (both psychiatric and legal/attorney) during civil litigation and criminal prosecutions. My EEOC complaint will also act as an ancillary complaint to the United States Department of Education based on its falsely claiming that I owe them money when other factions of the same U.S. government engage in staging a mock divorce to make it appear that I am divorced from my husband, while preventing a real divorce to hide my husband's and his [his attorney] from divorcing my husband.

I also sent a complaint to Defendant Mayo regarding Defendant Burstein's and Judy Keenan's *de facto* barring me from filing complaints in which members of the Babylonian Talmud-adherent

Ashkenazi Jewish cartel, both complaint which Defendant Mayo, under the care and control of Defendant Garland and other member of the U.S. Department of Justice's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel. *See* **Exhibit 58**.

U.S. Department of Health and Human Services

493)    I allege that Defendant Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services, under the care and control of Defendant Merrick Garland and other members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Health and Human Services have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege that Defendant Becerra's facilitation of the Sherman-Antitrust unreasonable withholding of the U.S. Department of Health and Human Services' congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the Sherman Antitrust unreasonable withholding of congressionally-mandated, federally-funded services by the following employees of the U.S. Department of Health and Human Services.

494)    I allege that Defendant Xavier Becerra serves, not only in his official capacity as Secretary of the U.S. Department of Health and Human Services, but to implement policies enforced by Defendant Garland; said policies main goal, as was the case with Native Americans, to keep natives/nonforeigners, especially people of African descent in a destabilized and helpless state to traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent

Ashkenazi Jewish ethnoreligious cartel to subject to pedophile-oriented, sexually sadistic bondage and torture (including murder) with impunity. I allege that Defendant Becerra' has continually failed to supervise the activities of New York State and New York City agencies that receive the benefits of block grants for the care of children and families.  In addition, while Defendant Becerra has responded to serious health issues such as COVID-19 and monkeypox, he has consistently violated 42 U.S.C. § 289c - Research on public health emergencies regarding the Ashkenazi Jewish community's disproportionately high percentage of individuals who are pedophiles, especially among Orthodox and ultra-Orthodox Ashkenazi Jews.

495)    I allege that Defendant Ben Goldhaber serves, not only in his official capacity as Deputy Assistant Secretary for the Administration for Children and Families of the U.S. Department of Health and Human Services, but to implement policies enforced by Defendant Garland; said policies main goal, as was the case with Native Americans, to keep natives/nonforeigners, especially people of African descent in a destabilized and helpless state to traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel to subject to pedophile-oriented, sexually sadistic bondage and torture (including murder) with impunity. I allege that Defendant Becerra' has continually failed to supervise the activities of New York State and New York City agencies that receive the benefits of block grants for the care of children and families.

496)    I allege that Defendant Miriam Delphin-Rittmon serves, not only in her official capacity as Assistant Secretary for the Substance Abuse and Mental Health Service Administration of the U.S. Department of Health and Human Services, but to implement policies enforced by Defendant Garland; said policies main goal, as was the case with Native Americans,

to keep natives/nonforeigners, especially people of African descent in a destabilized and helpless state to traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel to subject to pedophile-oriented, sexually sadistic bondage and torture (including murder) with impunity. I allege that Defendant Delphin-Rittmon has continually failed to supervise the activities of New York State and New York City agencies that receive the benefits of block grants for the care of individuals with substance abuse and mental health issues.

U.S. Department of State

497)    I allege that Defendant Rena Bitter, in her official capacity as Assistant Secretary of the Bureau of Consular Affairs for the U.S. Department of State, under the care and control of Defendant Merrick Garland and other members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Health and Human Services have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*.    I allege that Defendant Bitter's facilitation of the Sherman-Antitrust unreasonable withholding of the U.S. Department of State's congressionally-mandated justice services continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the Sherman Antitrust unreasonable withholding of congressionally-mandated, federally-funded services by the following employees of the U.S. Department of State.

498)    I allege that Defendant Bitter, along with members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel who are employed with the U.S. Department of State, in concert with members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel who are employed with the U.S. Department of Homeland Security implement immigration policies that are enforced by Defendant Garland and other members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel; that the aforesaid immigration policies' main goal, as was the case with Native Americans, is to maintain a disproportionately higher level of law-breaking immigrants to engage in the unreasonable restraint of trade/commerce and other wealth-building activities that are applied against natives/nonforeigners; to keep natives/nonforeigners in a destabilized and helpless state to traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel to subject to pedophile-oriented, sexually sadistic law enforcement bondage and torture, including torture, gang-rape and murder of children in institutionalized settings with impunity; said tortious acts of omission that include willful blindness of immigration and identification fraud by natives in the countries where embassy and consulate staff are employed.

499)    I allege that Defendant Bitter, having access to information regarding Defendant Uzamere engaged in willful blindness regarding Defendant Uzamere's continued attempts to engage in passport fraud during my discontinued divorce action about which I e-mailed a complaint to Robin Sanders, the then U.S. Ambassador to Nigeria; as well as civil proceedings filed by the U.S. Department of Homeland Security based on the confiscation of property in which

Defendant Uzamere was engaged in passport fraud and international money laundering. *See* **Exhibit 59**.

Mary Beth Leonard

500)    I allege that Defendant Leonard, having access to information regarding Defendant Uzamere, engaged in willful blindness regarding Defendant Uzamere's continued attempts to engaged in passport fraud during my now discontinued divorce action about which I e-mailed a complaint to Robin Sanders, the then U.S. Ambassador to Nigeria; as well as civil proceedings filed by the U.S. Department of Homeland Security based on the confiscation of property in which Defendant Uzamere was engaged in passport fraud and international money laundering.

Cassidy "Doe"

501)    I allege that Cassidy "Doe", having access to information regarding Defendant Uzamere, engaged in willful blindness regarding Defendant Uzamere's continued attempts to engage in passport fraud during my discontinued divorce action about which I e-mailed a complaint to Robin Sanders, the then U.S. Ambassador to Nigeria; as well as civil proceedings filed by the U.S. Department of Homeland Security based on the confiscation of property in which Defendant Uzamere was engaged in passport fraud and international money laundering. Defendant "Doe" authorized Defendant Uzamere's fraudulent affidavit used to engage in the violation of 8 U.S.C. §1546 in order to engage in impersonating an individual who is not my husband, an issue that was proven to be untrue thirteen (13) years ago.

Kellie Robinson

502)    Kellie Robinson is the Public Liaison that responds to Freedom of Information and Privacy Act requests. I sent an e-mail to her requesting identity of "Cassidy "Doe," the defendant

148

whose fraudulently placed his stamp on fraudulent documents presented to the Kings County Family Court by Defendant Uzamere and Defendant Idehen for which I now await a response. *See* **Exhibit 60**.

**NEW YORK STATE AGENCIES' ASHKENAZI JEWISH ETHNO-RELIGIOUS CARTEL'S SUPPRESSION OF CRIMINAL EVIDENCE ASSOCIATED WITH DEFENDANT UZAMERE'S, DEFENDANT KAYE'S AND DEFENDANT SHAPIRO'S FILING OF FALSIFIED MARRIAGE DOCUMENTS WITH THE NEW YORK CITY CLERK'S OFFICE AND THE U.S. DEPARTMENT OF JUSTICE**

State of New York

503)    I allege that Defendant the State of New York operates in its official capacity, not as a governmental agency that facilitates the enforcement of the New York State Constitution and the U.S. Constitution, but as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant New York State's Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel (*see* **Exhibit 61**).[6] I allege that the goal of New York State's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their

---

[6] In the unpublished case *Jessica T. v. Kieth T.,* 2020 NY Slip Op 50673 (U) New York State Supreme Court Justice H. Patrick Leis, III stated: This case is unique as it details a type of domestic violence which generally goes unnoticed in our judicial system and goes beyond the usual parameters of physical, emotional, or economic abuse occurring during the period of time that the parties reside together. This form of domestic violence is by proxy, and it uses the very judicial system, which is supposed to protect individuals from domestic violence, to continue the perpetrators' need for control well after the parties' separation and commencement of the divorce action. This case demonstrates the repercussions and consequences that await an individual who engages in this very insidious form of domestic violence committed through vexatious/abusive litigation.

insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

504)    I allege Defendant the State of New York, acting as a sexual offender by proxy while under the direct supervision of Defendant Kathy Hochul, Governor of the State of New York, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New York by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant State of New York has for the past 43 years engaged in the Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to obstruct my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human

Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant State of New York is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Senate Committee on the Judiciary

505)     I allege that the members of Defendant the New York State Committee on the Judiciary, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in their official capacities as legislators, but as facilitators of the enforcement of the Babylonian Talmud's Critical Race Paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio

57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio

11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of

children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's

prohibition against reporting the crimes committed by Jews, including the rape of children, to the

secular authorities in Tractate Abodah Zarah, Folio 26b.

506)    I allege that members of Defendant the New York State Committee on the

Judiciary, acting as a sexual predator by proxy while under the director supervision of Brad

Hoylman, Chair of the New York State Committee on the Judiciary, Defendant Garland and

members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish

ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands"

doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive*

*Co*. I allege that Defendant the New York State Committee on the Judiciary members' refusal to

address my complaints; and the New York State's description of me as a "wacko" tacitly

facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of

congressionally-mandated justice services to continue to cause the obstruction of my ability to

report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the

falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin

E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S.

Department of Homeland Security's, the New York State Department of Health, the New York

City Clerk's Office, the New York City Human Resources Administration and other agencies'

criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere",

based on the tortious acts and omissions of those individuals who are members of the Democratic

Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which members of Defendant the New York State Committee on the Judiciary are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Attorney General's Office

507)    I allege that Defendant the New York State Attorney General's Office, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not as Defendant New York State's primary interpreter and enforcer of the New York State Constitution and the U.S. Constitution, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in

Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

508)    I allege that Defendant the New York State Attorney General's Office, acting as a sexual predator by proxy while under the direct supervision of Defendant Letitia James, New York State Attorney General and Oren L. Zeve, Managing Solicitor General of the New York State Attorney's Office, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the New York State Attorney General's Office's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who

are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York State Attorney General's Office is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Commission on Judicial Conduct

509)    I allege that Defendant the New York State Commission on Judicial Conduct, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a disciplinary enforcement unit that adjudicates the tortious acts of New York State jurists; but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of

children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

510)    I allege that Defendant the New York State Commission on Judicial Conduct, acting as a sexual predator by proxy while under the direct supervision of Joseph W. Belluck, Chair of the New York State Commission on Judicial Conduct, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*.  I allege that Defendant the New York State Commission on Judicial Conduct's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the

New York State Commission on Judicial Conduct is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Grievance Committees, First and Second Judicial Departments

511)    I allege that Defendants the New York State Grievance Committees, First and Second Judicial Departments, as agencies that facilitate domestic violence, domestic terrorism and sexual predation by proxy, serve, not in their official capacities as disciplinary enforcement units that adjudicate the tortious acts of New York State attorneys, but as facilitators of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a;

and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

512)    I allege that Defendant the New York State Grievance Committees, First and Second Judicial Departments, acting as sexual predators by proxy under the direction of Abigail Reardon, Esq. and Diana Maxfield Kearse, Esq., Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege Defendant the New York State Grievance Committees, First and Second Judicial Departments' refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State Grievance Committees, First and Second Judicial Departments' Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendants the

New York State Grievance Committees, First and Second Judicial Departments are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Office for Attorneys for Children

513)    I allege that Defendant the New York State Office for Attorneys for Children, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as providers of no-cost legal representation to indigent litigants, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the

crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

514)    I allege that Defendant the New York State Office for Attorneys for Children, acting as a sexual predator by proxy, formerly under the direction of Harriet R. Weinberger, Esq., now under Joana C. Elder, Esq., Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant the New York State Office for Attorneys for Children's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice.  I allege that the goal of the seditious conspiracy in which Defendant the New York State Office for Attorneys for Children is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic

160

acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Unified Court System

515)    I allege that Defendant the New York State Unified Court System, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not as the primary interpreter and law enforcer of the New York State and U.S. Constitutions, but as the primary interpreter and law enforcer of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

516)    I allege that Defendant the New York State Unified Court System, acting as a sexual predator by proxy under the direction of the Honorable Janet DiFiore and the Honorable Lawrence Marks, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the New York State Unified Court System's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York State Unified Court System is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant

state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

517)    Defendant Lawrence Marks serves as the Chief Administrative Judge for the New York State Unified Court System. He has direct supervision of the following defendants:

**New York State Supreme Court Appellate Division Second Judicial Department**

| | |
|---|---|
| Hon. Hector D. Lasalle | Hon. William G. Ford |
| Hon. Reinaldo E. Rivera | Hon. Joseph A. Zayas |
| Hon. Cheryl E. Chambers | Hon. Linda Christopher |
| Hon. Mark C. Dillon | Hon. Valerie Brathwaite Nelson |
| Hon. Betsy Barros | Hon. Angela G. Iannacci |
| Hon. Joseph J. Maltese | Hon. Paul Wooten |
| Hon. Sheri. S. Roman | Hon. Lara J. Genovesi |
| Hon. Robert J. Miller | Hon. Deborah A. Dowling |
| Hon. Colleen Duffy | Maria T. Fasulo |
| Hon. Francesca E. Connolly | Jeannine Padro |

**Kings County Supreme Court:**    Hon. Jeffrey S. Sunshine

**Kings County Family Court**

| | |
|---|---|
| Hon. Amanda White | Adele Alexis Harris |
| Hon. Ben. J. Darvil, Jr. | Denise-Marie Valme Lundy |
| Hon. Alan Beckoff | Lisa Aschkenasy |
| Hon. Linda M. Capitti | Jamila Cha-Jua-Lee |
| Hon. Caroline Piela Cohen | Frank M. Hoelldobler |
| Hon. Diane Costanzo | Nisha Menon |
| Hon. Jacqueline B. Deane | Jennifer Mitek |
| Hon. Catherine M. Didomenico | Danielle M. Rodriguez |
| Hon. Dena E. Douglas | Valerie Waldeier |
| Hon. Alicea Elloras-Ally | Edward W. Yuskevich |
| Hon. Lisa J. Friederwitzer | Rosa M. Astuto |
| Hon. Gregory L. Gliedman | Jennifer L. Castaldi |
| Hon. Melody Glover | Andrea Hecht-Zaki |
| Hon. Ilana Gruebel | Brittany Bisnott |
| Hon. Evelyn J. Laporte | Danielle Noel |
| Hon. Michael R. Milsap | Nicholas J. Palos |
| Hon. Erik S. Pitchal | Gabriella F. Richman |
| Hon. Susan Quirk | Susan S. Danoff |

**Kings County Family Court** (cont'd)

Hon. Raymond Rodriguez          Richard N. Ross
Hon. Stephanie Schwartz         Doreen M. Hanley
Hon. Jane C. Tully              Ryan Darshon
Hon. Javier E. Vargas
Hon. Judith D. Waksberg
Hon. Jacqueline D. Williams

518)    On March 22, 2020, Defendant the Honorable Lawrence Marks enforced an administrative order that I allege illegally deprived the residents of five (5) out of sixty-two (62) counties of the State of New York, namely, the residents of Bronx, Kings, New York, Queens, and Richmond counties their First Amendment right to due process, and their 14th Amendment right to equal protection under the law by enforcing New York State Administrative Order 78-20:

Administrative Order of the Chief Administrative Judge of the Courts

Pursuant to the authority vested in me, in light of the emergency circumstances caused by the continuing COVID-19 outbreak in New York State and the nation, and consistent with the Governor of New York's recent executive order suspending statutes of limitation in legal matters, I direct that, effective immediately and until further order, no papers shall be accepted for filing by a county clerk or a court in any matter of a type not included on the list of essential matters attached as Exh. A. This directive applies to both paper and electronic filings.

Family Court

1.      Child protection intake cases involving removal applications;

2.      Newly filed juvenile delinquency intake cases involving remand placement applications, or modification thereof;

3.      Emergency family offense petitions/temporary orders of protection;

4.      Orders to show cause;

5.      Stipulations on submission.

New York State Family Court staff, both judicial and nonjudicial acceded to the subject administrative order in violation of the directive of the U.S. Department of Health and Human Services:

Letter From Jerry Milner to Child Welfare Legal and Judicial Leaders

Jerry Milner, Associate Commissioner of the Children's Bureau, issued a letter to child welfare legal and judicial leaders (PDF - 324 KB) that provides guidance to those in the legal community on whether the Children's Bureau can waive statutorily required judicial proceedings and for the continued need for family time in the wake of COVID-19.

The Children's Bureau expects courts and states to work together to determine how best to balance statutory requirements related to child safety against public health mandates. Courts can and should be flexible in how they convene required hearings and refer to previous guidance issued by the Children's Bureau after Hurricane Katrina (PDF - 33 KB).

The letter also provides the following guidance for attorneys, courts, court improvement programs (CIPs), and administrative offices:

Refrain from making sweeping, blanket orders ceasing, suspending, or postponing court hearings.

Ensure that important decisions about when and how hearings are conducted are made on a case-by-case basis in accordance with the facts of each individual matter.

Make maximum use of technology to ensure due process where in-person hearings are not possible or appropriate.

519) In the unpublished decision in the case *V.G. v. Doreen M. Hanley, as Clerk of the Family Court of the State of New York, Andrew Cuomo, as Governor of the State of New York and the State of New York*, Richmond County Supreme Court Judge Ralph J. Porzio not only violated the directive of the U.S. Department of Health and Human Services, but he violated the petitioner's Second Amendment right to "peaceably assemble" as a family. *See* Administrative Order 78-20, Executive Orders, 202.67, 202.72, 202.80; correspondence from the Administration for Children and Families, Administration on Children, Youth and Families; and the decision of the Honorable Ralph J. Porzio.

520) During the adjudication of my request for spousal support, under the direct supervision of the Honorable Lawrence Marks, in his role as proxy not only did Defendants the Honorable D. Lasalle, Presiding Judge, the Honorable Francesca E. Connolly, the Honorable Reinaldo E. Rivera, the Honorable William G. Ford, the Honorable Jeffrey S. Sunshine, the

Honorable Amanda White and Support Magistrate Harris criminally facilitate Defendant Uzamere's and Defendant Idehen's submission of falsified documents regarding Defendant Uzamere's identity, but the aforesaid defendants have withheld issuing a final order of spousal support based on Defendant New York State's publishing of the New York Daily News article that still publicly defames me as a "hate-spewing wacko", and still continues to hold that I am married, not to Defendant Uzamere, but to his cousin "Godwin E. Uzamere", the fictitious name that Defendant Uzamere supplied on the marriage documents that Defendant Uzamere submitted to the New York City Clerk's Office and the U.S. Department of Justice's Immigration and Naturalization Service. The issue regarding Defendant Uzamere's identity as my husband is a *res judicata* issue that was established by the New York State Supreme Court 13 years ago:

a)      By March 11, 2022 I filed a Notice of Appeal, a brief in opposition to Kings County Family Court's dismissal of my family offense petition and Order to Show Cause why Defendant Uzamere and Defendant Idehen should not be arrested for violation of New York State Penal Code §175.35, submitting a false document for filing the falsified marriage document purporting that Defendant Uzamere and "Godwin E. Uzamere" are two different persons. The issue regarding Defendant Uzamere's identity is a *res judicata* issue that was decided in my favor by the same appellate division that is reviewing my appeal for the exact issue. The issue regarding Defendant Uzamere's identity was adjudicated thirteen (13) years ago.

b)      The New York State Supreme Court Appellate Division for the Second Judicial Department gave Defendants Uzamere and Idehen until April 18, 2022 to respond to the Order to Show Cause; and until May 16, 2022 to respond to the appellate brief I filed in opposition

1   to the Kings County Family Court's dismissal of my family offense petition docket no. O-03452-

2   2022.

3

4        c)      On April 26, 2022, I filed a complaint with the New York City Police

5   Department's PSA 2 Precinct.  Officers Onyin Lai, Shield No. 11393 and Janae Barney, Shield

6   No. 22677 took the complaint.  According to them, Defendant Uzamere was charged with the

7   violation New York State Penal Law §190.25, criminal impersonation, and assigned NYPD

8   Complaint No. 2022-075-006792. My complaint was forwarded to the 75th Precinct and assigned

9   to Detective Noel D'Amico, Shield No. 6188.

10

11       d)      In response to the assignment of my case to Detective D'Amico, I sent an

12  e-mail to Defendant Darvil, Defendant Harris, Detective D'Amico and others regarding my

13  request for Kings County Family Court to subpoena the police records regarding my criminal

14  complaint against Defendant Uzamere.

15

16       e)      Within hours of my sending the e-mail requesting Defendant Darvil and

17  Defendant Harris to subpoena the New York City Police Department, Detective D'Amico

18  engaged in acts of obstruction designed to pretend that he was unable to understand my complaint

19  based on my having a mental illness, and later refused to investigate my complaint. When I later

20  spoke with Detective Thomas Fusco and alleged that I was mistreated based on being black,

21  Detective Fusco disrespectfully discounted my complaint and hung up the phone.

22

23       f)      By May 11, 2022, Defendant Idehen used the Kings County Family Court

24  EDDS system to file Defendant Uzamere's fraudulent affidavit along with the same fraudulent

25  affirmation for which Defendant Idehen failed to file a response to the Order to Show Cause that

26  I filed with the New York State Supreme Court Appellate Division, Second Judicial Department.

27

28

g)      On May 16, 2022, Defendants the Honorable Hector D. Lasalle, the Honorable Reinaldo E. Rivera, the Honorable Francesca E. Connolly, the Honorable William G. Ford denied the Order to Show Cause in which I requested the commencement of a criminal investigation regarding Defendant Uzamere's and Defendant Idehen's false claims that Defendant Uzamere is not my husband; a claim in which the New York State Supreme Court Appellate Division for the Second Judicial Department adjudicated that Defendant Uzamere is my husband thirteen (13) years ago.

h)      On May 17, 2022, in response to the Decision and Order denying my request for the commencement of criminal investigation of Defendant Uzamere and Defendant Idehen, I filed a Notice of Appeal to the New York State Court of Appeals with the Kings County Family Court Appeals section, pursuant to instructions I received from employees of the New York State Court of Appeals.

i)      On May 17, 2022, by or at the behest of Cheryl Klein, Supervisor the Kings County Family Court Appeals section engaged in the enforcement of the Babylonian Talmud-based, Critical Race Paradigm's Law of Moser by refusing to accept my Notice of Appeal for filing.

j)      On May 19, 2022, I refiled the Notice of Appeal to the New York State Court of Appeals with the Kings County Family Court Appeals section.

New York State Department of Health

521)    I allege that Defendant the New York State Department of Health, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as an agency that ensures the health and well-being of the residents of the

168

State of New York, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;   the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

522)    I allege that Defendant the New York State Department of Health, acting as a sexual predator by proxy under the direction of Mary Basset, Commissioner of the New York State Department of Health and Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant the New York State Department of Health's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant the New York State Department of Health Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage

certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice.  I allege that while Defendant Basset has responded to serious health issues such as COVID-19 and monkeypox, she has consistently violated 42 U.S.C. § 289c - Research on public health emergencies regarding the Ashkenazi Jewish community's disproportionately high percentage of individuals who are pedophiles, especially among Orthodox and ultra-Orthodox Ashkenazi Jews. I allege that the goal of the seditious conspiracy in which Defendant the New York State Department of Health  is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Office of Temporary and Disability Assistance

523)    I allege that Defendant the New York State Office of Temporary and Disability Assistance (formerly the New York State Department of Social Services), as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a provider of financial and social services to indigent and disabled residents of the State of New York, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

524)    I allege that Defendant the New York State Office of Temporary and Disability Assistance, while under the direct supervision of Defendant Daniel W. Tiez, Acting Commissioner of the New York State Office of Temporary and Disability Assistance, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive*

*Co.* I allege Defendant New York State Office of Temporary and Disability Assistance's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant New York State Office of Temporary and Disability Assistance is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Office for Children and Families

525)    I allege that Defendant the New York State Office for Children and Families, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a provider of services that strengthen New York State families' ability to provide love and safety for their children, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

526)    I allege that Defendant the New York State Office for Children and Families, while under the direct supervision of Defendant Sheila O. Poole, Commissioner of the New York State Office for Children and Families, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the New York State Office for Children and Families' refusal to address my complaints; and the New York State's

173

description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York State Office for Children and Families is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Office of Mental Health

527)    I allege that Defendant the New York State Office of Mental Health, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

528)    I allege that Defendant the New York State Office of Mental Health, while under the direct supervision of Defendant Anne Marie T. Sullivan, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the New York State Office of Mental Health's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to

continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York State Office of Mental Health is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York State Insurance Fund

529)    I allege that Defendant the New York State Insurance Fund is not aware of the situation involving its employee, Tara A. Uzamere, the child of the marriage; however, given the 43 years that the State of New York has refused to change its records to adjust Tara's birth

certificate to reflect that Ehigie Edobor Uzamere is her father; and to reflect Tara's ability to

reveal that she is a victim of the tortious and criminal acts of the State of New York without

reprisal (i.e. losing her job), Defendant the New York State Insurance Fund, under the direction

of Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent,

Ashkenazi Jewish ethnoreligious cartel operates with "unclean hands" based on the doctrine as

applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege

Defendant the New York State refusal to address my complaints; and the New York State's

description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust

unreasonable withholding of congressionally-mandated justice services to continue to cause the

obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are

members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish

ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal

of the seditious conspiracy in which Defendant the New York State is engaged is the

normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual,

economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

**NEW YORK CITY AGENCIES' ASHKENAZI JEWISH ETHNO-RELIGIOUS CARTEL'S SUPPRESSION OF CRIMINAL EVIDENCE ASSOCIATED WITH DEFENDANT UZAMERE'S, DEFENDANT KAYE'S AND DEFENDANT SHAPIRO'S FILING OF FALSIFIED MARRIAGE DOCUMENTS WITH THE NEW YORK CITY CLERK'S OFFICE AND THE U.S. DEPARTMENT OF JUSTICE**

City of New York

530)   I allege that Defendant the City of New York, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a municipal corporation of the State of New York, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

531)   I allege that Defendant the City of New York, while under the direct supervision of Defendant Eric Adams, Mayor of the City of New York, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the City of New York's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the City of New York is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-

179

adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York City Police Department

532)   I allege that Defendant the New York City Police Department, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as Defendant New York City's constitutionally-compliant law enforcement agency, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

533)   I allege that Defendant New York City Police Department, while under the direction of Defendant Keechant Sewell, Commissioner for the New York City Police Department, Defendant Garland and members of the Democratic Party's Babylonian Talmud-

1   adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by

2   violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision*

3   *Instrument Mfg. Co. v. Automotive Co.* I allege Defendant New York City Police Department's

4

5   refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly

6   facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of

7   congressionally-mandated justice services to continue to cause the obstruction of my ability to

8

9   report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the

10  falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin

11  E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S.

12  Department of Homeland Security's, the New York State Department of Health, the New York

13  City Clerk's Office, the New York City Human Resources Administration and other agencies'

14

15  criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere",

16  based on the tortious acts and omissions of those individuals who are members of the Democratic

17  Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees

18  of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which

19  Defendant New York City Police Department is engaged is the normalization of the unpunished

20

21  pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law

22  enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent

23  leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of

24  sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-

25  treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for

26

27  sexual violence, and that unless they are confronted with force, they will continue engaging in

28

acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

534)    I allege that while under the direction of Defendant Keechant Sewell, Commissioner for the New York City Police Department, the following defendants have engaged facilitated domestic violence, domestic terrorism, sexual predation by proxy and obstruction of justice based on New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere":

a)    Defendant Ernest Hart, serving in his official capacity as the General Counsel for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

b)    David P. Barrere, serving in his official capacity as the Chief of Internal for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

c)    Rohan Griffith, serving in his official capacity as the Deputy Inspector for the 75th Precinct of the New York City Police Department has refused to facilitate the criminal

investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

   d) Noel D'Amico, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

   e) Thomas Fusco, serving in his official capacity as a detective for the 75th Precinct of the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

   f) James W. Essig , serving in his official capacity as the Chief Detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

   g) Joseph Leiva, serving in his official capacity as a detective for the 75th Precinct of the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal

Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

h)      Kyle Stanley, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

i)      Bibek Thapa, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

j)      Paul Caleb, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

k)      David Teran, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

l)     Michael Misilewich, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

m)     Thomas Rourke, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

n)     Nazir Abdul, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

o)     Horacio Delgado, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

p)     Anthony Ambrosino, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant

Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

q)    Artemisa Caceres, serving in her official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

r)    Hipolito M. Gil, serving in his official capacity as a detective for the New York City Police Department has refused to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

s)    Bobby Xiao, serving in his official capacity as a police officer for the New York City Police Department threatened me with mental health confinement; a criminal act that was committed by the New York City Police Department against me based on the falsified report of unknown employees of the U.S. Marshal Service; correspondence that falsely accused me of making threats of bodily harm against employees of the U.S. Department of Health and Human Services' Center for Medicare and Medicaid Services by Denis McGowan, former U.S. Department of Homeland Security, Federal Protective Service and by Bridget Davis, Social Worker for the New York State Office of Mental Health (please refer to the audiotape of Bridget

186

Davis' threat to hospitalize me based on U.S. Marshal's false report that threatened CMS workers, uploaded to https://bit.ly/2D0lYR2.

t)    Michael Fontana, serving in his official capacity as a police officer for the New York City Police Department made no attempt to question Defendant Xiao's threat to subject me to mental health confinement; a criminal act that was committed by the New York City Police Department against me based on the falsified report of unknown employees of the U.S. Marshal Service; correspondence that falsely accused me of making threats of bodily harm against employees of the U.S. Department of Health and Human Services' Center for Medicare and Medicaid Services by Denis McGowan, former U.S. Department of Homeland Security, Federal Protective Service and by Bridget Davis, Social Worker for the New York State Office of Mental Health (please refer to the audiotape of Bridget Davis' threat to hospitalize me based on U.S. Marshal's false report that threatened CMS workers, uploaded to https://bit.ly/2D0lYR2.

u)    "John Does" 1 – 5 served as the law enforcement officers who stood in front of my door around February/March 2018 for 33 minutes without warrants and without charging me with a crime. I allege that in addition to the aforementioned tortious act, "John Does" 1 – 5, as part of their *de facto* duties, are under orders to refuse to facilitate the criminal investigation of Defendant Uzamere's and Defendant Idehen's violation of New York State Penal Law Sec. 175.30 regarding Defendant Uzamere's and Defendant Idehen's submission of falsified documents to the Kings County Family Court.

New York City Department of Investigations

535)    I allege that Defendant the New York City Department of Investigations, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy,

serves, not in its official capacity as a constitutionally-compliant law enforcement agency, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

536)    I allege that Defendants New York City Department of Investigations, while under the direct supervision of Defendants Jocelyn Strauber, Commissioner for the New York City Department of Investigations and Jeannine Barrett, Acting Inspector for the New York City Department of Investigations, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that Defendant New York City Department of Investigations' refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the

obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are

members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish

ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal

of the seditious conspiracy in which Defendant New York City Police Department is engaged is

the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual,

economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-

adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant

Garland, who have a compulsion for sexual violence, and that unless they are confronted with

force, they will continue engaging in acts of sexualized violence that is committed against Jewish

children by tens of thousands of pedophiles in Israel.

Brooklyn District Attorney's Office

537)    I allege that Defendant the Brooklyn District Attorney's Office, as an agency that

facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its

official capacity as Brooklyn's primary criminal law enforcement agency, but as a facilitator of

the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

538)    I allege that Defendant the Brooklyn District Attorney's Office, while under the direct supervision of Defendant Eric Gonzalez, Brooklyn District Attorney, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the Brooklyn District Attorney's Office's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland

Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the City of New York is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York City Clerk's Office

539)    I allege that Defendant the City of New York, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as an agency that archives vital records of the residents of the City of New York, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio

26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

540) I allege that Defendant the City of New York, while under the direct supervision of Defendants Michael McSweeney, City Clerk and Clerk of the Council and Patrick L. Synmoie, Esq., Executive Agency Counsel for the New York City Clerk's Office, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the City of New York's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed

under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those

individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi

Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that

the goal of the seditious conspiracy in which Defendant the City of New York is engaged is the

normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual,

economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-

adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant

Garland, who have a compulsion for sexual violence, and that unless they are confronted with

force, they will continue engaging in acts of sexualized violence that is committed against Jewish

children by tens of thousands of pedophiles in Israel.

New York City Department for the Aging

541)    I allege that Defendant the New York City Department for the Aging, as an agency

that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not

in its official capacity as a municipal agency that provide geriatric services for elderly resident of

New York City, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race

Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against

people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in

Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in

Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of

theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian

Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

542)    I allege that Defendant the New York City Department for the Aging, while under the direct supervision of Defendant Lorraine Cortés-Vázquez, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the City of New York's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal

of the seditious conspiracy in which Defendant the City of New York is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

543)    I allege that while under the direction of Defendant Lorraine Cortés-Vázquez, Commissioner for the New York City Department for the Aging, the following defendants have engaged facilitated domestic violence, domestic terrorism, sexual predation by proxy and obstruction of justice based on New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere":

a)    Steven Foo, Esq., in his official capacity as General Counsel for the New York City Department for the Aging actively participated in and facilitated the defamatory termination of my membership with the New York City Department for the Aging.

b)    Maritza Arroyo, in her official capacity as the Assistant Commissioner for the Bureau of Direct Services for the New York City Department for the Aging actively

participated in and facilitated the defamatory termination of my membership with the New York City Department for the Aging.

c)    Maria Serrano, in her official capacity as Director of the Senior Community Services Employment Program (SCSEP) for the New York City Department for the Aging actively participated in and facilitated the defamatory termination of my membership with the New York City Department for the Aging.

New York City Housing Authority

544)    I allege that Defendant the New York City Housing Authority, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a federally-funded agency that provide subsidized housing for the resident of New York City, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

196

545)     I allege that Defendant the City of New York, while under the direct supervision

of Defendant Greg Russ, Chair of the New York City Housing Authority, Defendant Garland and

members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish

ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands"

doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive*

*Co.* I allege Defendant the City of New York's refusal to address my complaints; and the New

York State's description of me as a "wacko" tacitly facilitates Defendant New York City's

Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to

continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's

and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage

certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in

the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York

State Department of Health, the New York City Clerk's Office, the New York City Human

Resources Administration and other agencies' criminally maintaining fraudulent records filed

under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those

individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi

Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that

the goal of the seditious conspiracy in which Defendant the City of New York is engaged is the

normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual,

economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

### New York City Department of Health and Mental Hygiene

546)    I allege that Defendant the New York City Department of Health and Mental Hygiene, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a municipal agency that provide psychiatric and mental health advocacy services for the residents of New York City, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

547)    I allege that Defendant the New York City Department of Health and Mental Hygiene, while under the direct supervision of Defendant Dr. Ashwin Vasan, and with the participation of Lisa Landau, General Counsel, Michael T. McRae, Acting Executive Deputy

Commissioner, Bureau of Health Promotions for justice-Impacted Populations, Abigail Gresla, Social Worker and CRT Coordinator and Bernadette O'Donnell, Records Access Officer for the New York City Department of Health and Mental Hygiene, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the City of New York, by Defendant the New York City Department of Health and Mental Hygiene's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York City Department of Health and Mental Hygiene is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

<u>New York City Health and Hospitals Corporation</u>

548)   I allege that Defendant the New York City Department of Health and Hospitals Corporation, as an agency that facilitates domestic violence, domestic terrorism and sexual predation by proxy, serves, not in its official capacity as a municipal agency that provides medical and psychiatric services for the residents of New York City and for the public, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

549)     I allege that Defendant the New York City Department of Health and Hospitals Corporation, while under the direct supervision of Dr. Michael Katz, President and Chief Executive Officer, and the participation of Marcia Werchol, formally the Assistant Vice President of Family Court Service, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant the City of New York, by Defendant the New York City Department of Health and Mental Hygiene's refusal to address my complaints; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York City's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York City Department of Health and Mental Hygiene is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law

enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

State Attorneys General

550)    I respectfully remind this court of the following Babylonian Talmudic doctrines:

Anti-Schvartze Hatred Based on the Babylonian Talmud

Babylonian Talmud, Sanhedrin, Folio 108B
https://www.sefaria.org/Sanhedrin.108b.15?lang=bi&with=all&lang2=en

ת"ר שלשה שמשו בתיבה וכולם לקו כלב ועורב וחם כלב נקשר עורב רק חם לקה בעורו

The Sages taught: Three violated that directive and engaged in intercourse while in the ark, and all of them were punished for doing so. They are: The dog, and the raven, and Ham, son of Noah. The dog was punished in that it is bound; the raven was punished in that it spits, and Ham was afflicted in that his skin turned black.

The Anti-Defamation League fails to consider the anti-schvartze hatred associated with the Babylonian Talmud that has been disseminated against people of African descent since the completion of the writing of the Babylonian Talmud around 500 C.E.

202



**IN THE PAST FOUR YEARS, ANTI-SEMITIC VIEWS AMONG THE AFRICAN AMERICAN POPULATION HAVE REMAINED STEADY AND ARE HIGHER THAN THE GENERAL POPULATION.**

Anti-Semitic propensities among African-Americans, 1992 - 2016

■ General Population ■ African-American Population

ADL          MARTTILA STRATEGIES

Babylonian Talmud, Tractate Ketubot, Folio 11B
https://www.sefaria.org/Ketubot.11b.6?lang=bi

אמר רבא הכי קאמר גדול הבא על הקטנה ולא כלום דפחות מכאן כנותן אצבע בעין דמי וקטן הבא
על הגדולה עשאה מוכת עץ ומוכת עץ גופא פלוגתא דר"מ ורבנן

Rava said that this is what the Mishna is saying: An adult man who engaged in intercourse with a minor girl less than three years old has done nothing, as intercourse with a girl less than three years old is tantamount to poking a finger into the eye. In the case of an eye, after a tear falls from it another tear forms to replace it. Similarly, the ruptured hymen of the girl younger than three is restored.

New America: Sex with Children by Talmud Rules
http://www.come-and-hear.com/editor/america 2.html

Again, there is no prohibition of a sexual practice that would almost certainly cause physical damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a child's vagina or anus.

We have seen in Numbers 31:12-18 that Moses permitted grown men to use little girls as concubines. In the Talmud, grown men are permitted to have sexual intercourse with female babies and children, and homosexual relations with boys younger than nine…

203

Dorothy E. Roberts, JD
George A. Weiss University Professor of Africana Studies, Law & Sociology
University of Pennsylvania Policing and Separation of Black Families in the
United States; UN Working Group of Experts on People of African Descent
<u>Public Session on Children of African Descent, May 24, 2022</u>

<u>Harms to Children</u>

Given its oppressive foundations, it should come as no surprise that the child welfare system
is structured to cause devastating injuries to the children it separates from their families. On
top of inflicting the trauma of separating children from their loved ones, which is a violation
of UN conventions, state agencies fail to ensure that the children in their custody receive the
care they need, and subject many of them to sexual and physical abuse. With many children
shuffled to multiple placements, the system is set up to interfere with their emotional and
physical health, their education, and their social relationships. It forces many of them into
poverty, homelessness, and prisons.

Large numbers of children are placed in some form of congregate care — group homes,
residential treatment centers, and psychiatric hospitals. In 2017, a third of teenagers in foster
care, who are disproportionately of African descent, were in a congregate placement. Agencies
often confine Black children who are adjudicated dependent and those who are adjudicated
delinquent in the same horrific—and sometimes lethal—institutions, where no child should
have to suffer. In 2021, a report by Think of Us, a research lab founded and directed by former
7 foster youth, observed that these children "frequently compared institutional placements to
prison, as institutional placements have many functions of a carceral environment: confined,
surveilling, punitory, restrictive, and degrading."

National Council on Juvenile and Family Court Judges
<u>Disproportionality Rates for Children of Color in Foster Care</u>

| STATE | African American/ Black | | Caucasian/White | | Hispanic/Latino | | Asian/Pacific Islander | | American Indian/ Alaska Native | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 |
| Alabama | 1.7 | 1.1 | 0.7 | 1.0 | 0.4 | 0.8 | 0.1 | 0.2 | 0.3 | 0.1 |
| Alaska | 2.7 | 0.6 | 0.5 | 0.6 | 0.3 | 0.6 | 0.2 | 0.3 | 3.0 | 2.6 |
| Arizona | 3.6 | 1.9 | 0.9 | 0.9 | 0.8 | 1.0 | 0.0 | 0.2 | 0.4 | 0.9 |
| Arkansas | 2 | 1.1 | 0.8 | 1.1 | 0.3 | 0.6 | 0.3 | 0.1 | 0.1 | 0.3 |
| California | 4.8 | 3.1 | 0.8 | 0.6 | 0.8 | 1.4 | 0.2 | 0.1 | 2.3 | 1.6 |
| Colorado | 3.7 | 2.5 | 0.7 | 0.7 | 1.1 | 1.9 | 0.3 | 0.3 | 2.9 | 1.0 |
| Connecticut | 3.4 | 2.3 | 0.5 | 0.5 | 1.7 | 1.7 | 0.1 | 0.1 | 0.4 | 0.7 |
| Delaware | 2.7 | 2.3 | 0.5 | 0.6 | 1.0 | 1.2 | 0.0 | 0.0 | 0.3 | 0.0 |
| Florida | 2.2 | 2.2 | 0.7 | 0.8 | 0.4 | 0.7 | 0.1 | 0.1 | 0.5 | 0.7 |
| Georgia | 1.7 | 1.4 | 0.6 | 0.9 | 0.4 | 0.8 | 0.1 | 0.1 | 0.2 | 0.2 |
| Hawaii | 1.3 | 1.3 | 0.7 | 1.1 | 0.1 | 0.4 | 1.6 | 1.4 | 6.3 | 2.4 |
| Idaho | 6.4 | 1.9 | 0.9 | 0.9 | 0.8 | 1.3 | 0.2 | 0.2 | 6.6 | 3.3 |
| Illinois | 4.0 | 3.4 | 0.3 | 0.7 | 0.3 | 0.5 | 0.0 | 0.1 | 0.8 | 0.3 |
| Indiana | 4.1 | 2.1 | 0.6 | 0.9 | 0.6 | 1.3 | 0.1 | 0.1 | 1.4 | 0.2 |
| Iowa | 3.8 | 3.5 | 0.8 | 0.8 | 0.9 | 2.0 | 0.6 | 0.4 | 5.7 | 4.9 |
| Kansas | 3.2 | 2.0 | 0.9 | 0.9 | 0.5 | 1.1 | 0.2 | 0.1 | 1.0 | 1.3 |
| Kentucky | 2.3 | 1.4 | 0.8 | 0.9 | 0.4 | 1.7 | 0.1 | 0.1 | 0.4 | 0.2 |
| Louisiana | 1.6 | 1.4 | 0.6 | 0.9 | 0.3 | 0.5 | 0.2 | 0.2 | 0.4 | 0.5 |
| Maine | 2.0 | 1.1 | 0.8 | 0.8 | 1.7 | 9.0 | 0.6 | 0.1 | 1.6 | 0.6 |
| Maryland | 2.4 | 1.9 | 0.3 | 0.6 | 0.2 | 0.6 | 0.1 | 0.1 | 0.4 | 0.2 |
| Massachusetts | 1.1 | 2.3 | 0.3 | 0.7 | 1.8 | 1.8 | 0.4 | 0.2 | 0.9 | 1.2 |
| Michigan | 0.0 | 2.0 | 0.0 | 0.8 | 0.0 | 1.1 | 0.0 | 0.1 | 0.0 | 0.9 |
| Minnesota | 4.4 | 1.9 | 0.6 | 0.6 | 0.8 | 1.2 | 0.3 | 0.3 | 8.1 | 13.1 |
| Mississippi | 1.3 | 1.0 | 0.8 | 1.1 | 0.2 | 0.8 | 0.3 | 0.2 | 0.1 | 0.2 |
| Missouri | 2.9 | 1.3 | 0.7 | 1.0 | 0.3 | 0.6 | 0.2 | 0.1 | 0.5 | 0.4 |
| Montana | 3.7 | 1.1 | 0.7 | 0.7 | 0.9 | 1.2 | 0.3 | 0.1 | 3.6 | 3.5 |

204

| STATE | African American/ Black | | Caucasian/White | | Hispanic/Latino | | Asian/Pacific Islander | | American Indian/ Alaska Native | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 | 2000 | 2015 |
| Nebraska | 3.2 | 2.4 | 0.8 | 0.8 | 0.9 | 1.0 | 0.3 | 0.2 | 6.6 | 7.7 |
| Nevada | 2.8 | 2.5 | 1.0 | 1.1 | 0.3 | 0.6 | 0.5 | 0.2 | 0.7 | 1.3 |
| New Hampshire | 3.0 | 1.7 | 0.9 | 1.0 | 1.8 | 1.9 | 0.2 | 0.2 | 1.0 | 1.2 |
| New Jersey | 4.0 | 3.0 | 0.4 | 0.7 | 0.5 | 0.9 | 0 | 0.1 | 2.9 | 0.1 |
| New Mexico | 3.8 | 1.6 | 0.9 | 0.9 | 1.0 | 1.0 | 0.4 | 0.2 | 0.5 | 1.0 |
| New York | 2.5 | 3.2 | 0.3 | 0.7 | 0.8 | 0.4 | 0.1 | 0.2 | 0.6 | 0.8 |
| North Carolina | 1.9 | 1.4 | 0.7 | 1.0 | 0.8 | 0.6 | 0.2 | 0.1 | 1.5 | 2.0 |
| North Dakota | 2.5 | 1.2 | 0.7 | 0.7 | 1.3 | 1.3 | 1.6 | 0.6 | 4.0 | 3.7 |
| Ohio | 3.3 | 2.0 | 0.6 | 0.8 | 0.6 | 1.0 | 0.1 | 0.1 | 0.6 | 0.2 |
| Oklahoma | 2.1 | 1.2 | 0.8 | 0.9 | 0.4 | 1.5 | 0.4 | 0.1 | 1.5 | 0.8 |
| Oregon | 5.0 | 1.4 | 0.8 | 1.1 | 0.6 | 0.8 | 0.3 | 0.1 | 3.2 | 3.3 |
| Pennsylvania | 4.1 | 2.9 | 0.5 | 0.6 | 1.6 | 1.3 | 0.2 | 0.1 | 1.1 | 0.3 |
| Rhode Island | 3.8 | 1.9 | 0.8 | 0.8 | 0.9 | 1.3 | 0.6 | 0.3 | 2.3 | 1.1 |
| South Carolina | 1.7 | 1.2 | 0.6 | 0.9 | 0.3 | 0.7 | 0.3 | 0.3 | 0.4 | 0.5 |
| South Dakota | 2.2 | 1.5 | 0.4 | 0.4 | 0.9 | 1.5 | 0.3 | 0.3 | 4.7 | 4.0 |
| Tennessee | 1.8 | 1.1 | 0.8 | 1.0 | 0.6 | 0.7 | 0.4 | 0.1 | 0.8 | 0.6 |
| Texas | 2.3 | 1.7 | 0.8 | 1.0 | 0.8 | 0.9 | 0.1 | 0.1 | 1.3 | 0.3 |
| Utah | 4.6 | 2.3 | 0.7 | 0.9 | 1.3 | 1.3 | 0.5 | 0.4 | 4.2 | 2.6 |
| Vermont | 2.6 | 0.9 | 1.0 | 1.1 | 0.4 | 0.3 | 0.1 | 0.1 | 0.9 | 0.1 |
| Virginia | 2.2 | 1.6 | 0.7 | 0.9 | 0.5 | 0.8 | 0.1 | 0.1 | 0.3 | 0.3 |
| Washington | 3.4 | 1.5 | 0.8 | 1.0 | 0.7 | 1.0 | 0.2 | 0.2 | 4.9 | 3.6 |
| West Virginia | 2.2 | 0.8 | 0.9 | 1.0 | 1.0 | 0.6 | 0.2 | 0.1 | 0.3 | 0.3 |
| Wisconsin | 8.3 | 3.3 | 0.3 | 0.7 | 0.8 | 0.9 | 0.2 | 0.3 | 1.4 | 4.9 |
| Wyoming | 6.2 | 1.4 | 1.0 | 1.0 | 0.8 | 1.2 | 0.8 | 0.1 | 1.1 | 0.9 |
| Washington, D.C. | 2.0 | 1.9 | 0.0 | 0.0 | 0.0 | 0.8 | 3.4 | 0.1 | 0.0 | 0.0 |
| Puerto Rico[7] | | 0.2 | | 0.1 | | 2.0 | | 0.3 | | 1.0 |
| **United States** | 2.5 | 1.7 | 0.6 | 0.8 | 0.8 | 0.9 | 0.3 | 0.1 | 1.5 | 2.7 |

Hobbs Act Violation: Political Emasculation of U.S. Politicians Accused of Pedophilia Used to Enforce the Babylonian Talmud's Doctrine Regarding Sex with Children

## Netanyahu To Release Evidence Of Washington Pedophile Ring

⊘ December 30, 2016   ▲ Sean Adl-Tabatabai   ⊙ News, US   ⊙ 41



Paul A. Bonacci v. Lawrence E. King, 4:CV91-3037
Memorandum of Decision of Foster Child Turned Sex Slave

On February 27, 1998, I found that default judgment should be entered against the defendant Lawrence E. King in favor of the plaintiff, Paul A. Bonacci. A trial on the issue of damages due the plaintiff by the defendant was had on February 5, 1999.

Two counts are alleged against the defendant King in the complaint.  Count V alleges a conspiracy with public officers to deprive the plaintiff of his civil rights, designed to continue to subject the plaintiff to emotional abuse and to prevent him from informing authorities of criminal conduct.  Count VIII charges battery, false imprisonment, infliction of emotional distress, negligence and conspiracy to deprive the plaintiff of civil rights. Between December 1980 and 1988, the complaint alleges, the defendant King continually subject the plaintiff to repeated sexual assaults, false imprisonments, infliction of extreme emotional distress, organized and directed satanic rituals, forced the plaintiff to "scavenge" for children to be a part of the defendant King's sexual abuse and pornography ring, forced the plaintiff to engage numerous sexual contacts with the defendant King and others and participate in [deviant] sexual games and masochistic orgies with other minor children.  The defendant King's default has made those allegations true as to him.  The issue now is the relief to be granted monetarily.

The now uncontradicted evidence is that the plaintiff has suffered much.  He has suffered burns, broken fingers, beatings of the head and face and other indignities by the wrongful actions of the defendant King.  In addition to the misery of going through the experiences just related over a period of eight years, the plaintiff has suffered the lingering results to the present time.  He is a victim of multiple personality disorder, involving as many as fourteen distinct personalities aside from his primary personality.  He has given up a desired military career and received threats on his life.  He suffers from sleeplessness, has bad dreams, has difficulty in holding a job, is fear that others are following him, fears getting killed, has depressing flashbacks, and is verbally violent on occasion, all in connection with the multiple personality disorder and caused by the wrongful activities of the defendant King.

*See* **Exhibit 62**. Also, please refer to the video at https://bit.ly/2ZkIooN and https://bit.ly/2NVUeyS.

551)  Listed below are the U.S. states and their relationship to the Israel Anti-Boycott and the banning of the Critical Race Paradigm:

| State | Israel Anti-Boycott Law | Critical Race Theory | Israel Anti-Boycott and Banned/Possible Ban |
|---|---|---|---|
| Alabama | X | **Possible ban in progress** | **X** |
| Alaska | | No Restriction | |
| Arizona | X | No Restriction | |
| Arkansas | X | **Banned** | **X** |
| California | X | No Restriction | |
| Colorado | X | No Restriction | |
| Connecticut | | No Restriction | |
| Delaware | | No Restriction | |
| Florida | X | **Banned** | **X** |
| Georgia | X | **Possible ban in progress** | **X** |
| Hawaii | | No restriction | |
| Idaho | X | **Banned** | **X** |
| Illinois | X | No restriction | |
| Indiana | X | No restriction | |

206

| | | | |
|---|---|---|---|
| Iowa | X | **Banned** | **X** |
| Kansas | X | No restriction | |
| Kentucky | X | **Possible ban in progress** | **X** |
| Louisiana | X | **Possible ban in progress** | **X** |
| Maine | | No restriction | |
| Maryland | X | No restriction | |
| Massachusetts | | No restriction | |
| Michigan | X | **Possible ban in progress** | **X** |
| Minnesota | X | No restriction | |
| Mississippi | X | No restriction | |
| Missouri | X | **Possible ban in progress** | **X** |
| Montana | | **Possible ban in progress** | **X** |
| Nevada | X | No restriction | |
| Nebraska | | No restriction | |
| New Hampshire | | **Banned** | **X** |
| New Jersey | X | No restriction | |
| New Mexico | X | No restriction | |
| North Carolina | X | No restriction | |
| North Dakota | | No restriction | |
| Ohio | X | **Possible ban in progress** | **X** |
| Oklahoma | X | **Banned** | **X** |
| Oregon | | No restriction | |
| Pennsylvania | X | **Possible ban in progress** | **X** |
| Rhode Island | X | **Possible ban in progress** | **X** |
| South Carolina | X | No restriction | |
| South Dakota | X | **Possible in progress** | **X** |
| Tennessee | X | **Possible ban in progress** | **X** |
| Texas | X | No restriction | |
| Utah | X | **Possible Ban in progress** | **X** |
| Vermont | | No restriction | |
| Virginia | X | No restriction | |
| Washington | | **Possible ban in progress** | |
| West Virginia | X | **Possible ban in progress** | **X** |
| Wisconsin | X | **Possible ban in progress** | **X** |
| Wyoming | | No restriction | |

<u>Alabama</u>

552)    I allege that Defendant the State of Alabama operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Alabama Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian

Talmud's Critical Race Paradigm at the behest of Defendant Alabama's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Alabama's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

553)    I allege Defendant the State of Alabama, while under the direct supervision of Defendant Steve Marshall, Attorney General of Alabama, Defendant Garland and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Alabama by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Alabama is engaged in a nationwide seditious

conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Alaska

554)    I allege that Defendant the State of Alaska operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Alaska Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Alaska's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Alaska's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the

Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

555)    I allege Defendant the State of Alaska, while under the direct supervision of Defendant Treg R. Taylor, Attorney General of Alaska, Defendant Garland and members of Alaska's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of Alaska by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law and; 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Alaska State is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue

engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Arizona

556)   I allege that Defendant Arizona State operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Arizona Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Arizona's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Arizona's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

211

557)    I allege Defendant the State of Arizona, while under the direct supervision of Defendant Mark Brnovich, Attorney General of Arizona, Defendant Garland and members of Arizona's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Arizona by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Arizona State is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.  In his Blake Masters, in his official capacity as candidate for the U.S. Senate for the Arizona identifies the Critical Race Theory, employed the pejorative connotation that the Babylonian Talmud and the European/Ashkenazi Jewish religion associate with people of African descent as "anti-white racism" in a state; disseminating the same type of immigrant mob hatred toward people of African descent that resulted in the death of African Americas during the Chicago Riots of 1919 where white immigrants murdered several

212

African Americans who went to Chicago in search for employment. *See* information regarding the Chicago Riots attached as **Exhibit 63**.

Arkansas

558)    I allege that Defendant the State of Arkansas operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Arkansas Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Arkansas' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Arkansas' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

213

559)    I allege Defendant the State of Arkansas, while under the direct supervision of Defendant Leslie Rutledge, Attorney General of Arkansas, Defendant Garland and members of Arkansas State's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Arkansas by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Arkansas State is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

California

560)    I allege that Defendant the State of California operates in its official capacity, not as a governmental agency that facilitates the enforcement of the California Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their

children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant California's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of California's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

561)    I allege Defendant California State, while under the direct supervision of Defendant Rob Bonta, Attorney General of California, Defendant Garland and members of California State's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of California by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law and; 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant California

215

is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

<u>Colorado</u>

562)    I allege that Defendant the State of Colorado operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Colorado Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Colorado's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Colorado's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the

216

Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

563)    I allege Defendant the State of Colorado, while under the direct supervision of Defendant Phil Weiser, Attorney General of Colorado, Defendant Garland and members of Colorado's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Colorado by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law and; 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Colorado is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with

force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Connecticut

564)    I allege that Defendant  the State of Connecticut operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Connecticut Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Connecticut State's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Connecticut's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the

crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

565) I allege Defendant the State of Connecticut, while under the direct supervision of Defendant William Tong, Attorney General of Connecticut State, Defendant Garland and members of Connecticut State's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Connecticut by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Connecticut State is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Delaware

566) I allege that Defendant the State of Delaware operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Delaware Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence,

219

domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Delaware State's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Delaware's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

567)    I allege Defendant the State of Delaware, while under the direct supervision of Defendant Kathy Jennings, Attorney General of Delaware, Defendant Garland and members of Delaware's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Delaware by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster

220

care system. I allege Defendant Delaware is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Florida

568)    I allege that Defendant the State of Florida operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Florida Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Florida's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Florida's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the

221

Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

569)    I allege Defendant the State of Florida, while under the direct supervision of Defendant Ashley Moody, Attorney General of Florida, Defendant Garland and members of Florida's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Florida by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Florida is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in

222

acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Georgia

570)    I allege that Defendant the State of Georgia operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Georgia Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Georgia's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Georgia's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

223

571)   I allege Defendant the State of Georgia, while under the direct supervision of Defendant Chris Carr, Attorney General of Georgia, Defendant Garland and members of Georgia's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Georgia by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Georgia is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Hawaii

572)   I allege that Defendant State of Hawaii operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Hawaii Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their

224

children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Hawaii's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Hawaii's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

573)    I allege Defendant the State of Hawaii, while under the direct supervision of Defendant Clare E. Connors, Attorney General of Hawaii, Defendant Garland and members of Hawaii's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Hawaii by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Hawaii is engaged in a nationwide seditious conspiracy to

225

normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Idaho

574)    I allege that Defendant the State of Idaho operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Idaho Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Idaho's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Idaho's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;

226

the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

575)    I allege Defendant the State of Idaho, while under the direct supervision of Defendant Lawrence G. Wasden, Attorney General of Idaho, Defendant Garland and members of Idaho's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Idaho by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Idaho is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in

227

acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Illinois

576)    I allege that Defendant the State of Illinois operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Illinois Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Illinois' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Illinois' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

577)    I allege Defendant State of Illinois, while under the direct supervision of Defendant Kwame Raoul, Attorney General of Illinois, Defendant Garland and members of Illinois' Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Illinois by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Illinois is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Indiana

578)    I allege that Defendant the State of Indiana operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Indiana Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian

Talmud's Critical Race Paradigm at the behest of Defendant Indiana's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Indiana's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

579)    I allege Defendant the State of Indiana, while under the direct supervision of Defendant Curtis T. Hill, Jr., Attorney General of Indiana, Defendant Garland and members of Indiana's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Indiana by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Indiana is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented,

sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Iowa

580)    I allege that Defendant the State of Iowa operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Iowa Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Iowa's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Iowa's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian

Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

581)    I allege Defendant the State of Iowa, while under the direct supervision of Defendant Tom Miller, Attorney General of Iowa, Defendant Garland and members of Iowa's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Iowa by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Iowa is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Kansas

582)    I allege that Defendant the State of Kansas operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Kansas Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Kansas' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Kansas' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

583)    I allege Defendant the State of Kansas, while under the direct supervision of Defendant Derek Schmidt, Attorney General of Kansas, Defendant Garland and members of

Kansas' Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Kansas by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Kansas is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Kentucky

584)     I allege that Defendant the State of Kentucky operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Kentucky Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Kentucky's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Kentucky's Babylonian

234

Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

585)    I allege Defendant the State of Kentucky, while under the direct supervision of Defendant Daniel Cameron, Attorney General of Kentucky, Defendant Garland and members of Kentucky's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Kentucky by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Kentucky is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of

African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Louisiana

586)    I allege that Defendant the State of Louisiana operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Louisiana Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Louisiana's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Louisiana's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against

non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

587)    I allege Defendant the State of Louisiana, while under the direct supervision of Defendant Jeff Landry, Attorney General of Louisiana, Defendant Garland and members of Louisiana's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Louisiana by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Louisiana is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

237

Maine

588)    I allege that Defendant the State of Maine operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Maine Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Maine's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Maine's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

589)    I allege Defendant the State of Maine, while under the direct supervision of Defendant Aaron Frey, Attorney General of Maine, Defendant Garland and members of Maine's

238

Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Maine by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Maine is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Maryland

590)    I allege that Defendant the State of Maryland operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Maryland Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Maryland's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Maryland's Babylonian

Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

591)    I allege Defendant the State of Maryland, while under the direct supervision of Defendant Brian Frosh, Attorney General of Maryland, Defendant Garland and members of Maryland's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Maryland by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Maryland is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of

240

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Massachusetts

592)    I allege that Defendant the State of Massachusetts operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Massachusetts Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Massachusetts' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Massachusetts' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's

241

espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

593)    I allege Defendant the State Massachusetts, while under the direct supervision of Defendant Maura Healey, Attorney General of Massachusetts, Defendant Garland and members of Massachusetts' Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Massachusetts by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Massachusetts is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

242

Michigan

594)    I allege that Defendant the State of Michigan operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Michigan Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Michigan's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Michigan's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

595)    I allege Defendant Michigan, while under the direct supervision of Defendant Dana Nessel, Attorney General of Michigan, Defendant Garland and members of Michigan's

243

Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Michigan violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant the State of Michigan is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Minnesota

596)    I allege that Defendant the State of Minnesota operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Minnesota Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Minnesota's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Minnesota's Babylonian

Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

597)    I allege Defendant the State of Minnesota, while under the direct supervision of Defendant Keith Ellison, Attorney General of Minnesota, Defendant Garland and members of Minnesota's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Minnesota by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Minnesota is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of

Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Mississippi

598)    I allege that Defendant the State of Mississippi operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Mississippi Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Mississippi's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Mississippi's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of

pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

599) I allege Defendant the State of Mississippi, while under the direct supervision of Defendant Lynn Fitch, Attorney General of Mississippi, Defendant Garland and members of Mississippi's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Mississippi by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Mississippi is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Missouri

600)    I allege that Defendant the State of Missouri operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Missouri Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Missouri's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Missouri's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

601)    I allege Defendant the State of Missouri, while under the direct supervision of Defendant Eric Schmitt, Attorney General of Missouri, Defendant Garland and members of

248

Missouri's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Missouri by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Missouri is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Montana

602)    I allege that Defendant the State of Montana operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Montana Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Montana's Babylonian Talmud-

249

adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Montana's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

603)    I allege Defendant the State of Montana, while under the direct supervision of Defendant Austin Knudsen, Governor of Montana, Defendant Garland and members of Montana's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Montana by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Montana is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of

psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Nevada

604)    I allege that Defendant the State of Nevada operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Nevada Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Nevada's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Nevada's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;

251

the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

605)    I allege Defendant the State of Nevada, while under the direct supervision of Defendant Aaron D. Ford, Attorney General of Nevada, Defendant Garland and members of Nevada's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Nevada by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Nevada is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

252

Nebraska

606)    I allege that Defendant the State of Nebraska operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Nebraska Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Nebraska's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Nebraska's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

607)    I allege Defendant the State of Nebraska, while under the direct supervision of Defendant Doug Patterson, Attorney General of Nebraska, Defendant Garland and members of

253

Nebraska's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Nebraska by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Nebraska State is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New Hampshire

608)    I allege that Defendant the State of New Hampshire operates in its official capacity, not as a governmental agency that facilitates the enforcement of the New Hampshire Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant New Hampshire's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of New Hampshire's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the

normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

609)    I allege Defendant the State of New Hampshire, while under the direct supervision of Defendant John Formella, Attorney General of New Hampshire, Defendant Garland and members of New Hampshire's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New Hampshire by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) its ban/possible ban on the Critical Race Paradigm; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant New Hampshire is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic

255

lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New Jersey

610)    I allege that Defendant the State of New Jersey operates in its official capacity, not as a governmental agency that facilitates the enforcement of the New Jersey Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant New Jersey's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of New Jersey's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of

pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

611)    I allege Defendant the State of New Jersey, while under the direct supervision of Defendant Gurbir S. Grewal, Attorney General of New Jersey, Defendant Garland and members of New Jersey's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New Jersey by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant New Jersey is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New Mexico

612)    I allege that Defendant the State of New Mexico operates in its official capacity, not as a governmental agency that facilitates the enforcement of the New Mexico Constitution

and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant New Mexico's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of New Mexico's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

613)    I allege Defendant the State of New Mexico, while under the direct supervision of Defendant Hector Balderas, Attorney General of New Mexico, Defendant Garland and members of New Mexico's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New Mexico by violating the "clean hands"

doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant New Mexico is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

North Carolina

614)    I allege that Defendant the State of North Carolina operates in its official capacity, not as a governmental agency that facilitates the enforcement of the North Carolina's Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant North Carolina's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of North Carolina's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi

259

Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

615)    I allege Defendant the State of North Carolina, while under the direct supervision of Defendant Josh Stein, Attorney General of North Carolina, Defendant Garland and members of North Carolina's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of North Carolina by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant North Carolina is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

North Dakota

616)    I allege that Defendant the State of North Dakota operates in its official capacity, not as a governmental agency that facilitates the enforcement of the North Dakota Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant North Dakota's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of North Dakota's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a;

the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

617)    I allege Defendant the State of North Dakota, while under the direct supervision of Defendant Wane Stenehjam, Attorney General of North Dakota, Defendant Garland and members of North Dakota's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of North Dakota by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant North Dakota is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Ohio

618)    I allege that Defendant the State of Ohio operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Alabama Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Ohio's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Ohio's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

619)    I allege Defendant the State of Ohio, while under the direct supervision of Defendant Dave Yost, Attorney General of Ohio, Defendant Garland and members of Ohio

263

Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Ohio by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Ohio is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Oklahoma

620)    I allege that Defendant the State of Oklahoma operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Oklahoma Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Oklahoma's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Oklahoma's Babylonian

Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

621)    I allege Defendant the State of Oklahoma, while under the direct supervision of Defendant John O'Connor, Attorney General of Oklahoma, Defendant Garland and members of Oklahoma's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Oklahoma by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Oklahoma is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy

the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Oregon

622)    I allege that Defendant the State of Oregon operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Oregon Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Oregon's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Oregon's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of

pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

623)    I allege Defendant the State of Oregon, while under the direct supervision of Defendant Ellen F. Rosenbaum, Attorney General of Oregon, Defendant Garland and members of Oregon's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New York by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Oregon is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Pennsylvania

624)    I allege that Defendant the State of Pennsylvania operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Pennsylvania Constitution

and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Pennsylvania's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

625)    I allege Defendant the State of Pennsylvania, while under the direct supervision of Defendant Josh Shapiro, Attorney General of Pennsylvania, Defendant Garland and members of Pennsylvania's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Pennsylvania by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical

Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Pennsylvania is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Rhode Island

626)    I allege that Defendant the State of Rhode Island operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Rhode Island Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Rhode Island's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Rhode Island's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by

the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

627)    I allege Defendant the State of Rhode Island, while under the direct supervision of Defendant Peter F. Neronha, Attorney General of Rhode Island, Defendant Garland and members of Rhode Island Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Rhode Island by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Rhode Island is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of

270

sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

<u>South Dakota</u>

628)    I allege that Defendant the State of South Dakota operates in its official capacity, not as a governmental agency that facilitates the enforcement of the South Dakota Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant South Dakota's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of South Dakota's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a;

271

the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

629)    I allege Defendant the State of South Dakota, while under the direct supervision of Defendant Jason Ravnsborg, Attorney General of South Dakota, Defendant Garland and members of South Dakota, Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New York by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant South Dakota is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Tennessee

630)    I allege that Defendant the State of Tennessee operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Tennessee Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Tennessee's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Alabama State's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

631)    I allege Defendant the State of Tennessee, while under the direct supervision of Defendant Herbert H. Slatery, III, Attorney General of Tennessee, Defendant Garland and

273

members of Tennessee's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Tennessee by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Tennessee is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Texas

632)    I allege that Defendant the State of Texas operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Texas Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Texas' Babylonian Talmud-adherent

Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Texas' Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

633)    I allege Defendant the State of Texas, while under the direct supervision of Defendant Ken Paxton, Attorney General of Texas, Defendant Garland and members of Texas' Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Texas by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Texas is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against

children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Utah

634)    I allege that Defendant the State of Utah operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Utah Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Utah Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Utah Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in

Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

635)    I allege Defendant the State of Utah, while under the direct supervision of Defendant Sean D. Reyes, Attorney General of Utah, Defendant Garland and members of Utah Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Utah by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Utah is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Vermont

636)    I allege that Defendant the State of Vermont operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Vermont Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Vermont's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Vermont's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

637)    I allege Defendant the State of Vermont, while under the direct supervision of Defendant T. J. Donovan, Attorney General of Vermont, Defendant Garland and members of

Vermont's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of New York by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Vermont is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Virginia

638)    I allege that Defendant the State of Virginia operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Virginia Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Virginia Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Virginia's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence

to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

639)    I allege Defendant the State of Virginia, while under the direct supervision of Defendant Mark R. Herring, Attorney General of Virginia, Defendant Garland and members of Virginia's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Virginia by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Virginia is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent

leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Washington

640)    I allege that Defendant the State of Washington operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Washington Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Washington's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Washington's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a;

281

the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

641)    I allege Defendant the State of Washington, while under the direct supervision of Defendant Bob Ferguson, Attorney General of Washington, Defendant Garland and members of Washington Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Washington by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) its possible ban on the Critical Race Paradigm; and 2) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Washington is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

West Virginia

642)    I allege that Defendant the State of West Virginia operates in its official capacity, not as a governmental agency that facilitates the enforcement of the West Virginia Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant West Virginia's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of West Virginia's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

643)    I allege Defendant the State of West Virginia, while under the direct supervision of Defendant Patrick Morrisey, Attorney General of West Virginia, Defendant Garland and members of West Virginia's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of West Virginia by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant West Virginia is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Wisconsin

644)    I allege that Defendant the State of Wisconsin operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Wisconsin Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their

284

children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Wisconsin's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Wisconsin's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

645)    I allege Defendant the State of Wisconsin, while under the direct supervision of Defendant Josh Kaul, Attorney General of Wisconsin, Defendant Garland and members of Wisconsin Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Wisconsin by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its: 1) adoption of the Israel Anti-Boycott Law; 2) its ban/possible ban on the Critical Race Paradigm; and 3) its disproportionately high percentage of children of African

descent in its foster care system. I allege Defendant Wisconsin is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Wyoming

646)    I allege that Defendant the State of Wyoming operates in its official capacity, not as a governmental agency that facilitates the enforcement of the Wyoming Constitution and the U.S. Constitution, but as a RICO-predicate criminal enterprise that facilitates domestic violence, domestic terrorism and sexual predation by proxy against people of African descent and their children by operating under the laws of the Babylonian Talmud and enforcing the Babylonian Talmud's Critical Race Paradigm at the behest of Defendant Wyoming's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel. I allege that the goal of Wyoming's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel is the normalization of sexual violence to satisfy the disproportionately high percentage of Ashkenazi Jews who are pedophiles who satiate their insatiable lust for sexual violence against children by the engagement of victim-humiliation-producing hatred, especially against people of African descent based on the

286

Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

647)    I allege Defendant the State of Wyoming, while under the direct supervision of Defendant Bridget Hill, Attorney General of Wyoming, Defendant Garland and members of Wyoming, Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered the power and prestige of the State of Wyoming by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* based on its disproportionately high percentage of children of African descent in its foster care system. I allege Defendant Wyoming is engaged in a nationwide seditious conspiracy to normalize the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence, especially against children of African descent to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that

unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York Daily News

648)    I allege that Defendant the New York Daily News serves, not in its official capacity as a disseminator of current events, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

649)    I allege that Defendant the New York Daily News, by former journalist Scott Shifrel, and with the participation of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have violated the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendants the New York Daily News and Scott Shifrel's refusal to address my complaints; and the New York Daily News, Scott Shifrel's and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust

288

unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendants the New York Daily News and Scott Shifrel are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

New York Post

650)    I allege that Defendant the New York Post serves, not in its official capacity as a disseminator of current events, but as a facilitator of the enforcement of the Babylonian Talmud's

Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

651)    I allege that Defendant the New York Post, with the participation of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have violated the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that Defendant the New York Post's refusal to address my complaints; and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and

290

other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the New York Post is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Brooklyn Daily Eagle

652)    I allege that Defendant the Brooklyn Daily Eagle serves, not in its official capacity as a disseminator of current events, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio

291

11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

653)    I allege that Defendant the Brooklyn Daily Eagle, and with the participation of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have violated the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that Defendant the Brooklyn Daily Eagle's refusal to address my complaints; and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant the Brooklyn Daily Eagle is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual,

economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

AT&T

654)    I allege that Defendant AT&T serves, not in its official capacity as a telecommunication company that promotes the First Amendment's mandate regarding free speech, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

655) I allege that Defendant AT&T, under the leadership of Defendants John Stankey, President and Chief Executive Office of AT&T; Chuck Blanchard, Assistant Vice President of AT&T; Jessica Rosenworcel, Chair of the Federal Communications Commission, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant AT&T's and Defendant Rosenworcel of the Federal Communications Commission's refusal to address the formal complaint that I filed with the Federal Communications Commission and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant AT&T is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic

294

lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel. See *In the Matter of Cheryl D. Uzamere v. AT&T, Altice USA and Verizon,* attached as **Exhibit 64**.[7]

Altice USA, Inc.

656)    I allege that Defendant Altice USA, Inc. serves, not in its official capacity as a telecommunication company that promotes the First Amendment's mandate regarding free speech, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the

---

[7] Uploaded to https://bit.ly/32bob8k.

crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

657)    I allege that Defendant Altice USA, Inc., under the leadership of Defendants Dexter Goei, Chief Executive Officer of Altice USA, Inc.,  Jessica Rosenworcel, Chair of the Federal Communications Commission, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant Altice USA, Inc. and Defendant Rosenworcel's refusal to address the formal complaint that I filed with the Federal Communications Commission and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant AT&T is engaged is the normalization of the unpunished pedophile-oriented,

296

sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Verizon

658)    I allege that Defendant Verizon serves, not in its official capacity as a telecommunication company that promotes the First Amendment's mandate regarding free speech, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

659)   I allege that Defendant Verizon, under the leadership of Hans Vestburg, President and Chief Executive Officer of Verizon, and Jessica Rosenworcel, Chair of the Federal Communications Commission, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Verizon's and Defendant Rosenworcel of the Federal Communications Commission's refusal to address the formal complaint that I filed with the Federal Communications Commission and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant AT&T is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent

leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Disability Right New York

660)    I allege that Defendant Disability Rights New York serves, not only in its official capacity as advocacy program for individuals with disabilities, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

661)    I allege that Defendant Disability Rights New York, under the leadership of Defendants Timothy A. Clune, Executive Director of Disability Rights New York; Jennifer Monthie, Legal Director of Disability Rights New York and Clifford A. Zucker, General Counsel

of Disability Rights New York, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that by the tortious acts of omission of Defendants Timothy A. Clune, Jennifer Monthie Clifford A. Zucker, Defendant Disability Rights New York's refusal to address issues associated with the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Disability Rights New York is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-

treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel. *See* correspondence from Disability Rights New York terminating its services attached at **Exhibit 65**.

Anti-Defamation League

662)    I allege that Defendant Anti-Defamation League serves, not in official capacity as a not-for-profit organization that addresses racial issues that lead to equality, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

663)    I allege that Defendant Anti-Defamation League, under the leadership of Defendant Jonathan Greenblatt, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating

the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Anti-Defamation League's refusal to address the situation regarding the Babylonian Talmud's espousal of anti-schvartze, in concert with the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Anti-Defamation League is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that

unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

American Civil Liberties Union

664)    I allege that Defendant American Civil Liberties Union serves, not in its official capacity as a not-for-profit organization that addresses racial issues that lead to equality, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

665)    I allege that Defendant American Civil Liberties Union, under the leadership of Defendant Deborah Archer, President of the American Civil Liberties Union, the American Civil Liberties Union's disproportionately high percentage of attorneys who are Ashkenazi Jews, and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive*

*Co.* I allege Defendant the American Civil Liberties Union's disproportionately high percentage of Ashkenazi Jewish leaders have superficially presented a publicized misrepresentation of its goal to resolve systemic racism, when Defendant American Civil Liberties' Union's disproportionately high percentage of Ashkenazi Jewish leaders have consistently refused to address issues that identify the Babylonian Talmud as the basis for systemic racism; and the Babylonian Talmud-based Critical Race Paradigm that, as employed by the New York State Unified Court System, defamed me as a "wacko" which continues to facilitate New York State Unified Court System's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Anti-Defamation League is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that

members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel. *See* ACLU's statement regarding the Critical Race Theory and White Supremacy attached as **Exhibit 66**.

New Tolerance Campaign

666)    I allege that Defendant New Tolerance Campaign serves as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvarze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

667)    I allege that Defendant New Tolerance Campaign, while under the leadership and participation of Gregory Angelo, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision*

*Instrument Mfg. Co. v. Automotive Co.* I allege Defendant Angelo's continued attempts to ban

any discussion of what is publicly identified as the "Critical Race Theory"; his public denigration

of Reverend Sharpton and his Hobbs Act, extortive threats of economic reprisal against

companies that engage in CRT training  tacitly facilitates the goal of the seditious conspiracy in

which Defendant Angelo is engaged: the normalization of the unpunished pedophile-oriented,

sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy

the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members

of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that

members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual

predators, including Defendant Garland, who have a compulsion for sexual violence, and that

unless they are confronted with force, they will continue engaging in acts of sexualized violence

that is committed against Jewish children by tens of thousands of pedophiles in Israel. *See*

correspondence from New Tolerance Campaign attached as **Exhibit 67**.

Brookdale University Hospital Medical Center

668)    I allege that Defendant Brookdale University Hospital Medical Center serves, not

only in its official capacity as a provider of healthcare services, but as a facilitator of the

enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces

victim-humiliation-producing hatred, especially against people of African descent based on the

Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the

Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;

the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against

non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of

pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

669)   I allege that Defendant Brookdale University Hospital Medical Center, while under the leadership of Defendant Dominick Stanzione, and with the participation of Dr. David Rose and Nurse Landau, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendant Brookdale University 's Hospital Medical Center's refusal to address the medical complaints associated with my having swollen legs, and later conjunctivitis; its unlawfully imprisoning me as a psychiatric inpatient in place of medical services associated with my swollen legs; the unlawful psychiatric imprisonment based on a report that falsely accused me of making threats against CMS employees; and the New York State's description of me as a "wacko" facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Brookdale University Hospital Medical Center is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

America Works, Inc.

670)    I allege that Defendant America Works, Inc. serves, not only in its official capacity as an employment acquisition agency, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schwartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of

children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

671)    I allege that Defendant America Works, Inc., with the participation of Defendant Samantha Goldstein, Director of America Works, Inc., members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant America Works, Inc.'s banning me from receiving employment and other wealth-building activities, along with the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant America Works, Inc. is engaged is the normalization of the unpunished pedophile-oriented,

sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

### Federation Employment and Guidance Services (FEGS)

672) I allege that Defendant Federation Employment and Guidance Services (FEGS) served as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

673) I allege that Defendant FEGS, by members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including members of the medical

community violated the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant FEG's banning me from further receipt of outpatient psychiatric services based on my filing complaints against members of the Ashkenazi Jewish community facilitated Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant FEGS is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in

acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel. *See* FEGS Psychiatric Report attached as **Exhibit 68**.

American Association of Jewish Lawyers and Jurists

674)   I allege that the American Association of Jewish Lawyers and Jurists, by their members, serves as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

675)    I allege that Defendant Robert Garson, President of the American Association of Jewish Lawyers and Jurists with the participation of its members have hidden, not just the teachings of the Babylonian Talmud, but have forcefully incorporated the following Babylonian Talmud's Jehovah-God violating, Jesus Christ-hating, racist, pedophilic, psychopathically dishonest, nuclear-family/nation-destroying hate-filled drivel on an unknowing non-Jewish public that is childlike in its helplessness to stop:

## Teachings of the Babylonian Talmud

Babylonian Talmud, Tractate Sanhedrin 108b
https://halakhah.com/sanhedrin/sanhedrin_108.html#PARTb

Our Rabbis taught: ... Ham was smitten in his skin." (This is footnoted, and the footnote reads: "I.e., from him was descended Cush (the negro), who is black-skinned."
Rabbi Moses Maimonides (Rambam), Guide to the Perplexed
https://www.sefaria.org/Guide_for_the_Perplexed%2C_Part_3.51?lang=bi

[T]he Kushites (Negroes) found in the remote South... rank lower than the rank of man but higher than the rank of apes. For they have the external shape and lineaments of a man and a faculty of discernment that is superior to that of the apes.

Artsot Ha-Hayyim (Lands of Life)
http://www.ottmall.com/mj_ht_arch/v15/mj_v15i20.html#CDX

"the reason Abraham Lincoln was killed was because he freed the blacks. this is also the reason why Kennedy was killed, i.e. because he was good to the blacks. He continues by saying that this will be the fate of any who adopt a progressive attitude towards blacks, because they are meant to be enslaved.

Midrash Rabbah (Soncino) Vol. 1, p. 293
http://www.ottmall.com/mj_ht_arch/v15/mj_v15i20.html#CDX

"AND HE SAID: CURSED BE CANAAN (Breishit 9:25): (Commentary omitted) ...R. Huna also said in R. Joseph's name: You [i.e. Noah is speaking to Ham) have prevented me from doing something in the dark [i.e. cohabiting with his wife], therefore your seed will be ugly and dark-skinned. R. Chiyya said: Ham and the dog copulated in the Ark therefore, Ham came forth black-skinned while the dog publicly exposed its copulation."

Babylonian Talmud, Tractate Kethuboth, 11b
https://halakhah.com/kethuboth/kethuboth_11.html#PARTb

"When a grown-up man has intercourse with a little girl it is nothing, for when the girl is less than this[6] , it is as if one puts the finger into the eye[7];"

6. Lit., 'here', that is, less than three years old.
7. I.e., tears come to the eye again and again, so does virginity come back to the little girl under three years. Cf. Nid. 45a.

Babylonian Talmud, Tractate Niddah, 45a
https://halakhah.com/niddah/niddah_45.html#45a

"IF ONE WAS YOUNGER THAN THIS AGE, INTERCOURSE WITH HER IS LIKE PUTTING A FINGER IN THE EYE. It was asked, Do the features of virginity[6] disappear and reappear again or is it possible that they cannot be completely destroyed until after the third year of her age?" (emphasis added).

6. Of one under three years of age.

313

Babylon Talmud, Tractate Sanhedrin, Folio 64a
https://halakhah.com/sanhedrin/sanhedrin_64.html

MISHNAH: He who gives of his seed to Molech incurs no punishment unless he delivers it to Molech and causes it to pass through the fire. If he gave it to Molech but did not cause it to pass through the fire, or the reverse, he incurs no penalty, unless he does both.

Come and Hear, Sex with Children by Talmud Rules
http://www.come-and-hear.com/editor/america_2.html

Again, there is no prohibition of a sexual practice that would almost certainly cause physical damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a child's vagina or anus…

In the Talmud, grown men are permitted to have sexual intercourse with female babies and children, and homosexual relations with boys younger than nine."

Babylonian Talmud, Tractate Abodah Zarah, 26b (Law of Moser)
https://halakhah.com/zarah/zarah_26.html

R. Abbahu recited to R. Johanan: 'Idolaters and [Jewish] shepherds of small cattle need not be brought up, though they must not be cast in, but minim, informers, and apostates may be cast in, and need not be brought up.

Informing On Fellow Jews Who Commit Crimes; Mesira In Modern Times
http://www.come-and-hear.com/editor/moser-broyde/index.html

Even though Jewish law expects people to observe the laws of the land, and even imposes that obligation as a religious duty, the Talmud recounts - in a number of places - that it is prohibited to inform on Jews to the secular government, even when their conduct is a violation of secular law and even when their conduct is a violation of Jewish law... Even is secular government were to incorporate substantive Jewish law into secular law and punish violations of what is, in effect, Jewish law, Jews would still be prohibited from cooperating with such a system. Indeed, classical Jewish law treats a person 14 who frequently informs on others as a pursuer (a rodef) who may be killed to prevent him from informing, even without a formal court ruling.

Babylonian Talmud, Tractate Nedarim, 23b
https://halakhah.com/nedarim/nedarim_23.html;
https://halakhah.com/nedarim/nedarim_23.html#PARTb

…he who desires that none of his vows made during the year shall be valid, let him stand at the beginning of the year and declare, 'Every vow which I may make in the future shall be null. [HIS VOWS ARE THEN INVALID], PROVIDING THAT HE REMEMBERS THIS AT THE TIME OF THE VOW.

Babylonian Talmud, Tractate Baba Kama, Folio 113a
https://halakhah.com/babakamma/babakamma_113.html

Where a suit arises between an Israelite and a heathen, if you can justify the former according to the laws of Israel, justify him and say: 'This is our law'; so also if you can justify him by the

laws of the heathens justify him and say [to the other party:] 'This is your law'; but if this cannot be done, we use subterfuges to circumvent him.

Babylonian Talmud, Tractate Baba Bathra, Folio 54b
https://halakhah.com/bababathra/bababathra_54.html#PARTb

Rab Judah said in the name of Samuel: The property of a heathen is on the same footing as desert land; whoever first occupies it acquires ownership.
Come and Hear, Daat Emet
http://www.come-and-hear.com/supplement/so-daat-emet/index.html;
http://www.come-and-hear.com/supplement/so-daat-emet/en_gentiles4.html#f3

The Commandment "Love Your Neighbor" Applies only to Jews, Not to Gentiles

N. You Shall not Avenge or Bear a Grudge -- And You Shall Love Your Neighbor as Yourself: It is written in the Torah (Leviticus 19:18): "You shall not avenge, nor bear any grudge against the children of your people, but you shall love your neighbor as yourself: I am the Lord" -- here also the verse yells out "the children of your people." In Torat Cohanim on the portion of Kedoshim, chapter 4, halacha 12: "You shall not avenge nor bear a grudge against the children of your people -- but you can avenge and bear a grudge against others" (that is, against Gentiles -- explanation of the Ra'avad) (emphasis added).

Birkat HaMinin (Curse against Christians)

...Let the nozerim and the minim be destroyed in a moment. And let them be blotted out of the Book of Life and not be inscribed together with the righteous. Blessed art thou, O Lord, who humblest the arrogant."

Professor Lawrence H. Schiffman, Benediction against the Minim
http://lawrenceschiffman.com/the-benediction-against-the-minim/

...These passages present evidence that some version of the benediction was already recited in the mid-second century C.E. and that it included explicit reference to the Christians.

Come and Hear, New America, America's New Government Church
http://www.come-and-hear.com/editor/america_1.html

The Noahide Laws promise deadly consequences for Christians...LORD God tasked the Jews to enforce the seven Noahide Commandments, and to enforce them with liberal use of the death penalty.

Babylonian Talmud, Tractate Sanhedrin, Folio 57a
https://halakhah.com/sanhedrin/sanhedrin_57.html

For murder, whether of a Cuthean by a Cuthean, or of an Israelite by a Cuthean, punishment is incurred; but of a Cuthean by an Israelite, there is no death penalty?

Come and Hear/Daat Emet; Gentiles in Halacha
http://www.come-and-hear.com/supplement/so-daat-emet/index.html

One may take revenge against or bear a grudge towards Gentiles; likewise, the commandment "love your neighbor" applies only to Jews, not to Gentiles.

Come and Hear, Death Penalty and Talmud Law, US v. Talmud Law
http://www.come-and-hear.com/editor/capunish_4.html

…Talmud law insists on unequal justice under law. Talmudic law holds there is one law for Jews, and one for Gentiles. This is not inconsistent with the Old Testament…Gentiles are the proper slaves of Jews."
Come and Hear, What About Gentiles
http://www.come-and-hear.com/editor/gentile.html

What does the future hold? Can the Jews ever co-exist with the rest of humanity? The answer is "yes," provided the rest of humanity accepts the role designed for them by Jewish leadership. If Gentiles do not accept enslavement, there will be conflict.

With the participation of fellow Babylonian Talmud-adherent Ashkenazi Jew Defendant Merrick Garland, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including members of the American Association of Jewish Lawyers and Jurists have commandeered the power and prestige of the U.S. government by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* regarding the issue of Babylonian Talmudic extrajudicial bias relating to Defendant Robert Garson's and the American Association of Jewish Lawyers and Jurists' refusal to address my complaint regarding the rape of my children while they were clients in Defendant New York State's foster care system; my complaint regarding the New York State Unified Court System's description of me as a "wacko" during the failed adjudication of several lawsuits in violation of 28 U.S.C. § 455(a)'s mandate regarding extrajudicial bias as promulgated in the case

*Liteky v. United States,* 510 U.S. 540 (1994); and the issue regarding antisemitism,[8],[9] a religious/social mandate regarding the personal hatred of Ashkenazi Jews that is illegally and hypocritically enforced by members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel that actively prevents the public dissemination and public discussion of federally protected speech that exposes the Babylonian Talmud's espousal of murderous anti-schvartze racial hatred and pedophilia. I allege that Defendant Garson, in tandem with members of the American Association of Jewish Lawyers and Jurists facilitate Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the

---

[8]   Come   and   Hear,   Gentiles   in   Halacha   (http://www.come-and-hear.com/supplement/so-daat-emet/en_gentiles4.html#f3), the prohibition to hate applies only to Jews; one may hate a Gentile: It is written in the Torah (Leviticus 19:18): "You shall not avenge, nor bear any grudge against the children of your people, but you shall love your neighbor as yourself: I am the Lord" -- here also the verse yells out "the children of your people." In Torat Cohanim on the portion of Kedoshim, chapter 4, halacha 12: "You shall not avenge nor bear a grudge against the children of your people -- but you can avenge and bear a grudge against others... "It is a commandment for every person to love each and every Jew as he loves himself, as it says: 'You shall love your neighbor as yourself'."

[9] *Joseph Matal, Interim Director, United States Patent and Trademark Office, Petitioner v. Simon Shiao Tam,* 582 U.S. ___ 137 S. Ct. 1744; 198 L. Ed. 2d 366; 122 U.S.P.Q.2d 1757: JUSTICE ALITO delivered the opinion of the Court with respect to Parts I, II, and III–A, concluding: The disparagement clause applies to marks that disparage the members of a racial or ethnic group. Tam's view, that the clause applies only to natural or juristic persons, is refuted by the plain terms of the clause, which uses the word "persons." A mark that disparages a "substantial" percentage of the members of a racial or ethnic group necessarily disparages many "persons," namely, members of that group. Tam's narrow reading also clashes with the breadth of the disparagement clause, which by its terms applies not just to "persons," but also to "institutions" and "beliefs." §1052(a).

New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Garson is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

JASA

676)    I allege that Defendant JASA serves, not only in its official capacity as a provider of mental health services as advocacy for the geriatric community, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvarze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of

pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

677)    I allege that Defendant JASA, while under the direct supervision of Defendant Kathryn Haslanger, Chief Executive Officer and members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant JASA's refusal to address my complaints; Defendant JASA's use of falsified, psychiatric information based solely on my status of having a mental disability; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice.  I allege that the goal of the seditious conspiracy in which

Defendants JASA is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Transitional Services for New York, Inc.

678)   I allege that Defendant Transitional Services for New York, Inc. (hereinafter "TSINY") serves, not only in its official capacity as a provider of mental health services as advocacy for the geriatric community, but as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

679)    I allege that Defendant TSINY, while under the direct supervision of Defendant Larry Grubler, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel have commandeered its power and prestige by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege Defendant TSINY's refusal to address my complaints; Defendant TSINY's use of falsified, psychiatric information based solely on my status of having a mental disability; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendants JASA is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of

1
2
3
4
5

Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

6

<u>Federal Public Defender for the District of Vermont</u>

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

680)    I allege that regarding the U.S. government's malicious prosecution in the case *United States of America v. Cheryl D. Uzamere,* 1:08-cr-00114-jgm based on falsified testimony fabricated by Defendant Rachel McCarthy of the U.S. Department of Homeland Security's Citizenship and Immigration Service and presented to the U.S. Court for the District of Vermont by Defendant Eugene A. Cowles, U.S. Attorney for the District of Vermont, Federal Public Defender for the District of Vermont now serves as a facilitator of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schwartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

681)    I allege that the Federal Public Defender for the District of Vermont, while under the leadership of Defendant Michael L. Desautels', with the participation of Defendants Steven L. Barth, Esq., Barclay T. Johnson, Esq., Mary M. Nerino, Esq., Sara M. Puls, Esq. and Marsha Curtin, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel violated the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that the Defendants Michael L. Desautels', Steven L. Barth's, Barclay T. Johnson's, Mary M. Nerino's, Sara M. Puls', and Marsha Curtin's refusal to accede to my request to obtain records in my own file that establishes that Defendant Ehigie Edobor Uzamere is my husband, along with the New York State's description of me as a "wacko" facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendant Brookdale University Hospital Medical Center is engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of

psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel. *See* e-mail to Federal Defender Service and response attached as **Exhibit 69**.

Allen e. Kaye, Esq., Harvey Shapiro, Esq., Jack Gladstein,
Esq. Osato Eugene Uzamere and Austin I. Idehen, Esq.

682)    I allege that Defendants Allen E. Kaye, Esq., Harvey Shapiro, Esq., Jack Gladstein, Esq., Osato Eugene Uzamere, Esq. and Austin I. Idehen, Esq. serve, in their official capacities as facilitators of the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

324

683)    I allege that Defendant Uzamere's attorneys Defendants Allen E. Kaye, Esq., Harvey Shapiro, Esq., Jack Gladstein, Esq., Osato Eugene Uzamere, Esq. and Austin I. Idehen, Esq., under the direction of, and with the tacit permission of Defendant Garland, assisted members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel to violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co*. I allege that Defendants Allen E. Kaye's, Harvey Shapiro's, Jack Gladstein's, Osato Eugene Uzamere's and Austin I. Idehen's and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which Defendants Allen E. Kaye, Harvey Shapiro, Jack Gladstein, Osato Eugene Uzamere and Austin I. Idehen are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent

1   leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of

2   sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-

3   treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for

4   sexual violence, and that unless they are confronted with force, they will continue engaging in

5   acts of sexualized violence that is committed against Jewish children by tens of thousands of

6   pedophiles in Israel.

7   

8               Defendants Relative to the Subject of African Reparation Issues

9               New York Bar Association Task Force on Racism, Social Equity and the Law

10          684)    I allege that for the purpose of ameliorating the legal, political and social standing

11  of people of African descent residing in the State of New York, the New York Bar Association's

12  Task Force on Racism, Social Equity and the Law has failed to address the enforcement of the

13  Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-

14  producing hatred, especially against people of African descent based on the Babylonian Talmud's

15  espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's

16  espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian

17  Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in

18  Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in

19  Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the

20  sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the

21  Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the

22  rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

685) I allege that the New York Bar Association's Task Force on Racism, Social Equity and the Law, in spite of the "leadership" of Defendant T. Andrew Brown, Esq. and with the participation of Defendants Dr. Thomas Craemer, Dr. William A. Darity, Jr., Anthony Paul Farley, Takima A. Coverdale, Taa R. Grays and Lilliam M. Moy, not one of the aforementioned defendants has prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one African American boy doomed to spend his entire life in New York State's foster care system by Babylonian Talmudic design as a schvartze sex slave. Instead, the aforementioned defendants have, by acceptance of bribery-inspired funding from members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's governmental agencies and philanthropies, aided and abetted the criminal acts of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's commandeering of the power and prestige of governmental agencies by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that Defendants T. Andrew Brown's, Dr. Thomas Craemer's, Dr. William A. Darity's, Anthony Paul Farley's, Takima A. Coverdale's, Taa R. Grays', and Lilliam M. Moy's failure to address the overrepresentation and rape of children of African descent in New York State's foster care system; and the New York State Unified Court System's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S.

Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice.  I allege that the goal of the seditious conspiracy in which the New York State Bar Association and the aforementioned defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

### National African American Reparations Commission

686)    I allege that for the purpose of ameliorating the legal, political and social standing of people of African descent residing in the United States, the National African American Reparations Commission has failed to address the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the

1
2
3
4
5
6
7
8
9

hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

687)    I allege that the National African American Reparations Commission, in spite of the "leadership" of Defendant Justin Hansford, Esq. and with the participation of Defendants Nkechi Taifa, Esq. and the Reverend Dr. Robert Turner, not one of the aforementioned defendants has prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one African American boy doomed to spend his entire life in foster care systems within the various U.S. States by Babylonian Talmudic design as a schvartze sex slave.  Instead, the aforementioned defendants have, by acceptance of bribery-inspired funding from members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's governmental and philanthropies, aided and abetted the criminal acts of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's commandeering the power and prestige of governmental agencies by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege Defendants Justin Hansford's, Nkechi Taifa's and the Reverend Dr. Robert Turner's failure to address the overrepresentation and rape of children of African descent in foster care systems within the various U.S. states; and the New York State's description of me as a "wacko" tacitly

28

329

facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which the New York State Bar Association and the aforementioned defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

U.N. Office of the High Commissioner for Human Rights,
Working Group on Experts of People of African Descent

688)    I allege that for the purpose of ameliorating the legal, political and social standing of people of African descent residing in the United States, the U.N. Office of the High Commissioner for Human Rights, Working Group on Experts of People of African Descent belies its lofty title by facilitating the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

689)    I allege that the U.N. Office of the High Commissioner for Human Rights, Working Group on Experts of People of African Descent, the "leadership" of Defendant Dominique Day, Esq., and with the participation of Defendant Dorothy E. Roberts, not one of the aforementioned defendants has prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one African American boy doomed to spend his entire life in foster care systems within the various U.S. States by Babylonian Talmudic design as a schvartze sex slave. Instead, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish

331

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ethnoreligious cartel's governmental and philanthropies have continued their commandeering of

the power and prestige of governmental agencies by violating the "clean hands" doctrine as

applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege

that the aforementioned Defendants' failure to address the overrepresentation and rape of children

of African descent in foster care systems within the various U.S. states; and the New York State's

description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust

unreasonable withholding of congressionally-mandated justice services to continue to cause the

obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration

and other agencies' criminally maintaining fraudulent records filed under the fictitious name

"Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are

members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish

ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal

of the seditious conspiracy in which the New York State Bar Association and the aforementioned

defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually

sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the

pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of

Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that

members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual

predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Equal Justice Initiative

690)    I allege that for the purpose of ameliorating the legal, political and social standing of people of African descent residing in the United States, the Equal Justice Initiative has failed to address the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

691)    I allege that the Equal Justice Initiative, in spite of the "leadership" of Defendant Bryan, not one of the aforementioned defendants has prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one African American boy doomed to spend his entire life in foster care systems within the various U.S. States by Babylonian Talmudic design as a schvartze sex slave. Instead, the aforementioned defendants have, by acceptance of bribery-

inspired funding from members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's governmental and philanthropies, aided and abetted the criminal acts of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's commandeering the power and prestige of governmental agencies by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege that the Equal Justice Initiative's failure to address the overrepresentation and rape of children of African descent in foster care systems within the various U.S. states; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which the New York State Bar Association and the aforementioned defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian

Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

California Reparations Task Force

692)    I allege that for the purpose of ameliorating the legal, political and social standing of people of African descent residing in the United States, the California Reparations Task Force has failed to address the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

693)    I allege that the California Reparations Task Force, in spite of the participation of Defendants Cheryl Grills and other members of the California Task Force, not one of the

335

aforementioned defendants has prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one African American boy doomed to spend his entire life in foster care systems within the various U.S. States by Babylonian Talmudic design as a schvartze sex slave. Instead, the aforementioned defendants have, by acceptance of bribery-inspired funding from members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's governmental and philanthropies, aided and abetted the criminal acts of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's commandeering the power and prestige of governmental agencies by violating the "clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege the California Reparation Tas Force members' failure to the overrepresentation and rape of children of African descent in foster care systems within the various U.S. states; and the New York State's description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust unreasonable withholding of congressionally-mandated justice services to continue to cause the obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department of Justice's, the U.S. Department of Homeland Security's, the New York State Department of Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees

of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which the New York State Bar Association and the aforementioned defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

### National Assembly of American Slavery Descendants

694)    I allege that for the purpose of ameliorating the legal, political and social standing of people of African descent residing in the United States, the National Assembly of American Slavery Descendants has failed to address the enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b;  the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition

337

against reporting the crimes committed by Jews, including the rape of children, to the secular

authorities in Tractate Abodah Zarah, Folio 26b.

695)    I allege that the National Assembly of American Slavery Descendants, in spite of

the participation of Defendants Khansa T. Jones-Muhammad and other members of the National

Assembly of American Slavery Descendants, not one of the aforementioned defendants has

prevented the sexually sadistic foster care-influenced kidnapping and anal rape of even one

African American boy doomed to spend his entire life in foster care systems within the various

U.S. States by Babylonian Talmudic design as a schvartze sex slave.  Instead, the aforementioned

defendants have, by acceptance of bribery-inspired funding from members of the Democratic

Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's governmental

and philanthropies, aided and abetted the criminal acts of members of the Democratic Party's

Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's commandeering the

power and prestige of governmental agencies by violating the "clean hands" doctrine as applied

in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.*  I allege the

California Reparation Tas Force members' failure to the overrepresentation and rape of children

of African descent in foster care systems within the various U.S. states; and the New York State's

description of me as a "wacko" tacitly facilitates Defendant New York State's Sherman-Antitrust

unreasonable withholding of congressionally-mandated justice services to continue to cause the

obstruction of my ability to report Defendant Uzamere's, Defendant Kaye's and Defendant

Shapiro's submission of the falsified I-130 sponsorship form and marriage certificate containing

the fictitious name "Godwin E. Uzamere"; said act of omission resulting in the U.S. Department

of Justice's, the U.S. Department of Homeland Security's, the New York State Department of

Health, the New York City Clerk's Office, the New York City Human Resources Administration and other agencies' criminally maintaining fraudulent records filed under the fictitious name "Godwin E. Uzamere", based on the tortious acts and omissions of those individuals who are members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel who are employees of the U.S. Department of Justice. I allege that the goal of the seditious conspiracy in which the New York State Bar Association and the aforementioned defendants are engaged is the normalization of the unpunished pedophile-oriented, sexually sadistic acts of psychosexual, economic and proxied law enforcement violence to satisfy the pedophilic lusts of members of Babylonian Talmud-adherent leadership and to keep members of Babylonian Talmud-adherent leadership in a constant state of sexual arousal. I allege that members of Babylonian Talmud-adherent leadership are psychiatric-treatment-resistant sexual predators, including Defendant Garland, who have a compulsion for sexual violence, and that unless they are confronted with force, they will continue engaging in acts of sexualized violence that is committed against Jewish children by tens of thousands of pedophiles in Israel.

Victims of the Enforcement of the Critical Race Paradigm

C. Vernon Mason

696)    Defendant C. Vernon Mason is one of two distinguished African American attorneys who represented African American child rape victim Tawana Brawley. I allege that his license to practice law was illegally suspended/disbarred by, and at the behest of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including members who are federal judges who based their sexually sadistic judgment solely on enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces

victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

697)    During the criminally biased adjudication of Defendant Mason, Defendant Robert Abrams, an Ashkenazi Jewish attorney whose upbringing and culture is based on the Babylonian Talmud's espousal of anti-schvartze hatred and sex with children withheld information regarding his Babylonian Talmudic bias. I allege that Defendant Mason was not only denied his Fifth Amendment right to unbiased due process, he was, and still is a victim of Babylonian Talmud-inspired, psychological gang-rape by Defendant Abrams and other members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including members of the federal judiciary that sustained Defendant Robert Abrams criminally biased decision against Defendant Mason, who I alleged used Defendant Mason as a nonconsenting sex slave, childlike in his helplessness, to become sexually aroused, and to remain in a state of sexual arousal based on Defendant Mason's continued unanswered requests to regain his law license. I allege that Defendant Robert Abrams is a sexual predator.

Alton Maddox

698)     Defendant Alton Maddox is one of two distinguished African American attorneys who represented African American child rape victim Tawana Brawley. I allege that his license to practice law was illegally suspended/disbarred by, and at the behest of members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including federal judges who based their sexually sadistic judgment solely on enforcement of the Babylonian Talmud's Critical Race Paradigm, said paradigm that enforces victim-humiliation-producing hatred, especially against people of African descent based on the Babylonian Talmud's espousal of anti-schvartze hatred in Tractate Sanhedrin, Folio 108b; the Babylonian Talmud's espousal of the hatred of Christians in Tractate Abodah Zarah, Folio 26b; the Babylonian Talmud's espousal of the unpunished acts of theft and murder by Jews against non-Jews in Tractate Sanhedrin, Folio 57a; the Babylonian Talmud's espousal of the practice of pedophilia in Tractate Kethuboth, Folio 11a and Niddah, Folio 45a; the Babylonian Talmud's espousal of the sacrificial murder of children to the god Molech in Tractate Sanhedrin, Folio 64a; and the Babylonian Talmud's prohibition against reporting the crimes committed by Jews, including the rape of children, to the secular authorities in Tractate Abodah Zarah, Folio 26b.

699)     During the criminally biased adjudication of Defendant Maddox, Defendant Robert Abrams, an Ashkenazi Jewish attorney whose upbringing and culture is based on the Babylonian Talmud's espousal of anti-schvartze hatred and sex with children withheld information regarding his Babylonian Talmudic bias. I allege that Defendant Maddox was not only denied his Fifth Amendment right to unbiased due process, he was, and still is a victim of Babylonian Talmud-inspired, psychological gang-rape by Defendant Abrams and other

members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel, including members of the federal judiciary that sustained Defendant Robert Abrams criminally biased decision against Defendant Maddox, who I alleged used Defendant Maddox as a nonconsenting sex slave, childlike in his helplessness, to become sexually aroused, and to remain in a state of sexual arousal based on Defendant Maddox's continued unanswered requests to regain his law license. I allege that Defendant Robert Abrams is a sexual predator.

700) I allege that Defendant Mason and Defendant Maddox were subjected to Defendant Robert Abrams' and other members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel's violation of the Fifth Amendment's due process clause based on the principle regarding recusal/disqualification now associated with 22 NYCRR 100.3 (E) and 28 U.S.C. §455(a), and its application in the case *Liteky v. United States,* 510 U.S. 540 (1994) pertaining to extrajudicial bias. I allege that when individuals like Defendant Mason, Defendant Maddox and Steven Donziger play the role of protectors of litigants who are childlike in their helplessness, members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel routinely strip them, first of their good reputations; then, their ability to earn a living by subjecting the would-be protector to the unreasonable restraint of trade/commerce; and lastly, by subjecting the would-be protector to victim-shame-producing humiliation and public mob hatred. I further allege that Defendant Mason's, Defendant Maddox and child rape victim Tawana Brawley's experiences with Defendant Abrams and other members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel's control of the media is not unlike the experience of

the child rape victims of Ashkenazi Jewish billionaire Jeffrey Epstein, including the denigration

of Jeffrey Epstein's child rape victims by Ashkenazi Jewish attorney Alan Dershowitz,[10] a

staunch defender of Israel; a country that, according to the Matzof Organization, has tens of

thousands of pedophiles that sexually assault 100,00 Jewish children every year. *See*

suspension/disbarment information attached at **Exhibit 70**.

## LEGAL ANALYSIS

**THE IMPLEMENTATION OF AFRICAN REPARATIONS CAN ONLY BE ACHIEVED BY IDENTIFYING THE BABYLONIAN TALMUD-BASED CRITICAL RACE PARADIGM'S USE OF VICTIM-HUMILIATION-PRODUCING MOB HATRED TO ELIMINATE THE ENFORCEMENT OF CONSTITUTIONAL PROTECTIONS, AND TO AID AND ABET THE INSTITUTIONALIZED UNREASONABLE RESTRAINT OF TRADE/COMMERCE TO NORMALIZE THE PRACTICE OF IMPOVERISHING PEOPLE OF AFRICAN DESCENT WITH THE GOAL OF NORMALIZING THE USE OF CHILDREN OF AFRICAN DESCENT AS NONCONSENTING SEX PEONS AND THE ENGAGEMENT OF PEDOPHILE-ORIENTED, SEXUALLY SADISTIC VIOLENCE AND ENSLAVEMENT AGAINST PEOPLE OF AFRICAN DESCENT**

701)    In the federal lawsuit *Cheryl D. Uzamere v. The State of New York, et al,* 19-cv-

9064 that I brought before the U.S. District Court for the Southern District of New York, the

Honorable Colleen McMahon stated the following in her dismissal of my complaint:

---

[10] The Electronic Intifada – Israel Defender Alan Dershowitz Has a Long History of Attacking Sex Abuse Victims (https://bit.ly/3yHYla9): There are two groups of people Harvard law professor Alan Dershowitz has spent his career resolutely defending. The first is Israeli war criminals. And the second is accused and convicted rapists. As rape allegations against Dershowitz intensify, his increasingly bellicose denials, steeped in brazen hostility towards child victims of sexual abuse, are raising eyebrows. With smear tactics that closely resemble the manner in which he attacks Palestinian victims of Israeli violence, Dershowitz rejected the latest allegations as fabrications, telling Local 10 News that his accuser, Virginia Roberts, is a "serial liar" and "prostitute."

Plaintiff, appearing *pro se*, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants participated in a massive conspiracy to deprive her of her rights.

Plaintiff does not clearly state what her claims are or the underlying facts in support of her claims, but her assertions and exhibits make it clear that this action is a continuation of her indefatigable efforts to litigate matters arising from her *marriage and abandonment* by her husband.

Plaintiff has brought multiple federal and state court actions concerning her *marriage and abandonment*. In 2009, she filed a civil rights action in the Southern District of New York in which she named many of the same defendants as in this action. *See Uzamere v. Allen E. Kaye, P.C.*, ECF 1:09-CV-3506, 2 (S.D.N.Y. April 2, 2009), *appeal dismissed*, No. 09-1600-cv (2d Cir. June 24, 2009), *cert. denied*, 558 U.S. 965 (Oct. 13, 2009). That case was dismissed on immunity grounds and for *lack of subject matter jurisdiction*.

702)     The issue regarding prior federal courts' lack of subject matter jurisdiction regarding my marriage and abandonment cannot be used in this instance as a reason to dismiss my complaint because there is an existing interlocutory order of spousal support. Reiterating the Social Security Act Sec. 460 [42 U.S.C. §660]:

Civil Action to Enforce Support Obligations

The district courts of the United States shall have jurisdiction, without regard to any amount in controversy, to hear and determine any civil action certified by the Secretary of Health and Human Services under section 452(a)(8) of this Act. A civil action under this section may be brought in any judicial district in which the claim arose, the plaintiff resides, or the defendant resides.

703)     The decisions of those federal courts that did not address Defendant Uzamere's commission of immigration marriage fraud, identity fraud and document fraud and his immigration attorneys' facilitation of same are beyond my ability to understand. Suffice it to say that no matter what led the subject courts to dismiss my prior complaints, lack of subject matter jurisdiction based on my marriage and abandonment by Defendant Uzamere was the reason given for the dismissals. *Res judicata* as applied to those cases are based on the merits

1

2

3

concerning my marriage and abandonment – issues that are not within the purview of federal district courts to adjudicate.

4

5

6

7

8

9

704)    The issue of spousal support enforcement however, based on said issue having been successfully adjudicated by a state court, and especially when the petitioning spouse is a recipient of public assistance is a federal issue pursuant to the Social Security Act Sec. 460 [42 U.S.C. §660]. The interlocutory order of spousal support that was rendered on April 1, 2021 therefore is an issue that can be brought before this Court.

10

11

12

13

14

15

16

17

18

19

20

21

22

705)    More than a year later, Defendant Uzamere has successfully engaged the assistance of Defendant Sunshine, Defendant White, Defendant Weinberger, Defendant Darvil, Defendant Harris and the justices of the New York State Supreme Court Appellate Division Second Judicial Department to subject me to tortious acts that are recognized by federal law as acts of domestic violence. As previously established in this complaint, Defendant Uzamere's identity as my husband was confirmed 13 years ago by the New York State Supreme Court Appellate Division for the Second Judicial Department. It was confirmed by employees of the U.S. Citizenship and Immigration Service based on Defendant Uzamere's fingerprints being in File No. A35 201 224 and A24 027 764. Defendant Uzamere's identity as my husband was reconfirmed by Hon. Colleen McMahon, who recognized the Seventh Amendment/*res judicata* status of the decision rendered by the New York State Supreme Court Appellate Division.

23

24

25

26

27

706)    To add insult to injury, at the same time that Defendant Harris granted Defendant Idehen numerous adjournments to establish Defendant Uzamere's identity based solely on my maliciously misperceived mental health status, Defendant Harris refused to acknowledge New York State Supreme Court Appellate Division's published ruling regarding Defendant

28

345

Uzamere's identity as my husband; and refused to authorize subpoenas requiring Defendant Uzamere to appear in court and to present federally-compliant identification and information regarding the marital assets.

*Qui Facit Per Alium Facit Per Se*: Enforcement of Babylonian Talmudic Drivel is the Proximate Cause for the Destruction of the African Family

707)    I reiterate excerpts of statements that I read on my son, David Paul Walker's Facebook pages, and the affidavit of Tara Ann Uzamere, the biological child of my marriage to Defendant Uzamere who is now a registered nurse and an employee of the State of New York:

David P. Walker's Statement

"Please Mr. Don't touch me there, I'm only six...love you not, hate you a lot, Shall we commence to crucifix???... When I was a little boy, teenage boy masturbated in front of me, then politely ask me to lick???... "If you come near me, I'll scream," First time seeing someone else's dick...So easy to pass judgment, tell everybody else what to do...Say stranger, my advice but your ass, shall we suffer together for a spell or two??? Disturbed by the vacant lifeless expression in my eyes yes???...Systematic rape of my soul...prolonged torture of my mind, please my darling. I wholeheartedly invite you to try your best...

Perhaps it's all my fault. Beaten and abused so often in foster care, I even now instinctively "flinch" whenever anyone motions towards my face... threatened with a butcher knife by a teenage boy when I was 9 years old "IN FOSTER CARE", among many other "things" that happened to me, So very sorry for the mistakes that others made with me, at least I tried to "pretend" to be normal, apparently too little too late.

I tried to be willing, push myself beyond my bounds, tried to be kind...Tried to march forward despite poverty, pain, abuse, a horrific past and a damaged mind, tried to move forward and leave the past behind.

Strived to be more than what my life prepared me for, any other human being certainly would've gone insane... So many years fighting an uphill battle, apparently my efforts a total waste of time and fruitlessly in vain.

Undone by abuse from my past and now the present, perhaps my "REAL" nightmare has just begun... Nothing to show for years of relentless effort and everything else I tried to do, I can't believe it's amounted to "this", oh my God, the "Stupid People" have won. Oh my God.... The "Stupid People" have won.

<u>Tara A. Uzamere's Statement</u>

I, Tara A. Uzamere, being duly sworn, depose and say that:

1)    I am the daughter of the Plaintiff and the defendant in the above-entitled action.

2)    I make this Affidavit based on the following facts:

3)    That the Plaintiff has always told me that defendant is my father ever since I was a child.

4)    That I met the defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

5)    That I took a photograph of the defendant during the aforesaid visit. Photograph taken at JFK Airport is hereby attached as Exhibit A.

6)    That on the day that I first met the defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

7)    That on the aforesaid day the defendant openly and notoriously introduced himself to Eusi as my father.

8)    That I met and visited the defendant's late brother, John Uzamere at 476 Amboy Street.

9)    That the defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

10)    That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)    That the defendant openly and notoriously visited me when I lived at Nichol Road in Wyandanch, New York.

12)    That the defendant met my landlord, Martin Marta when the defendant visited me while I was living at the aforesaid address.

13)    That during the aforesaid meeting the defendant openly and notoriously identified himself to my landlord as my father.

14)    That I spoke with Wellington Uzamere on the telephone several times before and after I first met the defendant.

15)    That Wellington Uzamere referred to the defendant as "Ehigie."

347

16)     That based on   information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the defendant as evidenced in my photograph hereby attached as Exhibit B.

17)     That while I spend three or four pleasant occasions with the defendant and received monetary gifts during those occasions, the defendant has never been a consistent part of my life as I explained in the report [that] I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as Exhibit C.

18)     That based on  what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is  consistent  with what   I   believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of  the  Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as Exhibit D.

19)     That before 2004 the defendant never visited me; never celebrated a birthday with me;  never  kissed  me;  never  told me he loved me; never wiped away my tears; never talked to me about God; never attended a house of God with me; never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman; never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me; never held my hand; never walked with me; never sat me on  his lap; never played games with me; never took me to the movies; never picked me up; never gave me a hug; never attended a school meeting with my teachers; never visited me in the hospital; never told me he was proud of me; never accompanied me to a father/daughter dance, never attended a graduation; never invited other members of the Edo/Bini community  to  a naming ceremony in honor of my birth; never told me that he was glad I was born and never  treated  me  like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20)     That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to  believe  by the Plaintiff, the defendant and members of the defendant's family  that the defendant is my father and that  being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am; that the aforesaid "counter-affidavit and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the defendant is not willing to end the question of paternity by taking a simple DNA test.

21)     That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college; PELL grant rejection information is attached at Exhibit E.

22)     That I am willing to submit myself for honest DNA testing to confirm that the defendant is my father if conditions can be controlled so that the defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the defendant does not unduly influence anyone to lie about the results of the DNA test as it seems

the defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the defendant's age and date of birth and identity; see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as Exhibit F.

WHEREFORE, as the defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family; that this Court grant the Plaintiff's lawful and just request to dismiss attorney Eugene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

708)    The birth certificate of the child of the marriage, Tara A. Uzamere still bears the fictitious name "Godwin E. Uzamere" that Defendants Allen E. Kaye, Harvey Shapiro and other members of the Democratic Party's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel used to create a fictitious persona from whom I was never able to collect child or spousal support; leaving my family in an unprotected state for sex-crazed Ashkenazi Jewish leaders to subject to sexual tyranny. Impoverished, single-parent, female-led African American families is not a theme that was part of the African experience. It was a theme forced on African slaves by sex-crazed European Jewish slave owners, whose anti-schvartze-hating pedophile-facilitating Babylonian Talmud valued males for their ability to breed, their ability to be buck-broken by European Jewish men and their ability to stand by silently as European Jewish sexual predators raped their wives and children:

National Council of Juvenile and Family Court Judges

Children of color are disproportionately1 represented in the United States foster care system. In most states, there are higher proportions of African American/Black and American Indian children in foster care than in the general child population. Data vary at the county (or other local jurisdiction) level, with some counties experiencing more disproportionality than is evident statewide. This Technical Assistance Bulletin (TAB) presents disproportionality rates for all 50 states, as well as Washington D.C. and Puerto Rico.

In 2000, African American/Black children represented 38% of the foster care population while they comprised only 16% of the general child population (i.e., ages 0 through 17), indicating a disproportionality index of 2.5 (i.e., African American/Black children were

disproportionately represented in foster care at a rate 2.5 times their rates in the general child population).

Dorothy E. Roberts, JD
George A. Weiss University Professor of Africana Studies, Law & Sociology
University of Pennsylvania Policing and Separation of Black Families in the
United States; UN Working Group of Experts on People of African Descent
Public Session on Children of African Descent, May 24, 2022

Given its oppressive foundations, it should come as no surprise that the child welfare system is structured to cause devastating injuries to the children it separates from their families. On top of inflicting the trauma of separating children from their loved ones, which is a violation of UN conventions, state agencies fail to ensure that the children in their custody receive the care they need, and subject many of them to sexual and physical abuse. With many children shuffled to multiple placements, the system is set up to interfere with their emotional and physical health, their education, and their social relationships. It forces many of them into poverty, homelessness, and prisons.

Large numbers of children are placed in some form of congregate care — group homes, residential treatment centers, and psychiatric hospitals. In 2017, a third of teenagers in foster care, who are disproportionately of African descent, were in a congregate placement. Agencies often confine Black children who are adjudicated dependent and those who are adjudicated delinquent in the same horrific—and sometimes lethal—institutions, where no child should have to suffer. In 2021, a report by Think of Us, a research lab founded and directed by former 7 foster youth, observed that these children "frequently compared institutional placements to prison, as institutional placements have many functions of a carceral environment: confined, surveilling, punitory, restrictive, and degrading."

Haaretz – Israel Becoming a Refuge for Pedophiles
Warns Advocate for Child Sex Abuse Victims

Waks was raised in Melbourne, Australia where he attended Yeshiva Centre, a school run by the Chabad Movement. Years later, he reported that he had been sexually abused by two members of the staff there. Waks and his family, who have since been featured in several Australian documentaries, were ostracized by the local Chabad community for coming out publicly with their story.

…According to research he cited, one in five children in Israel experiences sexual abuse.

Diagnostic and Statistical Manual of Mental Disorders
Volume V, Sexual Sadism Disorder, 302.84.

Sexual sadism disorder involves the following:
Over a period of at least 6 months, recurrent and intense sexual arousal from the physical or psychological suffering of another person, as manifested by fantasies, urges, or behaviors.

The individual has acted on these sexual urges with a nonconsenting person, or the sexual urges or fantasies cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Diagnostic Features

The diagnostic criteria for sexual sadism disorder are intended to apply both to individuals who freely admit to having such paraphilic interests and to those who deny any sexual interest in the physical or psychological suffering of another individual despite substantial objective evidence to the contrary.

. . .Examples of individuals who deny any interest in the physical or psychological suffering of another individual include individuals known to have inflicted pain or suffering on multiple victims on separate occasions but who deny any urges or fantasies about such sexual behavior and who may further claim that known episodes of sexual assault were either unintentional or nonsexual. Others may admit past episodes of sexual behavior involving the infliction of pain or suffering on a nonconsenting individual but do not report any significant or sustained sexual interest in the physical or psychological suffering of another individual. Since these individuals deny having urges or fantasies involving sexual arousal to pain and suffering, it follows that they would also deny feeling subjectively distressed or socially impaired by such impulses.

*See* information regarding African American children in foster care attached as **Exhibit 71**.

709)    Combining the Babylonian Talmud's espousal of the hatred of people of African descent; its espousal of Jewish men's right to have sex with two-year-old-girls; and the U.S. government's handing over the reins regarding the care of African American families to Babylonian Talmud-adherent Ashkenazi Jews whose supervision of African American children who are overrepresented as rape victims in various states' foster care systems bears a striking resemblance to the high percentage of Jewish children who experience sexual abuse in Israel; there exists enough probable cause to hold defendants who are members of Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel not only criminally responsible for the practice of a sexual vice that is permitted by the Babylonian Talmud, but so financially responsible for the damage that the enforcement of the Babylonian Talmud's Critical Race Paradigm has wrought on African American families that they can demand that members of Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel be the first group of individuals from whom African Americans demand reparation.

710) From the date of the birth of my children until now, they have never engaged in acts that warranted or now warrant being labeled "antisemitic."

711) From the time that I was duped into signing the falsified, identification-lacking marriage affidavit until the present time, my children were citizens of the United States of America.

712) From the time that I married my husband, Defendant Ehigie Edobor Uzamere, I had the right, as his wife, to receive financial support from him, and as his wife, I continue to have that right.

713) From the time that I married my husband, my son David Paul Walker, as his stepson, and our daughter Tara A. Uzamere, as a biological product of my relationship with my husband, Defendant Ehigie Edobor Uzamere, and as helpless minors, had the right to be loved and protected by my husband and to be part of a loving family.

714) From the time that I placed my children in New York State's foster care system, my children had a right to receive congressionally-mandated, federally-funded child and spousal support enforcement services, including a search for my husband to establish him as a financial protector of my family.

715) At the time that my son was forced to eat feces at the group home where he was a resident; where he was drugged and where I allege that my son's anus was pummeled while he was a client in New York State's foster care system, the only "crime" for which my son was guilty was being a poor defenseless "schvartze" in a hostile politico-religious climate that continues to use anti-schvartze hatred to fuel the sex trade of black boys for anal sodomy.

716)    At the time that my daughter was sexually molested by other children while she was a resident client of the New York State foster care system, and at the time that my daughter was given anesthesia in Kings County Supreme Court Hospital to remove foreign matter from her vagina, the only "crime" for which my daughter was guilty was being a poor defenseless "schvartze" in a hostile politico-religious climate that continues to use anti-schvartze hatred to fuel the sex trade of black children for anal sodomy.

717)    That I have a right, as an abused spouse in a nearly 43-year marriage, pursuant to New York State Domestic Relations Laws Section 236 to receive an equitable distribution of the marital property.

718)    That I have a right as an abused spouse, pursuant to the Violence Against Women Act to receive assistance for acts of economic violence that were and continue to be perpetrated by Defendant Ehigie Edobor Uzamere and exacerbated by the Defendants.

719)    That as a crime victim of Defendant Ehigie Edobor Uzamere's commission of immigration fraud, I have a right to demand the arrest of Defendant Ehigie Edobor Uzamere and all individuals who facilitated the criminal offenses committed by Defendant Uzamere, and a right to be present at a criminal trial by jury in all matters associated with Defendant Uzamere's violation of U.S. immigration laws.

720)    I allege that The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law; the banning of the Critical Race Theory combined with former Israeli Prime Minister Benjamin Netanyahu's as yet unrealized threat to publicly expose U.S. politicians who are pedophiles are both an unconstitutional and a criminal curtailment of speech.

721)    I allege that said curtailment of speech is the politicized embodiment of the Babylonian Talmudic Law of Moser, and as such is an unconstitutional curtailment of speech based on the violation of the First Amendment's Establishment Clause and the Free Exercise Clause.

722)    I allege that The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory forces me to keep secret tortious and criminal offenses associated with the Babylonian Talmud's espousal of, and the Ashkenazi Jewish community's problem with the practice of pedophilia, a sexual health issue that has been identified as a public health crisis in Israel, the United States, Australia and other places where Ashkenazi Jews reside.

723)    I allege that The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory are acts that are racist because adherents of the Babylonian Talmud/Ashkenazi Judaism have for over 1,000 years politicized the religious mandate to deny simple human rights to individuals of African descent, and to leave them in a state of terrorized disenfranchisement and poverty for the primary purpose of creating and maintaining a group of helpless individuals who can be sexually abused with impunity. I allege that The Act as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race are both murderous and genocidal.

724)    The Defendants' unlawful acts are intentional.

354

725)    The Defendants' unlawful acts are taken either with malice or with reckless indifference to my clearly established constitutional rights.

726)    By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

### VIOLATION OF FIRST AND FOURTEENTH AMENDMENT RIGHTS
### 42 U.S.C. § 1983

727)    Plaintiffs restate and incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

728)    In the following paragraphs, references to the First Amendment include the First Amendment as applied to the states through the Fourteenth Amendment.

729)    My reporting of the Defendants' tortious and criminal offenses against me and my children is speech and expressive activity related to a matter of public concern. It is therefore protected by the First Amendment.

730)    Even if the Defendants misinterpret my actions as participation in any boycott of Israel, together with others who use boycott, divestment, and sanctions tactics, is protected association under the First Amendment.

731)    Speech related to what I allege to be the Ashkenazi Jewish Defendants' organic predisposition to pedophilia, an issue that is a matter of public concern, and for which Israel has addressed this concern by prescribing Decapeptyl to its disproportionately high percentage of Ashkenazi Jews who are pedophiles since 1978 is speech on a matter of public concern. It is therefore protected by the First Amendment.

355

### Restriction on Political Expression

732)     The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the First Amendment, both on its face and as applied, because it unduly restricts my ability to discuss my right to receive the benefits of the enforcement of spousal support; and from holding Defendant Uzamere legally liable for child and spousal support payments for which the Defendants specifically named have illegally ascribed a debt for receipt of public assistance payments.

### Content and Viewpoint Discrimination

733)     The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the First Amendment, both on its face and as applied, because it discriminates against protected expression based on the expression's content and viewpoint.

### Over-inclusiveness/Substantial Overbreadth

734)     The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the First Amendment because it is overinclusive and substantially overbroad.

### Ideological Litmus Test and Compelled Speech

735)     The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion

of the Critical Race Theory violates the First Amendment and the Fourteenth, both on its face and as applied, because it imposes an ideological litmus test and compels speech.

### Discrimination Based on Political Beliefs and Associations

736)    The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the First and Fourteenth Amendment, both on its face and as applied, because the Defendants is using it to bar judicial and other services, including reasonable accommodation via guardian ad litem based on protected political beliefs and associations.

### Discrimination against Christians Based on on Violation of the Establishment Clause

737)    The Act certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the First and Fourteenth Amendment, both on its face and as applied, because it fails the "Lemon" test governed under the three-part test set forth by the U.S. Supreme Court in Lemon v. Kurtzman, 403 U.S. 602 (1971) because: 1) the goal of the enforcement of the Babylonian Talmud's government is not secular; 2) the enforcement of the Babylonian Talmud inhibits the practice of Christianity and promotes the Babylonian Talmud's espousal of the rape of children, especially Christian children; and  3) the Babylonian Talmud-inspired Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Babylonian Talmud-inspired Critical Race Theory creates and maintains an excessive entanglement between church and state.

**Discrimination against Christians Based
on Violation of the Free Exercise Clause**

738)    The Act certification as applied to Defendant New York State and various states'

enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the

Critical Race Theory violates the First and Fourteenth Amendment, both on its face and as

applied, because it violates Christians' rights to raise their children in an atmosphere

unencumbered by the Babylonian Talmud's espousal of the hatred of *minim* and the rape of

children such that it runs afoul of public morals and the law,   in violation of Prince v.

Massachusetts, 321 U.S. 158 (1944).

### SECOND CAUSE OF ACTION

### ENFORCEMENT OF THE SOCIAL SECURITY ACT AS AGAINST DEFENDANT
### THE STATE OF NEW YORK BY ITS FAMILY COURT JUDICIARY
### Social Security Act § 460

739)    I restate and incorporate the allegations contained in the preceding paragraphs

of this Complaint.

740)    In the following paragraphs, any reference to the First Amendment includes the

First Amendment as applied to the states through the Fourteenth Amendment.

741)    I am a victim of the African Holocaust in which Africans were subjected to

wholesale genocidal kidnaping and decimation under the control of Babylonian Talmud-

adherent Jewish leaders whose religion enforces Tractate Sanhedrin, Folio 108b's victim-

humiliation-producing hatred of people of African descent (schvartzes); and whose members

have misused the First Amendment's freedom to practice religion, as in the past, to facilitate

the sexual trafficking of children, especially children of African descent in New York State's

foster care system to address the Ashkenazi Jewish community's disproportionately high

358

percentage of individuals who are practitioners of pedophilia; and to rationalize said practice based on *kafala,* debt slavery based on the illegal assignment of debt unknown to, and unpayable by parents of children who are sexually trafficked into New York State's foster care system. The enforcement of the Babylonian Talmudic doctrine of hatred of people of African descent and the use of said hatred to create a group of individuals who can be subjected to torture, rape and murder with impunity, as in the past, is accomplished by immigrants (of any racial group, not just European gentiles) who have been indoctrinated to hate native people and discount them as having no rights worth respecting. Just as said hatred resulted in the loss of language and cultures of peoples of African descent who have forever lost the ability to bear the correct paternal name of their African male forebears, I am now a victim of defendants who are members of New York State's Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious cartel; having control of a court system where the judges are disproportionately Ashkenazi Jews, and as such, continue to violate 22 NYCRR § 100.3(1)(a)(i), causing the untold suffering of children of African descent who are helpless, hated *kafala* sex slaves.

742)    Having married Defendant Ehigie Edobor Uzamere and now having legal possession of the ancestral Edo surname I rightfully retain as his wife, as does Tara A. Uzamere, the adult child of the marriage, I have the right from now to eternity to pass the wonderful legacy of bearing a surname that is consistent with the color of my skin, and not the name of immigrants that Babylonian Talmud-adherent Jews used to rape and slaughter my ancestors. Our daughter Tara A. Uzamere, as a blood heir, has the legal right to bear the correct Edo/Bini name associated with Defendant Uzamere and not be subjected to the possibility of incest that plagued African slaves and their descendants who were forced to engage in intercourse with close family

359

members because of the Babylonian Talmud-inspired supplantation of their African family names with the surnames of their *kafala* slave abusers.

743)    Defendant Adele Alexis Harris rendered her interlocutory spousal support order on April 1, 2021.

744)    There is no legal bar preventing the enforcement of the spousal support order:

a)    On December 8, 2009, the New York State Supreme Court Appellate Division for the Second Judicial Department in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* 2009 NY Slip Op 09214 [68 AD3d 855] rendered its decision affirming that Defendant Ehigie Edobor Uzamere is my husband:

> In an action for a divorce and ancillary relief, the plaint appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant...and directed a hearing on the issue of whether the parties were in fact, married.

b)    During the U.S. Department of Justice's malicious prosecution of the case *United States of America v. Cheryl Uzamere,* 1:08-cr-00114-jgm, Rachel Rothstein McCarthy, former bar counsel for the U.S. Citizenship and Immigration Service provided a report regarding defendant Uzamere:

> Review of Complaint Regarding Attorney Allen E. Kaye
> By Cheryl Duncan
>
> Uzamere and Duncan married in 10/79 DOB 6/15/55
> Duncan filed I-130/485 obo Uzamere in 11/79
> Uzamere filed for advanced parole because father died in Nigeria in 12/79
> Different father name than below
> Duncan withdrew I-130 8/6/80
> Written statement at her home on 8/12/80
> Duncan called office to indicate she did not want Uzamere deported until she obtained child support and refused to give his current address
>
> Meanwhile
> USC stepmother filed I-130 for Uzamere 12/77

Approved 12/78
Visa approved 12/80 DOB 12/31/60
***IR2 fraudulently obtained because he was married at the time

Compare fingerprint cards between the two files

c)      Around June 12, 2009, in response to the Freedom of Information request that I filed with the U.S. Citizenship and Immigration Service, I received a letter from T. Diane Cejka, Director of the Freedom of Information Unit that included documents containing the file numbers A35 201 224 and A24 027 764.

d)      On October 15, 2019, in response to the federal lawsuit that I filed with the U.S. District Court for the Southern District of New York, Hon. Colleen McMahon acknowledged the Seventh Amendment/*res judicata* status of the decision that I submitted as an exhibit in my lawsuit; said decision rendered by the New York State Supreme Court Appellate Division for the Second Judicial Department by making it the first statement in her decision dismissing my complaint:

Plaintiff, appearing pro se, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere.

e)      In cases where spouses receive public assistance (SSI is a form of public assistance/welfare), New York State law mandates spouses to contribute to the support of their spouses:

STATE OF NEW YORK DEPARTMENT OF HEALTH

In the Matter of the Appeal of _____ from a determination by the Erie County Department of Social Services, FH: 7471264Q

Issue

Was the Agency's determination set forth in a notice dated December 6, 2016 to deny the Appellant's application for Medical Assistance for failure to provide documentation necessary to determine the Appellant's eligibility for such benefits correct?

361

At the fair hearing the Appellant, the Appellant's son and the Appellant's representatives credibly testified on the basis of a marriage certificate that in December 1963 the Appellant married _____ _____ _____ ) in Buffalo NY. The marriage lasted for no more than a few years, after which time the Appellant and his spouse separated. The Appellant testified that he had been separated for approximately 47 years and rarely spoke with his estranged spouse. The Appellant testified that when he attempted to contact his estranged spouse by telephone to request that she assist him in providing information required for his recent Medicaid applications, the Appellant's spouse refused to cooperate or provide him with any information. The Appellant's son testified that he had never lived with his father's estranged spouse growing up and had never known his father to reside with the estranged spouse and had personally only seen her infrequently throughout the years, most recently at a relative's funeral a few years prior to the events at issue. After a persistent effort, the Appellant's representatives were able to locate a copy of the marriage certificate which clarified the actual marriage date and included the Appellant's spouse's birth date. However, the Appellant's representative and the Appellant were unable to locate a Social Security number for the Appellant's estranged and uncooperative spouse.

In light of the foregoing, the Agency's determinations must be sustained. Although the record supports the Appellant's testimony that the Appellant and his spouse have been estranged for more than 45 years, there is no dispute that the Appellant and his spouse are still legally married. There are no provisions in the regulations to authorize institutional medical coverage to an applicant when the applicant's legal spouse refuses to cooperate with verification requirements.

As long as the Appellant is legally married, the Appellant's wife is a potential source of support. The Appellant has not provided information relating to this potential source of support. *The Appellant may wish to take legal action to file for support from his estranged wife* (emphasis added).

f)    The only entity capable of addressing issues regarding identity and document fraud pertaining to the birth identities of immigrants is the U.S. Department of Homeland Security. Issues pertaining to falsification of federal documents regarding immigrants is a federal crime that must be directed to the U.S. Department of Homeland Security by the victims of such crimes.  New York State Family Court does not have the jurisdiction to determine the birth identities of immigrants; or to hold hearings to determine the identity of a complaining immigrant, especially one who does not submit original documents to court. The defendants have never made any attempt to refute my established claim regarding

362

defendant Uzamere's identity by filing a criminal complaint against me, or by having Defendant

Uzamere's records subpoenaed to confirm his identity.

745)    Based on the above, this Court is authorized to enforce Kings County Family

Court's interlocutory spousal support order.

## THIRD CAUSE OF ACTION AS TO ALL DEFENDANTS

## VIOLATION OF THE FIRST, FIFTH, SEVENTH, FOURTEEN AMENDMENTS
## 42 U.S.C. §1983, 1988

746)    I restate and incorporate the allegations contained in the preceding paragraphs

of this Complaint.

747)    In the following paragraphs, any reference to the First Amendment includes the

First Amendment as applied to the states through the Fourteenth Amendment.

748)    The defendants owed me the duty of enforcement of Kings County Family

Court's interlocutory spousal support order based on the following constitutional mandates:

a)    First Amendment right to free expression and my right to petition the

government for a redress of grievances regarding my right to enforce defendant New York State

Family Court's interlocutory spousal support order and not be subjected to unnecessary,

baseless adjournment by court staff on behalf of defendants Uzamere and Idehen;

b)    Fifth Amendment right to due process regarding my right to discuss

defendant New York State's interlocutory spousal support order in a competent court of

jurisdiction, including the right to proceed to the enforcement phase of my petition for spousal

support based on Defendant Uzamere's default;

c)    Seventh Amendment right to receive defendant New York State's

enforcement services based on the published decision rendered by the New York State Supreme

363

Court Appellate Division, Second Judicial Department affirming the lower court's decision that Defendant Uzamere is Defendant Uzamere, and not be subjected to unnecessary, baseless adjournments by court staff on behalf of Defendants Uzamere and Idehen;

        d)        Fourteenth Amendment right to equal protection under the law based on statutory extensions of the Fourteenth Amendment:

        i)        Civil Rights Act of 1964/1968:  I have a right to receive equal protection under federal and state law, and not be subjected to the Babylonian Talmud-inspired hatred of people of African descent, translated into hatred based on ethnicity against nonforeign African American by West Indian/Caribbean, African and other immigrants with legal limited experience prior to their employment by defendant New York State who now make up all the court referee and support magistrate positions at the total exclusion of nonforeign African Americans who have both the education and the experience.

        ii)        Americans with Disabilities Act:  I have the right to receive equal protection under the law to enforce the court's interlocutory spousal support order; and for Defendant State of New York by its judiciary, not to accede to the unnecessary requests for adjournment by defendants Uzamere and Idehen to give them time to prove that my petition for spousal support is "frivolous", and that my maliciously misperceived mental health status is proof that my allegations regarding Defendant Uzamere are untrue.  I have a right as a mentally disabled individual not to be subjected to unnecessary, baseless adjournments by court staff on behalf of defendants Uzamere and Idehen based solely on my status of having a mental illness.

iii)    Violence against Women Act: The defendants owed me the duty of enforcing the Fourteenth Amendment statutory extension embodied in the aforesaid act by ensuring that I am not a public financial burden, and that I am not subjected to economic violence by Defendants Uzamere and Idehen by subjecting me to unnecessary adjournments:

> Economic Abuse – The Unseen Side of Domestic Violence
> By Susan L. Pollet
>
> ...many abusers use the legal system to "maintain contact and harass their ex-partners" by initiating extensive and lengthy litigation, including filing repeated, frivolous or unnecessary petitions and motions. This is just another tactic constituting economic abuse.

749)    The defendants failed in their duty to provide me with federally-funded, spousal support enforcement services free from bias associated with my status of having a mental illness that is prohibited by federal law by allowing Defendants Uzamere and Idehen to maliciously request adjournments to prove that Defendant Uzamere is not Defendant Uzamere based solely on my status of having a mental illness, the same defense that Defendants Ehigie Uzamere, Osato Uzamere and Defendant Sunshine used to unlawfully imprison me and defame in in the New York Daily News.  Defendant State of New York's failure to provide federally-funded spousal support enforcement services regarding Kings County Family Court interlocutory decision constitutes an abrogation of the Fourteenth Amendment; and in so doing, is an automatic waiver of its Defendant New York State's Eleventh Amendment right to sovereign immunity.

## FOURTH CAUSE OF ACTION

### VIOLATION OF THE SHERMAN ANTITRUST ACT
### 15 U.S.C. §§ 1, 2

750)    "Antitrust" means:

Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

751)    I restate and incorporate the allegations contained in the preceding paragraphs of this Complaint.

752)    In the following paragraphs, any reference to the First Amendment includes the First Amendment as applied to the states through the Fourteenth Amendment.

753)    All courts of in the United States, with the exception of the U.S. Supreme Court are subject Article I, Section 8 of the Commerce Clause.  Congress' power to constitute all courts that are inferior to the U.S. Supreme Court places them under the authority of the U.S. Constitution.

754)    The defendants owed me the duty of facilitating the Commerce Clause's constitutional mandate to "provide...for the general welfare" by enforcing, being compliant with, and not subjecting me to the unreasonable restraint of congressionally-mandated, federally-funded spousal support enforcement service as a person who is on welfare. Defendants New York State and New York City, by their employees, on hearing of the glaring contradiction regarding between me and defendants Uzamere and Idehen regarding defendant Uzamere's identity should have criminally investigated the both of us, and not withheld

governmental investigatory service and replaced them irrelevant, discriminatory forays into my mental health. Additionally, on seeing that the issue regarding defendant Uzamere's identity was established by the New York State Supreme Court Appellate Division, Second Judicial Department, the U.S. Citizenship and Immigration and the U.S. District Court for the Southern District of New York, the defendants should have facilitated the arrest of defendants Uzamere and Idehen.

755)    The defendants engaged in the unreasonable restraint of congressionally-mandated, federally-fund spousal support services, and in so doing, failed in their duty to provide me with the aforesaid services.

## FIFTH CAUSE OF ACTION

## CIVIL ACTION FOR RICO
## 18 U.S.C. §1964

756)    "Racketeering activity" means:

Any act or threat involving murder; kidnapping; gambling; arson; robbery; bribery; extortion; dealing in obscene matter; or dealing in a controlled substance or listed chemical (as defined in Sec. 102 of the Controlled Substances Act); which is chargeable under State law and punishable by imprisonment for more than one year;

Acts that are indictable under any of the following provisions of Title 18 of the United States Code:

    a.  Sec. 1028 (relating to fraud and identification documents);

    b.  Sec. 1512 (relating to tampering with a witness; victim; or an informant, threat of physical force);
    c.  Sec. 1513 (relating to retaliating against a witness; victim; or an informant);

    d.  Sec. 1543 (relating to forgery or false use of passport, during discontinued divorce, production of forged passport);

    e.  Sec. 1951 (relating to interference with commerce; robbery; or extortion; see 18 USC 1513);

  f. Acts that are indictable under the Immigration and Nationality Act, and for which the determination and ruling by the Attorney General with respect to all questions of law shall be controlling;

   i. 8 U.S.C. 1325, Marriage Fraud: Any individual who knowingly enters into a marriage for the purpose of evading any provision of the immigration laws shall be imprisoned for not more than 5 years, or fined not more than $250,000, or both.

   ii. 8 U.S.C. 1546: applying for an immigrant or nonimmigrant visa, permit by appearing under an assumed or fictitious name without disclosing his true identity.

757) I restate and incorporate the allegations contained in the preceding paragraphs of this Complaint.

758) In the following paragraphs, any reference to the First Amendment includes the First Amendment as applied to the states through the Fourteenth Amendment.

759) The defendants owed me the duty of providing congressionally mandated, federally-funded judicial spousal support enforcement services as a matter of New York State and federal law. Defendants owed me the duty not to engage in racketeering behaviors that have resulted in the of honest services fraud at the hands of the Defendants thereby preventing me and my daughter, Tara from retaining the correct African name that we should have received as a result of my marriage to defendant Uzamere.

760) The defendants failed in their duty to provide said services for reasons not based in New York State or federal law based on defendants' tortious acts and omissions:

  a) Defendant Uzamere, by his attorney, defendant Austin I. Idehen presented one page of a Nigerian passport unauthenticated by the U.S. Department of State in violation of 18 U.S.C. §1028 18 U.S.C Sec. 18 U.S.C. § 1343); said passport used to purport the previously disproven claim that defendant Uzamere and "Godwin E. Uzamere" are two different people.

  b) Defendants as a group 18 U.S.C. Sec. 18 U.S.C. § 1512, 1513 (relating to

tampering with a witness; victim; or an informant, threat of physical force) by withholding evidence of defendant Uzamere's identity; allowing repeated adjournments with threats of exposing the same mental health issue that defendant Sunshine had published in the New York Daily News in 2009; allowing defendants Uzamere and Idehen to submit false documents without investing the document; ignoring my phone call and written complaint.

c)    Defendants as a group subjected me defamation the threat of Sec. 1951 (relating to interference with commerce; robbery; or extortion; see 18 USC 1513) by threatening me, not only with exposure of their malicious misdiagnosis of my mental health status, but with the past consequences of said exposure, namely, unlawful imprisonment as an inpatient in a psychiatric setting.

d)    Defendants as a group facilitated and continue to facilitate 8 U.S.C. § 1325, Marriage Fraud; 8 U.S.C. § 1546, Fraud and Misuse of Visas, Permits and Other Documents; and 28 U.S.C. § Alien Action for Tort/Torture Victim Protection Act.

### SIXTH CAUSE OF ACTION

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (for the purpose of being sexually aroused, sex trafficking)

761)    I restate and incorporate the allegations contained in the preceding paragraphs of this Complaint.

762)    Federal defendants engaged in acts of omission during the performance of their duties which under circumstances, if they were private persons, would be liable to me in accordance with the laws of the State of New York.

763)    Under New York State law, intentional infliction of emotional distress exists where (1) a defendant acts intentionally or recklessly, (2) the conduct was extreme and outrageous,

369

(3) a defendant's actions caused the emotional distress, and (4) the emotional distress plaintiff suffered was extreme (*cite 2nd Judicial or NYS Court of Appeals case law*). "Severe emotional distress is distress that is so severe that no reasonable person could be expected to endure it." (*cite 2nd Judicial or NYS Court of Appeals case law*).

764)  Federal defendants knowingly or recklessly engaged in conduct that caused me to suffer extreme emotional distress that continued for an extended period of time.

765)  The harm suffered by me due to the federal defendants acts of omission were severe and will in all likelihood continue into the future.

766)  Federal defendants' acts of omission constitute intentional infliction of emotional distress under New York State law.

767)  Federal defendants' acts of omission are intentionally designed to cause emotional distress to cause defendants who are members of Babylonian Talmud-adherent Ashkenazi Jewish ethno-religious cartel to remain in a state of pedophile-oriented sexual arousal because they are sexual predators.

768)  I am entitled to actual and compensatory damages.

## SEVENTH CAUSE OF ACTION

## GROSS NEGLIGENCE

769)  I restate and incorporate by the allegations contained in the preceding paragraphs of this Complaint.

770)  Federal defendants acted within the scope of their office or employment under circumstances where the federal defendants, if it were a private person, would be liable to me in accordance with the laws of the State of New York.

370

771)    Under New York State law, a claim for negligence requires that a (1) defendant owed the plaintiff a legal duty, (2) defendant breached that duty, and (3) defendant's breach proximately caused damages to the plaintiff.

772)    Defendant owed a legal duty of care to me to provide supervise and enforce the Social Security Act Section 460; or, for those federal defendants, whose duties do not include the enforcement of the aforesaid act, to provide federal services within their purview that allowed me to publicize the failure of those defendants who are engaged in acts of omissions regarding the enforcement of federally-mandated spousal support enforcement services.

Mr. Muñoz as a detainee in their custody.

773)    The actions of the federal defendant constitute negligence under Texas law.

774)    I am entitled to actual and compensatory.

## EIGHTH CAUSE OF ACTION

## BIVENS AGAINST FEDERAL DEFENDANTS

775)    I restate and incorporate by the allegations contained in the preceding paragraphs of this Complaint.

776)    To recover damages for a federal agent's violation of their constitutional rights, a plaintiff must establish a (1) constitutional violation (2) by individual federal defendants acting under color of federal law or authority. See, *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

777)    Federal defendants by their acts of omission associated with their failure to respond to my complaint by criminally investigate and arrest individuals who engaged in the falsification of documents related to Defendant Uzamere violated my right under the Fifth

371

Amendment of the United States Constitution to be free from the deprivation of life and liberty without due process of law.

778) Federal defendants were acting within the scope of their authority as federal law enforcement agents when they violated my rights.

779) I am entitled to actual, compensatory, and punitive damages as a result of the federal defendants' violations of my constitutional rights.

## NINTH CAUSE OF ACTION

**42 U.S.C. § 12132 AND 29 U.S.C. § 701 ET SEQ. AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT AGAINST DEFENDNTS NEW YORK STATE NEW YORK CITY AND DEFENDANT EMPLOYEES AND DEFENDANT EMPLOYEES OF NOT-FOR-PROFIT MENTAL HEALTH ORGANIZATIONS**

780) I restate and incorporate by the allegations contained in the preceding paragraphs of this Complaint.

781) The ADA prohibits discrimination by public entities. To establish such discrimination, a plaintiff must allege: (1) that he has a qualifying disability; (2) that he is being denied the benefits of services, programs, or activities for which the public entity is responsible, or is otherwise discriminated against by the public entity; and (3) that such discrimination is by reason of his disability.

782) The RA and the ADA are judged under the same legal standard. Jurisprudence interpreting one is generally applicable to the other and the statutes share the same definitions and claims.

783) I am a qualified person with a disability.

784) Despite being aware of my disability, Defendants New York State and New York City exacerbated my emotional illness and mental distress by rehashing Defendants New York

State's and New York City's original violation of New York State Penal Law §§175.40 regarding the New York City Clerk's Office's issuance of a falsified marriage certificate in 1979, combined with Defendants Uzamere's and Idehen's use of the same falsified marriage certificate forty-three (43) years later. Defendant New York State used the news media to publicly disseminate information regarding my distraught mental state relating to my divorce proceeding and attempts to obtain child and spousal support, while using the same news media to hold that Defendant Uzamere is not Defendant Uzamere; with Defendants Zeve, Sunshine, White, Harris, Idehen and Uzamere being allowed to present the same false defense in opposition to New York State Supreme Court Appellate Division's published decision that Defendant Uzamere is Defendant Uzamere, exacerbating my mental illness, which qualifies as a disability under the ADA and RA.

  

785) Defendant Idehen acknowledged my need for ADA-compliant reasonable accommodations based on his statement "This case would be served by the appointment of a guardian ad litem."

788)    Defendant Uzamere acknowledged my need for ADA-compliant reasonable accommodations based on his statement "She has confessed she is bipolar. It means she has a mental illness."

787)    I am entitled to actual, compensatory, and punitive damages due to Defendant New York State's violation of my rights under the ADA and RA.

### PRAYER FOR RELIEF

WHEREFORE, I respectfully request that the Court enter judgment in my favor and against the defendants, and award the following relief based on the following:

### DECLARATION

A.    Declare that I allege that The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law, and the banning of all discussion of the Critical Race Theory violates the U.S. Constitution's Supremacy Clause, and the First and Fourteenth Amendments of the United States Constitution, both on its face and as applied to the Plaintiff.

B.    Declare and require Defendant State of New York to publicly declare and to eternally record for that I am a married woman until such time that I am divorce; that I am married to Defendant Ehigie Edobor Uzamere, identified by the U.S. Department of Homeland Security as Ehigie Edobor Uzamere  by  former U.S. Bar Counsel Rachel McCarthy under the U.S. Citizenship and Immigration Services' File No. A35 201 224, and as "Godwin E. Uzamere" and "Godwin Ehigie Uzamere" under U.S. Citizenship and Immigration Services' File No. A24 027 764; and that after I am divorce, to require Defendant State of New York to declare that I was married to Ehigie Edobor Uzamere; and declare that Defendant State of New York and its political

subdivision, the City of New York must revise the records to reflect my husband's proper name so that I can bear the name and identity that Defendant New York State and New York City stole from me: Mrs. Ehigie Edobor Uzamere, and so that our daughter, Tara Ann Uzamere can bear the name and identity that was stolen from her by Defendant New York State and its political subdivision, the City of New York: Miss Tara Ann Uzamere, Firstborn Child of Ehigie Edobor Uzamere.

C.    Declare that the unfettered use of the term "anti-Semitic", "anti-Semite" or other such terms that only refer to members of the Ashkenazim, but does not include Ethiopian Jews, Sephardic Jews, Lemba Jews, Igbo Jews, Mizrahi Jews, Kaifeng Jews; Cochin Jews; self-identified Jews (Black Israelites); non-Talmud-adherent Jews (i.e., Torah/Pentateuch/Tanakh-adherent Jews, Black Israelites) and other groups who self-identify or are identified as "Jews" is, without a legal definition that has been tried in a court of competent jurisdiction in a manner that sets precedent is inaccurate, defamatory, obstructive and antisemitic on its face.

D.    Declare that people of African descent have the First Amendment-protected right to expose the African Holocaust/the Maafa was primarily controlled and monopolized by European/Ashkenazi Jews, not European Gentiles, and that the enslavement of Africans based on Babylonian Talmud-fomented racial hatred was primarily for the purpose of the sex trade to kidnap and gang rape children, especially boys; and that every other group of individuals, including Palestinians, who are negatively identified by Ashkenazi Jews leadership are thus identified for the sole purpose of genocide-producing gang rape of males.

E.    Declare that people of African descent, Native American descent, European descent, or any other group of individuals who believe themselves to be victims of Babylonian

Talmud-fomented, Ashkenazi Jewish aggression have a First Amendment-protected right to openly discuss, challenge, disseminate and educate others without reprisal/retaliation by or at the behest of the Defendants' Ashkenazi Jewish leadership.

F.    Declare that the rape of children, including the use of the mouth as a suction device to remove blood from a child's penis for religious purposes violates Defendant New York State's penal law regarding sodomy; and violates a child's rights Fourteenth Amendment rights to equal protection under the law because it discriminates based on age and ethnicity. Furthermore, declare that the use of the mouth as a suction device to remove blood from a child's penis, resulting in a child's infection places the subject municipality in a position to be sued under 42 USC §1983 for violation of the child's constitutional rights when the affected child becomes an adult.

G.    Declare that the use of anti-black racism; fraudulent cries regarding "white supremacy" violates *Chaplinsky v. New Hampshire's* mandate against the use of fighting words. Such publicized words are intentionally used by Ashkenazi Jewish leadership to create a breach of the peace to facilitate the gang rape of children and other defenseless individuals such as was committed by Ashkenazi Jew Jeffrey Epstein; Ashkenazi Jew Edward Bernard Peter Buck; Ashkenazi Jew Harvey Weinstein and Ashkenazi Jew Eric Schneiderman. It is criminally duplicitous for Ashkenazi Jewish leaders to scream "white (gentile) supremacy" while sex-crazed Ashkenazi Jewish supremacists gang rape their children while using white (gentile) leaders to help them gang rape children who are members of their own white (gentile) race. It is further criminally duplicitous for Ashkenazi Jewish leadership to scream "white (gentile) supremacy when Ashkenazi Jewish rabbis have fellated their own boys after circumcision, forced them to contract herpes, some of whom have died in a blaze of pain, and not be charged for murder. No

other group of people in the State of New York – not even white gentiles – have the power to

violate New York State Penal Law §130.50 and get away with it other than Ashkenazi Jewish

supremacists.

H.     Declare that Babylonian Talmud-sponsored, Ashkenazi Jewish supremacy is as

much a political threat as other forms of class supremacy.

I.     Declare governmental requirement for Americans to show loyalty to Israel's

Babylonian Talmud-adherent, pedophilic Ashkenazi Jewish government or any country other

than the United States of America is not just unconstitutional, it is also treasonous; and to declare

that an American's loyalty should first, and only be to the United States of America.

J.     Declare that the intentional imposition of debt slavery on parents as a tool to

facilitate the gang rape of children as a felonious act of assault in the same manner as a parent

that withholds food and other necessities from a child, and as such is illegal.

K.     Declare discrimination based solely on an individual's impoverished state or

inability to pay to be unconstitutional based on the Commerce Clause.

L.     Declare that pedophilia and pedophilic gang rape by members of the Ashkenazim

is a public health issue for which the public has a right to know and disseminate.

M.     Declare that Defendant New York State's continued refusal to acknowledge in its

records that I am married to Ehigie Edobor Uzamere violates New York State's Human Rights

laws regarding discrimination based on marital status.

N.     Declare that Defendant New York State's continued refusal to acknowledge in its

records that I am married to Ehigie Edobor Uzamere violates the U.S. Constitution's Supremacy

Clause because it recreates the Babylonian Talmud-sponsored *kafala* enslavement of Africans by

first, creating false debt against Africans enslaved as *kafala* debt slaves; and as a consequence of said debt slavery, removed the man from the home as the family's protector to eternally gang rape the mother and children in payment of the false indebtedness.

O.    Declare that I owe no debt regarding any monies paid by Defendant State of New York to its political subdivision, the City of New York because of their acceptance of the groom-identity-lacking marriage affidavit that withheld my husband's proper name, and in so doing, removed him as the financial protector of my family.

P.    Declare that any debt associated with New York City's acceptance of the groom-identity-lacking marriage affidavit is a violation of 29 USC §31 U.S.C. §§ 3729 - 3733 for which I demanding 15% of all monies reimbursed to the U.S. Department of Health and Human Services which the City of New York received from federal block grants paid to the New York State Department of Social Services for my care and the care of my children.

## INJUNCTION

A.    Preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, attorneys, and those person in active concert or participation with them whether they receive actual notice or not of from further enforcement of The Act's certification as applied to Defendant New York State and various states' enforcement of the Israel Anti-Boycott/Anti-BDS Law.

B.    Preliminarily and permanently enjoin Defendants, their officers, agents, servants, employees, attorneys, and those person in active concert or participation with them whether they receive actual notice or not of from further banning of discussions regarding the Critical Race Theory.

378

C.      Preliminarily and permanently enjoin Babylonian Talmud-adherent federal judges from adjudicating cases, or supervision the adjudication of my cases based on the enforcement of 28 U.S.C. §455(a) and its application in the case Liteky v. United States based on extrajudicial bias associated with the Babylonian Talmud's espousal of the hatred of people of African descent.

D.      Enjoin Defendant the State of New York from further withholding the law licenses of Cecil Vernon Mason and Alton Maddox as acts of criminal bias by Ashkenazi Jews who hid the Babylonian Talmudic doctrines espousing anti-schvartze hatred and pedophilia

E.      Preliminarily and permanently enjoin employees of the Federal Communications Commission's refusal to adjudicate my formal complaint entitled *In the Matter of Cheryl D. Uzamere v. AT&T, Altice USA, Inc. and Verizon.*

F.      Preliminarily and permanently enjoin AT&T, Altice USA, Inc. and Verizon from withholding internet and telephone services from me, and from my home-based business.

G.      Preliminarily and permanently enjoin Defendant New York State Department of Health and the New York State Office of Mental Health from the unreasonable withholding of trade/commerce associated with employment of nonforeign African Americans as medical professionals so that I can culturally/racially sensitive psychiatric services from individuals who are members of the nonforeign African American community.

H.      Preliminarily and permanently enjoin the New York City Police Department from its continued illegal refusal to investigate my complaints regarding Defendant Uzamere's submission of falsified documents regarding his identity to the New York City Clerk's Office and the New York State Unified Court System.

I. Preliminarily and permanently enjoin the Kings County District Attorney's Office from its continued illegal refusal to investigate my complaints regarding Defendant Uzamere's submission of falsified documents regarding his identity to the New York City Clerk's Office and the New York State Unified Court System.

J. Preliminarily and permanently enjoin Defendant State of New York's Protection and Advocacy for the Mentally Ill (PAMI) agency, Disability Rights New York from its continued refusal to provide me with disability and mental health advocacy program.

K. Preliminarily and permanently enjoin the State of New York Unified Court System's judiciary who are Ashkenazi Jews from adjudicating or prosecution actions against people of African descent based on the enforcement of 22 NYCRR §100.3(E) Disqualification based on their bias associated with the Babylonian Talmud's espousal of the hatred of people of African descent.

L. Preliminarily and permanently enjoin the State of New York Family Court's judiciary who are Ashkenazi Jews from adjudicating or prosecution actions against people of African descent, especially cases regarding the retention of African American children in long-term foster care to facilitate the enforcement of 22 NYCRR §100.3(E) Disqualification based on Ashkenazi Jewish judges' bias associated with the Babylonian Talmud's espousal of the hatred of people of African descent, and the Babylonian Talmud's espousal of sex with children

M. Preliminary and permanently enjoin Defendant State of New York from violating anti-trust laws by creating a commercial/medical/psychiatric/land ownership/employment and other wealth-acquiring situations that boycott, blacklist and in other ways exclude non-foreign

African Americans from owning property and successfully engaging in other wealth-acquiring opportunities.

N.    Preliminarily and permanently enjoin the Defendants from engage in any activity that promotes or encourages others to engage in any activity that will result in any person abstaining from commercial, social or political relations with me with the intent of penalizing, inflicting, or causing harm to me, my children, my family, my friends/associates or in any manner that otherwise promotes or casts disrepute upon me, my children, my family, my friends or any individual with whom I associate and from whom I receive assistance. The term "person" shall mean any natural person, corporation, limited liability company, unincorporated association or any other nongovernmental entity, organization, or group, or any successor, subunit, parent, or subsidiary of the same.

O.    Enjoin the defendants from submitting any testimony or documentation that does not include filing a criminal complaint associated with the claim that Defendant Ehigie Edobor Uzamere is not my husband.

P.    Enjoin Defendant Ehigie Edobor Uzamere to appear in person or virtually.

Q.    Enjoin the defendants from concealing defendant Uzamere's whereabouts.

R.    Order a paternity test to establish that defendant Uzamere is the father of our daughter, Tara A. Uzamere.

S.    Summary judgment (if possible).

T.    Trial by jury for all triable issues.

U.    For defendants who I sued individually to be sued severally and jointly for the purpose of collecting damages.

V.     Damages in the amount of $1,000,000,000.00. *See* the case *Equal Employment Opportunity Commission, v. Wal-Mart Stores East LP,* Case No. 17-C-70, in which the jury awarded Plaintiff Marlo Spaeth $125,000,000.00, who worked for Wal-Mart for 16 years, attached as **Exhibit 72**.

W.     Award me costs and reasonable attorneys' fees in this action.     X.

Grant me such other relief as this Court may deem just and proper.

Dated: July 1, 2022

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
**APPEARING PRO SE**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue,
Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

382

cuzam

## cuzamere@netzero.net

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Monday, July 04, 2022 11:08 AM |
| **To:** | 'cjc@cjc.ny.gov' |
| **Cc:** | 'marsha_curtis@fd.org'; 'aaharris@nycourts.gov'; 'austin@idehenlaw.com'; 'nyoag.nycpdf@ag.ny.gov'; 'annasternesq@aol.com'; 'elliot@elliotgreenlaw.com'; 'kings_part22@nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'benjamin.torrance@usdoj.gov'; 'uzalaw@gmail.com'; 'ehigieuzamere@yahoo.com'; 'AbujaACS@state.gov'; 'LagosACS@state.gov'; 'PassportVisaFraud@state.gov'; 'BridgetownPublicAffairs@state.gov'; 'ogc@hq.dhs.gov'; 'dhs-oig.officepublicaffairs@oig.dhs.gov'; 'AskDOJ@usdoj.gov'; 'kings_part22 @nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'manhattanfamilycourt@nycourts.gov'; 'bronxfamilycourt@nycourts.gov'; 'QueensFamilyCourt@nycourts.gov'; 'michael.ginns@acf.hhs.gov'; 'shantel.mickens@acf.hhs.gov'; 'secretary@hhs.gov'; 'krista.rock@otda.ny.gov'; 'calhounm@dss.nyc.gov'; 'nyoag.nycpdf@ag.ny.gov'; 'pressoffice@law.nyc.gov'; 'Kaconway@law.nyc.gov'; 'recruitment@law.nyc.gov'; 'robert.charrow@hhs.gov'; 'Brenna.Jenny@hhs.gov'; 'william.chang@hhs.gov'; 'Stacy.Amin@fda.hhs.gov'; 'Sean.Keveney@hhs.gov'; 'Daniel.Barry@hhs.gov'; 'Elizabeth.Gianturco@hhs.gov'; 'James.Lawrence@hhs.gov'; 'kyle.brosnan@hhs.gov'; 'jonah.hecht@hhs.gov'; 'john.strom@hhs.gov'; 'Buddy.Frye@hhs.gov'; 'Arlene.lyles@hhs.gov'; 'Aleta.Conner@hhs.gov'; 'Tracey.Mullins@hhs.gov'; 'executive.office@chase.com'; 'stacey.friedman@jpmorgan.com'; 'AD2-GRV2@nycourts.gov'; 'AD1-AGC-newcomplaints@nycourts.gov'; 'DRS.PRA@usdoj.gov'; 'ogc@hq.dhs.gov'; 'ogc@hq.dhs.gov'; 'VTFPD@fd.org'; 'VTFPD@fd.org'; 'uscis.foia@uscis.dhs.gov'; 'Kathy.Marks@health.ny.gov'; 'psynmoie@cityclerk.nyc.gov'; 'eugenia.cowles@usdoj.gov'; 'cjc@cjc.ny.gov'; 'info@nigeriaembassyusa.org'; 'publiccomplaints@nigeriaembassyusa.org' |
| **Subject:** | Complaint to the New York State Commission on Judicial Conduct |
| **Attachments:** | Federal Public Defenders of Vermont.pdf; Findings of Fact dated June 27, 2022.pdf; Findings of Fact Motion 4 dated June 27, 2022.pdf; Findings of Fact Motion 5 dated June 27, 2022.pdf; Findings of Fact Motion 6 dated June 27, 2022.pdf; Findings of Fact dated June 27, 2022.pdf; Cheryl D. Uzamere v. Ehigie Edobor Uzamere Certified Order of Spousal Support.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'cjc@cjc.ny.gov' | |
| | 'marsha_curtis@fd.org' | |
| | 'aaharris@nycourts.gov' | |
| | 'austin@idehenlaw.com' | |
| | 'nyoag.nycpdf@ag.ny.gov' | |
| | 'annasternesq@aol.com' | |
| | 'elliot@elliotgreenlaw.com' | |
| | 'kings_part22@nycourts.gov' | |
| | 'kingsfamilycourt@nycourts.gov' | |
| | 'benjamin.torrance@usdoj.gov' | |
| | 'uzalaw@gmail.com' | |

1

| Recipient | Read |
|-----------|------|
| 'ehigieuzamere@yahoo.com' | |
| 'AbujaACS@state.gov' | |
| 'LagosACS@state.gov' | |
| 'PassportVisaFraud@state.gov' | |
| 'BridgetownPublicAffairs@state.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'dhs-oig.officepublicaffairs@oig.dhs.gov' | |
| 'AskDOJ@usdoj.gov' | |
| 'kings_part22@nycourts.gov' | |
| 'kingsfamilycourt@nycourts.gov' | |
| 'manhattanfamilycourt@nycourts.gov' | |
| 'bronxfamilycourt@nycourts.gov' | |
| 'QueensFamilyCourt@nycourts.gov' | |
| 'michael.ginns@acf.hhs.gov' | |
| 'shantel.mickens@acf.hhs.gov' | |
| 'secretary@hhs.gov' | |
| 'krista.rock@otda.ny.gov' | |
| 'calhounm@dss.nyc.gov' | |
| 'nyoag.nycpdf@ag.ny.gov' | |
| 'pressoffice@law.nyc.gov' | |
| 'Kaconway@law.nyc.gov' | |
| 'recruitment@law.nyc.gov' | |
| 'robert.charrow@hhs.gov' | |
| 'Brenna.Jenny@hhs.gov' | |
| 'william.chang@hhs.gov' | |
| 'Stacy.Amin@fda.hhs.gov' | |
| 'Sean.Keveney@hhs.gov' | |
| 'Daniel.Barry@hhs.gov' | |
| 'Elizabeth.Gianturco@hhs.gov' | |
| 'James.Lawrence@hhs.gov' | |
| 'kyle.brosnan@hhs.gov' | |
| 'jonah.hecht@hhs.gov' | |
| 'john.strom@hhs.gov' | |
| 'Buddy.Frye@hhs.gov' | |
| 'Arlene.lyles@hhs.gov' | |
| 'Aleta.Conner@hhs.gov' | |
| 'Tracey.Mullins@hhs.gov' | |
| 'executive.office@chase.com' | |
| 'stacey.friedman@jpmorgan.com' | |
| 'AD2-GRV2@nycourts.gov' | |

| Recipient | Read |
|-----------|------|

'AD1-AGC-newcomplaints@nycourts.gov'

'DRS.PRA@usdoj.gov'

'ogc@hq.dhs.gov'

'ogc@hq.dhs.gov'

'VTFPD@fd.org'

'VTFPD@fd.org'

'uscis.foia@uscis.dhs.gov'

'Kathy.Marks@health.ny.gov'

'psynmoie@cityclerk.nyc.gov'

'eugenia.cowles@usdoj.gov'

'cjc@cjc.ny.gov'

'info@nigeriaembassyusa.org'

'publiccomplaints@nigeriaembassyusa.org'

Elliot Green Esq                                    Read: 7/4/2022 11:11 AM

## AFRICAN DIASPORAL ENTERPRISES
## African History Month is Every Month!

Cheryl D. Uzamere
**Sole Proprietor**
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
cheryluzamere@africandiasporalenterprises.net

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

## NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT

In the Matter of the Proceeding Pursuant to the )
Judiciary Law in Relation to )
                                                )
1.    **THE HONORABLE JANET DIFIORE,** )
      Individually, and Tortiously and Criminally )
      Negligent in Her Official Capacity as Chief )
      Judge of the New York State Court of Appeals, )
      New York State Unified Court System; )
                                                )
2.    **THE HONORABLE LAWRENCE** )
      **MARKS,** Individually, and Tortiously and )
      Criminally Liable in His Official Capacity as )
      Chief Administrative Judge for the New York )
      State Unified Court System; )
                                                )
3.    **THE HONORABLE HECTOR D.** )
      **LASALLE,** Individually, and Tortiously and )
      Criminally Liable in His Official Capacity as )
      Presiding Justice, New York State Supreme )
      Court, Appellate Division, Second Judicial )
      Department, New York State Unified Court )
      System; )
                                                )
4.    **THE HONORABLE REINALDO E.** )
      **RIVERA,** Individually, and Tortiously and )
      Criminally Liable in His Official Capacity as )
      Associate Justice, New York State Supreme )
      Court, Appellate Division, Second Judicial )
      Department, New York State Unified Court )
      System; )
                                                )
5.    **THE HONORABLE CHERYL E.** )
      **CHAMBERS,** Individually, and Tortiously )
      and Criminally Liable in Her Official Capacity )
      as Associate Justice, New York State Supreme ),
      Court, Appellate Division, Second Judicial )

4

'Department, New York State Unified Court )
System; )

)
6.   **THE    HONORABLE    MARK    C.** )
**DILLON,** Individually, and Tortiously and )
Criminally Liable in His Official Capacity as )
Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )

)
7.   **THE HONORABLE BETSY BARROS,** )
Individually, and Tortiously and Criminally )
Liable in Her Official Capacity as Associate )
Justice, New York State Supreme Court, )
Appellate    Division,    Second    Judicial )
Department, New York State Unified Court )
System; )

)
8.   **THE    HONORABLE    JOSEPH    J.** )
**MALTESE,** Individually, and Tortiously and )
Criminally Liable in His Official Capacity as )
Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )

)
9.   **THE    HONORABLE    SHERI.    S.** )
**ROMAN,** Individually, and Tortiously and )
Criminally Liable in His Official Capacity as )
Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )

)
10.  **THE HONORABLE ROBERT J. MILLER,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )

)
11.  **THE HONORABLE COLLEEN DUFFY,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )

)
12.  **THE    HONORABLE    FRANCESCA    E.** )
**CONNOLLY,** Individually, Tortiously and )
Criminally Liable in Her Official Capacity as )

Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )
)
13. **THE HONORABLE WILLIAM G. FORD,** )
Individually, Tortiously and Criminally Liable )
His Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )
)
14. **THE HONORABLE JOSEPH A. ZAYAS,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )
)
15. **THE HONORABLE LINDA** )
**CHRISTOPHER,** Individually, Tortiously )
and Criminally Liable in Her Official Capacity )
as Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )
)
16. **THE HONORABLE VALERIE** )
**BRATHWAITE NELSON,** Individually, )
Tortiously and Criminally Liable in Her )
Official Capacity as Associate Justice, New )
York State Supreme Court, Appellate Division, )
Second Judicial Department, New York State )
Unified Court System; )
)
17. **THE HONORABLE ANGELA G.** )
**IANNACCI,** Individually, Tortiously and )
Criminally Liable in Her Official Capacity as )
Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )
)
18. **THE HONORABLE PAUL WOOTEN,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )
)
19. **THE HONORABLE LARA J. GENOVESI,** )
Individually, Tortiously and Criminally Liable )

in Her Official Capacity as Associate Justice, )
New York State Supreme Court, Appellate )
Division, Second Judicial Department, New )
York State Unified Court System; )

)
20.  **THE HONORABLE DEBORAH A.** )
**DOWLING,** Individually, Tortiously and )
Criminally Liable in Her Official Capacity as )
Associate Justice, New York State Supreme )
Court, Appellate Division, Second Judicial )
Department, New York State Unified Court )
System; )

)
21.  **THE HONORABLE LAWRENCE** )
**KNIPEL,** Individually, Tortiously and )
Criminally Liable in His Official Capacity as )
Administrative Judge for the Kings County )
Supreme Court, New York State Unified Court )
System; )

)
22.  **THE HONORABLE JEFFREY S.** )
**SUNSHINE,** Individually, Tortiously and )
Criminally Liable in His Official Capacity as )
Justice for the Kings County Supreme Court, )
New York State Unified Court System; )

)
23.  **THE HONORABLE AMANDA WHITE,** )
Individually, Tortiously and Criminally Liable )
in Her Official Capacity as Supervising Judge, )
Kings County Family Court; New York State )
Unified Court System; )

)
24.  **THE HONORABLE BEN. J. DARVIL, JR.,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Judge, Kings )
County Family Court, New York State Unified )
Court System; )

)
25.  **THE HONORABLE ALAN BECKOFF,** )
Individually, Tortiously and Criminally Liable )
in His Official Capacity as Judge for the Kings )
County Family Court, New York State Unified )
Court System; )

)
26.  **THE HONORABLE LINDA M. CAPITTI,** )
Individually, Tortiously and Criminally Liable )
in Her Official Capacity as Judge for the Kings )
County Family Court, New York State Unified )
Court System; )

)
27.  **THE HONORABLE CAROLINE PIELA** )
**COHEN,** Individually, Tortiously and )

Criminally Liable in Her Official Capacity as )
Judge or the Kings County Family Court, New )
York State Unified Court System; )
)
28.   **THE HONORABLE DIANE COSTANZO,** )
Individually, Tortiously and Criminally Liable )
in Her Official Capacity as Judge for the Kings )
County Family Court, New York State Unified )
Court System; )
)
29.   **THE  HONORABLE  JACQUELINE  B.** )
**DEANE,**    Individually,    Tortiously    and )
Criminally Liable in Her Official Capacity as )
Judge for the Kings County Family Court, New )
York State Unified Court System; )
)
30.   **THE    HONORABLE    CATHERINE    M.** )
**DIDOMENICO,** Individually, Tortiously and )
Criminally Liable in Her Official Capacity as )
Judge for the Kings County Family Court, New )
York State Unified Court System; )
)
31.   **THE HONORABLE DENA E. DOUGLAS,** )
Individually, Tortiously and Criminally Liable )
in Her Official Capacity as Judge for the Kings )
County Family Court, New York State Unified )
Court System; )
)
32.   **THE HONORABLE ALICEA ELLORAS-** )
**ALLY,**    Individually,    Tortiously    and )
Criminally Liable in Her Official Capacity as )
Judge for the Kings County Family Court, New )
York State Unified Court System; )
)
33.   **THE      HONORABLE      LISA      J.** )
**FRIEDERWITZER,** Individually, Tortiously )
and Criminally Liable in Her Official Capacity )
as Judge for the Kings County Family Court, )
New York State Unified Court System; )
)
34.   **THE    HONORABLE    GREGORY    L.** )
**GLIEDMAN,** Individually, Tortiously and )
Criminally Liable in His Official Capacity as )
Judge for the Kings County Family Court, New )
York State Unified Court System; )
)
35.   **THE HONORABLE MELODY GLOVER,** )
Individually, Tortiously and Criminally Liable )
in Her Official Capacity as Judge for the Kings )
County Family Court, New York State Unified )
Court System; )
)

8

36. **THE HONORABLE ILANA GRUEBEL,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

37. **THE HONORABLE EVELYN J. LAPORTE,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

38. **THE HONORABLE MICHAEL R. MILSAP,** Individually and in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

39. **THE HONORABLE ERIK S. PITCHAL,** Individually, Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

40. **THE HONORABLE SUSAN QUIRK,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

41. **THE HONORABLE RAYMOND RODRIGUEZ,** Individually, Tortiously and Criminally Liable His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

42. **THE HONORABLE STEPHANIE SCHWARTZ,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

43. **THE HONORABLE JANE C. TULLY,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

44. **THE HONORABLE JAVIER E. VARGAS,** Individually, Tortiously and Criminally Liable in His Official Capacity as Judge for the Kings County Family Court, New York State Unified Court System;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**45.**     **HON.   JUDITH   D.   WAKSBERG,**
Individually, Tortiously and Criminally Liable
in Her Official Capacity as Judge for the Kings
County Family Court, New York State Unified
Court System;

**46.**     **HON.   JACQUELINE   D.   WILLIAMS,**
Individually, Tortiously and Criminally Liable
in Her Official Capacity as Judge for the Kings
County Family Court, New York State Unified
Court System;

                    Respondents.

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1.     That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring

Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

2.     Respondents were and continue to be judges of the New York State Unified Court System.

**COMMISSION'S JURISDICTION PURSUANT TO 22 NYCRR §100 ET SEQ.**

3.     Title Twenty-Two of the New York Code Rules and Regulations, Section 100.3, states the

following regarding to judicial conduct:

4.     That regarding to adjudicative responsibilities:

        i)     A judge shall be faithful to the law.

        ii)     A judge shall perform judicial duties without bias or prejudice against or in favor of

any person.

5.     That with regard to disciplinary responsibilities:

        i)     A judge who receives information indicating a substantial likelihood that another judge

has committed a substantial violation of this Part shall take appropriate action.

        ii)     A judge who receives information indicating a substantial likelihood that a lawyer has

committed a substantial violation of the Code of Professional Responsibility shall take appropriate action.

10

iii)    Acts of a judge in the discharge of disciplinary responsibilities are part of a judge's

judicial duties.

## STATEMENTS OF FACT

6.    I am the wife of Ehigie Edobor Uzamere.

7.    Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under

USCIS File No. A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

8.    Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under

USCIS File No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

9.    The issues regarding Ehigie Edobor Uzamere as my husband was resolved by the default

decision of Respondent Jeffrey S. Sunshine on May 12, 2009.

10.    The decision affirming Respondent Sunshine's decision was rendered on December 8,

2009. The decision is published with the New York State Law Reporting Bureau. It can be found at

https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

11.    In the decision of the late Justice Arthur M Schack regarding the lower New York State

Supreme Court Case, *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012,

(https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-*

*of-Moser*-based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding*

decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second
> by defendant GLADSTEIN, and the third by defendant ROSTANSKI, they all move to
> dismiss plaintiff UZAMERE's complaint, pursuant to various subsections of CPLR Rule
> 3211. Defendants claim that plaintiff UZAMERE's claims are barred: by *res
> judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211 (a) (5); by *lack of personal
> jurisdiction because of improper service of the instant verified complaint,* pursuant to
> CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be
> granted,* pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation,
> pursuant to CPLR Rule 3211 (a) (5).*
>
> ...Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res
> judicata.* (CPLR Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442,
> explains that:
>
>> The doctrine of res judicata is designed to put an end to a matter once duly
>> decided. It forbids relitigation of the matter as an unjustifiable duplication, an

unwarranted burden on the courts as well as on opposing parties. Its main predicate is that the party against whom it is being invoked has already had a day in court, and, if it was not satisfactory, the proper course was to appeal the unsatisfactory result rather than ignore it and attempt its relitigation in a separate action.

12. In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for Motion #5, Support Magistrate Harris' decision criminally and idiotically states:

Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata*. Petitioner has presented an Order Of Dismissal and To Show Cause issued by the United States District Court Southern District of New York on October 15, 2019, in which Colleen McMahon, Chief United Stated District Judge, writes, "Plaintiff, appearing pro se, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere"…Although Petitioner has submitted a counter-affidavit dated October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he is Petitioner's legal husband* and the signature contained therein is similar to the signature contained in the Affidavit and Application For License To Marry submitted to the Office of the City Clerk- Marriage License Bureau on or around November 20, 1979 which Petitioner holds to be her legal husband's "real" signature. This signature is different from that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of the motion to dismiss.

## LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

13. I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained, and/or have conspired to uphold the decision rendered by Support Magistrate Harris by corrupt means; said corrupt means facilitated by the respondents' lack of faithfulness in enforcing CPLR Rule 3211(a)(5) regarding the New York State Supreme Court Appellate Division Second Judicial Department's published decision that affirmed Ehigie Edobor Uzamere's identity as my husband. Furthermore, I allege that Respondents Jeffrey S. Sunshine Amanda White facilitated Support Magistrate Harris' refusal to allow me to subpoena the U.S. Citizenship and Immigration Service regarding information contained in Ehigie Edobor Uzamere's USCIS File Nos. A35 201 224 and A24 027 764 that I received from former Bar Counsel Rachel Rothstein McCarthy and T. Diane Cejka of the U.S. Citizenship and Immigration Service regarding Ehigie Edobor Uzamere's identity as my husband. Instead, it allowed my husband to use Support Magistrate Harris

to procure her corrupt decision by relitigating the issue regarding my husband's identity that was litigated in

my favor thirteen (13) years ago.

14.    The *Chevron Corp. v. Donziger, 974 F. Supp. 2d 362* states:

> The issue here is not what happened in the Orienté more than twenty years ago and who, if anyone, now is responsible for any wrongs then done. It instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal.
>
> Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct...Indeed, one Ecuadorian legal team member, in a moment of panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

15.    By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable

controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

### *A Judge Shall Be Faithful to the Law*

16.    The term "the law" as referenced above speaks to the 1) the U.S. Constitution; 2) the New

York State Constitution; 3) Title 22 of the New York Codes, Rules and Regulations, Sec. 100.3, Judicial

Conduct;

and 4) the New York State Consolidated Laws, which includes Civil Practice Law and Rules, Rule 3211

(a)(5):

> the cause of action may not be maintained because of arbitration and award, collateral estoppel, discharge in bankruptcy, infancy or other disability of the moving party, payment, release, res judicata, statute of limitations, or statute of frauds

17.    It is clear that both the late New York State Justice Arthur Schack's and Support Magistrate

Harris' reference to the Seventh Amendment-inspired doctrine of *res judicata* is proof of their understanding

the subject legal doctrine; a well as the faithfulness required to properly enforce the subject doctrine. Support

Magistrate Harris' glaring lack of faithfulness to the law by surreptitiously supplanting the *published* decision

rendered by the New York State Supreme Court Appellate Division, Second Judicial Department with the

13

*unpublished, lower New York State Supreme Court decision* infested with the contradictory ramblings of a corrupt judge who is not missed by this Petitioner is evidence of a lack of faithfulness to the law.

18.     Based on the foregoing I allege that the respondents, both severally and jointly violated 22 NYCRR 100.3, Judicial Conduct; and that said violation renders them individually, tortiously and criminally liable in their official capacities as judges of the New York State Unified Court System because of their failure to take appropriate action against the respondents for the glaring display of lack of faithfulness regarding the enforcement of CPLR Rule 3211(a)(5) *res judicata* mandate in the New York State Supreme Court decision 2009 NY Slip Op 09214 [68 AD3D 855] in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere* that acknowledges that Ehigie Edobor Uzamere is my husband.

19.     I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24 027 764 and Various Known And Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a Victim-Humiliation-Producing Sexually Sadistic Hate Group* (https://bit.ly/3JU0gLW), the respondents who, along with the State of New York are listed as defendants in the subject federal lawsuit called into question my right to enforce the following constitutional mandates and federal statutes:

Constitutional Provisions

a)      Commerce Clause;

b)      First Amendment;

        i)   Freedom of Expression;

        ii)  Petition the government for a redress of grievances;

        iii) Establishment Clause;

        iv)  Free Exercise Clause;

c)      Fifth Amendment;

d)      Seventh Amendment;

e)      Thirteenth Amendment;

14

f)      Fourteenth Amendment;

U.S. Supreme Court Case Law Provisions

a)      *Precision Instrument Mfg. Co. v. Automotive Co.,* **324 U.S. 806 (1945)**
        **Clean hands doctrine;**

**b)**  *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
        Willful blindness;

c)      *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
        Implied cause of action for damages by federal agents;

Federal Statutory Provisions

a)      Social Security Act:

        i)      §452: Duties of the Secretary to establish state standard to collect support;

        ii)     §454 [42 U.S.C. §654]: State plan for child and spousal support;

        iii)    §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

        iv)     §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

        v)      §507 [42 U.S.C. §707]: Criminal penalty for false statements;

        vi)     §508 [42 U.S.C. 708]: Nondiscrimination;

b)      Sherman Antitrust Act, 15 U.S.C. 1, 2;

c)      Marriage fraud, 8 U.S.C. §1325;

d)      Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e)      Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

        i)      Civil Rights Act, discrimination based on race and national origin;

        ii)     Americans with Disabilities Act/Rehabilitation Act;

        iii)    Violence against Women Act;

        v)      Prevention of Elder Abuse, Neglect and Exploitation;

f)      Civil Action for RICO, 18 U.S.C. § 1964:

        i)      Section 1512 (relating to tampering with a witness, victim, or an informant);

ii)      Section 1513 (relating to retaliating against a witness, victim, or an informant);

iii)     Section 1544 (relating to misuse of passport);

iv)     Section 1581 (Peonage);

v)      Section 1591 (Sex trafficking of children by force, fraud, or coercion);

g)     Section 1622 (subornation of perjury);

h)     42 U.S.C. § 289c - Research on public health emergencies;

i)     Stalking (Interstate Domestic Violence), 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a)     New York State Penal Law §460.20, Enterprise Corruption;

b)     New York State Penal Law §485, Hate Crimes;

c)     New York State Penal Law §195, Official Misconduct;

d)     New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e)     New York State Penal Law §210.15, Perjury in the 1st degree;

f)     New York State Penal Law §210.10, Perjury in the 2nd degree;

g)     New York State Penal Law §175.35, Submitting a false for filing;

h)     New York State Penal Law §175.45, Issuing a false certificate.

i)     New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a)     Defamation;

b)     Intentional Infliction of Emotional Distress;

c)     Gross Negligence.

18.    I respectfully advise the members of this Commission that they are also defendants in my federal lawsuit. This petition will be presented as an exhibit is the subject federal lawsuit. The State of New York, having abrogated the Fourteen Amendment's Equal Protection Clause based on its creation and maintenance of a hostile environment based on my having a mental illness, have waived the Eleventh Amendment regarding sovereign immunity. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully as that this Commission find that the respondents violated 22 NYCRR Sec 100.3 by refusing to enforce CPLR Rule 3211(a)(5), and to grant me such other relief as to this Commission may seem just and proper.

Respectfully submitted,

Cheryl D. Uzamere

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

17

Exhibit 1

**Exhibit 2**

THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU
**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

*You must PRINT all answers clearly in blue or black ink only.*

=> Fake Normani

=> Fake Normani

19

OFFICE USE ONLY

provided
no ID

Birth Record
Baptismal Certificate
Passport
Driver's License
School Record
Military I.D.
Immigration Card
Other

## GROOM'S PARENTS CONSENT

Date _____ 197__

A.    This is to certify that we-I who have hereto subscribed our-my names, do hereby consent that

_____ who is our-my son our-my ward and who is
Print Groom's Name Clearly

under the age of 18 years, having been born _____ ___ ___ , shall be united in marriage to
                                            month  day  year

_____ by any clergyman or other person authorized by law to
Print Bride's Name Clearly

solemnize marriages.

B.
Subscribed and severally sworn to           X _____  (L.S.)
before me on _____ day of                     Signature of Father or Guardian
_____ 197__
                                             X _____  (L.S.)
_____                       Signature of Mother or Guardian
Notary Clerk

| OFFICE USE |
|---|
|  |
|  |
|  |

## BRIDE'S PARENTS CONSENT

Date _____ 197__

A.    This is to certify that we-I who have hereto subscribed our-my names, do hereby consent that

_____ who is our-my daughter our-my ward and who
Print Bride's Name Clearly

is under the age of 18 years, having been born _____ ___ ___ , shall be united in marriage to
                                              month  day  year

_____ by any clergyman or other person authorized by law to
Print Groom's Name Clearly

solemnize marriages.

B.
Subscribed and severally sworn to           X _____  (L.S.)
before me on _____ day of                     Signature of Father or Guardian
_____ 197__
                                             X _____  (L.S.)
_____                       Signature of Mother or Guardian
Notary Clerk

| OFFICE USE |
|---|
|  |
|  |
|  |

20

THE CITY OF NEW YORK
OFFICE OF CITY CLERK
MUNICIPAL BUILDING, BROOKLYN

№ 20456

## Certificate of Marriage

I, _____, duly designated by the City Clerk of the City of New York to solemnize marriages, Do Hereby Certify that I did solemnize the rites of matrimony at the Office of the City Clerk, in the Borough of Brooklyn, City of New York, State of New York between

Godwin E. Uzamere _____ of _____ Brooklyn
in the County of _____ Kings _____ State of _____ New York

### AND

Cheryl Denise Duncan _____ of _____ Brooklyn
in the County of _____ Kings _____ State of _____ New York
in the presence of _____ Harry L. Duncan
and _____ Cheddar Barde _____ as witnesses.

Witness my hand this date, _____ No. _____ 79 at the Office of the City Clerk, Borough of Brooklyn, City of New York, State of New York.

---

THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number
B-1979-10825

## Certificate of Marriage Registration

B-2012-#

This Is To Certify That    GODWIN E. UZAMERE

residing at    249 HOPKINSON Apartment # 14F, BROOKLYN, NY 11233, United States

born on    08/01/1956    in    BENIN Nigeria

and    CHERYL DENISE DUNCAN    New Surname UZAMERE

residing at    330 DUMONT AVENUE Apartment # 1A, BROOKLYN, NY 11212, United States

born on    05/31/1959    in    MANHATTAN New York United States

### Were Married

11/01/1979    MUNICIPAL BUILDING
By: ANIELLO M DEMAIO

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE
Brooklyn    February 08,    12
N.Y.    20

PLEASE NOTE: Facsimile Signature and seal are printed pursuant to Section 11-A, Domestic Relations Law of New York

Michael McSweeney
City Clerk of the City of New York

**Exhibit 3**

a 1-2158
c. 9-1-72)T

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

**AFFIDAVIT**

RE: UZAMERE, GODWIN E                    FILE NO. A 24 027 264
ECUTED AT SCC HEARI ST BRLYN            DATE 8/12/80
are the following officer of the U.S. Immigration and Naturalization Service RE FONZO

in ENGLISH              language    I understand

CHERYL DENISE UZAMERE NEE DUNCAN acknowledge that the above named officer
... identified himself to me as an officer of the United States Immigration and Naturalization Service,
authorized by law to administer oaths and take testimony in connection with the enforcement of the
immigration and Nationality laws of the United States. He has informed me that he is going to take
my sworn statement regarding my marriage & Godwin E Uzamere

He has told me that my statement must be freely and voluntarily given and has advised me of these
rights:
"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative
proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have
him with you during questioning.
If you can not afford a lawyer, one will be appointed for you before any questioning if you
wish.
If you do de to answer questions now without a lawyer present, you will still have the
right to stop answering at any time. You also have the right to stop answering at any time
until you talk to a lawyer."
I am willing to make a statement without anyone else being present. I swear that I will tell the truth,
the whole truth, and nothing but the truth, so help me God.
Being duly sworn, I make the following statement: My true and correct

name is cheryl Denise Uzamere nee Duncan and

I am a native and citizen of the United

States born in New york City on May 31, 1959.

On November 31, 1979 I married Godwing

E. Uzamere in Brooklyn, New york and filed

an 1-130E application in his behalf on December

18, 1979. at ... then I used to

will draw this application ... then am

any Immigration benefits that may be 25

22

CUANO

attained by it. *I have* never lived together as many + wife with Godwin Uzanere. We have always maintained separate residences and it is obvious to me that he married me, only to become a legal permanent recipient of the United States. I have not seen Godwin & Uzanere for at least the last nine months and I do not know where he is living at this time. I believe he is attending classes at Pratt University in Brooklyn, New York, just county. say for sure. He had been registered there under the name Uzanere in 1979. The Nadia Merzliakow, Foreign Student Advisor, Pratt University, Tell me that she knew of Godwin but not as an f-1 student and that he would obout agree to the school. I again state that I desire to withdraw and cancel the I-130E application that I filed on behalf of Godwin Uzanere. I fully intent to obtain a divorce from his as soon as possible. I have never lived with him as his wife ever since our marriage.

Sheryl F. Uyomere

Exhibit 4

23

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------X        Index No.  26332/07

CHERYL D. UZAMERE,

                              Plaintiff,

-against-                                          AFFIRMATION

SENATOR EHIGIE EDOBOR UZAMERE

                              Defendants.
----------------------------------------X

    Eugene C. Uzamere, an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms to the following under penalties of perjury:

1.    I am an attorney at the law office of Uzamere & Associates, PLLC., and appear on behalf of the respondent, Senator, Ehigie Uzamere. I am fully familiar with the facts and circumstances herein contained. My knowledge and information is based on the records maintained by my office and communications with my client.

2.    The affirmation is submitted in reply to the plaintiff's order to show cause and in support of the defendant's motion to dismiss this case.

3.    The facts of this case as presented by the plaintiff are misguided, inaccurate, malicious and fraudulent.

4.    Although the plaintiff claims that she was married to Senator Ehigie Edobor Uzamere, on November 21, 1979, She was in fact married to the defendant's Cousin, Godwin E. Uzamere who is also known as Godwin Ehigie Uzamere. *(See Affidavit of Godwin Uzamere, attached hereto as Exhibit "A")*.

5.    At the time of the purported marriage, the defendant was not present in the United States. A fact, that is confirmed by the plaintiff's own investigation when she asserts in one of her subsequently dismissed Federal Court complaints that she was informed by the United States Immigration and Naturalization Service that, "Ehigie Edobor Uzamere entered the port of New York, New York on January 28, 1980 as a lawful permanent resident." *A copy of the plaintiff's Federal Court Complaint and subsequent determination are attached as Exhibit "B"*.

6.    Godwin Uzamere, never resided with the plaintiff as husband and wife and had in fact severed their relationship because of the plaintiff's unprovoked, incessant and irrational outbursts. *See Godwin Affidavit EXHIBIT "A"*

7.    Godwin in his affidavit asserts that he has remained ambivalent as to the paternity of the plaintiff's Adult child, Tara Uzamere.

24

i. The plaintiff who has openly professed her mental illness is also delusional and outlandish in her claims. The following are a few examples of her outlandish claims:

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law).

b. That Judge Prus made decisions on the case based on his bias and corruption. See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".

c. That during the preliminary conference held on September 2nd 2008, I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of Custody Visitation and Child support where resolved. She has since filed a Family Offense Petition in family court based on these facts. Attached as Exhibit "D" is a copy of the signed preliminary conference order and Exhibit "E" is a copy of the Family offence Petition filed in family court.

However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the plaintiff raised any concerns she had about the stipulation before she signed it.

d. The plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. See EXHIBIT "D"

5. The plaintiff whose primary motivation appears to be her loathing of the Usameres and her desire to get rich should address her child and spousal support claims to the proper defendant.

6. The plaintiff appears to be motivated by her desire to get money from senator Usamere

Therefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
       October 5th 2008


Eugene Usamere

881 Watson Avenue,
Bronx, New York 10472
18-409-3389
18-504-5326



# IN THE HIGH COURT OF JUSTICE
## EDO STATE OF NIGERIA
### IN THE BENIN JUDICIAL DIVISION
### HOLDEN IN BENIN

INDEX NO. 26332/07

CHERYL D. UZAMERE      •    •    •     **PLAINTIFF**

V

SENATOR EHIGIE EDOBOR UZAMERE •   •     •     **DEFENDANT**

## FURTHER COUNTER AFFIDAVIT

I, Godwin. E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Ewoka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1. That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2. That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3. When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4. I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5. The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated

26

6.  I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7.  As indicated by my Application for social security number, and my social security number 129 - 64 - 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "G₁" and "G₂".

8.  To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "G₃" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9.  The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiffs new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the percular circumstance of this case

12. That I depose to this Affidavit bonafide.

_Ehigie Uzamere_
Godwin Uzamere

**SWORN TO AT THE**
**HIGH COURT REGISTRY,**
**BENIN CITY. THIS ......... DAY**
**OF ................. 2008**

**BEFORE ME**

**COMMISSIONER FOR OATH.**

**Your Social Security Number**

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

Insert Sameone Number

Keep this stub as a record of your number

BBBahn & wLAdBB
399 GLASVBN avd AP7 3
BBBBL Wb Mn 33/86

**Your Social Security Card**

Theneds the card before and sign is immediate
Corry it on same phone on wallet. Keep the on
a left with other personal objects

AIE ECONO......





**Exhibit 5**

TTSGM   11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____X

Cheryl D. Uzamere

            Plaintiff,

   -against-

~~Senator~~ Ehigie Edobor Uzamere also known as
"Godwin" Uzamere

            Defendant

Index No. 26332-07

**AFFIDAVIT**

_____

STATE OF NEW YORK     )
                   ) ss.
COUNTY OF KINGS     )

I, Tara A. Uzamere, being duly sworn, depose and say that:

1)    I am the daughter of the Plaintiff and the Defendant in the above entitled action.

2)    I make this Affidavit based on the following facts:

3)    That the Plaintiff has always told me that Defendant is my father ever since I was a child.

4)    That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

5)    That I took a photograph of the Defendant during the aforesaid visit, photograph taken at JFK Airport is hereby attached as **Exhibit A**.

6)    That on the day that I first met the Defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

7)    That on the aforesaid day the Defendant openly and notoriously introduced himself to Eusi as my father.

8)    That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street.

9)    That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

10)    That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11) That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12) That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13) That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father

14) That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15) That Wellington Uzamere referred to the Defendant as "Ehigie."

16) That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as **Exhibit B.**

17) That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as **Exhibit C.**

18) That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as **Exhibit D.**

19) That before 2004 the Defendant never visited me, never celebrated a birthday with me, never kissed me, never told me he loved me, never wiped away my tears, never talked to me about God, never attended a house of God with me, never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman, never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me, never held my hand, never walked with me, never sat me on his lap, never played games with me, never took me to the movies; never picked me up, never gave me a hug, never attended a school meeting with my teachers, never visited me in the hospital, never told me he was proud of me, never accompanied me to a father-daughter dance, never attended a graduation, never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth, never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20) That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

32

is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am, that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test

21)    That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college. PELL grant rejection information is attached at **Exhibit E.**

22)    That I am willing to submit myself for honest DNA testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendant's age and date of birth and identity, see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as **Exhibit F**

**WHEREFORE,** in that the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family, that this Court grant the Plaintiff's lawful and just request to dismiss attorney Esagene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this 27th day
day of October, 2008

_Tara A. Ozamere_
Tara A. Uzamere

_____
Notary Public

TONIFU NECKSTALL
Notary Public - State of New York
NO. 01NE6156576
Qualified in Kings County
My Commission Expires ___

Notary Public

**Exhibit 6**

At a Special Term, Part 5G, of the Supreme Court of the State of New York, held in and for the County of Kings, at a Courthouse located at 360 Adams Street, on the 12th day of May, 2009.

P R E S E N T  HON. JEFFREY S. SUNSHINE
J. S. C.

---------------------------------------------------

CHERYL D. UZAMERE,

Index No. 26332/2007

Plaintiff,

-against-

DECISION & ORDER

SENATOR EHIGIE UZAMERE
also known as "GODWIN" UZAMERE,

Defendant.

---------------------------------------------------

On January 12, 2009, this court set the issue of whether the parties were married to each other on November 21, 1979, in the State of New York. The hearing was scheduled for March 30, 2009. Thereafter defendant's counsel moved by order to show cause to be relieved as counsel. By order of this court dated March 30, 2009, on plaintiff's consent and defendant's default, defendant's counsel was relieved and a stay of the action was granted to enable defendant to obtain new counsel in accordance with CPLR 321 (c). The hearing was adjourned to today at 9:30 a.m.

Today at 10:35 a.m. defendant was declared in default for failure to appear at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds that he is not the husband of the plaintiff is denied in its entirety. The defendant is the

34

husband in conformity with the parties marriage on November 21, 1979.  Plaintiff is

directed to serve a copy of this decision and order and serve and file a note of issue,

forthwith, with proof of mailing by regular international mail and overnight international

mail for a trial on all issues within this matrimonial action to be held before this court on

July 7, 2009, at 9:30 a.m.

This shall constitute the decision and order of the court.

ENTER FORTHWITH.

_____
JEFFREY S. SUNSHINE
J. S. C.

MAY 12 2009

cd

**Exhibit 7**

REVIEW OF COMPLAINT REGARDING ATTORNEY ALLEN S. KAYE
BY CHERYL DUNCAN

Uzamere and Duncan married in 10/79  DOB 6/15/55
Duncan filed I-130/485 obo Uzamere in 11/79
Uzamere filed for advance parole because father died in Nigeria in 12/79
Different father name than below
Duncan withdrew I-130 8/6/80
Written statement at her home on 8/12/80
Duncan called office to indicate she did not want Uzamere deported until she obtained
child support and refused to give his current address

Meanwhile
USC stepmother filed I-130 for Uzamere 12/77
Approved 12/78
Visa approved 1/80  DOB 12/31/60
*** IR2 fraudulently obtained because he was married at the time.

Compare fingerprint cards between the two files

NOTE: as far as preliminary inquiry regarding Allen Kaye – there is no indication that
he facilitated a fraud. File reveals that Duncan signed I-130 in the name she knew her
husband to have, it was filed, he failed to appear for two interviews and she withdrew
initially orally and then in writing. There is no indication that Uzamere obtained any
status via his interaction with Allen Kaye.

Uzamere later obtained status via his USC stepmother – and that law firm was retained
AFTER the filing of the petition after there had been no action for a year

36

U. S. Department of Homeland
Security
70 Kimball Avenue, Room 103
S. Burlington, Vermont 05403



**U.S. Citizenship and
Immigration Services**

January 6, 2009

**CONFIDENTIAL**

Cheryl D. Uzamere
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208

Dear Ms. Uzamere:

This office has completed its review of the complaint of professional misconduct that you filed against Alan E. Kaye, Esquire. The matter is confidential at this stage in accordance with the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), except for necessary disclosures in the course of conducting a preliminary inquiry. U. S. Citizenship and Immigration Services ("USCIS") has authority to conduct a preliminary inquiry of complaints of criminal, unethical, or unprofessional conduct in matters before USCIS.

In your June 9, 2008 complaint, you allege that Alan E. Kaye "colluded with my husband, the now Senator Ehigie Edobor Uzamere to submit a marriage certificate with the fictitious name "Godwin Uzamere; in order to avoid paying child support, and three years later, in order to hide the 2nd marriage that my husband contracted in the United States." The acts that you allege constitute a violation of the Rules of Professional Conduct for Practitioner occurred in the course of representation by an attorney associated with Mr. Kaye in connection with a petition for an immediate relative filed by you with the Immigration and Naturalization Service ("INS") in 1979. The New York Departmental Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department considered these allegations in 2003 and determined that no further action was warranted.

After a careful and thorough review of your complaint, I do not find clear and convincing evidence of an ethical violation of the Rules on the part of Mr. Kaye. No further action will be taken with regard to your complaint.

Sincerely,

Rachel A. McCarthy
Bar Counsel

www.dhs.gov

37

**Exhibit 8**

| |
|---|
| **Uzamere v Uzamere** |
| 2009 NY Slip Op 09214 [68 AD3d 855] |
| December 8, 2009 |
| Appellate Division, Second Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, February 10, 2010 |

| |
|---|
| **Cheryl D. Uzamere, Appellant,**<br>v<br>**Ehigie Edobor Uzamere, Respondent.** |

—[*1] Cheryl D. Uzamere, Brooklyn, N.Y., appellant pro se.

In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant and for an award of child support, and directed a hearing on the issue of whether the parties were in fact married.

Ordered that the appeal from so much of the order as directed a hearing is dismissed, without costs or disbursements, on the ground that no appeal lies as of right from an order directing a hearing and leave to appeal has not been granted (see *Bernadette Panzella, P.C. v DeSantis*, 36 AD3d 734 [2007]); and it is further,

Ordered that the order is affirmed insofar as reviewed, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (see *Matter of Winokur v Winokur*, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.

38

**Exhibit 9**



U.S. Department of Homeland Security
P.O. Box 648000
Lee's Summit, MO 64064-8000

**U.S. Citizenship
and Immigration
Services**

June 12, 2009

NRC2000023721

Cheryl D. Ummere
1209 Loring Avenue, Apt 6B
Brooklyn, NY 11208

Dear Cheryl D. Ummere:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 18, 2008, regarding the subject: Ehigie Edobor Ummere.

We have completed the review of all documents responsive to your request and have identified 29 pages which are responsive to your request. Enclosed are 26 pages released in their entirety, and 3 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

> ❑ Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, FOIA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending matter, you must address these issues with your nearest district office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

*[signature]*

T. Diane Cejka
Director

Enclosure(s)



26 Federal Plaza
New York, New York 10278

A35 201 234

February 10, 1984

Cheryl Ussmere
102 Eastern Parkway, 3B
Brooklyn, N.Y. 11225

Dear Madam:

I have considered the reason (child support proceedings) you gave in your request for the address of Mr. Whiglo Didder Ussmere, and I have determined that the overriding public interest for disclosure outweighs Mr. Ussmere's right to privacy.

On January 28, 1989, Mr. Ussmere gave his address as: 301 Amboy Street, Brooklyn, New York 11212.

Sincerely,

(b)(6)

2

40



26 Federal Plaza
New York, New York 10278

A?4 027 764

JUN 16 1981

Cheryl Travers
300 Naval Street
Brooklyn, N.Y. 11217

Dear Sir:

Reference is made to the visa petition you filed on June 18, 1979 in behalf of Godwin E. Travers to accord him preference status as the spouse of a citizen of the United States.

In view of your statement dated June 18, 1979 withdrawing the visa petition, the petition is rendered void and has no force or effect.

Very truly yours,

J.

John J. Gaffney
Acting District Director
New York District

cc: Allen E. Kaye PC
233 B'way ...

20

41

**Exhibit 10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL D. UZAMERE,

                        Plaintiff,                           19-CV-9064 (CM)

            -against-
                                                    ORDER OF DISMISSAL AND
THE STATE OF NEW YORK, et al.,                       TO SHOW CAUSE UNDER
                                                       28 U.S.C. § 1651
                        Defendants.

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, appearing *pro se*, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants participated in a massive conspiracy to deprive her of her rights. By order dated October 1, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP). The Court dismisses the complaint for the reasons set forth below. Within thirty days of the date of this order, Plaintiff must submit a declaration setting forth good cause why the Court should not impose a bar order.

### STANDARD OF REVIEW

The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted).

**Exhibit 11**

42



**If this is an emergency, call 911.**

\* = Required Fields

Thank you, your submission has been received.

# I. Your information

First name:

Cheryl

Last name:

Uzamere

Email:

cuzamere@netzero.net

example@email.com

Phone number:

718-764-3372

(555-555-5555)

Where are you reporting from?*

Inside the U.S.

Outside of the U.S.



6/21/2021                                    ICE Tip Form | ICE

Gang Related

Human Rights Violators

Human Smuggling

Human Trafficking (Forced Labor/Slavery)

Immigration Telefraud

Intellectual Property Rights

Narcotics Smuggling

Terrorism Related

Trade Exportation Violation

Trade Importation Violation

Weapons Smuggling

Other (i.e., COVID-19 Fraud, Illegal Immigration, etc.)

Other:*

Facilitation of Immigration/marriage/identity fraud

If "Other", please explain:

## Location of Criminal Activity (if known)

**Street Address:**

(line 1):

0931 161st Street

(line 2):

Suite 830

City:



Brooklyn

State: *

New York

Zip Code:

11208

## III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

### Information about business/company

Business/Company Name: *

Law Office of Austin Isuwa Idahen

Business's Street Address

**Street address:**

(line 1): *

8931 161st Street

(line 2):

Suite 810

This complaint is uploaded to https://bit.ly/3j1132l.

On 11/20/1979, my husband, Ehigie Edobor Uzamere engaged in immigration marriage/identity fraud. The identity issue was resolved by C. Diane Cejka by FOIA Request No. NRC2008023721 regarding A35 201 224 and A24 027 764; by Rachel McCarthy, former Bar Counsel for USDHS/USCIS and by U.S. District Court Judge Colleen McMahon.

On May 28, 2021, Austin Idehen facilitated identity fraud at my husband's behest by claiming that Ehigie is not my husband, and by implying that I am psychotic, something that my husband and Osato E. Uzamere tried in the past.

The felonies that Mr. Idehen committed during the court case are:

1) 42 U.S.C. § 1983, Violation of Civil Rights;
2) 18 U.S.C. § 1964, Civil Action for RICO;
3) 28 U.S.C. § 1350 Alien Action for Tort/Torture Victim Prot. Act.
4) 34 U.S.C. § 12291, Violence against Women Act.

I will file a federal lawsuit against him and others in July (see https://bit.ly/2TQTeyO).

7 characters remaining

Did you have additional businesses/individuals to report on?*

Yes

No

**PRIVACY NOTICE**

**Authority**: The collection of information that you provide in this web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. § 1103; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code; 19 U.S.C. § 1589a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301; and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's public website, available at www.ice.gov/site-policies.

**Exhibit 12**

46

FAMILY COURT OF THE STATE OF NEW YORK
CITY OF NEW YORK: COUNTY OF KINGS

CHERYL UZAMERE

Petitioner,

-against-

ENIGIE UZAMERE

Respondent.

File No.: 135121
Docket No.: F-06004-30

AFFIDAVIT OF ENIGIE UZAMERE

ENIGIE UZAMERE, being duly sworn, deposes and says:

1)  I am RESPONDENT in this matter.

2)  I make this affidavit in support of the instant Motion to Dismiss this bogus claim by petitioner.

3)  I have reviewed this action filed by my attorney and the facts and exhibits therein are true to the best of my knowledge.

WHEREFORE, I request that the court grant the relief requested, and such other and further relief the court finds just and proper.

Dated: April 11, 2022

ENIGIE UZAMERE

On the 21st day of April , 2022, before me, the undersigned, personally appeared ENIGIE UZAMERE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

My Commission Does Not Expire

U.S. Embassy Abuja,

Nigeria.

47



48



## cuzamere@netzero.net

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Monday, July 04, 2022 2:09 PM |
| **To:** | 'AD1-AGC-newcomplaints@nycourts.gov' |
| **Cc:** | 'marsha_curtis@fd.org'; 'aaharris@nycourts.gov'; 'austin@idehenlaw.com'; 'nyoag.nycpdf@ag.ny.gov'; 'annasternesq@aol.com'; 'elliot@elliotgreenlaw.com'; 'kings_part22@nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'benjamin.torrance@usdoj.gov'; 'uzalaw@gmail.com'; 'ehigieuzamere@yahoo.com'; 'AbujaACS@state.gov'; 'LagosACS@state.gov'; 'PassportVisaFraud@state.gov'; 'BridgetownPublicAffairs@state.gov'; 'ogc@hq.dhs.gov'; 'dhs-oig.officepublicaffairs@oig.dhs.gov'; 'AskDOJ@usdoj.gov'; 'kings_part22 @nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'manhattanfamilycourt@nycourts.gov'; 'bronxfamilycourt@nycourts.gov'; 'QueensFamilyCourt@nycourts.gov'; 'michael.ginns@acf.hhs.gov'; 'shantel.mickens@acf.hhs.gov'; 'secretary@hhs.gov'; 'krista.rock@otda.ny.gov'; 'calhounm@dss.nyc.gov'; 'nyoag.nycpdf@ag.ny.gov'; 'pressoffice@law.nyc.gov'; 'Kaconway@law.nyc.gov'; 'recruitment@law.nyc.gov'; 'robert.charrow@hhs.gov'; 'Brenna.Jenny@hhs.gov'; 'william.chang@hhs.gov'; 'Stacy.Amin@fda.hhs.gov'; 'Sean.Keveney@hhs.gov'; 'Daniel.Barry@hhs.gov'; 'Elizabeth.Gianturco@hhs.gov'; 'James.Lawrence@hhs.gov'; 'kyle.brosnan@hhs.gov'; 'jonah.hecht@hhs.gov'; 'john.strom@hhs.gov'; 'Buddy.Frye@hhs.gov'; 'Arlene.lyles@hhs.gov'; 'Aleta.Conner@hhs.gov'; 'Tracey.Mullins@hhs.gov'; 'executive.office@chase.com'; 'stacey.friedman@jpmorgan.com'; 'AD2-GRV2@nycourts.gov'; 'AD1-AGC-newcomplaints@nycourts.gov'; 'DRS.PRA@usdoj.gov'; 'ogc@hq.dhs.gov'; 'ogc@hq.dhs.gov'; 'VTFPD@fd.org'; 'VTFPD@fd.org'; 'uscis.foia@uscis.dhs.gov'; 'Kathy.Marks@health.ny.gov'; 'psynmoie@cityclerk.nyc.gov'; 'eugenia.cowles@usdoj.gov'; 'cjc@cjc.ny.gov'; 'info@nigeriaembassyusa.org'; 'publiccomplaints@nigeriaembassyusa.org' |
| **Subject:** | Complaint to the New York State Grievance Committee for the First Judicial Department |
| **Attachments:** | Findings of Fact dated June 27, 2022.pdf; Cheryl D. Uzamere v. Ehigie Edobor Uzamere Certified Order of Spousal Support.pdf; Uzamere v. Uzamere -- Harvey Shapiro Affirmation.pdf; Uzamere v. Uzamere -- Allen E. Kaye Affirmation.pdf |



## AFRICAN DIASPORAL ENTERPRISES
### African History Month is Every Month!

**Cheryl D. Uzamere**
**Sole Proprietor**
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
cheryl.uzamere@africandiasporalenterprises.net

1

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

## NEW YORK STATE DEPARTMENTAL GRIEVANCE COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT

|  |  |  |
|---|---|---|
| In the Matter of the Proceeding Pursuant to the New York Lawyer's Code of Professional Responsibility in Relation to | ) ) ) |  |
|  | ) |  |
| 1. **BENJAMIN TORRANCE, ESQ.,** Individually, Tortiously and Criminally Liable Assistant U.S. Attorney, U.S. Attorney's Office for the Southern District of New York, U.S. Attorney General's Office; | ) ) ) ) ) ) |  |
|  | ) |  |
| 2. **LETITIA JAMES, ESQ.,** Individually, Tortiously and Criminally Negligent in Her Official Capacity as New York State Attorney General; | ) ) ) ) |  |
|  | ) |  |
| 3. **OREN L. ZEVE, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Managing Solicitor General, New York State Attorney General's Office; | ) ) ) ) ) |  |
|  | ) |  |
| 4. **ALLEN E. KAYE, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Immigration Attorney; | ) ) ) |  |
|  | ) |  |
| 5. **HARVEY SHAPIRO, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Immigration Attorney; | ) ) ) |  |
|  | ) |  |
| Respondents. | ) |  |

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1. That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

2. Respondents were and continue to be lawyers registered with the New York State Supreme Court, Appellate Division, First Judicial Department, New York State Unified Court System.

## JURISDICTION

3. This Committee has jurisdiction over the illegal acts and omissions of the respondents as they pertain to the New York State Unified Court System Part 1200, Rules of Professional Conduct.

4. According to the New York Lawyer's Code for Professional Responsibility, a lawyer or law firm shall not:

    a) Violate a Disciplinary Rule.

    b) Circumvent a Disciplinary Rule through actions of another.

    c) Engage in illegal conduct that adversely reflects on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

    d) Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

    e) Engage in conduct that is prejudicial to the administration of justice.

    f) Unlawfully discriminate in the practice of law, including in hiring, promoting, or otherwise determining conditions of employment, on the basis of age, race, creed, color, national origin, sex, disability, marital status, or sexual orientation.

    g) Engage in any other conduct that adversely reflects on the lawyer's fitness as a lawyer.

    h) A lawyer shall not accept employment on behalf of a person if the lawyer knows or it is obvious that such person wishes to:

    i) Bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.

    j) Present a claim or defense in litigation that is not warranted under existing law, unless it can be supported by a good faith argument for an extension, modification, or reversal of existing law.

3

k)     A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

l)     The lawyer knows, or it is obvious that the client is bringing the legal action, conducting the defense, or asserting a position in the litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

m)     The lawyer knows, or it is obvious that continued employment will result in violation of a Disciplinary Rule.

n)     A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.

o)     A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.

## STATEMENTS OF FACT

5.     I am the wife of Ehigie Edobor Uzamere.

6.     Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

7.     Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

8.     The issues regarding Ehigie Edobor Uzamere as my husband was resolved by the default decision of Respondent Jeffrey S. Sunshine on May 12, 2009.

4

9.     The decision affirming Respondent Sunshine's decision was rendered on December 8,

2009. The decision is published with the New York State Law Reporting Bureau. It can be found at

https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

10.     In the decision of the late Justice Arthur M Schack regarding the lower New York State

Supreme   Court   Case,   *Cheryl  D.  Uzamere  v.  Ehigie  Edobor  Uzamere,  et  al,*   K-18012,

(https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-*

*of-Moser*-based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding*

decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second
> by defendant GLADSTEIN, and the third by defendant ROSTANSKI, they all move to
> dismiss plaintiff UZAMERE's complaint, pursuant to various subsections of CPLR Rule
> 3211. Defendants claim that plaintiff UZAMERE's claims are barred: by *res
> judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211 (a) (5); by *lack of personal
> jurisdiction because of improper service of the instant verified complaint*, pursuant to
> CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be
> granted*, pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation,
> pursuant to CPLR Rule 3211 (a) (5)*.
>
> ...Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res
> judicata.* (CPLR Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442,
> explains that:
>
> > The doctrine of res judicata is designed to put an end to a matter once duly
> > decided. It forbids relitigation of the matter as an unjustifiable duplication, an
> > unwarranted burden on the courts as well as on opposing parties. Its main
> > predicate is that the party against whom it is being invoked has already had a
> > day in court, and, if it was not satisfactory, the proper course was to appeal the
> > unsatisfactory result rather than ignore it and attempt its relitigation in a separate
> > action.

11.     In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for

Motion #5, Support Magistrate Harris' decision criminally and idiotically states:

> Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata.*
> Petitioner has presented an Order Of Dismissal and To Show Cause issued by the United
> States District Court Southern District of New York on October 15, 2019, in which Colleen
> McMahon, Chief United Stated District Judge, writes, "Plaintiff, appearing pro se, brings
> this action arising from her 1979 marriage to and subsequent abandonment by her husband,
> Ehigie Edobor Uzamere"...Although Petitioner has submitted a counter-affidavit dated
> October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he
> is Petitioner's legal husband* and the signature contained therein is similar to the signature
> contained in the Affidavit and Application For License To Marry submitted to the Office
> of the City Clerk- Marriage License Bureau on or around November 20, 1979 which
> Petitioner holds to be her legal husband's "real" signature. This signature is different from

5

that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of
the motion to dismiss.

## LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

12.    I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained,

and/or have conspired to uphold the decision rendered by Support Magistrate Harris by corrupt means; said

corrupt means facilitated by the respondents' lack of faithfulness in enforcing CPLR Rule 3211(a)(5)

regarding the New York State Supreme Court Appellate Division Second Judicial Department's published

decision that affirmed Ehigie Edobor Uzamere's identity as my husband. Furthermore, I allege that

Respondents' refusal to facilitate my acquisition of the U.S. Citizenship and Immigration Service regarding

information contained in Ehigie Edobor Uzamere's USCIS File Nos. A35 201 224 and A24 027 764 that I

received from former Bar Counsel Rachel Rothstein McCarthy and T. Diane Cejka of the U.S. Citizenship

and Immigration Service regarding Ehigie Edobor Uzamere's identity as my husband. Instead, the

respondent's continued refusal to facilitate my acquisition of any information regarding Ehigie Edobor

Uzamere's birth identity facilitates Support Magistrate Harris' criminal rendering of procure her corrupt

decision; and aids and abet the illegal relitigating of the issue regarding my husband's identity that was

litigated in my favor thirteen (13) years ago.

13.    The respondents' tortious/criminal acts, in concert with the tortious/criminal acts of judges

against whom I have filed a complaint is a textbook violation of *Chevron Corp. v. Donziger, 974 F. Supp. 2d

362* states:

> The issue here is not what happened in the Orienté more than twenty years ago and who, if
> anyone, now is responsible for any wrongs then done. It instead is whether a court decision
> was procured by corrupt means, regardless of whether the cause was just. An innocent
> defendant is no more entitled to submit false evidence, to coopt and pay off a court-
> appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger
> and his clients had a just cause—and the Court expresses no opinion on that—they were
> not entitled to corrupt the process to achieve their goal.
>
> Justice is not served by inflicting injustice. The ends do not justify the means. There is no
> "Robin Hood" defense to illegal and wrongful conduct...Indeed, one Ecuadorian legal
> team member, in a moment of panicky candor, admitted that if documents exposing just

6

part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

14.     It is clear that both the late New York State Justice Arthur Schack's and Support Magistrate Harris' reference to the Seventh Amendment-inspired doctrine of *res judicata* is proof of their understanding the subject legal doctrine; a well as the faithfulness required to properly enforce the subject doctrine. Support Magistrate Harris' glaring lack of faithfulness to the law by surreptitiously supplanting the *published* decision rendered by the New York State Supreme Court Appellate Division, Second Judicial Department with the *unpublished, lower New York State Supreme Court decision* infested with the contradictory ramblings of a corrupt judge who is not missed by this Petitioner is evidence of a lack of faithfulness to the law.

15.     By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

*A lawyer must not engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.*

16.     The term "the law" as referenced above speaks to the 1) the U.S. Constitution; 2) the New York State Constitution; 3) Title 22 of the New York Codes, Rules and Regulations, Sec. 100.3, Judicial Conduct;

and 4) the New York State Consolidated Laws, which includes Civil Practice Law and Rules, Rule 3211 (a)(5):

> the cause of action may not be maintained because of arbitration and award, collateral estoppel, discharge in bankruptcy, infancy or other disability of the moving party, payment, release, res judicata, statute of limitations, or statute of frauds

## AS AND FOR A SECOND OF ACTION

*A lawyer shall not bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.*

17.     I allege that the respondents by their actions brought or conspired to aid and abet the filing of false defenses regarding the identity of my husband, Ehigie Edobor Uzamere to harass and injure me.

## AS AND FOR A THIRD CAUSE OF ACTION

*A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.*

18.     I allege that the respondents by their actions failed to report the knowledge of fellow lawyers'

false use of the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

## AS AND FOR A FOURTH CAUSE OF ACTION

*A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.*

19.     I allege that the respondents by their actions failed to report the knowledge of judges' (who are

also lawyers) false use of the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

20.     Based on the foregoing I allege that the respondents, both severally and jointly violated New

York State Unified Court System Rules of Professional Conduct; and that said violation renders them

individually, tortiously and criminally liable in their official capacities as lawyers duly licensed by the State

of New York as officers of the New York State Unified Court System because of their failure to take

appropriate action against the respondents for the glaring display of lack of faithfulness regarding the

enforcement of CPLR Rule 3211(a)(5) *res judicata* mandate in the New York State Supreme Court decision

2009 NY Slip Op 09214 [68 AD3D 855] in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere* that

acknowledges that Ehigie Edobor Uzamere is my husband.

21.     I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie*

*Edobor Uzamere, USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24*

*027 764 and Various Known And Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a*

*Victim-Humiliation-Producing Sexually Sadistic Hate Group* (https://bit.ly/3JU0gLW), the respondents who,

along with the State of New York are listed as defendants in the subject federal lawsuit called into question

my right to enforce the following constitutional mandates and federal statutes:

Constitutional Provisions

a)     Commerce Clause;

8

b)     First Amendment;

     i)    Freedom of Expression;

     ii)    Petition the government for a redress of grievances;

     iii)   Establishment Clause;

     iv)   Free Exercise Clause;

c)     Fifth Amendment;

d)     Seventh Amendment;

e)     Thirteenth Amendment;

f)     Fourteenth Amendment;

U.S. Supreme Court Case Law Provisions

a)     *Precision Instrument Mfg. Co. v. Automotive Co.,* 324 U.S. 806 (1945)
Clean hands doctrine;

c)     *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
Willful blindness;

d)     *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
Implied cause of action for damages by federal agents;

Federal Statutory Provisions

a)     Social Security Act:

     i)     §452: Duties of the Secretary to establish state standard to collect support;

     ii)    §454 [42 U.S.C. §654]: State plan for child and spousal support;

     iii)   §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

     iv)   §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

     v)     §507 [42 U.S.C. §707]: Criminal penalty for false statements;

     vi)   §508 [42 U.S.C. 708]: Nondiscrimination;

b)     Sherman Antitrust Act, 15 U.S.C. 1, 2;

c)     Marriage fraud, 8 U.S.C. §1325;

d)     Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

    e)      Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

            i)    Civil Rights Act, discrimination based on race and national origin;

            ii)   Americans with Disabilities Act/Rehabilitation Act;

            iii)  Violence against Women Act;

            v) Prevention of Elder Abuse, Neglect and Exploitation;

    f)      Civil Action for RICO, 18 U.S.C. § 1964:

            i)     Section 1512 (relating to tampering with a witness, victim, or an informant);

            ii)   Section 1513 (relating to retaliating against a witness, victim, or an informant);

            iii)  Section 1544 (relating to misuse of passport);

            iv)  Section 1581 (Peonage);

            v)    Section 1591 (Sex trafficking of children by force, fraud, or coercion);

    g)     Section 1622 (subornation of perjury);

    h)     42 U.S.C. § 289c - Research on public health emergencies;

    i)      Stalking (Interstate Domestic Violence); 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

    a)     New York State Penal Law §460.20, Enterprise Corruption;

    b)     New York State Penal Law §485, Hate Crimes;

    c)     New York State Penal Law §195, Official Misconduct;

    d)     New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

    e)     New York State Penal Law §210.15, Perjury in the 1st degree;

    f)     New York State Penal Law §210.10, Perjury in the 2nd degree;

    g)     New York State Penal Law §175.35, Submitting a false for filing;

    h)     New York State Penal Law §175.45, Issuing a false certificate.

    i)      New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a) Defamation;

b) Intentional Infliction of Emotional Distress;

c) Gross Negligence.

22.    I respectfully advise the members of this Committee that they are also defendants in my federal lawsuit. This petition will be presented as an exhibit is the subject federal lawsuit. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully as that this Committee finds that the respondents violated New York State Unified Court System Part Rules of Professional Conduct, and to grant me such other relief as to this Committee may seem just and proper.

Respectfully submitted,

*Cheryl D. Uzamere*

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

**Exhibit 1**



**Exhibit 2**



THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU
**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

*"You must PRINT all answers clearly in blue or black ink only"*

OFFICE USE ONLY

provided
not I

Birth Record
Baptismal Certificate
Passport
Driver's License
School Record
Military I.D.
Immigration Card
Other

## GROOM'S PARENTS CONSENT

Date _____ 197___

A.    This is to certify that we—I who have hereto subscribed our own names do hereby consent that

_____ who is our son who are our son and who is
*Print Groom's Name Clearly*

under the age of 18 years, having been born _____ _____ _____ , shall be united in marriage to
month   day   year

_____ by any clergyman or other person authorized by law to
*Print Bride's Name Clearly*

solemnize marriages.

B.
Subscribed and severally sworn to          X _____
before me on _____ day of                  *Signature of Father or Guardian*

_____ 197__

_____                    X _____
*Swearing Clerk*                              *Signature of Mother or Guardian*

### OFFICE USE

_____

_____

_____

## BRIDE'S PARENTS CONSENT

Date _____ 197___

A.    This is to certify that we—I who have hereto subscribed our—my names do hereby consent that

_____ who is our—my daughter our—my ward and who
*Print Bride's Name Clearly*

is under the age of 18 years, having been born _____ _____ _____ , shall be united in marriage to
month   day   year

_____ by any clergyman or other person authorized by law to
*Print Groom's Name Clearly*

solemnize marriages.

B.
Subscribed and severally sworn to          X _____
before me on _____ day of                  *Signature of Father or Guardian*

_____ 197__

_____                    X _____
*Swearing Clerk*                              *Signature of Mother or Guardian*

### OFFICE USE

_____

_____

_____

14

THE CITY OF NEW YORK
OFFICE OF CITY CLERK
MUNICIPAL BUILDING, BROOKLYN

Nº 20456

Marriage License
No. _11th 25_ 19 79

## Certificate of Marriage

I, _Kenneth H. De Chia_, duly designated by the City Clerk of the City of New York to solemnize marriages, Do Hereby Certify that I did solemnize the rites of matrimony at the Office of the City Clerk, in the Borough of Brooklyn, City of New York, State of New York between

_Godwin E. Uzamere_ of _Benin_

in the County of _Kings_ State of _New York_

AND

_Cheryl Denise Duncan_ of _Brooklyn_

in the County of _Kings_ State of _New York_

in the presence of _Henry de Duston_

and _Habib Bertha_ as witnesses.

Witness my hand this date, _Nov. 21, 19 79_ at the Office of the City Clerk, Borough of Brooklyn, City of New York, State of New York.

_Deputy City Clerk of the City of New York_

---

B-3043-8

THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK
MARRIAGE LICENSE BUREAU

License Number
B-1979-40626

## Certificate of Marriage Registration

This Is To Certify That    GODWIN E. UZAMERE

residing at    249 HOPKINSON Apartment B 14F, BROOKLYN, NY 11233, United States

born on    06/01/1956    at    BENIN, Nigeria

and    CHERYL DENISE DUNCAN    Nee Surname UZAMERE

residing at    330 DUMONT AVENUE Apartment # 1A, BROOKLYN, NY 11212, United States

born on    08/31/1959    at    MANHATTAN New York, United States

## Were Married

11/21/1979    MUNICIPAL BUILDING

By ANIELLO M DEMAIO

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Brooklyn,    February 08,    12
N.Y.    20

PLEASE NOTE: Facsimile Signature and seal are printed pursuant to Section 11-A, Domestic Relations Law of New York.

Michael McSweeney
City Clerk of the City of New York

15

**Exhibit 3**

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

a 1-215B
r. 9-1-72)T

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

**AFFIDAVIT**

RE: UZAMERE, GODWIN E       FILE NO. A 24 022 764

ECUTED AT SCO HERZL ST BKLYN   DATE  RE FONZO
ore the following officer of the U.S. Immigration and Naturalization Service.

to ENGLISH       language      Interpreter      used

CHERYL DENISE UZAMERE NEE DUNCAN acknowledge that the above named officer
has identified himself to me as an officer of the United States Immigration and Naturalization Service,
authorized by law to administer oaths and take testimony in connection with the enforcement of the
Immigration and Nationality laws of the United States. He has informed me that he desires to take
my sworn statement regarding my marriage to Gideon E Uzamere

He has told me that any statement must be freely and voluntarily given and has advised me of these
rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative
proceedings.
You have the right to talk to a lawyer for advice before we ask you any questions and to have
him with you during questioning.
If you can not afford a lawyer, one will be appointed for you before any questioning if you
wish.
If you do ide to answer questions now without a lawyer present, you will still have the
right to stop answering at any time. You also have the right to stop answering at any time
until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth,
the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement: My true and correct
name is Cheryl Denise Uzamere nee Duncan and
I am a native and citizen of the United
States born in New York City on May 31, 1957.
On November 21, 1978 I married Godwin
E. Uzamere in Brooklyn, New York and filed
an I-130E application in his behalf on December
18, 1979. at 12. team I used to
will draw this application and they then en-
any Immigration benefits that may be 25

attained by it. ~~but then~~ I have never lived together as many + wife and Godwin Uzanere. We have always maintained separate residences and it is obvious to me that he married me only to become a legal permanent resident of the United States. I have not seen Godwin Uzanere for at least the last nine months and I do not know where he is living at this time. I believe he is attending classes at Pratt University in B---?---, New York but I cannot say for sure. He had been registered there ~~for~~ under the name EXHIBIT E UZAWERE in 1979. Mrs. Nadia MERZLAKOW, Foreign Student Deputy, Pratt University, told me that she knew of ~~John~~ Godwin but not as an F-1 student and that he owed about $4000 to the school. I again state that I deny or cancel the I-130E application that I filed on behalf of Godwin Uzanere. I fully intent to obtain a divorce from him as soon as possible. I have never lived with him as his + wife ever since our marriage.

_Cheryl P. Uzomere_

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------X      Index No.  26332/07

CHERYL D. UZAMERE,

                              Plaintiff,

-against-                                          AFFIRMATION

SENATOR EHIGIE EDOBOR UZAMERE

                              Defendants.

-------------------------------------------X

Eugene C. Uzamere, an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms to the following under penalties of perjury:

1.    I am an attorney at the law office of Uzamere & Associates, PLLC., and appear on behalf of the respondent, Senator, Ehigie Uzamere. I am fully familiar with the facts and circumstances herein contained. My knowledge and information is based on the records maintained by my office and communications with my client.

2.    The affirmation is submitted in reply to the plaintiff's order to show cause and in support of the defendant's motion to dismiss this case.

3.    The facts of this case as presented by the plaintiff are misguided, inaccurate, malicious and fraudulent.

4.    Although the plaintiff claims that she was married to Senator Ehigie Edobor Uzamere, on November 21, 1979, She was in fact married to the defendant's Cousin, Godwin E. Uzamere who is also known as Godvin Ehigie Uzamere. *(See Affidavit of Godwin Uzamere, attached hereto as Exhibit "A").*

5. At the time of the purported marriage, the defendant was not present in the United States. A fact, that is confirmed by the plaintiff's own investigation when she asserts in one of her subsequently dismissed Federal Court complaints that she was informed by the United States Immigration and Naturalization Service that, "Ehigie Edobor Uzamere entered the port of New York, New York on January 28, 1980 as a lawful permanent resident." *A copy of the plaintiff's Federal Court Complaint and subsequent determination are attached as Exhibit "B".*

6. Godwin Uzamere, never resided with the plaintiff as husband and wife and had in fact severed their relationship because of the plaintiff's unprovoked, incessant and irrational outbursts. *See Godwin Affidavit EXHIBIT "A"*

7. Godwin in his affidavit asserts that he has remained ambivalent as to the paternity of the plaintiff's Adult child, Tara Uzamere.

18

8. The plaintiff who has openly professed her mental illness is also delusional and outlandish in her claims. The following are a few examples of her outlandish claims:

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law).

b. That Judge Prus made decisions on the case based on his bias and corruption. See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".

c. That during the preliminary conference held on September 2nd 2008, I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of custody visitation and child support where resolved. She has since filed a Family Offense Petition in family court based on these facts. Attached as Exhibit "D" is a copy of the signed preliminary conference order and Exhibit "E" is a copy of the Family offense Petition filed in family court.

However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the plaintiff raised any concerns she had about the stipulation before she signed it.

d. The plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. See EXHIBIT "B"

9. The plaintiff whose primary motivation appears to be her loathing of the Uzameres and her desire to get rich should address her child and spousal support claims to the proper defendant.

10. The plaintiff appears to be motivated by her desire to get money from senator Uzamere

Therefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
       October 5th 2008

Eugene Uzamere

851 Watson Avenue,
Bronx, New York 10472
718-409-3189
718-504-5326



## IN THE HIGH COURT OF JUSTICE
## EDO STATE OF NIGERIA
## IN THE BENIN JUDICIAL DIVISION
## HOLDEN IN BENIN

INDEX NO. 26332/07

CHERYL O. UZAMERE     •   •   :     PLAINTIFF

V

SENATOR EHIGIE EDOBOR UZAMERE -   •    •    DEFENDANT

### FURTHER COUNTER AFFIDAVIT

I, Godwin. E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Ewaka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1. That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2. That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3. When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4. I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5. The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated

20

6. I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7. As indicated by my Application for social security number, and my social security number 129 – 64 – 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "$G_1$" and "$G_1$".

8. To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "$G_3$" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9. The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiffs new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the peculiar circumstance of this case

12. That I depose to this Affidavit bonafide.

Godwin Uzamere

**SWORN TO AT THE**
**HIGH COURT REGISTRY.**
**BENIN CITY.** THIS ........... DAY
OF ................. 2008

BEFORE ME

COMMISSIONER FOR OATH.

21



Your Social Security Number

[illegible]

Social Security Number

Keep this stub as a record of your number

[illegible]

Your Social Security Card

Detach the card below and sign it immediately. Carry it in your purse or wallet. Keep the stub with your personal records.

[illegible]

**Exhibit 5**

T7SGM   11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____X

Cheryl D. Ummare

              **Plaintiff,**

-against-

Sammy-Ehigie Edobor Uzamere also known as
"Godwin" Uzamere

              **Defendant**

Index No 26332-07

**AFFIDAVIT**

STATE OF NEW YORK     }
COUNTY OF KINGS      }   ss

I, Tera A. Uzamere, being duly sworn, depose and say that

1)    I am the daughter of the Plaintiff and the Defendant in the above entitled action.

2)    I make this Affidavit based on the following facts

3)    That the Plaintiff has always told me that Defendant is my father ever since I was a child.

4)    That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

5)    That I took a photograph of the Defendant during the aforesaid visit, photograph taken at JFK Airport is hereby attached as **Exhibit A**

6)    That on the day that I first met the Defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant

7)    That on the aforesaid day the Defendant openly and notoriously introduced himself to Eusi as my father.

8)    That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street

9)    That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

10)    That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)    That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12)    That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13)    That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father

14)    That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant

15)    That Wellington Uzamere referred to the Defendant as "Ehigie "

16)    That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as **Exhibit B.**

17)    That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online.  See aforesaid report hereby attached as **Exhibit C.**

18)    That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as **Exhibit D.**

19)    That before 2004 the Defendant never visited me, never celebrated a birthday with me, never kissed me, never told me he loved me, never wiped away my tears, never talked to me about God, never attended a house of God with me, never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman, never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me, never held my hand, never walked with me, never sat me on his lap, never played games with me, never took me to the movies, never picked me up, never gave me a hug, never attended a school meeting with my teachers, never visited me in the hospital, never told me he was proud of me, never accompanied me to a father-daughter dance, never attended a graduation; never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth, never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children

20)    That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

is my father and that being a blood member of the Uzamere clan a blood member of the proud and ancient Edo-Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am, that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test.

21) That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college. PELL grant rejection information is attached at **Exhibit E.**

22) That I am willing to submit myself for honest **DNA** testing to confirm that the **Defendant** is my father if **conditions** can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendant's age and date of birth and identity, see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as **Exhibit F**

**WHEREFORE,** as the the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice **Department's Office** of Violence Against Women, I respectfully ask that this **Court** considers that the Plaintiff is not just pleading for herself but for our entire family, **that this Court** grant the Plaintiff's lawful and just request to dismiss attorney Eugene Uzamere's falsified **affirmation** in its **entirety** **and** to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this 27th day
day of October, 2008

Fara A. Uzamere

Notary Public

IONPU HECKSTALL
Notary Public - State of New York
NO. 01HE6158675
Qualified in Kings County
My Commission Expires 1-15-11

Notary Public

**Exhibit 6**

At a Special Term, Part 5G, of the Supreme
Court of the State of New York, held in and
for the County of Kings, at a Courthouse
located at 360 Adams Street, on the
12th day of May, 2009

P R E S E N T: HON. JEFFREY S. SUNSHINE
J. S. C.
------------------------------------------x

MAY 1 2 2009

CHERYL D. UZAMERE,

Index No. 26332/2007

                                    Plaintiff,

        -against-

                                    DECISION & ORDER

SENATOR EHIGIE UZAMERE
also known as "GODWIN" UZAMERE,

                                    Defendant.
------------------------------------------x

On January 12, 2009, this court set the issue of whether the parties were

married to each other on November 21, 1979, in the State of New York. The hearing was

scheduled for March 30, 2009. Thereafter defendant's counsel moved by order to show

cause to be relieved as counsel. By order of this court dated March 30, 2009, on

plaintiff's consent and defendant's default, defendant's counsel was relieved and a stay of

the action was granted to enable defendant to obtain new counsel in accordance with

CPLR 321 (c). The hearing was adjourned to today at 9:30 a.m.

Today at 10:35 a.m. defendant was declared in default for failure to appear

at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds

that he is not the husband of the plaintiff is denied in its entirety. The defendant is the

husband in conformity with the parties marriage on November 21, 1979. Plaintiff is directed to serve a copy of this decision and order and serve and file a note of issue, forthwith, with proof of mailing by regular international mail and overnight international mail for a trial on all issues within this matrimonial action to be held before this court on July 7, 2009, at 9:30 a.m.

This shall constitute the decision and order of the court.

ENTER FORTHWITH.

JEFFREY S. SUNSHINE
J. S. C.

MAY 12 2009

**Exhibit 7**

REVIEW OF COMPLAINT REGARDING ATTORNEY ALLEN S. KAYE
BY CHERYL DUNCAN

Uzamere and Duncan married in 10/79  DOB 6/15/55
Duncan filed I-130/485 obo Uzamere in 11/79
Uzamere filed for advance parole because father died in Nigeria in 12/79
Different father name than below
Duncan withdrew I-130 8/6/80
Written statement at her home on 8/12/80
Duncan called office to indicate she did not want Uzamere deported until she obtained
child support and refused to give his current address

Meanwhile
USC stepmother filed I-130 for Uzamere 12/77
Approved 12/78
Visa approved 1/80  DOB 12/31/60
*** IR2 fraudulently obtained because he was married at the time.

Compare fingerprint cards between the two files


NOTE: as far as preliminary inquiry regarding Allen Kaye – there is no indication that
he facilitated a fraud. File reveals that Duncan signed I-130 in the name she knew her
husband to have, it was filed, he failed to appear for two interviews and she withdrew
initially orally and then in writing. There is no indication that Uzamere obtained any
status via his interaction with Allen Kaye.

Uzamere later obtained status via his USC stepmother – and that law firm was retained
AFTER the filing of the petition after there had been no action for a year

30

U. S. Department of Homeland
Security
20 Kimball Avenue, Room 100
S. Burlington, Vermont 05403



U.S. Citizenship and
Immigration Services

January 6, 2009

**CONFIDENTIAL**

Cheryl D. Uzamere
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208

Dear Ms. Uzamere:

This office has completed its review of the complaint of professional misconduct that you filed against Alan E. Kaye, Esquire. The matter is confidential at this stage in accordance with the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), except for necessary disclosures in the course of conducting a preliminary inquiry. U. S. Citizenship and Immigration Services ("USCIS") has authority to conduct a preliminary inquiry of complaints of criminal, unethical, or unprofessional conduct in matters before USCIS.

In your June 9, 2008 complaint, you allege that Alan E. Kaye "colluded with my husband, the now Senator Ehigie Edobor Uzamere in order to submit a marriage certificate with the fictitious name "Godwin Uzamere; in order to avoid paying child support, and three years later, in order to hide the 2nd marriage that my husband contracted in the United States." The acts that you allege constitute a violation of the Rules of Professional Conduct for Practitioner occurred in the course of representation by an attorney associated with Mr. Kaye in connection with a petition for an immediate relative filed by you with the Immigration and Naturalization Service ("INS") in 1979. The New York Departmental Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department considered these allegations in 2003 and determined that no further action was warranted.

After a careful and thorough review of your complaint, I do not find clear and convincing evidence of an ethical violation of the Rules on the part of Mr. Kaye. No further action will be taken with regard to your complaint.

Sincerely,

Rachel A. McCarthy
Bar Counsel

www.dhs.gov

31

**Exhibit 8**

| |
|---|
| **Uzamere v Uzamere** |
| 2009 NY Slip Op 09214 [68 AD3d 855] |
| December 8, 2009 |
| Appellate Division, Second Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, February 10, 2010 |

| |
|---|
| **Cheryl D. Uzamere, Appellant,**<br>v<br>**Ehigie Edobor Uzamere, Respondent.** |

—[*1] Cheryl D. Uzamere, Brooklyn, N.Y., appellant pro se.

In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant and for an award of child support, and directed a hearing on the issue of whether the parties were in fact married.

Ordered that the appeal from so much of the order as directed a hearing is dismissed, without costs or disbursements, on the ground that no appeal lies as of right from an order directing a hearing and leave to appeal has not been granted (see *Bernadette Panzella, P.C. v DeSantis*, 36 AD3d 734 [2007]); and it is further,

Ordered that the order is affirmed insofar as reviewed, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (see *Matter of Winokur v Winokur*, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.

**Exhibit 9**

cusam

U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010



**U.S. Citizenship
and Immigration
Services**

June 12, 2009

NRC2000023721

Cheryl D. Uzamere
1209 Loring Avenue, Apt 6D
Brooklyn, NY 11208

Dear Cheryl D. Uzamere:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 18, 2008, regarding the subject: Ehigie Edobor Uzamere.

We have completed the review of all documents responsive to your request and have identified 29 pages which are responsive to your request. Enclosed are 26 pages released in their entirety, and 3 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

◻ Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, FOIA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending matter, you must address these issues with your nearest district office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

*[signature]*

T. Diane Cejka
Director

Enclosure(s)

26 Federal Plaza
New York, New York 10278

A25 201 224

February 10, 1984

Cheryl Ussmero
302 Eastern Parkway, 5B
Brooklyn, N.Y. 11225

Dear Madam:

I have considered the reason (child support proceedings) you gave in
your request for the address of Mr. Eligio Bember Ussmero, and I have
determined that the overriding public interest for disclosure outweighs
Mr. Ussmero's right to privacy.

On January 20, 1989, Mr. Ussmero gave his address as: 301 Amboy Street,
Brooklyn, New York 11212.

(b)(6)

2

34

26 Federal Plaza
New York, New York 10278

A74 027 756

JUN 16 1981

Cheryl Tumaro
200 Haral Street
Brooklyn, N.Y. 11212

Dear Sir:

Reference is made to the visa petition you filed on June 10, 1979 in behalf of
Godolo H. Tumaro to accord him preference status as the spouse of a citizen of
the United States.

In view of your statement dated June 15, 1979 withdrawing the visa petition, the
petition is rendered void and has no force or effect.

Very truly yours,

J.

John J. Gaffney
Acting District Director
New York District

20

35

**Exhibit 10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL D. UZAMERE,

        Plaintiff,

        -against-

THE STATE OF NEW YORK, et al.,

        Defendants.

19-CV-9064 (CM)

ORDER OF DISMISSAL AND
TO SHOW CAUSE UNDER
28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiff, appearing *pro se*, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants participated in a massive conspiracy to deprive her of her rights. By order dated October 1, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP). The Court dismisses the complaint for the reasons set forth below. Within thirty days of the date of this order, Plaintiff must submit a declaration setting forth good cause why the Court should not impose a bar order.

### STANDARD OF REVIEW

    The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted).

**Exhibit 11**



**If this is an emergency, call 911.**

* = Required Fields

Thank you, your submission has been received.

## I. Your information

First name:

Cheryl

Last name:

Uzamere

Email:

cuzamere@netzero.net

example@email.com

Phone number:

718-764-1372

(555-555-5555)

Where are you reporting from?*

Inside the U.S.

Outside of the U.S.



Gang Related

Human Rights Violators

Human Smuggling

Human Trafficking (Forced Labor/Slavery)

Immigration Telefraud

Intellectual Property Rights

Narcotics Smuggling

Terrorism Related

Trade Exportation Violation

Trade Importation Violation

Weapons Smuggling

Other (i.e., COVID-19 Fraud, Illegal Immigration, etc.)

Other:*

Facilitation of immigration/marriage/identity fraud

If "Other", please explain:

## Location of Criminal Activity (if known)

**Street Address:**

(line 1):

8931 161st Street

(line 2):

Suite 810

City:



Brooklyn

State: *

New York

Zip Code:

11208

## III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

### Information about business/company

Business/Company Name: *

Law Office of Austin Ishava Idahou

Business's Street Address

**Street address:**

(line 1): *

8931 161st Street

(line 2):

Suite 810

39

This complaint is uploaded to https://bit.ly/3j11321.

On 11/20/1979, my husband, Ehigie Edobor Uzamere engaged in immigration marriage/identity fraud. The identity issue was resolved by C. Diane Cejka by FOIA Request No. NRC2008023721 regarding A35 201 224 and A24 027 764; by Rachel McCarthy, former Bar Counsel for USDHS/USCIS and by U. S. District Court Judge Colleen McMahon.

On May 28, 2021, Austin Idehen facilitated identity fraud at my husband's behest by claiming that Ehigie is not my husband, and by implying that I am psychotic, something that my husband and Osato E. Uzamere tried in the past.

The felonies that Mr. Idehen committed during the court case are:

1) 42 U.S.C. § 1983, Violation of Civil Rights;
2) 18 U.S.C. § 1964, Civil Action for RICO;
3) 28 U.S.C. § 1350 Alien Action for Tort/Torture Victim Prot. Act.
4) 34 U.S.C. § 12291, Violence against Women Act.

I will file a federal lawsuit against him and others in July (see https://bit.ly/2TQTeyO).

7 characters remaining

Did you have additional businesses/individuals to report on?*

   Yes

   No

**PRIVACY NOTICE**

**Authority**: The collection of information that you provide in this web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. § 1103; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code; 19 U.S.C. § 1589a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301; and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's public website, available at www.ice.gov/site-policies.

**Exhibit 12**

40

FAMILY COURT OF THE STATE OF NEW YORK
CITY OF NEW YORK: COUNTY OF KINGS

CHERYL UZAMERE

      File No.: 135121
      Docket No.: F-06994-30

          Petitioner,

    -against-

      AFFIDAVIT OF EHIGIE UZAMERE

EHIGIE UZAMERE

          Respondent.

EHIGIE UZAMERE, being duly sworn, deposes and says:

1)   I am RESPONDENT in this matter.

2)   I make this affidavit in support of the instant Motion to Dismiss this bogus claim by petitioner.

3)   I have reviewed this action filed by my attorney and the facts and exhibits therein are true to the best of my knowledge.

WHEREFORE, I request that the court grant the relief requested, and such other and further relief the court finds just and proper.

Dated:  April 11, 2022

EHIGIE UZAMERE

On the 21st day of April , 2022, before me, the undersigned, personally appeared EHIGIE UZAMERE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

My Commission Does Not Expire

U. S. Embassy Abuja,

Nigeria.







**cuzamere@netzero.net**

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Monday, July 04, 2022 4:24 PM |
| **To:** | 'AD2-GRV2@nycourts.gov' |
| **Cc:** | 'marsha_curtis@fd.org'; 'aaharris@nycourts.gov'; 'austin@idehenlaw.com'; 'nyoag.nycpdf@ag.ny.gov'; 'annasternesq@aol.com'; 'elliot@elliotgreenlaw.com'; 'kings_part22@nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'benjamin.torrance@usdoj.gov'; 'uzalaw@gmail.com'; 'ehigieuzamere@yahoo.com'; 'AbujaACS@state.gov'; 'LagosACS@state.gov'; 'PassportVisaFraud@state.gov'; 'BridgetownPublicAffairs@state.gov'; 'ogc@hq.dhs.gov'; 'dhs-oig.officepublicaffairs@oig.dhs.gov'; 'AskDOJ@usdoj.gov'; 'kings_part22 @nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'manhattanfamilycourt@nycourts.gov'; 'bronxfamilycourt@nycourts.gov'; 'QueensFamilyCourt@nycourts.gov'; 'michael.ginns@acf.hhs.gov'; 'shantel.mickens@acf.hhs.gov'; 'secretary@hhs.gov'; 'krista.rock@otda.ny.gov'; 'calhounm@dss.nyc.gov'; 'nyoag.nycpdf@ag.ny.gov'; 'pressoffice@law.nyc.gov'; 'Kaconway@law.nyc.gov'; 'recruitment@law.nyc.gov'; 'robert.charrow@hhs.gov'; 'Brenna.Jenny@hhs.gov'; 'william.chang@hhs.gov'; 'Stacy.Amin@fda.hhs.gov'; 'Sean.Keveney@hhs.gov'; 'Daniel.Barry@hhs.gov'; 'Elizabeth.Gianturco@hhs.gov'; 'James.Lawrence@hhs.gov'; 'kyle.brosnan@hhs.gov'; 'jonah.hecht@hhs.gov'; 'john.strom@hhs.gov'; 'Buddy.Frye@hhs.gov'; 'Arlene.lyles@hhs.gov'; 'Aleta.Conner@hhs.gov'; 'Tracey.Mullins@hhs.gov'; 'executive.office@chase.com'; 'stacey.friedman@jpmorgan.com'; 'AD2-GRV2@nycourts.gov'; 'AD1-AGC-newcomplaints@nycourts.gov'; 'DRS.PRA@usdoj.gov'; 'ogc@hq.dhs.gov'; 'ogc@hq.dhs.gov'; 'VTFPD@fd.org'; 'VTFPD@fd.org'; 'uscis.foia@uscis.dhs.gov'; 'Kathy.Marks@health.ny.gov'; 'psynmoie@cityclerk.nyc.gov'; 'eugenia.cowles@usdoj.gov'; 'cjc@cjc.ny.gov'; 'info@nigeriaembassyusa.org'; 'publiccomplaints@nigeriaembassyusa.org' |
| **Subject:** | 2nd Correction: Complaint to the New York State Grievance Committee for the Second Judicial Department -- another attorney added |
| **Attachments:** | Cheryl D. Uzamere v. Ehigie Edobor Uzamere Certified Order of Spousal Support.pdf; Findings of Fact dated June 27, 2022.pdf; Findings of Fact Motion 5 dated June 27, 2022.pdf; Osato Uzamere's Falsified Affirmation.pdf; Resubmission of Falsified Affirmation by Austin Idehen.pdf; Uzamere v. Uzamere -- Jack Gladstein Affirmation.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'AD2-GRV2@nycourts.gov' | |
| | 'marsha_curtis@fd.org' | |
| | 'aaharris@nycourts.gov' | |
| | 'austin@idehenlaw.com' | |
| | 'nyoag.nycpdf@ag.ny.gov' | |
| | 'annasternesq@aol.com' | |
| | 'elliot@elliotgreenlaw.com' | |
| | 'kings_part22@nycourts.gov' | |
| | 'kingsfamilycourt@nycourts.gov' | |
| | 'benjamin.torrance@usdoj.gov' | |

| Recipient | Read |
|---|---|
| 'uzalaw@gmail.com' | |
| 'ehigieuzamere@yahoo.com' | |
| 'AbujaACS@state.gov' | |
| 'LagosACS@state.gov' | |
| 'PassportVisaFraud@state.gov' | |
| 'BridgetownPublicAffairs@state.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'dhs-oig.officepublicaffairs@oig.dhs.gov' | |
| 'AskDOJ@usdoj.gov' | |
| 'kings_part22@nycourts.gov' | |
| 'kingsfamilycourt@nycourts.gov' | |
| 'manhattanfamilycourt@nycourts.gov' | |
| 'bronxfamilycourt@nycourts.gov' | |
| 'QueensFamilyCourt@nycourts.gov' | |
| 'michael.ginns@acf.hhs.gov' | |
| 'shantel.mickens@acf.hhs.gov' | |
| 'secretary@hhs.gov' | |
| 'krista.rock@otda.ny.gov' | |
| 'calhounm@dss.nyc.gov' | |
| 'nyoag.nycpdf@ag.ny.gov' | |
| 'pressoffice@law.nyc.gov' | |
| 'Kaconway@law.nyc.gov' | |
| 'recruitment@law.nyc.gov' | |
| 'robert.charrow@hhs.gov' | |
| 'Brenna.Jenny@hhs.gov' | |
| 'william.chang@hhs.gov' | |
| 'Stacy.Amin@fda.hhs.gov' | |
| 'Sean.Keveney@hhs.gov' | |
| 'Daniel.Barry@hhs.gov' | |
| 'Elizabeth.Gianturco@hhs.gov' | |
| 'James.Lawrence@hhs.gov' | |
| 'kyle.brosnan@hhs.gov' | |
| 'jonah.hecht@hhs.gov' | |
| 'john.strom@hhs.gov' | |
| 'Buddy.Frye@hhs.gov' | |
| 'Arlene.lyles@hhs.gov' | |
| 'Aleta.Conner@hhs.gov' | |
| 'Tracey.Mullins@hhs.gov' | |
| 'executive.office@chase.com' | |
| 'stacey.friedman@jpmorgan.com' | |

| Recipient | Read |
|---|---|
| 'AD2-GRV2@nycourts.gov' | |
| 'AD1-AGC-newcomplaints@nycourts.gov' | |
| 'DRS.PRA@usdoj.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'VTFPD@fd.org' | |
| 'VTFPD@fd.org' | |
| 'uscis.foia@uscis.dhs.gov' | |
| 'Kathy.Marks@health.ny.gov' | |
| 'psynmoie@cityclerk.nyc.gov' | |
| 'eugenia.cowles@usdoj.gov' | |
| 'cjc@cjc.ny.gov' | |
| 'info@nigeriaembassyusa.org' | |
| 'publiccomplaints@nigeriaembassyusa.org' | |
| Elliot Green Esq | Read: 7/4/2022 6:04 PM |



**AFRICAN DIASPORAL ENTERPRISES**
**African History Month is Every Month!**

**Cheryl D. Uzamere**
**Sole Proprietor**
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
cheryl.uzamere@africandiasporalenterprises.net

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

## NEW YORK STATE DEPARTMENTAL GRIEVANCE COMMITTEE FOR THE SECOND, ELEVENTH AND THIRTEENTH JUDICIAL DEPARTMENT

In the Matter of the Proceeding Pursuant to the New York Lawyer's Code of Professional Responsibility in Relation to

1.   **WILLIAM CAMPOS, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Assistant U.S. Attorney for the Eastern District of New York, U.S. Department of Justice;

2.   **ADELE ALEXIS HARRIS, ESQ.,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Support Magistrate, Kings County Family Court, New York State Unified Court System;

3.   **AUSTIN ISIUWA IDEHEN, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Lawyer/Licensed Office of the Court for the New York State Unified Court System;

4.   **OSATO EUGENE UZAMERE, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Lawyer/Licensed Office of the Court for the New York State Unified Court System;

5.   **ANNA STERN, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Lawyer/Licensed Office of the Court for the New York State Unified Court System;

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

4

|  |  | ) |
|---|---|---|
| 6. | **ELLIOT GREEN, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Lawyer/Licensed Office of the Court for the New York State Unified Court System | ) ) ) ) ) |
|  |  | ) |
| 7. | **JACK GLADSTEIN, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Lawyer/Licensed Office of the Court for the New York State Unified Court System; | ) ) ) ) ) |
|  |  | ) |
|  | Respondents. | ) |

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1.      That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

2.      Respondents were and continue to be lawyers registered with the New York State Supreme Court, Appellate Division, First Judicial Department, New York State Unified Court System.

**JURISDICTION**

3.      This Committee has jurisdiction over the illegal acts and omissions of the respondents as they pertain to the New York State Unified Court System Part 1200, Rules of Professional Conduct.

4.      According to the New York Lawyer's Code for Professional Responsibility, a lawyer or law firm shall not:

a)      Violate a Disciplinary Rule.

b)      Circumvent a Disciplinary Rule through actions of another.

c)      Engage in illegal conduct that adversely reflects on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

d)      Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

e)      Engage in conduct that is prejudicial to the administration of justice.

5

f)      Unlawfully discriminate in the practice of law, including in hiring, promoting, or otherwise determining conditions of employment, on the basis of age, race, creed, color, national origin, sex, disability, marital status, or sexual orientation.

g)      Engage in any other conduct that adversely reflects on the lawyer's fitness as a lawyer.

h)      A lawyer shall not accept employment on behalf of a person if the lawyer knows or it is obvious that such person wishes to:

i)      Bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.

j)      Present a claim or defense in litigation that is not warranted under existing law, unless it can be supported by a good faith argument for an extension, modification, or reversal of existing law.

k)      A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

l)      The lawyer knows, or it is obvious that the client is bringing the legal action, conducting the defense, or asserting a position in the litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

m)      The lawyer knows, or it is obvious that continued employment will result in violation of a Disciplinary Rule.

n)      A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.

o)      A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.

6

## STATEMENTS OF FACT

5.      I am the wife of Ehigie Edobor Uzamere.

6.      Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

7.      Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

8.      The issues regarding Ehigie Edobor Uzamere as my husband was resolved by the default decision of Respondent Jeffrey S. Sunshine on May 12, 2009.

9.      The decision affirming Respondent Sunshine's decision was rendered on December 8, 2009. The decision is published with the New York State Law Reporting Bureau. It can be found at https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

10.     In the decision of the late Justice Arthur M Schack regarding the lower New York State Supreme Court Case, *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012, (https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-of-Moser*-based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding* decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second by defendant GLADSTEIN, and the third by defendant ROSTANSKI, they all move to dismiss plaintiff UZAMERE's complaint, pursuant to various subsections of CPLR Rule 3211. Defendants claim that plaintiff UZAMERE's claims are barred: by *res judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211 (a) (5); by *lack of personal jurisdiction because of improper service of the instant verified complaint,* pursuant to CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be granted,* pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation, pursuant to CPLR Rule 3211 (a) (5).*
>
> ...Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res judicata.* (CPLR Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442, explains that:
>
>> The doctrine of res judicata is designed to put an end to a matter once duly decided. It forbids relitigation of the matter as an unjustifiable duplication, an unwarranted burden on the courts as well as on opposing parties. Its main predicate is that the party against whom it is being invoked has already had a day in court, and, if it was not satisfactory, the proper course was to appeal the unsatisfactory result rather than ignore it and attempt its relitigation in a separate action.

11.    In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for

Motion #5, Support Magistrate Harris' decision criminally and idiotically states:

> Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata.*
> Petitioner has presented an Order Of Dismissal and To Show Cause issued by the United
> States District Court Southern District of New York on October 15, 2019, in which Colleen
> McMahon, Chief United Stated District Judge, writes, "Plaintiff, appearing pro se, brings
> this action arising from her 1979 marriage to and subsequent abandonment by her husband,
> Ehigie Edobor Uzamere"…Although Petitioner has submitted a counter-affidavit dated
> October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he
> is Petitioner's legal husband* and the signature contained therein is similar to the signature
> contained in the Affidavit and Application For License To Marry submitted to the Office
> of the City Clerk- Marriage License Bureau on or around November 20, 1979 which
> Petitioner holds to be her legal husband's "real" signature. This signature is different from
> that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of
> the motion to dismiss.

## LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

12.    I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained,

and/or have conspired to uphold the decision rendered by Support Magistrate Harris by corrupt means; said

corrupt means facilitated by the respondents' lack of faithfulness in enforcing CPLR Rule 3211(a)(5)

regarding the New York State Supreme Court Appellate Division Second Judicial Department's published

decision that affirmed Ehigie Edobor Uzamere's identity as my husband. Furthermore, I allege that

Respondents' refusal to facilitate my acquisition of the U.S. Citizenship and Immigration Service regarding

information contained in Ehigie Edobor Uzamere's USCIS File Nos. A35 201 224 and A24 027 764 that I

received from former Bar Counsel Rachel Rothstein McCarthy and T. Diane Cejka of the U.S. Citizenship

and Immigration Service regarding Ehigie Edobor Uzamere's identity as my husband. Instead, the

respondent's continued refusal to facilitate my acquisition of any information regarding Ehigie Edobor

Uzamere's birth identity facilitates Support Magistrate Harris' criminal rendering of procure her corrupt

decision; and aids and abet the illegal relitigating of the issue regarding my husband's identity that was

litigated in my favor thirteen (13) years ago.

13.    The respondents' tortious/criminal acts, in concert with the tortious/criminal acts of judges against whom I have filed a complaint is a textbook violation of *Chevron Corp. v. Donziger, 974 F. Supp. 2d 362* states:

> The issue here is not what happened in the Orienté more than twenty years ago and who, if anyone, now is responsible for any wrongs then done. It instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal.
>
> Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct...Indeed, one Ecuadorian legal team member, in a moment of panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

14.    It is clear that both the late New York State Justice Arthur Schack's and Support Magistrate Harris' reference to the Seventh Amendment-inspired doctrine of *res judicata* is proof of their understanding the subject legal doctrine; a well as the faithfulness required to properly enforce the subject doctrine. Support Magistrate Harris' glaring lack of faithfulness to the law by surreptitiously supplanting the *published* decision rendered by the New York State Supreme Court Appellate Division, Second Judicial Department with the *unpublished, lower New York State Supreme Court decision* infested with the contradictory ramblings of a corrupt judge who is not missed by this Petitioner is evidence of a lack of faithfulness to the law.

15.    By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

*A lawyer must not engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.*

16.    The term "the law" as referenced above speaks to the 1) the U.S. Constitution; 2) the New York State Constitution; 3) Title 22 of the New York Codes, Rules and Regulations, Sec. 100.3, Judicial Conduct;

9

and 4) the New York State Consolidated Laws, which includes Civil Practice Law and Rules, Rule 3211

(a)(5):

> the cause of action may not be maintained because of arbitration and award, collateral
> estoppel, discharge in bankruptcy, infancy or other disability of the moving party, payment,
> release, res judicata, statute of limitations, or statute of frauds

## AS AND FOR A SECOND OF ACTION

*A lawyer shall not bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have
steps taken for such person merely for the purpose of harassing or maliciously injuring any person.*

17.   I allege that the respondents by their actions brought or conspired to aid and abet the filing of

false defenses regarding the identity of my husband, Ehigie Edobor Uzamere to harass and injure me.

## AS AND FOR A THIRD CAUSE OF ACTION

*A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that
raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report
such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.*

18.   I allege that the respondents by their actions failed to report the knowledge of fellow lawyers'

false use of the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

## AS AND FOR A FOURTH CAUSE OF ACTION

*A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond
to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon
such conduct.*

19.   I allege that the respondents by their actions failed to report the knowledge of judges' (who are

also lawyers) false use of the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

20.   Based on the foregoing I allege that the respondents, both severally and jointly violated New

York State Unified Court System Rules of Professional Conduct; and that said violation renders them

individually, tortiously and criminally liable in their official capacities as lawyers duly licensed by the State

of New York as officers of the New York State Unified Court System because of their failure to take

appropriate action against the respondents for the glaring display of lack of faithfulness regarding the

enforcement of CPLR Rule 3211(a)(5) *res judicata* mandate in the New York State Supreme Court decision

2009 NY Slip Op 09214 [68 AD3D 855] in the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere* that acknowledges that Ehigie Edobor Uzamere is my husband.

21.    I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24 027 764 and Various Known And Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a Victim-Humiliation-Producing Sexually Sadistic Hate Group* (https://bit.ly/3JU0gLW), the respondents who, along with the State of New York are listed as defendants in the subject federal lawsuit called into question my right to enforce the following constitutional mandates and federal statutes:

Constitutional Provisions

a)    Commerce Clause;

b)    First Amendment;

      i)    Freedom of Expression;

      ii)    Petition the government for a redress of grievances;

      iii)    Establishment Clause;

      iv)    Free Exercise Clause;

c)    Fifth Amendment;

d)    Seventh Amendment;

e)    Thirteenth Amendment;

f)    Fourteenth Amendment;

U.S. Supreme Court Case Law Provisions

a)    *Precision Instrument Mfg. Co. v. Automotive Co.,* 324 U.S. 806 (1945)
    Clean hands doctrine;

c)    *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
    Willful blindness;

d)    *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
    Implied cause of action for damages by federal agents;

Federal Statutory Provisions

11

a) Social Security Act:

    i) §452: Duties of the Secretary to establish state standard to collect support;

    ii) §454 [42 U.S.C. §654]: State plan for child and spousal support;

    iii) §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

    iv) §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

    v) §507 [42 U.S.C. §707]: Criminal penalty for false statements;

    vi) §508 [42 U.S.C. 708]: Nondiscrimination;

b) Sherman Antitrust Act, 15 U.S.C. 1, 2;

c) Marriage fraud, 8 U.S.C. §1325;

d) Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e) Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

    i) Civil Rights Act, discrimination based on race and national origin;

    ii) Americans with Disabilities Act/Rehabilitation Act;

    iii) Violence against Women Act;

    v) Prevention of Elder Abuse, Neglect and Exploitation;

f) Civil Action for RICO, 18 U.S.C. § 1964:

    i) Section 1512 (relating to tampering with a witness, victim, or an informant);

    ii) Section 1513 (relating to retaliating against a witness, victim, or an informant);

    iii) Section 1544 (relating to misuse of passport);

    iv) Section 1581 (Peonage);

    v) Section 1591 (Sex trafficking of children by force, fraud, or coercion);

g) Section 1622 (subornation of perjury);

h) 42 U.S.C. § 289c - Research on public health emergencies;

i) Stalking (Interstate Domestic Violence); 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a)    New York State Penal Law §460.20, Enterprise Corruption;

b)    New York State Penal Law §485, Hate Crimes;

c)    New York State Penal Law §195, Official Misconduct;

d)    New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e)    New York State Penal Law §210.15, Perjury in the 1st degree;

f)    New York State Penal Law §210.10, Perjury in the 2nd degree;

g)    New York State Penal Law §175.35, Submitting a false for filing;

h)    New York State Penal Law §175.45, Issuing a false certificate.

i)    New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a)    Defamation;

b)    Intentional Infliction of Emotional Distress;

c)    Gross Negligence.

22.    I respectfully advise the members of this Committee that they are also defendants in my federal lawsuit. This petition will be presented as an exhibit is the subject federal lawsuit. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully as that this Committee finds that the respondents violated New York State Unified Court System Part Rules of Professional Conduct, and to grant me such other relief as to this Committee may seem just and proper.

Respectfully submitted,

*Cheryl D. Uzamere*

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208

Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

**Exhibit 1**



**Exhibit 2**

THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU

**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

GROOM

BRIDE

FROM THE GROOM

FROM THE BRIDE

"... The license will be issued solely upon the sworn statements of the applicants with no liability for the validity of the marriage assumed by the City of New York or the City Clerk."

OFFICE USE ONLY



## GROOM'S PARENTS CONSENT

## BRIDE'S PARENTS CONSENT

16

**THE CITY OF NEW YORK**
**OFFICE OF CITY CLERK**
MUNICIPAL BUILDING, BROOKLYN

No 20456

Marriage License

## Certificate of Marriage

1. _____ , duly designated by the City Clerk of the City of New York to solemnize marriage, Do Hereby Certify that I did solemnize the rites of matrimony at the Office of the City Clerk, in the Borough of Brooklyn, City of New York, State of New York between

_____ of _____

in the County of _____ State of _____

**AND**

_____ of _____

in the County of _____ State of _____

in the presence of _____

and _____ as witnesses.

Witness my hand this date, _____ at the Office of the City Clerk, Borough of Brooklyn, City of New York, State of New York.

---

**THE CITY OF NEW YORK**
**OFFICE OF THE CITY CLERK**
MARRIAGE LICENSE BUREAU

License Number
B-1979-10826

## Certificate of Marriage Registration

This Is To Certify That   GODWIN E. UZAMERE

residing at   240 HOPKINSON Apartment # 14F, BROOKLYN, NY 11233, United States

born on   28/01/1955   BENIN, Nigeria

and   CHERYL DENISE DUNCAN   New Surname  UZAMERE

residing at   330 DUMONT AVENUE Apartment # 1A, BROOKLYN, NY 11212, United States

born on   05/31/1959   MANHATTAN New York, United States

## Were Married

11/21/1979   MUNICIPAL BUILDING

By ANIELLO M. DEMAIO

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Brooklyn   February 08   12
N.Y.   20

Michael McSweeney
City Clerk of the City of New York

17

**Exhibit 3**

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

## AFFIDAVIT

RE: UZAMERE, GODWIN E.          FILE NO. A24 022 767

EXECUTED AT 566 HEARL ST BKLYN    DATE

before the following officer of the U.S. Immigration and Naturalization Service RE FONZO

ENGLISH     Immigration Law Inspector     used

CHERYL DENISE UZAMERE NEE DUNCAN acknowledges that the above named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Naturalization laws of the United States. He has informed me that he is trying to take my sworn statement regarding my marriage to Godwin E. Uzamere.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:

"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you can not afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."
I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.
Being duly sworn, I make the following statement: My true and correct name is Cheryl Denise Uzamere nee Duncan and I am a native and citizen of the United States born in New York City on May 31, 1959. On November 31, 1979 I married Godwin E. Uzamere in Brooklyn, New York and filed an I-130E application in his behalf on December 18, 1979. at Jo, team I wish to withdraw this application ~~and therefore~~ and any Immigration benefits that may be

25

attached by it. I have never lived together as man + wife with Godwin Uzamere. We have always maintained separate residences and it is obvious to me that he married me only to become a legal permanent resident of the United States. I have not seen Godwin Uzamere for at least the past nine months and I do not know where he is living at this time. I believe he is attending classes at Pratt University in B rooklyn, New York but can not say for sure. He had been registered there under the name EHIGIE UZAMERE in 1979. Mr. Nadia MERZLIAKOW, Foreign Student Advisor, Pratt University, told me that she knew of Godwin but not as an F-1 student and that he was not about [illegible] to the school. I again state that I desire at this time to withdraw and cancel the I-130E application that I filed on behalf of Godwin Uzamere. I fully intend to obtain a divorce from him as soon as possible. I have never lived with him as his wife ever since our marriage.

f. Cheryl F. Uzomere

Exhibit 4

19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------X      Index No.  26332/07

CHERYL D. UZAMERE,

                        Plaintiff,

-against-                                    AFFIRMATION


SENATOR EHIGIE EDOBOR UZAMERE


                        Defendants.
-------------------------------------X

    Eugene C. Uzamere, an attorney duly admitted to practice law in
the courts of the State of New York, hereby affirms to the following
under penalties of perjury;

1.    I am an attorney at the law office of Uzamere & Associates,
PLLC.. and appear on behalf of the respondent, Senator, Ehigie Uzamere.
I am fully familiar with the facts and circumstances herein contained.
My knowledge and information is based on the records maintained by my
office and communications with my client.

2.    The affirmation is submitted in reply to the plaintiff's order to
show cause and in support of the defendant's motion to dismiss this
case.

3.    The facts of this case as presented by the plaintiff are
misguided, inaccurate, malicious and fraudulent.

4.    Although the plaintiff claims that she was married to Senator
Ehigie Edobor Uzamere, on November 21, 1979, She was in fact married to
the defendant's Cousin, Godwin E. Uzamere who is also known as Godwin
Ehigie Uzamere. *(See Affidavit of Godwin Uzamere, attached hereto as
Exhibit "A")*.

5. At the time of the purported marriage, the defendant was not present
in the United States. A fact, that is confirmed by the plaintiff's own
investigation when she asserts in one of her subsequently dismissed
Federal Court complaints that she was informed by the United States
Immigration and Naturalization Service that, "Ehigle Edobor Uzamere
entered the port of New York New York on January 28, 1980 as a lawful
permanent resident." *A copy of the plaintiff's Federal Court Complaint
and subsequent determination are attached as Exhibit "B"*.

6. Godwin Uzamere, never resided with the plaintiff as husband and wife
and had in fact severed their relationship because of the plaintiff's
unprovoked, incessant and irrational outbursts *See Godwin Affidavit
EXHIBIT "A"*

7. Godwin in his affidavit asserts that he has remained ambivalent as
to the paternity of the plaintiff's Adult child, Tara Uzamere.

20

1. The plaintiff who has openly professed her mental illness is also delusional and outlandish in her claims. The following are a few examples of her outlandish claims

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law).

b. That Judge Prus made decisions on the case based on his bias and corruption. See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".

c. That during the preliminary conference held on September 2nd 2008. I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of custody visitation and child support where resolved. She has since filed a Family Offense Petition in family court based on these facts. Attached as Exhibit "D" is a copy of the signed preliminary conference order and Exhibit "E" is a copy of the Family offence Petition filed in family court.

However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the plaintiff raised any concerns she had about the stipulation before she signed it.

d. The plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. See EXHIBIT "B"

1. The plaintiff whose primary motivation appears to be her loathing of the Uzamere's and her desire to get rich should address her child and spousal support claims to the proper defendant

2. The plaintiff appears to be motivated by her desire to get money from senator Uzamere

Therefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
October 5th 2008

Eugene Uzamere

851 Watson Avenue,
Bronx, New York 10472
18-409-3389
18-504-5326

21



**IN THE HIGH COURT OF JUSTICE**
**EDO STATE OF NIGERIA**
**IN THE BENIN JUDICIAL DIVISION**
**HOLDEN IN BENIN**

INDEX NO. 26332/07

CHERYL D. UZAMERE        •        •        •        PLAINTIFF
v
SENATOR EHIGIE EDOBOR UZAMERE -        •        DEFENDANT

### FURTHER COUNTER AFFIDAVIT

I, Godwin. E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Ewaka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1.    That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2.    That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3.    When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4.    I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5.    The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated

22

6. I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7. As indicated by my Application for social security number, and my social security number 129 - 64 - 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "G₁" and "G₂".

8. To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "G₂" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9. The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiffs new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the perculiar circumstance of this case

12. That I depose to this Affidavit bonafide.

Godwin Uzamere

SWORN TO AT THE
HIGH COURT REGISTRY.
BENIN CITY. THIS .......... DAY
OF .............. 2008

BEFORE ME

COMMISSIONER FOR OATH.

23

Your Social Security Number

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

Keep this with as a record of your number

MODOKO E ULAMIDO
290 CLAYTON AVE APT 3
BROOKLYN NY 11236

Your Social Security Card

24



**Exhibit 5**

7 7SGM    11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____ X

Cheryl D. Uzamere

                    Plaintiff,

         -against-

Senator Ehipe Edobor Uzamere also known as
"Godwin" Uzamere

                    Defendant
_____

No. 780207

Index No 26332-07

**AFFIDAVIT**

STATE OF NEW YORK     }
COUNTY OF KINGS       }  ss.

I, Tara A. Uzamere, being duly sworn, depose and say that

1)   I am the daughter of the Plaintiff and the Defendant in the above entitled action

2)   I make this Affidavit based on the following facts

3)   That the Plaintiff has always told me that Defendant is my father ever since I was a child

4)   That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection

5)   That I took a photograph of the Defendant during the aforesaid visit, photograph taken at JFK Airport is hereby attached as Exhibit A

6)   That on the day that I first met the Defendant at JFK Airport, I called my friend Euni Patterson on the cell phone that I used to take a photograph of the Defendant

7)   That on the aforesaid day the Defendant openly and notoriously introduced himself to Euni as my father

8)   That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street

9)   That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York

10)  That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas

11) That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12) That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13) That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father.

14) That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15) That Wellington Uzamere referred to the Defendant as "Ehigie."

16) That based on information received from members of the Edo-Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as Exhibit B.

17) That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as Exhibit C.

18) That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as Exhibit D.

19) That before 2004 the Defendant never visited me, never celebrated a birthday with me, never kissed me, never told me he loved me, never wiped away my tears, never talked to me about God, never attended a house of God with me, never read me a Bible story, never talked to me about how to comport myself around men or the importance of being a chaste woman, never let other men know that I was precious to him, never let other men know that they would be responsible to him if they hurt me, never held my hand, never walked with me, never sat me on his lap, never played games with me, never took me to the movies, never picked me up, never gave me a hug, never attended a school meeting with my teachers, never visited me in the hospital, never told me he was proud of me, never accompanied me to a father-daughter dance, never amended a graduation, never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth, never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20) That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

28

is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo-Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am, that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test.

21) That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college. PELL grant rejection information is attached at **Exhibit E.**

22) That I am willing to submit myself for honest **DNA** testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said **DNA** test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendant's **age and date** of birth and identity, see Plaintiff's **Affidavit** and Application for License to Marry, top of back page hereby attached as **Exhibit F**

**WHEREFORE,** as the the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family, that this **Court** grant the Plaintiff's lawful and just **request** to dismiss attorney Eugene Uzamere's falsified **affirmation** in its entirety, and to **grant** the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this 27th day of October, 2008

_Lara A. Uzamere_
Lara A. Uzamere

_Notary Public_
Notary Public

IONYU NECKSTALL
Notary Public - State of New York
NO. 01NE6109576
Qualified in Kings County
My Commission Expires

29

**Exhibit 6**

At a Special Term, Part 50, of the Supreme
Court of the State of New York, held in and
for the County of Kings, at a Courthouse
located at 360 Adams Street, on the
17th day of May, 2009

P R E S E N T: HON. JEFFREY S. SUNSHINE
J. S. C.

-------------------------------------------------x

CHERYL D. UZAMERE,                              Index No. 26112/2007

                          Plaintiff,

              -against-

                                                DECISION & ORDER

SENATOR EHIGIE UZAMERE
also known as "GODWIN" UZAMERE,

                          Defendant.
-------------------------------------------------x

On January 12, 2009, this court set the issue of whether the parties were

married to each other on November 21, 1979, in the State of New York. The hearing was

scheduled for March 30, 2009. Thereafter defendant's counsel moved by order to show

cause to be relieved as counsel. By order of this court dated March 30, 2009, on

plaintiff's consent and defendant's default, defendant's counsel was relieved and a stay of

the action was granted to enable defendant to obtain new counsel in accordance with

CPLR 321 (c). The hearing was adjourned to today at 9:30 a.m.

Today at 10:35 a.m. defendant was declared in default for failure to appear

at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds

that he is not the husband of the plaintiff is denied in its entirety. The defendant is the

husband in conformity with the parties marriage on November 21, 1979. Plaintiff is directed to serve a copy of this decision and order and serve and file a note of issue, forthwith, with proof of mailing by regular international mail and overnight international mail for a trial on all issues within this matrimonial action to be held before this court on July 7, 2009, at 9:30 a.m.

This shall constitute the decision and order of the court.

ENTER FORTHWITH.

_____
JEFFREY S. SUNSHINE
J. S. C.

MAY 1 2 2009

31

**Exhibit 7**

REVIEW OF COMPLAINT REGARDING ATTORNEY ALLEN S. KAYE
BY CHERYL DUNCAN

Uzamere and Duncan married in 10/79  DOB 6/15/55
Duncan filed I-130/485 obo Uzamere in 11/79
Uzamere filed for advance parole because father died in Nigeria in 12/79
Different father name than below
Duncan withdrew I-130 8/6/80
Written statement at her home on 8/12/80
Duncan called office to indicate she did not want Uzamere deported until she obtained
child support and refused to give his current address

Meanwhile
USC stepmother filed I-130 for Uzamere 12/77
Approved 12/78
Visa approved 1/80  DOB 12/31/60
*** IR2 fraudulently obtained because he was married at the time.

Compare fingerprint cards between the two files

NOTE: as far as preliminary inquiry regarding Allen Kaye — there is no indication that
he facilitated a fraud. File reveals that Duncan signed I-130 in the name she knew her
husband to have, it was filed, he failed to appear for two interviews and she withdrew
initially orally and then in writing. There is no indication that Uzamere obtained any
status via his interaction with Allen Kaye.

Uzamere later obtained status via his USC stepmother — and that law firm was retained
AFTER the filing of the petition after there had been no action for a year

32



U.S. Department of Homeland
Security
76 Kimball In and Henri no
N Honington Vermont obsere

U.S. Citizenship and
Immigration Services

January 6, 2009

CONFIDENTIAL

Cheryl D. Uzamere
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208

Dear Ms. Uzamere:

    This office has completed its review of the complaint of professional misconduct that you filed against Alan E. Kaye, Esquire. The matter is confidential at this stage in accordance with the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), except for necessary disclosures in the course of conducting a preliminary inquiry. U. S. Citizenship and Immigration Services ("USCIS") has authority to conduct a preliminary inquiry of complaints of criminal, unethical, or unprofessional conduct in matters before USCIS.

    In your June 9, 2008 complaint, you allege that Alan E. Kaye "colluded with my husband, the now Senator Ehigie Edobor Uzamere: in order to avoid paying child support, and three years later, in order to hide the 2nd marriage that my husband contracted in the United States." The acts that you allege constitute a violation of the Rules of Professional Conduct for Practitioner occurred in the course of representation by an attorney associated with Mr. Kaye in connection with a petition for an immediate relative filed by you with the Immigration and Naturalization Service ("INS") in 1979. The New York Departmental Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department considered these allegations in 2003 and determined that no further action was warranted.

    After a careful and thorough review of your complaint, I do not find clear and convincing evidence of an ethical violation of the Rules on the part of Mr. Kaye. No further action will be taken with regard to your complaint.

Sincerely,

Rachel A. McCarthy
Bar Counsel

www.dhs.gov

33

**Exhibit 8**

9/9/21   5:52 PM                                          Uzamere v Uzamere (2009 NY Slip Op 09214)

| **Uzamere v Uzamere** |
|---|
| 2009 NY Slip Op 09214 [68 AD3d 855] |
| December 8, 2009 |
| Appellate Division, Second Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, February 10, 2010 |

| **Cheryl D. Uzamere, Appellant,** |
|---|
| v |
| **Ehigie Edobor Uzamere, Respondent.** |

—[*1] Cheryl D Uzamere, Brooklyn, N.Y., appellant pro se.

In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant and for an award of child support, and directed a hearing on the issue of whether the parties were in fact married.

Ordered that the appeal from so much of the order as directed a hearing is dismissed, without costs or disbursements, on the ground that no appeal lies as of right from an order directing a hearing and leave to appeal has not been granted (see *Bernadette Panzella, P.C. v DeSantis*, 36 AD3d 734 [2007]); and it is further,

Ordered that the order is affirmed insofar as reviewed, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (see *Matter of Winokur v Winokur*, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.

https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm                                            1/1

34

**Exhibit 9**



U.S. Department of Homeland Security
P.O. Box 648000
Lee's Summit, MO 64064-8000

**U.S. Citizenship
and Immigration
Services**

June 12, 2009

NRC2000023721

Cheryl D. Uzamere
1209 Loring Avenue, Apt 6B
Brooklyn, NY 11208

Dear Cheryl D. Uzamere:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 15, 2008, regarding the subject: Ehigie Edobor Uzamere.

We have completed the review of all documents responsive to your request and have identified 29 pages which are responsive to your request. Enclosed are 26 pages released in their entirety, and 3 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

☐ Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, FOIA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending matter, you must address these issues with your nearest district office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure(s)

26 Federal Plaza                    A35 201 224
New York, New York 10278


February 10, 1994


Cheryl Summers
303 Eastern Parkway, 3R
Brooklyn, N.Y. 11225

Dear Madam:

I have considered the reason (child support proceedings) you gave in
your request for the address of Mr. Shigie Bimber Summers, and I have
determined that the overriding public interest for disclosure outweighs
Mr. Summers's right to privacy.

On January 20, 1900, Mr. Summers gave his address as: 301 Asbury Street,
Brooklyn, New York 11313.

(b)(6)

2

36

cusno

26 Federal Plaza
New York, New York 10278

A74 027 766

JUN 1 3 1979

Cheryl Tammero
200 Bacol Street
Brooklyn, N.Y. 11219

Dear Sir:

Reference is made to the visa petition you filed on June 18, 1979 in behalf of
Cedric S. Tammero to accord him preference status as the spouse of a citizen of
the United States.

In view of your statement dated June 18, 1979 withdrawing the visa petition, the
petition is rendered void and has no force or effect.

Very truly yours,

John J. Gaffney
Acting District Director
New York District

cc: allen & Kaye PC
233 Albany n.y. 10007

20

37

**Exhibit 10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL D. UZAMERE,

Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

Defendants.

19-CV-9064 (CM)

ORDER OF DISMISSAL AND
TO SHOW CAUSE UNDER
28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, appearing *pro se*, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants participated in a massive conspiracy to deprive her of her rights. By order dated October 1, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP). The Court dismisses the complaint for the reasons set forth below. Within thirty days of the date of this order, Plaintiff must submit a declaration setting forth good cause why the Court should not impose a bar order.

## STANDARD OF REVIEW

The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted).

**Exhibit 11**





cuaan



4/21/2021                                    ICE Tip Form | ICE

Brooklyn

State: *

New York

Zip Code:

11208

## III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

### Information about business/company

Business/Company Name: *

Law Office of Austin Isauwa Idehen

Business's Street Address

**Street address:**

(line 1): *

8931 161st Street

(line 2):

Suite 810

This complaint is uploaded to https://bit.ly/3jI1321.

On 11/20/1979, my husband, Ehigie Edobor Uzamere engaged in immigration marriage/identity fraud. The identity issue was resolved by C. Diane Cejka by FOIA Request No. NRC2008023721 regarding A35 201 224 and A24 027 764; by Rachel McCarthy, former Bar Counsel for USDHS/USCIS and by U.S. District Court Judge Colleen McMahon.

On May 28, 2021, Austin Idehen facilitated identity fraud at my husband's behest by claiming that Ehigie is not my husband, and by implying that I am psychotic, something that my husband and Osato E. Uzamere tried in the past.

The felonies that Mr. Idehen committed during the court case are:

1) 42 U.S.C. § 1983, Violation of Civil Rights;
2) 18 U.S.C. § 1964, Civil Action for RICO;
3) 28 U.S.C. § 1350 Alien Action for Tort/Torture Victim Prot. Act.
4) 34 U.S.C. § 12291, Violence against Women Act.

I will file a federal lawsuit against him and others in July (see https://bit.ly/2TQTayO).

7 characters remaining

Did you have additional businesses/individuals to report on?"

   Yes

   No

## PRIVACY NOTICE

**Authority**: The collection of information that you provide in this web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. § 1103; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code; 19 U.S.C. § 1509a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301; and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's public website, available at www.ice.gov/site-policies.

**Exhibit 12**

42

FAMILY COURT OF THE STATE OF NEW YORK
CITY OF NEW YORK: COUNTY OF KINGS

CHERYL UZAMERE

                                File No.: 135121
                                Docket No.: F-06504-20

                    Petitioner,

        -against-                     **AFFIDAVIT OF EHIGIE UZAMERE**

EHIGIE UZAMERE

                    Respondent.

EHIGIE UZAMERE, being duly sworn, deposes and says:

1) I am RESPONDENT in this matter.

2) I make this affidavit in support of the instant Motion to Dismiss this bogus claim by petitioner.

3) I have reviewed this action filed by my attorney and the facts and exhibits therein are true to the best of my knowledge.

WHEREFORE, I request that the court grant the relief requested, and such other and further relief the court finds just and proper.

Dated: April 11, 2022

                                                              
                                            EHIGIE UZAMERE

On the 21st day of April, 2022, before me, the undersigned, personally appeared EHIGIE UZAMERE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

NOTARY PUBLIC

My Commission Does Not Expire

U. S. Embassy Abuja,
Nigeria.

43







## cuzamere@netzero.net

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Tuesday, July 05, 2022 6:48 AM |
| **To:** | 'JUD.PRPComplaints@vermont.org'; 'VTFPD@fd.org'; 'eugenia.cowles@usdoj.gov' |
| **Cc:** | 'marsha_curtis@fd.org'; 'aaharris@nycourts.gov'; 'austin@idehenlaw.com'; 'nyoag.nycpdf@ag.ny.gov'; 'annasternesq@aol.com'; 'elliot@elliotgreenlaw.com'; 'kings_part22@nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'benjamin.torrance@usdoj.gov'; 'uzalaw@gmail.com'; 'ehigieuzamere@yahoo.com'; 'AbujaACS@state.gov'; 'LagosACS@state.gov'; 'PassportVisaFraud@state.gov'; 'BridgetownPublicAffairs@state.gov'; 'ogc@hq.dhs.gov'; 'dhs-oig.officepublicaffairs@oig.dhs.gov'; 'AskDOJ@usdoj.gov'; 'kings_part22 @nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'manhattanfamilycourt@nycourts.gov'; 'bronxfamilycourt@nycourts.gov'; 'QueensFamilyCourt@nycourts.gov'; 'michael.ginns@acf.hhs.gov'; 'shantel.mickens@acf.hhs.gov'; 'secretary@hhs.gov'; 'krista.rock@otda.ny.gov'; 'calhounm@dss.nyc.gov'; 'nyoag.nycpdf@ag.ny.gov'; 'pressoffice@law.nyc.gov'; 'Kaconway@law.nyc.gov'; 'recruitment@law.nyc.gov'; 'robert.charrow@hhs.gov'; 'BrennaJenny@hhs.gov'; 'william.chang@hhs.gov'; 'Stacy.Amin@fda.hhs.gov'; 'Sean.Keveney@hhs.gov'; 'Daniel.Barry@hhs.gov'; 'Elizabeth.Gianturco@hhs.gov'; 'James.Lawrence@hhs.gov'; 'kyle.brosnan@hhs.gov'; 'jonah.hecht@hhs.gov'; 'john.strom@hhs.gov'; 'Buddy.Frye@hhs.gov'; 'Arlene.lyles@hhs.gov'; 'Aleta.Conner@hhs.gov'; 'Tracey.Mullins@hhs.gov'; 'executive.office@chase.com'; 'stacey.friedman@jpmorgan.com'; 'AD2-GRV2@nycourts.gov'; 'AD1-AGC-newcomplaints@nycourts.gov'; 'DRS.PRA@usdoj.gov'; 'ogc@hq.dhs.gov'; 'ogc@hq.dhs.gov'; 'VTFPD@fd.org'; 'VTFPD@fd.org'; 'uscis.foia@uscis.dhs.gov'; 'Kathy.Marks@health.ny.gov'; 'psynmoie@cityclerk.nyc.gov'; 'eugenia.cowles@usdoj.gov'; 'cjc@cjc.ny.gov'; 'info@nigeriaembassyusa.org'; 'publiccomplaints@nigeriaembassyusa.org' |
| **Subject:** | Complaint to the Vermont Judiciary Professional Responsibility Board |
| **Attachments:** | Cheryl D. Uzamere v. Ehigie Edobor Uzamere Certified Order of Spousal Support.pdf; Findings of Fact dated June 27, 2022.pdf; Findings of Fact Motion 5 dated June 27, 2022.pdf; Federal Public Defenders of Vermont.pdf; Resubmission of Falsified Affirmation by Austin Idehen.pdf; Affidavit of Ehigie Edobor Uzamere dated April 21, 2022.pdf; Uzamere v. Uzamere -- Allen E. Kaye Affirmation.pdf; USA v. Cheryl D. Uzamere.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'JUD.PRPComplaints@vermont.gov' | |
| | 'VTFPD@fd.org' | |
| | 'eugenia.cowles@usdoj.gov' | |
| | 'marsha_curtis@fd.org' | |
| | 'aaharris@nycourts.gov' | |
| | 'austin@idehenlaw.com' | |
| | 'nyoag.nycpdf@ag.ny.gov' | |
| | 'annasternesq@aol.com' | |
| | 'elliot@elliotgreenlaw.com' | |
| | 'kings_part22@nycourts.gov' | |

1

| Recipient | Read |
|---|---|

'kingsfamilycourt@nycourts.gov'

'benjamin.torrance@usdoj.gov'

'uzalaw@gmail.com'

'ehigieuzamere@yahoo.com'

'AbujaACS@state.gov'

'LagosACS@state.gov'

'PassportVisaFraud@state.gov'

'BridgetownPublicAffairs@state.gov'

'ogc@hq.dhs.gov'

'dhs-oig.officepublicaffairs@oig.dhs.gov'

'AskDOJ@usdoj.gov'

'kings_part22@nycourts.gov'

'kingsfamilycourt@nycourts.gov'

'manhattanfamilycourt@nycourts.gov'

'bronxfamilycourt@nycourts.gov'

'QueensFamilyCourt@nycourts.gov'

'michael.ginns@acf.hhs.gov'

'shantel.mickens@acf.hhs.gov'

'secretary@hhs.gov'

'krista.rock@otda.ny.gov'

'calhounm@dss.nyc.gov'

'nyoag.nycpdf@ag.ny.gov'

'pressoffice@law.nyc.gov'

'Kaconway@law.nyc.gov'

'recruitment@law.nyc.gov'

'robert.charrow@hhs.gov'

'Brenna.Jenny@hhs.gov'

'william.chang@hhs.gov'

'Stacy.Amin@fda.hhs.gov'

'Sean.Keveney@hhs.gov'

'Daniel.Barry@hhs.gov'

'Elizabeth.Gianturco@hhs.gov'

'James.Lawrence@hhs.gov'

'kyle.brosnan@hhs.gov'

'jonah.hecht@hhs.gov'

'john.strom@hhs.gov'

'Buddy.Frye@hhs.gov'

'Arlene.lyles@hhs.gov'

'Aleta.Conner@hhs.gov'

'Tracey.Mullins@hhs.gov'

2

| Recipient | Read |
|---|---|
| 'executive.office@chase.com' | |
| 'stacey.friedman@jpmorgan.com' | |
| 'AD2-GRV2@nycourts.gov' | |
| 'AD1-AGC-newcomplaints@nycourts.gov' | |
| 'DRS.PRA@usdoj.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'VTFPD@fd.org' | |
| 'VTFPD@fd.org' | |
| 'uscis.foia@uscis.dhs.gov' | |
| 'Kathy.Marks@health.ny.gov' | |
| 'psynmoie@cityclerk.nyc.gov' | |
| 'eugenia.cowles@usdoj.gov' | |
| 'cjc@cjc.ny.gov' | |
| 'info@nigeriaembassyusa.org' | |
| 'publiccomplaints@nigeriaembassyusa.org' | |
| Elliot Green Esq | Read: 7/5/2022 6:53 AM |
| JUD - PRP Complaints | Read: 7/5/2022 8:14 AM |
| Calhoun, Martha | Read: 7/5/2022 9:44 AM |

## AFRICAN DIASPORAL ENTERPRISES
## African History Month is Every Month!

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
cheryl.uzamere@africandiasporalenterprises.net

3

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

## VERMONT JUDICIARY PROFESSIONAL RESPONSIBILITY BOARD

In the Matter of the Proceeding Pursuant to the ) **PETITION**
Vermont Judiciary Professional Responsibility Board )
)
1. **EUGENIA A. COWLES, ESQ.,** )
   Individually, Tortiously and Criminally )
   Liable in Her Official Capacity as Assistant )
   U.S. Attorney for the District of Vermont, )
   U.S. Department of Justice; )
   )
2. **MICHAEL L. DESAUTELS, ESQ.,** )
   Individually, Tortiously and Criminally )
   Liable in His Official Capacity as Federal )
   Public Defender for the District of Vermont; )
   )
3. **STEVEN L. BARTH, ESQ.,** Individually )
   and in His Official Capacity as Assistant )
   Federal Public Defender for the Federal )
   Public Defender for the District of Vermont; )
   )
4. **BARCLAY T. JOHNSON, ESQ.,** )
   Individually, Tortiously and Criminally )
   Liable in His Official Capacity as Assistant )
   Federal Public Defender for the Federal )
   Public Defender for the District of Vermont )
   )
5. **MARY M. NERINO, ESQ.,** Individually, )
   Tortiously and Criminally Liable in His )
   Official Capacity as Assistant Federal Public )
   Defender for the Federal Public Defender for )
   the District of Vermont; )
   )
6. **SARA M. PULS, ESQ.,** Individually, )
   Tortiously and Criminally Liable in His )

4

Official Capacity as Assistant Federal Public )
Defender for the Federal Public Defender for )
the District of Vermont; )

                                                         )

**7. RACHEL ROTHSTEIN MCCARTHY;** )
Individually, Tortiously and Criminally )
Liable in Her Official Capacity as Former Bar )
Counsel for the Citizenship and Immigration; )

                                                         )

                        Respondents. )

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1.      That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

2.      Respondents were and continue to be lawyers registered with the State of Vermont.

## JURISDICTION

3.      This Board has jurisdiction over the illegal acts and omissions of the respondents as they pertain to the Vermont Judiciary Professional Responsibility Board.

4.      According to the Vermont Judiciary Professional Responsibility Board, a lawyer or law firm shall not:

    a.      Violate a Disciplinary Rule.

    b.      Circumvent a Disciplinary Rule through actions of another.

    c.      Engage in illegal conduct that adversely reflects on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

    d.      Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

    e.      Engage in conduct that is prejudicial to the administration of justice.

    f.      Unlawfully discriminate in the practice of law, including in hiring, promoting, or otherwise determining conditions of employment, on the basis of age, race, creed, color, national origin, sex, disability, marital status, or sexual orientation.

    g.      Engage in any other conduct that adversely reflects on the lawyer's fitness as a lawyer.

h.     A lawyer shall not accept employment on behalf of a person if the lawyer knows or it is obvious that such person wishes to:

i.     Bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.

j.     Present a claim or defense in litigation that is not warranted under existing law, unless it can be supported by a good faith argument for an extension, modification, or reversal of existing law.

k.     A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

l.     The lawyer knows, or it is obvious that the client is bringing the legal action, conducting the defense, or asserting a position in the litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

m.     The lawyer knows, or it is obvious that continued employment will result in violation of a Disciplinary Rule.

n.     A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.

o.     A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.

### STATEMENTS OF FACT

5.     I am the wife of Ehigie Edobor Uzamere.

6.     Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

6

7.      Ehigie Edobor Uzamere is also known by the U.S. Citizenship and Immigration Services under USCIS File No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

8.      The issue regarding Ehigie Edobor Uzamere as my husband was resolved by the default decision of Respondent Jeffrey S. Sunshine on May 12, 2009.

9.      The decision affirming Respondent Sunshine's decision was rendered on December 8, 2009. The decision is published with the New York State Law Reporting Bureau. It can be found at https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

10.     In the decision of the late Justice Arthur M Schack regarding the lower New York State Supreme Court Case, *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012/2009, (https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-of-Moser*-based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding* decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second by defendant GLADSTEIN, and the third by defendant ROSTANSKI, they all move to dismiss plaintiff UZAMERE's complaint, pursuant to various subsections of CPLR Rule 3211. Defendants claim that plaintiff UZAMERE's claims are barred: by *res judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211 (a) (5); by *lack of personal jurisdiction because of improper service of the instant verified complaint*, pursuant to CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be granted*, pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation, pursuant to CPLR Rule 3211 (a) (5)*.
>
> ...Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res judicata.* (CPLR Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442, explains that:
>
> The doctrine of res judicata is designed to put an end to a matter once duly decided. It forbids relitigation of the matter as an unjustifiable duplication, an unwarranted burden on the courts as well as on opposing parties. Its main predicate is that the party against whom it is being invoked has already had a day in court, and, if it was not satisfactory, the proper course was to appeal the unsatisfactory result rather than ignore it and attempt its relitigation in a separate action.

11.     In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for Motion #5, Support Magistrate Harris' decision criminally and idiotically states:

> Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata.* Petitioner has presented an Order of Dismissal and To Show Cause issued by the United States District Court Southern District of New York on October 15, 2019, in which Colleen McMahon, Chief United Stated District Judge, writes, "Plaintiff, appearing pro se, brings

this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere"...Although Petitioner has submitted a counter-affidavit dated October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he is Petitioner's legal husband* and the signature contained therein is similar to the signature contained in the Affidavit and Application For License To Marry submitted to the Office of the City Clerk- Marriage License Bureau on or around November 20, 1979 which Petitioner holds to be her legal husband's "real" signature. This signature is different from that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of the motion to dismiss.

## LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

12.    I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained,

and/or have conspired to engage in misprision of felony, 18 U.S.C. §4:

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

13.    I allege that the respondents are participants in a seditious conspiracy to engage in misprision

of felony based on their commission of willful blindness (*see Global-Tech Appliances, Inc. v. SEB S. A.,* 563

U.S. 754 (2011)) by deliberately shielding themselves from clear evidence of the commission of the crimes

committed by immigration attorney Allen E. Kaye regarding Allen Kaye's submission of falsified federal

documents to the U.S. Department of Justice's former Immigration and Naturalization Service; and by taking

deliberate actions to avoid learning of that fact. These are key characteristics of the Babylonian Talmud,

Abodah Zarah-based *Law of Moser*, that prohibits others from reporting the tortious/criminal acts committed

by (Ashkenazi) Jews to the secular authorities:

> Even though Jewish law expects people to observe the laws of the land, and even imposes that obligation as a religious duty, the Talmud recounts - in a number of places - that it is prohibited to inform on Jews to the secular government, even when their conduct is a violation of secular law and even when their conduct is a violation of Jewish law. While there are a number of exceptions to this prohibition (which are explained further in this section), the essential halacha was that Jewish law prohibits such informing absent specific circumstances. Even is secular government were to incorporate substantive Jewish law into secular law and punish violations of what is, in effect, Jewish law, Jews would still be prohibited from cooperating with such a system. Indeed, classical Jewish law treats a person who frequently informs on others as a pursuer (*a rodef*) who may be killed to prevent him from informing, even without a formal court ruling.

8

14.    The respondents also continue to withhold proof of Respondents Eugenia A. Cowles' and Rachel Rothstein McCarthy's participation in the Hobbs Act-extortion-influenced malicious prosecution in the case *United States of America v. Cheryl Uzamere,* 1:08-cr-00114-jgm by falsely accusing me of the commission of 18 U.S.C. §111(a), simple assault, to hide immigration attorney Allen Kaye's aiding and abetting my husband's creation of immigration file No. A24 027 764 under the fictitious name "Godwin E. Uzamere" to create an identity from which I could never collect child and spousal support to impoverish my family to facilitate the sex trade of my children in New York State's foster care system.

15.    I allege that the respondents' withholding of the identity of my husband, Ehigie Edobor Uzamere facilitated Support Magistrate Harris' rendering of her decision not to grant spousal support by corrupt means; said corrupt means based in Support Magistrate Harris' disregard of CPLR Rule 3211(a)(5): 1) regarding the New York State Supreme Court Appellate Division Second Judicial Department's published decision that affirmed Ehigie Edobor Uzamere's identity as my husband; and 2) regarding my acquisition of information regarding Ehigie Edobor Uzamere's USCIS File Nos. A35 201 224 and A24 027 764 that I received from respondent Rachel Rothstein McCarthy and T. Diane Cejka of the U.S. Citizenship and Immigration Service.

16.    The respondents' tortious/criminal acts, in concert with the tortious/criminal acts of judges against whom I have filed a similar complaint within the same federal jurisdictional circuit is a textbook violation of *Chevron Corp. v. Donziger, 974 F. Supp. 2d 362.* The decision states:

> The issue here is not what happened in the Orienté more than twenty years ago and who, if anyone, now is responsible for any wrongs then done. It instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal.
>
> Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct…Indeed, one Ecuadorian legal team member, in a moment of panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

17.     By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable

controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

*A lawyer shall not bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have
steps taken for such person merely for the purpose of harassing or maliciously injuring any person.*

18.     I allege that the respondents, by their actions and omissions brought or conspired to aid and

abet the filing of false defenses regarding the identity of my husband, Ehigie Edobor Uzamere to harass and

injure me.

## AS AND FOR A SECOND CAUSE OF ACTION

*A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that
raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report
such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.*

19.     I allege that the respondents by their actions failed to report the knowledge of fellow lawyers'

false use of the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

20.     Based on the foregoing, I allege that the respondents, both severally and jointly, violated the

rules associated with the Vermont Judiciary Professional Responsibility Board; and that said violation renders

them individually, tortiously, and criminally liable in their official capacities as lawyers duly licensed by the

State of Vermont.

21.     I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie

Edobor Uzamere, USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24

027 764 and Various Known And Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a

Victim-Humiliation-Producing Sexually Sadistic Hate Group* (https://bit.ly/3JU0gLW), the respondents listed

as defendants in the subject federal lawsuit called into question my right to enforce the following constitutional

mandates and federal statutes:

Constitutional Provisions

a)     Commerce Clause;

b)     First Amendment;

10

      i)   Freedom of Expression;

      ii)  Petition the government for a redress of grievances;

      iii) Establishment Clause;

      iv) Free Exercise Clause;

c)      Fifth Amendment;

d)      Seventh Amendment;

e)      Thirteenth Amendment;

f)      Fourteenth Amendment;

## U.S. Supreme Court Case Law Provisions

a)      *Precision Instrument Mfg. Co. v. Automotive Co.,* **324 U.S. 806 (1945)**
       **Clean hands doctrine;**

c)      *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
       Willful blindness;

d)      *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
       Implied cause of action for damages by federal agents;

## Federal Statutory Provisions

a)      Social Security Act:

      i)   §452: Duties of the Secretary to establish state standard to collect support;

      ii)  §454 [42 U.S.C. §654]: State plan for child and spousal support;

      iii) §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

      iv) §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

      v)   §507 [42 U.S.C. §707]: Criminal penalty for false statements;

      vi) §508 [42 U.S.C. 708]: Nondiscrimination;

b)      Sherman Antitrust Act, 15 U.S.C. 1, 2;

c)      Marriage fraud, 8 U.S.C. §1325;

d)      Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e) Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

   i) Civil Rights Act, discrimination based on race and national origin;

   ii) Americans with Disabilities Act/Rehabilitation Act;

   iii) Violence against Women Act;

   v) Prevention of Elder Abuse, Neglect and Exploitation;

f) Civil Action for RICO, 18 U.S.C. § 1964:

   i) Section 1512 (relating to tampering with a witness, victim, or an informant);

   ii) Section 1513 (relating to retaliating against a witness, victim, or an informant);

   iii) Section 1544 (relating to misuse of passport);

   iv) Section 1581 (Peonage);

   v) Section 1591 (Sex trafficking of children by force, fraud, or coercion);

g) Section 1622 (subornation of perjury);

h) 42 U.S.C. § 289c - Research on public health emergencies;

i) Stalking (Interstate Domestic Violence), 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a) New York State Penal Law §460.20, Enterprise Corruption;

b) New York State Penal Law §485, Hate Crimes;

c) New York State Penal Law §195, Official Misconduct;

d) New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e) New York State Penal Law §210.15, Perjury in the 1st degree;

f) New York State Penal Law §210.10, Perjury in the 2nd degree;

g) New York State Penal Law §175.35, Submitting a false for filing;

h) New York State Penal Law §175.45, Issuing a false certificate.

i) New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a) Defamation;

b) Intentional Infliction of Emotional Distress;

c) Gross Negligence.

22. I respectfully advise the Board that this petition will be presented as an exhibit in the subject federal lawsuit. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully ask that this Board finds that the respondents violated the Vermont Judiciary's Code of Professional Responsibility, and to grant me such other relief as to this Board may seem just and proper.

Respectfully submitted,

Cheryl D. Uzamere

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

13

**Exhibit 1**



14

**Exhibit 2**



THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU
**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

*You must PRINT all answers clearly in blue or black ink only.*



## GROOM'S PARENTS CONSENT

Date _____ 19__

A. This is to certify that we I who have been subscribed are any agency do hereby consent that _____ who is 20 try our our not legal and who is _____ under the age of 18 years, having been born _____ , shall be united in marriage to _____ by any delegitiman or other person authorized by law in solemnize marriages.

B.

Subscribed and severally sworn to before me on _____ day of _____ 19__

X _____
Signature of Father or Guardian

X _____
Signature of Mother or Guardian

_____
Notary Clerk

OFFICE USE

## BRIDE'S PARENTS CONSENT

Date _____ 19__

A. This is to certify that we I who have been subscribed our any agency do hereby consent that _____ who is our any daughter our any word and who is under the age of 18 years, having been born _____ , shall be united in marriage to _____ by any clergyman or other person authorized by law to solemnize marriages.

B.

Subscribed and severally sworn to before me on _____ day of _____ 19__

X _____
Signature of Father or Guardian

X _____
Signature of Mother or Guardian

_____
Notary Clerk

OFFICE USE

16

CLEAN

**THE CITY OF NEW YORK**
**OFFICE OF CITY CLERK**
**MUNICIPAL BUILDING, BROOKLYN**

№ 20456

Marriage License No. _116 25_ _79_

# Certificate of Marriage

I, _____, duly designated by the City Clerk of the City of New York to solemnize marriages, Do Hereby Certify that I did solemnize the rites of matrimony at the Office of the City Clerk, in the Borough of Brooklyn, City of New York, State of New York between

Godwin E. Uzamere _____ of _____ Brooklyn

in the County of _____ Kings _____ State of _____ New York

AND

Cheryl Denise Duncan _____ of _____ Brooklyn

in the County of _____ Kings _____ State of _____ New York

in the presence of _____ Nanny L. Duncan

and _____ Bobbie Banks _____ as witnesses.

Witness my hand this date, _____ the _____ 1979 at the Office of the City Clerk, Borough of Brooklyn, City of New York, State of New York.

Deputy City Clerk of the City of New York

---

**THE CITY OF NEW YORK**
**OFFICE OF THE CITY CLERK**
**MARRIAGE LICENSE BUREAU**

B-2012-6

License Number
B-1679-10020

# Certificate of Marriage Registration

This Is To Certify That **GODWIN E. UZAMERE**

residing at 349 HOPKINSON Apartment # 1AF BROOKLYN, NY 11233, United States

born on 06/21/1955 at BENIN Nigeria

and CHERYL DENISE DUNCAN New Surname UZAMERE

residing at 830 DUMONT AVENUE Apartment # 1A BROOKLYN, NY 11212, United States

born on 08/31/1958 at MANHATTAN New York United States

## Were Married

on 11/21/1979 at MUNICIPAL BUILDING

By ANIELLO M DEMAIO

as shown by the duly registered license and certificate of marriage of said persons on file in this office.

CERTIFIED THIS DATE AT THE CITY CLERK'S OFFICE

Brooklyn
N.Y.

February 28, 20

Michael McSweeney
City Clerk of the City of New York

PLEASE NOTE: Facsimile Signature and seal are printed pursuant to Section 11-A, Domestic Relations Law of New York.

'17

**Exhibit 3**

b 1-215B
r. 9-1-72)5

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

RE: UZAMERE, GODWIN E                      FILE NO. A 24 027 264

CUTED AT 500 HERZL ST BKLYN        DATE

are the following officer of the U.S. Immigration and Naturalization Service    RE FONZO

ENGLISH              language   Interpreter                     used

CHERYL DENISE UZAMERE nee DUNCAN acknowledge that the above named officer
identified himself to me as an officer of the United States Immigration and Naturalization Service
authorized by law to administer oaths and take testimony in connection with the enforcement of the
immigration and Naturalization laws of the United States. He has informed me that he desires to take
my sworn statement regarding   my marriage

He has told me that my statement must be freely and voluntarily given and has advised me of these
rights:

"You have the right to remain silent.

Anything you say can be used against you in court, or in any immigration or administrative
proceedings.

You have the right to talk to a lawyer for advice before we ask you any questions and to have
him with you during questioning.

If you can not afford a lawyer, one will be appointed for you before any questioning if you
wish.

If you do do to answer questions now without a lawyer present, you will still have the
right to stop answering at any time. You also have the right to stop answering at any time
until you talk to a lawyer."

I am willing to make a statement without anyone else being present. I swear that I will tell the truth,
the whole truth, and nothing but the truth, so help me God.

Being duly sworn, I make the following statement: My true and correct
name is Cheryl Denise Uzamere nee Duncan and
I am a native and citizen of the United
States born in New York City on May 31, 1957.
On November 21, 1979 I married Godwin
E. Uzamere in Brooklyn, New York and filed
an I-130E application in his behalf on December
18, 1979 at the time I used to
withdraw this application ~~and further~~ an-
any Immigration benefits that may be   25

18

attained by it. ~~if there~~ I have
never lived together as man & wife
with Godwin Uzaneri. We have always
maintained separate residences and
it is obvious to me that he married
me only to become a legal permanent
resident of the United States. I have
not seen Godwin & Uzaneri for at
least the past nine months and I
do not know where he is living
at this time. I believe he is
attending classes at Pratt University
in Brooklyn, New York for a county
is for study. He had been registered
there ~~under the~~ under the name EHIGIE
UZAWERE in 1979. Mrs. Nadia MERZLIAKOW,
Foreign Study Deputy, Pratt University, told me
~~that~~ that she knew of ~~Godwin~~ Godwin
but not as an F-1 student and that
he would about ~~4 reg~~ to the school.
I regain state that I desire at
their time to withdraw and cancel
the I-130E application that I filed
on behalf of Godwin Uzaneri. I fully
intend to obtain a divorce from him
as soon as possible. I have never lived
with him as his & wife ever since
an marriage.

*Cheryl P. Uzomere*

**Exhibit 4**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------X          Index No.  26332/07
CHERYL D. UZAMERE,

                                    Plaintiff,

-against-                                              AFFIRMATION


SENATOR EHIGIE EDOBOR UZAMERE

                                    Defendants.
-------------------------------------------X

Eugene C. Uzamere, an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms to the following under penalties of perjury:

1.    I am an attorney at the law office of Uzamere & Associates, PLLC, and appear on behalf of the respondent, Senator Ehigie Uzamere. I am fully familiar with the facts and circumstances herein contained. My knowledge and information is based on the records maintained by my office and communications with my client.

2.    The affirmation is submitted in reply to the plaintiff's order to show cause and in support of the defendant's motion to dismiss this case.

3.    The facts of this case as presented by the plaintiff are misguided, inaccurate, malicious and fraudulent.

4.    Although the plaintiff claims that she was married to Senator Ehigie Edobor Uzamere, on November 21, 1979, She was in fact married to the defendant's Cousin, Godwin E. Uzamere who is also known as Godwin Ehigie Uzamere. (See Affidavit of Godwin Uzamere, attached hereto as Exhibit "A").

5. At the time of the purported marriage, the defendant was not present in the United States. A fact, that is confirmed by the plaintiff's own investigation when she asserts in one of her subsequently dismissed Federal Court complaints that she was informed by the United States Immigration and Naturalisation Service that, "Ehigie Edobor Uzamere entered the port of New York, New York on January 28, 1980 as a lawful permanent resident." A copy of the plaintiff's Federal Court Complaint and subsequent determination are attached as Exhibit "B".

6. Godwin Uzamere, never resided with the plaintiff as husband and wife and had in fact severed their relationship because of the plaintiff's unprovoked, incessant and irrational outbursts. See Godwin Affidavit EXHIBIT "A"

7. Godwin in his affidavit asserts that he has remained ambivalent as to the paternity of the plaintiff's Adult child, Tara Uzamere.

5. The plaintiff who has openly professed her mental illness is also delusional and outlandish in her claims. The following are a few examples of her outlandish claims:

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in *the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law).*

b. That Judge Prus made decisions on the case based on his bias and corruption. *See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".*

c. That during the preliminary conference held on September 2nd 2008, I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of Custody Visitation and child support where resolved. She has since filed a Family Offense Petition in family court based on these facts. *Attached as Exhibit "D" is a copy of the signed preliminary conference order and Exhibit "E" is a copy of the Family offense Petition filed in family court.*

*However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the plaintiff raised any concerns she had about the stipulation before she signed it.*

d. The plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. See **EXHIBIT "B"**

6. The plaintiff whose primary motivation appears to be her loathing of the Uzamere's and her desire to get rich should address her child and spousal support claims to the proper defendant.

7. The plaintiff appears to be motivated by her desire to get money from senator Uzamere.

Therefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
October 5th 2008

Eugene Travers

Eugene Travers

851 Watson Avenue,
Bronx, New York 104?2
?8-4?9-?18?
?18-504-?326



# IN THE HIGH COURT OF JUSTICE
# EDO STATE OF NIGERIA
# IN THE BENIN JUDICIAL DIVISION
# HOLDEN IN BENIN

INDEX NO. 26332/07

CHERYL D. UZAMERE     *   *    *     PLAINTIFF

    V

SENATOR EHIGIE EDOBOR UZAMERE   *    *    DEFENDANT

## FURTHER COUNTER AFFIDAVIT

I, Godwin E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Eweka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1. That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2. That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3. When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4. I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5. The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated

22

6. I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7. As indicated by my Application for social security number, and my social security number 129 - 64 - 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "G₁" and "G₂".

8. To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "G₃" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9. The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiff's new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the peculiar circumstance of this case

12. That I depose to this Affidavit bonafide

Godwin Uzamere

SWORN TO AT THE
HIGH COURT REGISTRY,
BENIN CITY. THIS ............... DAY
OF ..................... 2008

BEFORE ME

COMMISSIONER FOR OATH.

23



24





26

**Exhibit 5**

TTSGM 11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------x

Cheryl D. Uzamere

Plaintiff,

-against-

Senator Ehigie Edobor Uzamere also known as
"Godwin" Uzamere

Defendant

Index No 26332-07

**AFFIDAVIT**

----------------------------------------

STATE OF NEW YORK }
COUNTY OF KINGS } ss

I, Tara A. Uzamere, being duly sworn, depose and say that

1) I am the daughter of the Plaintiff and the Defendant in the above entitled action

2) I make this Affidavit based on the following facts

3) That the Plaintiff has always told me that Defendant is my father ever since I was a child

4) That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection

5) That I took a photograph of the Defendant during the aforesaid visit, photograph taken at JFK Airport is hereby attached as Exhibit A

6) That on the day that I first met the Defendant at JFK Airport, I called my friend Eussi Patterson on the cell phone that I used to take a photograph of the Defendant

7) That on the aforesaid day the Defendant openly and notoriously introduced himself to Eussi as my father

8) That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street.

9) That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

10) That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11)    That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12)    That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13)    That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father.

14)    That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15)    That Wellington Uzamere referred to the Defendant as "Ehigie."

16)    That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as Exhibit B.

17)    That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online.  See aforesaid report hereby attached as Exhibit C.

18)    That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as Exhibit D.

19)    That before 2004 the Defendant never visited me, never celebrated a birthday with me, never kissed me, never told me he loved me, never wiped away my tears, never talked to me about God, never attended a house of God with me, never read me a Bible story, never talked to me about how to comport myself around men or the importance of being a chaste woman, never let other men know that I was precious to him, never let other men know that they would be responsible to him if they hurt me, never held my hand, never walked with me, never sat me on his lap, never played games with me, never took me to the movies, never picked me up, never gave me a hug, never attended a school meeting with my teachers, never visited me in the hospital, never told me he was proud of me, never accompanied me to a father-daughter dance, never attended a graduation, never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth, never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20)    That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

28

is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am, that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test

21)   That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college. PELL grant rejection information is attached at **Exhibit E**.

22)   That I am willing to submit myself for honest **DNA** testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said **DNA** test is performed so that the **Defendant** does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he she verified **the** Defendant's **age**, but that on inspection of said page, did not **mark** off any box to indicate the type of identification the municipal clerk used to verify the Defendant's age and date of birth and identity, see Plaintiff's **Affidavit** and Application for License to Marry, top of back **page hereby** attached **as Exhibit F**

**WHEREFORE,** as the the **Defendant** has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our **entire** family, **that** this Court grant the **Plaintiff's** lawful **and** just **request** to dismiss attorney **Eugene** Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this 27th day
day of October, 2008

_____
Notary Public

_____
Notary Public

Tara A. Uzamere

29

**Exhibit 6**

At a Special Term, Part 5G, of the Supreme Court of the State of New York, held in and for the County of Kings, at a Courthouse located at 360 Adams Street, on the 12th day of May, 2009.

P R E S E N T  HON. JEFFREY S. SUNSHINE
J. S. C.

...................................................-x

CHERYL D. UZAMERE,                                           Index No. 26312/2007

                              Plaintiff

-against-

                                                             **DECISION & ORDER**

SENATOR EHIGIE UZAMERE
also known as 'GODWIN' UZAMERE,

                              Defendant.
.....................................................-x

On January 12, 2009, this court set the issue of whether the parties were married to each other on November 21, 1979, in the State of New York. The hearing was scheduled for March 30, 2009. Thereafter defendant's counsel moved by order to show cause to be relieved as counsel. By order of this court dated March 30, 2009, on plaintiff's consent and defendant's default, defendant's counsel was relieved and a stay of the action was granted to enable defendant to obtain new counsel in accordance with CPLR 321 (c). The hearing was adjourned to today at 9:30 a.m.

Today at 10:35 a.m. defendant was declared in default for failure to appear at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds that he is not the husband of the plaintiff is denied in its entirety. The defendant is the

2 #

husband in conformity with the parties marriage on November 21, 1979. Plaintiff is

directed to serve a copy of this decision and order and serve and file a note of issue,

forthwith, with proof of mailing by regular international mail and overnight international

mail for a trial on all issues within this matrimonial action to be held before this court on

July 7, 2009, at 9:30 a.m.

This shall constitute the decision and order of the court.

ENTER FORTHWITH,

JEFFREY S. SUNSHINE
J. S. C.

MAY 12 2009

**Exhibit 7**

REVIEW OF COMPLAINT REGARDING ATTORNEY ALLEN S. KAYE
BY CHERYL DUNCAN

Uzamere and Duncan married in 10/79  DOB 6/15/55
Duncan filed I-130/485 obo Uzamere in 11/79
Uzamere filed for advance parole because father died in Nigeria in 12/79
Different father name than below
Duncan withdrew I-130 8/6/80
Written statement at her home on 8/12/80
Duncan called office to indicate she did not want Uzamere deported until she obtained
child support and refused to give his current address

Meanwhile
USC stepmother filed I-130 for Uzamere 12/77
Approved 12/78
Visa approved 1/80  DOB 12/31/60
*** IR2 fraudulently obtained because he was married at the time.

Compare fingerprint cards between the two files


NOTE: as far as preliminary inquiry regarding Allen Kaye – there is no indication that
he facilitated a fraud. File reveals that Duncan signed I-130 in the name she knew her
husband to have, it was filed. he failed to appear for two interviews and she withdrew
initially orally and then in writing.  There is no indication that Uzamere obtained any
status via his interaction with Allen Kaye.

Uzamere later obtained status via his USC stepmother – and that law firm was retained
AFTER the filing of the petition after there had been no action for a year

32



U.S. Department of Homeland
Security
N. Kimball Square, Room 140
N. Burlington Avenue, 08104

U.S. Citizenship and
Immigration Services

January 6, 2009

**CONFIDENTIAL**

Cheryl D. Uzamere
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208

Dear Ms. Uzamere:

This office has completed its review of the complaint of professional misconduct that you filed against Alan E. Kaye, Esquire. The matter is confidential at this stage in accordance with the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), except for necessary disclosures in the course of conducting a preliminary inquiry. U. S. Citizenship and Immigration Services ("USCIS") has authority to conduct a preliminary inquiry of complaints of criminal, unethical, or unprofessional conduct in matters before USCIS.

In your June 9, 2008 complaint, you allege that Alan E. Kaye "colluded with my husband, the now Senator Ehigie Edobor Uzamere to submit a marriage certificate with the fictitious name "Godwin Uzamere; in order to avoid paying child support, and three years later, in order to hide the 2nd marriage that my husband contracted in the United States." The acts that you allege constitute a violation of the Rules of Professional Conduct for Practitioner occurred in the course of representation by an attorney associated with Mr. Kaye in connection with a petition for an immediate relative filed by you with the Immigration and Naturalization Service ("INS") in 1979. The New York Departmental Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department considered these allegations in 2003 and determined that no further action was warranted.

After a careful and thorough review of your complaint, I do not find clear and convincing evidence of an ethical violation of the Rules on the part of Mr. Kaye. No further action will be taken with regard to your complaint.

Sincerely,

Rachel A. McCarthy
Bar Counsel

www.dhs.gov

33

**Exhibit 8**

9/6/21 · 52 PM                                        Uzamere v Uzamere (2009 NY Slip Op 09214)

| Uzamere v Uzamere |
| --- |
| 2009 NY Slip Op 09214 [68 AD3d 855] |
| December 8, 2009 |
| Appellate Division, Second Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, February 10, 2010 |

| Cheryl D. Uzamere, Appellant, |
| --- |
| v |
| Ehigie Edobor Uzamere, Respondent. |

—[*1] Cheryl D. Uzamere, Brooklyn, N.Y., appellant pro se.

In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant and for an award of child support, and directed a hearing on the issue of whether the parties were in fact married.

Ordered that the appeal from so much of the order as directed a hearing is dismissed, without costs or disbursements, on the ground that no appeal lies as of right from an order directing a hearing and leave to appeal has not been granted (see Bernadette Panzella, P.C. v DeSantis, 36 AD3d 734 [2007]; and it is further,

Ordered that the order is affirmed insofar as reviewed, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (see Matter of Winokur v Winokur, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.

34

**Exhibit 9**



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

June 12, 2009

NRC2000023721

Cheryl D. Unamere
1209 Loring Avenue, Apt 6B
Brooklyn, NY 11208

Dear Cheryl D. Ummere:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 15, 2008, regarding the subject: Ehigie Edobor Uunmere.

We have completed the review of all documents responsive to your request and have identified 29 pages which are responsive to your request. Enclosed are 26 pages released in their entirety, and 3 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

◻ Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, FOIA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending matter, you must address these issues with your nearest district office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure(s)

35

26 Federal Plaza                    A39 201 234
New York, New York 10278

February 10, 1984

Cheryl Cammere
303 Eastern Parkway, 3R
Brooklyn, N.Y. 11225

Dear Madam:

I have considered the reason (child support proceedings) you gave in your request for the address of Mr. Elnicio Binter Cammere, and I have determined that the overriding public interest for disclosure outweighs Mr. Cammere's right to privacy.

On January 28, 1980, Mr. Cammere gave his address as: 361 Amboy Street, Brooklyn, New York 11212.



(b)(6)

2

26 Federal Plaza
New York, New York 10278

A24 027 704

JUN 1 5 1981

Cheryl Tramore
200 Hazel Street
Brooklyn, N.Y. 11219

Dear Sir:

Reference is made to the visa petition you filed on June 10, 1979 in behalf of
Godwin E. Tramore to accord him preference status as the spouse of a citizen of
the United States.

In view of your statement dated June 10, 1979 withdrawing the visa petition, the
petition is rendered void and has no force or effect.

Very truly yours,

John J. Gaffney
Acting District Director
New York District

cc: *illegible handwritten note*

20

**Exhibit 10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL D. UZAMERE,

                                    Plaintiff,                          19-CV-9064 (CM)

                    -against-                                  ORDER OF DISMISSAL AND
                                                                       TO SHOW CAUSE UNDER
THE STATE OF NEW YORK, et al.,                               28 U.S.C. § 1651

                                    Defendants.

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff, appearing pro se, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants participated in a massive conspiracy to deprive her of her rights. By order dated October 1, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis (IFP). The Court dismisses the complaint for the reasons set forth below. Within thirty days of the date of this order, Plaintiff must submit a declaration setting forth good cause why the Court should not impose a bar order.

## STANDARD OF REVIEW

The Court must dismiss an in forma pauperis complaint, or portion thereof, that is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); see Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir. 1998). While the law mandates dismissal on any of these grounds, the Court is obliged to construe pro se pleadings liberally, Harris v. Mills, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they suggest," Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 474 (2d Cir. 2006) (internal quotation marks and citations omitted).

**Exhibit 11**



**If this is an emergency, call 911.**

* = Required Fields

Thank you, your submission has been received.

# I. Your information

First name:

Cheryl

Last name:

Uzamere

Email:

cuzamere@netzero.net

example@email.com

Phone number:

718-764-3372

(555-555-5555)

Where are you reporting from?*

Inside the U.S.

Outside of the U.S.



Gang Related

Human Rights Violators

Human Smuggling

Human Trafficking (Forced Labor/Slavery)

Immigration Telefraud

Intellectual Property Rights

Narcotics Smuggling

Terrorism Related

Trade Exportation Violation

Trade Importation Violation

Weapons Smuggling

Other (i.e., COVID-19 Fraud, Illegal Immigration, etc.)

Other:*

Facilitation of immigration/marriage/identity fraud

If "Other", please explain:

## Location of Criminal Activity (if known)

**Street Address:**

(line 1):

8931 161st Street

(line 2):

Suite 810

City:

CUSAM



Brooklyn

State: *

New York

Zip Code:

11208

## III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

### Information about business/company

Business/Company Name *

Law Office of Austin Isuwa Idehen

Business's Street Address

**Street address:**

(line 1): *

8931 161st Street

(line 2):

Suite 810

41

6/21/2021                                                    ICE Tip System | ICE

This complaint is uploaded to https://bit.ly/3j11321.

On 11/20/1979, my husband, Ehigie Edobor Uzamere engaged in
immigration marriage/identity fraud. The identity issue was
resolved by C. Diane Cejka by FOIA Request No. NRC2008023721
regarding A35 201 224 and A24 027 764; by Rachel McCarthy,
former Bar Counsel for USDOJS/USCIS and by U.S. District Court
Judge Colleen McMahon.

On May 28, 2021, Austin Idehen facilitated identity fraud at my
husband's behest by claiming that Ehigie is not my husband, and
by implying that I am psychotic, something that my husband and
Osato E. Uzamere tried in the past.

The felonies that Mr. Idehen committed during the court case are:

1) 42 U.S.C. § 1983, Violation of Civil Rights;
2) 18 U.S.C. § 1964, Civil Action for RICO;
3) 28 U.S.C. § 1350 Alien Action for Tort/Torture Victim Prot. Act.
4) 34 U.S.C. § 12291, Violence against Women Act.

I will file a federal lawsuit against him and others in July (see
https://bit.ly/2TQTeyO).

7 characters remaining

Did you have additional businesses/individuals to report on?*

    Yes

    No


**PRIVACY NOTICE**

**Authority:** The collection of information that you provide in this
web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. §
1183; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code;
19 U.S.C. § 1589a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301;
and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's
public website, available at www.ice.gov/site-policies.

https://www.ice.gov/webform/ice-tip-form/both please provide a summary of the criminal activity and 2000 site-id3e&FyeL3Que                    8/12

**Exhibit 12**

42

FAMILY COURT OF THE STATE OF NEW YORK
CITY OF NEW YORK: COUNTY OF KINGS
_____

CHERYL UZAMERE                                          File No.: 13S121
                                                        Docket No.: F-06904-20

                        Petitioner,

            -against-                                   AFFIDAVIT OF EHIGIE UZAMERE

EHIGIE UZAMERE

                        Respondent.
_____

EHIGIE UZAMERE, being duly sworn, deposes and says:

1)      I am RESPONDENT in this matter.

2)      I make this affidavit in support of the instant Motion to Dismiss this bogus claim by petitioner.

3)      I have reviewed this action filed by my attorney and the facts and exhibits therein are true to
the best of my knowledge.

        WHEREFORE, I request that the court grant the relief requested, and such other and further relief the
court finds just and proper.

Dated:  April 11, 2022


                                        _____
                                        EHIGIE UZAMERE


On the 21st day of April , 2022, before me, the undersigned, personally appeared EHIGIE UZAMERE,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is
subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his
signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the
instrument.

_____
NOTARY PUBLIC


                        My Commission Does Not Expire

                            U.S. Embassy Abuja,

                                Nigeria.







## cuzamere@netzero.net

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Tuesday, July 05, 2022 10:29 AM |
| **To:** | 'PAO.EOIR@usdoj.gov' |
| **Cc:** | 'atabaddor@dhs.gov'; 'ashleytabaddor@gmail.com' |
| **Subject:** | Complaint to EOIR's Disciplinary Program and Professional Conduct Rules for Immigration Attorneys and Representatives |
| **Attachments:** | Findings of Fact dated June 27, 2022.pdf; Cheryl D. Uzamere v. Ehigie Edobor Uzamere Certified Order of Spousal Support.pdf; Uzamere v. Uzamere -- Harvey Shapiro Affirmation.pdf; Uzamere v. Uzamere -- Allen E. Kaye Affirmation.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'PAO.EOIR@usdoj.gov' | |
| | 'atabaddor@dhs.gov' | |
| | 'ashleytabaddor@gmail.com' | |
| | 'marsha_curtis@fd.org' | |
| | 'aaharris@nycourts.gov' | |
| | 'austin@idehenlaw.com' | |
| | 'nyoag.nycpdf@ag.ny.gov' | |
| | 'annasternesq@aol.com' | |
| | 'elliot@elliotgreenlaw.com' | |
| | 'kings_part22@nycourts.gov' | |
| | 'kingsfamilycourt@nycourts.gov' | |
| | 'benjamin.torrance@usdoj.gov' | |
| | 'uzalaw@gmail.com' | |
| | 'ehigieuzamere@yahoo.com' | |
| | 'AbujaACS@state.gov' | |
| | 'LagosACS@state.gov' | |
| | 'PassportVisaFraud@state.gov' | |
| | 'BridgetownPublicAffairs@state.gov' | |
| | 'ogc@hq.dhs.gov' | |
| | 'dhs-oig.officepublicaffairs@oig.dhs.gov' | |
| | 'AskDOJ@usdoj.gov' | |
| | 'kings_part22@nycourts.gov' | |
| | 'kingsfamilycourt@nycourts.gov' | |
| | 'manhattanfamilycourt@nycourts.gov' | |
| | 'bronxfamilycourt@nycourts.gov' | |
| | 'QueensFamilyCourt@nycourts.gov' | |
| | 'michael.ginns@acf.hhs.gov' | |
| | 'shantel.mickens@acf.hhs.gov' | |
| | 'secretary@hhs.gov' | |
| | 'krista.rock@otda.ny.gov' | |
| | 'calhounm@dss.nyc.gov' | |

| Recipient | Read |
|---|---|
| 'nyoag.nycpdf@ag.ny.gov' | |
| 'pressoffice@law.nyc.gov' | |
| 'Kaconway@law.nyc.gov' | |
| 'recruitment@law.nyc.gov' | |
| 'robert.charrow@hhs.gov' | |
| 'Brenna.Jenny@hhs.gov' | |
| 'william.chang@hhs.gov' | |
| 'Stacy.Amin@fda.hhs.gov' | |
| 'Sean.Keveney@hhs.gov' | |
| 'Daniel.Barry@hhs.gov' | |
| 'Elizabeth.Gianturco@hhs.gov' | |
| 'James.Lawrence@hhs.gov' | |
| 'kyle.brosnan@hhs.gov' | |
| 'jonah.hecht@hhs.gov' | |
| 'john.strom@hhs.gov' | |
| 'Buddy.Frye@hhs.gov' | |
| 'Arlene.lyles@hhs.gov' | |
| 'Aleta.Conner@hhs.gov' | |
| 'Tracey.Mullins@hhs.gov' | |
| 'executive.office@chase.com' | |
| 'stacey.friedman@jpmorgan.com' | |
| 'AD2-GRV2@nycourts.gov' | |
| 'AD1-AGC-newcomplaints@nycourts.gov' | |
| 'DRS.PRA@usdoj.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'ogc@hq.dhs.gov' | |
| 'VTFPD@fd.org' | |
| 'VTFPD@fd.org' | |
| 'uscis.foia@uscis.dhs.gov' | |
| 'Kathy.Marks@health.ny.gov' | |
| 'psynmoie@cityclerk.nyc.gov' | |
| 'eugenia.cowles@usdoj.gov' | |
| 'cjc@cjc.ny.gov' | |
| 'info@nigeriaembassyusa.org' | |
| 'publiccomplaints@nigeriaembassyusa.org' | |
| Mullins, Tracey (HHS/OGC) | Read: 7/5/2022 10:44 AM |
| AD1-AGC-newcomplaints | Deleted: 7/5/2022 12:12 PM |



## AFRICAN DIASPORAL ENTERPRISES
### African History Month is Every Month!

**Cheryl D. Uzamere**
**Sole Proprietor**
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
cheryl.uzamere@africandiasporalenterprises.net

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

## U.S. DEPARTMENT OF JUSTICE'S EXECUTIVE OFFICE FOR IMMIGRATION REVIEW'S ATTORNEY DISCIPLINARY PROGRAM FOR PROFESSIONAL CONDUCT

In the Matter of the Proceeding Pursuant to the New )
York Lawyer's Code of Professional Responsibility in )
Relation to )
 )
1. **ALLEN E. KAYE, ESQ.,** Individually, )
 Tortiously and Criminally Liable in His )
 Official Capacity as Immigration Attorney; )
 )
2. **HARVEY SHAPIRO, ESQ.,** Individually, )
 Tortiously and Criminally Liable in His )
 Official Capacity as Immigration Attorney; )
 )
                    Respondents.         )

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1. That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring

Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

3

2.    Respondents were and continue to be lawyers registered with the U.S. Department of Justice's Executive Office for Immigration Review's Attorney Disciplinary Program for Professional Conduct.

## JURISDICTION

3.    The U.S. Department of Justice's Executive Office for Immigration Review's Attorney Disciplinary Program has jurisdiction over the illegal acts and omissions of immigration law practitioners.

4.    According to the rules of the U.S. Department of Justice's Executive Office for Immigration Review's Disciplinary Program and Professional Conduct, a lawyer or law firm that practices immigration law must not:

a.    Engage in bribery or coercion;

b.    Knowingly or with reckless disregard make a false statement or willfully mislead, misinform, threaten, or deceive any person;

c.    Knowingly or with reckless disregard falsely certify a copy of a document as being true and complete;

d.    Fail to disclose to an adjudicator, controlling legal authority known to the practitioner that is directly averse to the position of the client if not disclosed by opposing counsel.

5.    The respondents are also registered to practice law within the State of New York.

6.    According to the New York Lawyer's Code for Professional Responsibility, a lawyer or law firm shall not:

a.    Violate a Disciplinary Rule.

b.    Circumvent a Disciplinary Rule through actions of another.

c.    Engage in illegal conduct that adversely reflects on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

d.    Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

e.    Engage in conduct that is prejudicial to the administration of justice.

4

f.      Unlawfully discriminate in the practice of law, including in hiring, promoting, or otherwise determining conditions of employment, on the basis of age, race, creed, color, national origin, sex, disability, marital status, or sexual orientation.

g.      Engage in any other conduct that adversely reflects on the lawyer's fitness.

h.      A lawyer shall not accept employment on behalf of a person if the lawyer knows or it is obvious that such person wishes to:

i.      Bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.

j.      Present a claim or defense in litigation that is not warranted under existing law, unless it can be supported by a good faith argument for an extension, modification, or reversal of existing law.

k.      A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

l.      The lawyer knows, or it is obvious that a client is bringing a legal action, conducting a defense, or asserting a position during litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

m.      The lawyer knows, or it is obvious that continued employment will result in violation of a Disciplinary Rule.

n.      A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.

o.      A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.

# STATEMENTS OF FACT

7.    I am the wife of Ehigie Edobor Uzamere.

8.    Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No. A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

9.    Ehigie Edobor Uzamere is also known by the U.S. Citizenship and Immigration Services under USCIS File No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

10.    The issues regarding Ehigie Edobor Uzamere as my husband was resolved by the default decision of Respondent Jeffrey S. Sunshine on May 12, 2009.

11.    The decision affirming Respondent Sunshine's decision was rendered on December 8, 2009. The decision is published with the New York State Law Reporting Bureau. It can be found at https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

12.    In the decision of the late Justice Arthur M Schack regarding the lower New York State Supreme Court Case, *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012/2009 (https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-of-Moser*-based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding* decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second by defendant GLADSTEIN, and the third by defendant ROSTANSKI, they all move to dismiss plaintiff UZAMERE's complaint, pursuant to various subsections of CPLR Rule 3211. Defendants claim that plaintiff UZAMERE's claims are barred: by *res judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211 (a) (5); by *lack of personal jurisdiction because of improper service of the instant verified complaint*, pursuant to CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be granted*, pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation, pursuant to CPLR Rule 3211 (a) (5)*.
>
> …Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res judicata*. (CPLR Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442, explains that:
>
> > The doctrine of res judicata is designed to put an end to a matter once duly decided. It forbids relitigation of the matter as an unjustifiable duplication, an unwarranted burden on the courts as well as on opposing parties. Its main predicate is that the party against whom it is being invoked has already had a day in court, and, if it was not satisfactory, the proper course was to appeal the unsatisfactory result rather than ignore it and attempt its relitigation in a separate action.

6

13.     In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for

Motion #5, Support Magistrate Harris' decision criminally and idiotically states:

> Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata*. Petitioner has presented an Order Of Dismissal and To Show Cause issued by the United States District Court Southern District of New York on October 15, 2019, in which Colleen McMahon, Chief U.S. District Judge, writes, "Plaintiff, appearing pro se, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere"…Although Petitioner has submitted a counter-affidavit dated October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he is Petitioner's legal husband* and the signature contained therein is similar to the signature contained in the Affidavit and Application For License To Marry submitted to the Office of the City Clerk Marriage License Bureau on or around November 20, 1979 which Petitioner holds to be her legal husband's "real" signature. This signature is different from that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of the motion to dismiss.

### LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

14.     I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained,

and/or have conspired to facilitate the upholding of the decision rendered by Support Magistrate Harris by

corrupt means; said corrupt means facilitated by Support Magistrate Harris' lack of faithfulness in enforcing

CPLR Rule 3211(a)(5) regarding the New York State Supreme Court Appellate Division Second Judicial

Department's published decision that affirmed Ehigie Edobor Uzamere's identity as my husband.

Furthermore, I allege that Respondents' refused to facilitate my acquisition of the U.S. Citizenship and

Immigration Service regarding information contained in Ehigie Edobor Uzamere's USCIS File Nos. A35 201

224 and A24 027 764 that I received from former Bar Counsel Rachel Rothstein McCarthy and T. Diane

Cejka of the U.S. Citizenship and Immigration Service regarding Ehigie Edobor Uzamere's identity as my

husband. Instead, the respondents' continued refusal to facilitate my acquisition of any information regarding

Ehigie Edobor Uzamere's birth identity facilitated Support Magistrate Harris' criminal rendering of her

corrupt decision; and aided and abetted the illegal relitigating of the issue regarding my husband's identity

that was litigated in my favor thirteen (13) years ago.

15.    The respondents' tortious/criminal acts, in concert with the tortious/criminal acts of judges

against whom I have filed a complaint is a textbook violation of *Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*:

> The issue here is not what happened in the Orienté more than twenty years ago and who, if anyone, now is responsible for any wrongs then done. It instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal.
>
> Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct…Indeed, one Ecuadorian legal team member, in a moment of panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

16.    It is clear that both the late New York State Justice Arthur Schack's and Support Magistrate

Harris' reference to the Seventh Amendment-inspired doctrine of *res judicata* is proof of their understanding

the subject legal doctrine; as well as the faithfulness required to properly enforce the subject doctrine. Support

Magistrate Harris' glaring lack of faithfulness to the law by surreptitiously supplanting the *published* decision

rendered by the New York State Supreme Court Appellate Division, Second Judicial Department with the

*unpublished, lower New York State Supreme Court decision* infested with the contradictory ramblings of a

now deceased corrupt judge who is not missed by this Petitioner is evidence of a lack of faithfulness to the

law.

17.    By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable

controversy with respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

*An immigration law practitioner shall not engage in bribery or coercion.*

18.    I allege that the respondents by their actions engaged in coercing me not to file complaints.

## AS AND FOR A SECOND CAUSE OF ACTION

*An immigration practitioner shall not knowingly or with reckless disregard make a false statement or willfully mislead, misinform, threaten, or deceive any person.*

19.     I allege that the respondents by their actions made false statements regarding my husband's

identity to willfully mislead/deceive others and to threaten me with reprisal if I continue to file complaints.

## AS AND FOR A THIRD CAUSE OF ACTION

*An immigration practitioner shall not knowingly or with reckless disregard falsely certify a copy of a document as being true and complete.*

20.     I allege that the respondents by their actions knowingly and with reckless disregard falsely

certify that that I-130 immigration form that they submitted to the U.S. Department of Justice's for

Immigration and Naturalization Service was true and correct; said misrepresentation reiterated (implied) in

the perjurious affirmations that the respondents submitted to the court during the litigation of the case *Cheryl*

*D. Uzamere v. Senator Ehigie Edobor Uzamere,* K-18012/2009.

## AS AND FOR A FOURTH CAUSE OF ACTION

*An immigration practitioner shall not fail to disclose to an adjudicator, controlling legal authority known to the practitioner that is directly averse to the position of the client if not disclosed by opposing counsel.*

21.     I allege that the respondents failed to disclose to several adjudicators and controlling legal

authority known to the practitioner that is directly averse to the position of their former client, my husband,

Ehigie Edobor Uzamere.

22.     Based on the foregoing I allege that the respondents, both severally and jointly violated the

rules of the U.S. Department of Justice's Executive Office for Immigration Review's Attorney Disciplinary

Program; and that said violation renders them individually, tortiously and criminally liable in their official

capacities as lawyers duly authorized by the U.S. Department of Justice's Executive Office for Immigration

Review's Attorney Disciplinary Program because of their failure to comply with its laws.

23.     I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie*

*Edobor Uzamere, USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24*

*027 764 and Various Known And Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a*

*Victim-Humiliation-Producing Sexually Sadistic Hate Group* (https://bit.ly/3JU0gLW), the respondents who

are listed as defendants in the subject federal lawsuit called into question my right to enforce the following constitutional mandates and federal statutes:

<u>Constitutional Provisions</u>

a)      Commerce Clause;

b)      First Amendment;

        i)   Freedom of Expression;

        ii)  Petition the government for a redress of grievances;

        iii) Establishment Clause;

        iv) Free Exercise Clause;

c)      Fifth Amendment;

d)      Seventh Amendment;

e)      Thirteenth Amendment;

f)      Fourteenth Amendment;

<u>U.S. Supreme Court Case Law Provisions</u>

a)      *Precision Instrument Mfg. Co. v. Automotive Co.,* 324 U.S. 806 (1945)
       Clean hands doctrine;

c)      *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
       Willful blindness;

d)      *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
       Implied cause of action for damages by federal agents;

<u>Federal Statutory Provisions</u>

a)      Social Security Act:

        i)    §452: Duties of the Secretary to establish state standard to collect support;

        ii)   §454 [42 U.S.C. §654]: State plan for child and spousal support;

        iii)  §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

        iv)   §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

        v)    §507 [42 U.S.C. §707]: Criminal penalty for false statements;

      vi)  §508 [42 U.S.C. 708]: Nondiscrimination;

b)      Sherman Antitrust Act, 15 U.S.C. 1, 2;

c)      Marriage fraud, 8 U.S.C. §1325;

d)      Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e)      Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

      i)    Civil Rights Act, discrimination based on race and national origin;

      ii)   Americans with Disabilities Act/Rehabilitation Act;

      iii)  Violence against Women Act;

      v)  Prevention of Elder Abuse, Neglect and Exploitation;

f)      Civil Action for RICO, 18 U.S.C. § 1964:

      i)    Section 1512 (relating to tampering with a witness, victim, or an informant);

      ii)   Section 1513 (relating to retaliating against a witness, victim, or an informant);

      iii)  Section 1544 (relating to misuse of passport);

      iv)  Section 1581 (Peonage);

      v)   Section 1591 (Sex trafficking of children by force, fraud, or coercion);

g)      Section 1622 (subornation of perjury);

h)      42 U.S.C. § 289c - Research on public health emergencies;

i)      Stalking (Interstate Domestic Violence), 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a)      New York State Penal Law §460.20, Enterprise Corruption;

b)      New York State Penal Law §485, Hate Crimes;

c)      New York State Penal Law §195, Official Misconduct;

d)      New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e)      New York State Penal Law §210.15, Perjury in the 1st degree;

f)      New York State Penal Law §210.10, Perjury in the 2nd degree;

g)     New York State Penal Law §175.35, Submitting a false for filing;

h)     New York State Penal Law §175.45, Issuing a false certificate.

i)     New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a)     Defamation;

b)     Intentional Infliction of Emotional Distress;

c)     Gross Negligence.

24.     I respectfully advise the members of this Program that the respondents are also defendants in my federal lawsuit. This petition will be presented as an exhibit is the subject federal lawsuit. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully as that this Committee finds that the respondents violated U.S. Department of Justice's Executive Office for Immigration Review's Attorney Disciplinary Program, and to grant me such other relief as to this Committee may seem just and proper.

Respectfully submitted,

Cheryl D. Uzamere

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

12

**Exhibit 1** 



**Exhibit 2**

THE CITY OF NEW YORK — THE STATE OF NEW YORK
OFFICE OF THE CITY CLERK — MARRIAGE LICENSE BUREAU
**AFFIDAVIT AND APPLICATION FOR LICENSE TO MARRY**

Index No. _____

*You must PRINT all answers clearly in blue or black ink only*

| GROOM | Cordolin | | Uzamere |
| BRIDE | Cheryl | Denise | Duncan |

→ Fake Name!

→ Real Name

14

OFFICE USE ONLY

provided
no ID

Birth Record
Baptismal Certificate
Passport
Driver's License
School Record
Military I.D.
Immigration Card
Other

X _____

## GROOM'S PARENTS CONSENT

Date _____ 197___

A.    This is to certify that we–I who have hereto subscribed our–my names, do hereby consent that

_____ who is our–my son our–my ward and who is
*Print Groom's Name Clearly*

under the age of 18 years, having been born _____ _____ 19__, shall be united in marriage to
                                                   *month*  *day*  *year*

_____ by any clergyman or other person authorized by law to
*Print Bride's Name Clearly*

solemnize marriage.

B.

Subscribed and severally sworn to          X _____    (L.S.)
before me on _____ day of                      *Signature of Father or Guardian*

_____ 197___                         X _____    (L.S.)
_____                   *Signature of Mother or Guardian*
*Issuing Clerk*

OFFICE USE

## BRIDE'S PARENTS CONSENT

Date _____ 197___

A.    This is to certify that we–I who have hereto subscribed our–my names, do hereby consent that

_____ who is our–my daughter our–my ward and who
*Print Bride's Name Clearly*

is under the age of 18 years, having been born _____ _____ 19__, shall be united in marriage to
                                                *month*  *day*  *year*

_____ by any clergyman or other person authorized by law to
*Print Groom's Name Clearly*

solemnize marriage.

B.

Subscribed and severally sworn to          X _____    (L.S.)
before me on _____ day of                      *Signature of Father or Guardian*

_____ 197___                         X _____    (L.S.)
_____                   *Signature of Mother or Guardian*
*Issuing Clerk*

OFFICE USE



**Exhibit 3**

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

**AFFIDAVIT**

RE: UZAMERE, GODWIN E          FILE NO. A 24 027 164
EXECUTED AT 500 HERZL ST BKLYN    DATE 8/12/80
are the following officer of the U.S. Immigration and Naturalization Service: R E FONZO

_____ ENGLISH _____ language. Interpreter _____ used.

CHERYL DENISE UZAMERE NEE DUNCAN acknowledge that the above named officer
in identified himself to me as an officer of the United States Immigration and Naturalization Service,
authorized by law to administer oaths and take testimony in connection with the enforcement of the
Immigration and Nationality laws of the United States. He has informed me that he designs to take
my sworn statement regarding ___ my marriage ___ to Godwin E Uzamere

He has told me that my statement must be freely and voluntarily given and has advised me of these
rights:
"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative
proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have
him with you during questioning.
If you can not afford a lawyer, one will be appointed for you before any questioning if you
wish.
If you decide to answer questions now without a lawyer present, you will still have the
right to stop answering at any time. You also have the right to stop answering at any time
until you talk to a lawyer."
I am willing to make a statement without anyone else being present. I swear that I will tell the truth,
the whole truth, and nothing but the truth, so help me God.
Being duly sworn, I make the following statement: _My true and correct_
_name is Cheryl Denise Uzamere nee Duncan and_
_I am a native and citizen of the United_
_States born in New York City on May 31, 1959._
_On November 21, 1979 I married Godwin_
_E. Uzamere in Brooklyn, New York and filed_
_an I-130E application in his behalf on December_
_18, 1979 at this time I wish to_
_withdraw this application_ ~~so that he can~~ _in_
_any Immigration benefits that may be_ **25**

attained by it. ~~I have~~ I have
never lived together as man + wife
with Godwin Uzamere. We have always
maintained separate residences and
it is obvious to me that he married
me only to become a legal permanent
resident of the United States. I have
not seen Godwin Uzamere for at
least the last nine months and I
do not know where he is living
at this time. I believe he is
attending classes at Pratt University
in Brooklyn, New York but cannot
say for sure. He had been registered
there ~~under~~ under the name EHIGIE
UZAMERE in 1979. Mrs. Nadia MERZLIAKOW,
Foreign Student Director, Pratt University, Telme
~~that~~ that she knew of Godwin
but not as an F-1 student and that
he said about ~~going~~ to the school.
I again state that I desire at
this time to withdraw and cancel
the I-130E application that I filed
on behalf of Godwin Uzamere + I fully
intend to obtain a divorce from him
as soon as possible. I have never lived
with him as his + wife ever since
an marriage.

Cheryl S. Uzomere

**Exhibit 4**

18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------X        Index No.   26332/07

CHERYL D. UZAMERE,

                         Plaintiff,

-against-                                     AFFIRMATION


SENATOR EHIGIE EDOBOR UZAMERE

                         Defendants.
-------------------------------------X

     Eugene O. Uzamere, an attorney duly admitted to practice law in
the courts of the State of New York, hereby affirms to the following
under penalties of perjury:

1.    I am an attorney at the law office of Uzamere & Associates,
PLLC., and appear on behalf of the respondent, Senator, Ehigie Uzamere.
I am fully familiar with the facts and circumstances herein contained.
My knowledge and information is based on the records maintained by my
office and communications with my client.

2.    The affirmation is submitted in reply to the plaintiff's order to
show cause and in support of the defendant's motion to dismiss this
case.

3.    The facts of this case as presented by the plaintiff are
misguided, inaccurate, malicious and fraudulent.

4.    Although the plaintiff claims that she was married to Senator
Ehigie Edobor Uzamere, on November 21, 1979, She was in fact married to
the defendant's cousin, Godwin E. Uzamere who is also known as Godwin
Ehigie Uzamere. *(See Affidavit of Godwin Uzamere, attached hereto as
Exhibit "A")*.

5. At the time of the purported marriage, the defendant was not present
in the United States. A fact, that Is confirmed by the plaintiff's own
investigation when she asserts in one of her subsequently dismissed
Federal Court complaints that she was informed by the United States
Immigration and Naturalization Service that, "Ehigie Edobor Usamere
entered the port of New York, New York on January 28, 1980 as a lawful
permanent resident." *A copy of the plaintiff's Federal Court Complaint
and subsequent determination are attached as Exhibit "B"*.

6. Godwin Uzamere, never resided with the plaintiff as husband and wife
and had in fact severed their relationship because of the plaintiff's
unprovoked, incessant and irrational outbursts. *See Godwin Affidavit
Exhibit "A"*

7. Godwin in his affidavit asserts that he has remained ambivalent as
to the paternity of the plaintiff's Adult child, Tara Uzamere.

19

7. The plaintiff who has openly professed her mental illness is also delusional and outlandish in her claims. The following are a few examples of her outlandish claims:

a. That the defendant is a fugitive from justice as a result of his acts of immigration and identity fraud. (A fact that only exists in the plaintiff's imagination as the defendant, who is a Nigerian Senator, is frequently in and out of the United States and has had no trouble with the law).

b. That Judge Prus made decisions on the case based on his bias and corruption. See plaintiff's motion to Recuse Judge Prus, attached as Exhibit "C".

c. That during the preliminary conference held on September 2nd 2008, I forced the plaintiff to execute a preliminary conference stipulation stating that the issues of Custody Visitation and Child support where resolved. She has since filed a Family Offense Petition in family court based on these facts. Attached as Exhibit "D" is a copy of the signed preliminary conference order and Exhibit "E" is a copy of the Family offence Petition filed in family court.

However, the court records will show that Judge Prus conducted an allocution of the parties as to the terms of our settlement and the plaintiff raised any concerns she had about the stipulation before she signed it.

d. The plaintiff's frivolous federal complaints where she has made numerous outlandish claims that were subsequently dismissed. See EXHIBIT "B"

9. The plaintiff whose primary motivation appears to be her loathing of the Uzamere's and her desire to get rich should address her child and spousal support claims to the proper defendant.

10. The plaintiff appears to be motivated by her desire to get money from senator Uzamere

Therefore, it is respectfully submitted that the Court dismisses this case in its entirety, and for such other and further relief as the court deems just and proper.

Dated: Bronx, New York
October 5th 2008

Eugene Uzamere

851 Watson Avenue,
Bronx, New York 10472
18-409-3389
18-504-3326

20



**IN THE HIGH COURT OF JUSTICE**
**EDO STATE OF NIGERIA**
**IN THE BENIN JUDICIAL DIVISION**
**HOLDEN IN BENIN**

INDEX NO. 26332/07

CHERYL D. UZAMERE    ·  ·  ·   PLAINTIFF

V

SENATOR EHIGIE EDOBOR UZAMERE ·  ·  · DEFENDANT

## FURTHER COUNTER AFFIDAVIT

I, Godwin. E. Uzamere, male, farmer, Christian, Nigerian citizen of 18, Eweka, Street, Benin City, do hereby make Oath and state in further response to the Plaintiff's Motion as follows:

1. That the Defendant in this action Senator Ehigie Edobor Uzamere is my cousin.

2. That the Plaintiff's claim that she married my cousin in November 1979 is an outrageous and heinous lie. I was the one who married and ran away from her.

3. When I married the Plaintiff, my intention was to settle in the United States and raise our children including the Plaintiff's child from her previous relationship with a Jamaican. Her unprovoked and incessant irrational outburst prompted me to question her mental stability I left her to protect and preserve my own sanity. I have never regretted that decision.

4. I have always been ambivalent as regards the paternity of Tara Uzamere who the Plaintiff claims she was two weeks pregnant for when I left her. Children are considered a blessing from God in my family and I have carefully avoided raising issues that would humiliate Tara as far as the circumstances of her birth or paternity is concerned. The Plaintiff is aware that from the time I left her she was at liberty to divorce me. I emphasise that I shall never contest any divorce proceeding she may wish to institute against me.

5. The Plaintiff riles me as "a broke ass" but has clung to my name after more than 27 years of our separation. She has often threatened to hit my family where it would hurt the most. This action shows I clearly underestimated the limits of her bitterness and contempt me.

6. I have before now, ignored the Plaintiff's outburst but her claim to be married to my cousin who was not in the United States at the time of our marriage is a new twist to this sad ugly tale.

7. As indicated by my Application for social security number, and my social security number 129 - 64 - 1205 Godwin E. Uzamere and Ehigie Edobor Uzamere are not the same person. The documents are attached as Exhibits "G₁" and "G₂".

8. To the Plaintiff's knowledge, I am disabled from re-entering the United States as indicated in the entry on my passport. A photocopy of which is attached as Exhibit "G₃" and she is intent on punishing the Defendant and reaping where she has not sown as a way of paying me back for fleeing the relationship.

9. The Uzamere family have been supportive of me and also Tara who I have tried not to embarrass over the years on account of the Plaintiff's frail mental health.

10. The Plaintiffs new found obsession with destroying the Defendant is borne out of the fact we are exceptionally close and she mocks us as two sides of the same coin. To her knowledge the Defendant has always treated me with affection and respect. Her obsession with his destruction has taken her mental ailment to a new level which should not be encouraged.

11. It is respectfully submitted that the court should dismiss this action and make such further order as it deems fit in the perculiar circumstance of this case

12. That I depose to this Affidavit bonafide.

_Ehigie Edobor_
**Godwin Uzamere**

**SWORN TO AT THE**
**HIGH COURT REGISTRY,**
**BENIN CITY. THIS ......... DAY**
**OF .................... 2008**

**BEFORE ME**

**COMMISSIONER FOR OATH.**

22







**Exhibit 5**

TTSGM   11-13-08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

No. 780207

Cheryl D. Uzamere

                                 X

                      Plaintiff,

    -against-

Senator Ehigie Edobor Uzamere also known as
"Godwin" Uzamere

                     Defendant.

Index No. 26332-07

**AFFIDAVIT**

STATE OF NEW YORK        )
COUNTY OF KINGS        )  ss

      I, Tara A. Uzamere, being duly sworn, depose and say that:

  1)     I am the daughter of the Plaintiff and the Defendant in the above entitled action.

  2)     I make this Affidavit based on the following facts:

  3)     That the Plaintiff has always told me that Defendant is my father ever since I was a child.

  4)     That I met the Defendant for the first time at JFK Airport in Jamaica, New York around the year 2004 to the best of my recollection.

  5)     That I took a photograph of the Defendant during the aforesaid visit; photograph taken at JFK Airport is hereby attached as **Exhibit A**.

  6)     That on the day that I first met the Defendant at JFK Airport, I called my friend Eusi Patterson on the cell phone that I used to take a photograph of the Defendant.

  7)     That on the aforesaid day the Defendant openly and notoriously introduced himself to Eusi as my father.

  8)     That I met and visited the Defendant's late brother, John Uzamere at 476 Amboy Street.

  9)     That the Defendant and his brother George Uzamere openly and notoriously visited me when I lived at 489 Ray Street, Freeport, New York.

  10)    That while I was a resident in Freeport, New York, I experienced a car accident, and that George Uzamere and the Defendant openly and notoriously sent checks to pay the rest of my car note to Drive Financial, a financing company based in Dallas, Texas.

11) That the Defendant openly and notoriously visited me when I lived at Nichols Road in Wyandanch, New York.

12) That the Defendant met my landlord, Martin Marta when the Defendant visited me while I was living at the aforesaid address.

13) That during the aforesaid meeting the Defendant openly and notoriously identified himself to my landlord as my father.

14) That I spoke with Wellington Uzamere on the telephone several times before and after I first met the Defendant.

15) That Wellington Uzamere referred to the Defendant as "Ehigie."

16) That based on information received from members of the Edo/Bini community as well as my own belief, my facial structure resembles that of the Defendant as evidenced in my photograph hereby attached as **Exhibit B.**

17) That while I spend three or four pleasant occasions with the Defendant and received monetary gifts during those occasions, the Defendant has never been a consistent part of my life as I explained in the report I provided to Nigerian newspaper Huhu Online. See aforesaid report hereby attached as **Exhibit C.**

18) That based on what I learned at Long Island College School of Nursing regarding psychiatric nursing and psychiatric illnesses, as well as personal day-to-day observation of the Plaintiff, that while the Plaintiff's predominate affect is consistent with what I believe to be hypomania, the Plaintiff is not psychotic and does not require hospitalization, as untruthfully implied by Eugene Uzamere's defamatory characterization of the Plaintiff as "certifiably insane" to Nigerian newspaper Point Blank News Online, hereby attached as **Exhibit D**

19) That before 2004 the Defendant never visited me; never celebrated a birthday with me; never kissed me; never told me he loved me; never wiped away my tears; never talked to me about God; never attended a house of God with me; never read me a Bible story; never talked to me about how to comport myself around men or the importance of being a chaste woman; never let other men know that I was precious to him; never let other men know that they would be responsible to him if they hurt me; never held my hand; never walked with me; never sat me on his lap; never played games with me; never took me to the movies; never picked me up; never gave me a hug; never attended a school meeting with my teachers; never visited me in the hospital; never told me he was proud of me; never accompanied me to a father-daughter dance; never attended a graduation; never invited other members of the Edo/Bini community to a naming ceremony in honor of my birth; never told me that he was glad I was born and never treated me like he loved me and wanted to protect me from the dangers of the world the way normal fathers do with their daughters, and especially in the manner that Nigerian men are known to treat their children.

20) That the falsely concocted "counter-affidavit" and the falsely concocted affirmation by Eugene Uzamere makes me feel heartsick because I have always been made to believe by the Plaintiff, the Defendant and members of the Defendant's family that the Defendant

is my father and that being a blood member of the Uzamere clan, a blood member of the proud and ancient Edo/Bini nation and culture and being a native Nigerian based on consanguinity are my birthrights and a part of who I am, that the aforesaid "counter-affidavit" and attorney's affirmation are emotionally and psychologically abusive as they suggest that I am a bastard child while the Defendant is not willing to end the question of paternity by taking a simple DNA test.

21)    That I now experience financial difficulties such that I do not have money to return to college to continue studying nursing, and that because of the Plaintiff's advanced age and disability, it is very difficult for her to obtain employment to help me pay for college. PELL grant rejection information is attached at **Exhibit E.**

22)    That I am willing to submit myself for honest DNA testing to confirm that the Defendant is my father if conditions can be controlled so that the Defendant does not know and cannot access the location of the laboratory where said DNA test is performed so that the Defendant does not unduly influence anyone to lie about the results of the DNA test as it seems the Defendant was able to do on the marriage affidavit where the municipal clerk signed his/her name to indicate that he/she verified the Defendant's age, but that on inspection of said page, did not mark off any box to indicate the type of identification the municipal clerk used to verify the Defendant's age and date of birth and identity, see Plaintiff's Affidavit and Application for License to Marry, top of back page hereby attached as **Exhibit F**

**WHEREFORE,** as the the Defendant has forced the Plaintiff and I to suffer domestic violence as identified by the U.S. Justice Department's Office of Violence Against Women, I respectfully ask that this Court considers that the Plaintiff is not just pleading for herself but for our entire family, that this Court grant the Plaintiff's lawful and just request to dismiss attorney Eugene Uzamere's falsified affirmation in its entirety, and to grant the Plaintiff's motion for default judgment and money judgment in its entirety.

Sworn to before me this 27th day
day of October, 2008

_____
Notary Public

_____
Notary Public

Tara A. Uzamere

TOHYU HECXTALL
Notary Public - State of New York
NO. 01HE6159570
Qualified in Kings County
My Commission Expires _____

28

**Exhibit 6**

At a Special Term, Part 5G, of the Supreme
Court of the State of New York, held in and
for the County of Kings, at a Courthouse
located at 360 Adams Street, on the
12th day of May, 2009.

P R E S E N T: HON. JEFFREY S. SUNSHINE
J. S. C.

MAY 1 2 2009

---------------------------------------------x

CHERYL D. UZAMERE,                              Index No.: 26332/2007

                              Plaintiff,

            -against-

                                               DECISION & ORDER

SENATOR EHIGIE UZAMERE
also known as "GODWIN" UZAMERE,

                              Defendant.

---------------------------------------------x

On January 12, 2009, this court set the issue of whether the parties were

married to each other on November 21, 1979, in the State of New York. The hearing was

scheduled for March 30, 2009. Thereafter defendant's counsel moved by order to show

cause to be relieved as counsel. By order of this court dated March 30, 2009, on

plaintiff's consent and defendant's default, defendant's counsel was relieved and a stay of

the action was granted to enable defendant to obtain new counsel in accordance with

CPLR 321 (c). The hearing was adjourned to today at 9:30 a.m.

Today at 10:35 a.m. defendant was declared in default for failure to appear

at the hearing. Accordingly, defendant's motion to dismiss this action upon the grounds

that he is not the husband of the plaintiff is denied in its entirety. The defendant is the

husband in conformity with the parties marriage on November 21, 1979. Plaintiff is directed to serve a copy of this decision and order and serve and file a note of issue, forthwith, with proof of mailing by regular international mail and overnight international mail for a trial on all issues within this matrimonial action to be held before this court on July 7, 2009, at 9:30 a.m.

This shall constitute the decision and order of the court.

ENTER FORTHWITH.

JEFFREY S. SUNSHINE
J. S. C.

MAY 1 2 2009

30

**Exhibit 7**

REVIEW OF COMPLAINT REGARDING ATTORNEY ALLEN S. KAYE
BY CHERYL DUNCAN

Uzamere and Duncan married in 10/79  DOB 6/15/55
Duncan filed I-130/485 obo Uzamere in 11/79
Uzamere filed for advance parole because father died in Nigeria in 12/79
Different father name than below
Duncan withdrew I-130 8/6/80
Written statement at her home on 8/12/80
Duncan called office to indicate she did not want Uzamere deported until she obtained
child support and refused to give his current address

Meanwhile
USC stepmother filed I-130 for Uzamere 12/77
Approved 12/78
Visa approved 1/80  DOB 12/31/60
*** IR2 fraudulently obtained because he was married at the time.

Compare fingerprint cards between the two files


NOTE:  as far as preliminary inquiry regarding Allen Kaye – there is no indication that
he facilitated a fraud. File reveals that Duncan signed I-130 in the name she knew her
husband to have, it was filed, he failed to appear for two interviews and she withdrew
initially orally and then in writing.  There is no indication that Uzamere obtained any
status via his interaction with Allen Kaye.

Uzamere later obtained status via his USC stepmother – and that law firm was retained
AFTER the filing of the petition after there had been no action for a year

U.S. Department of Homeland
Security
70 Kimball Avenue, Room 102
S. Burlington, Vermont 05403



U.S. Citizenship and
Immigration Services

767

January 6, 2009

**CONFIDENTIAL**

Cheryl D. Uzamere
1209 Loring Avenue, Apt. 6B
Brooklyn, NY  11208

Dear Ms. Uzamere:

This office has completed its review of the complaint of professional misconduct that you filed against Alan E. Kaye, Esquire.  The matter is confidential at this stage in accordance with the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), except for necessary disclosures in the course of conducting a preliminary inquiry.  U. S. Citizenship and Immigration Services ("USCIS") has authority to conduct a preliminary inquiry of complaints of criminal, unethical, or unprofessional conduct in matters before USCIS.

In your June 9, 2008 complaint, you allege that Alan E. Kaye "colluded with my husband, the now Senator Ehigie Edobor Uzamere to submit a marriage certificate with the fictitious name "Godwin Uzamere: in order to avoid paying child support, and three years later, in order to hide the 2nd marriage that my husband contracted in the United States."  The acts that you allege constitute a violation of the Rules of Professional Conduct for Practitioner occurred in the course of representation by an attorney associated with Mr. Kaye in connection with a petition for an immediate relative filed by you with the Immigration and Naturalization Service ("INS") in 1979. The New York Departmental Disciplinary Committee, Supreme Court, Appellate Division, First Judicial Department considered these allegations in 2003 and determined that no further action was warranted.

After a careful and thorough review of your complaint, I do not find clear and convincing evidence of an ethical violation of the Rules on the part of Mr. Kaye.  No further action will be taken with regard to your complaint.

Sincerely,

Rachel A. McCarthy
Bar Counsel

www.dhs.gov

32

**Exhibit 8**

| |
|---|
| **Uzamere v Uzamere** |
| 2009 NY Slip Op 09214 [68 AD3d 855] |
| December 8, 2009 |
| Appellate Division, Second Department |
| Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. |
| As corrected through Wednesday, February 10, 2010 |

| |
|---|
| **Cheryl D. Uzamere, Appellant,**<br>v<br>**Ehigie Edobor Uzamere, Respondent.** |

—[*1] Cheryl D. Uzamere, Brooklyn, N.Y., appellant pro se.

In an action for a divorce and ancillary relief, the plaintiff appeals, as limited by her brief, from stated portions of an order of the Supreme Court, Kings County (Sunshine, J.), dated January 12, 2009, which, inter alia, denied her motion, among other things, for leave to enter a default judgment against the defendant and for an award of child support, and directed a hearing on the issue of whether the parties were in fact married.

Ordered that the appeal from so much of the order as directed a hearing is dismissed, without costs or disbursements, on the ground that no appeal lies as of right from an order directing a hearing and leave to appeal has not been granted (see Bernadette Panzella, P.C. v DeSantis, 36 AD3d 734 [2007]); and it is further,

Ordered that the order is affirmed insofar as reviewed, without costs or disbursements.

Contrary to the plaintiff's contention, the Supreme Court properly denied that branch of her motion which was for an award of child support since the subject child had reached the age of 21 and there was no express agreement to pay such support (see Matter of Winokur v Winokur, 31 AD3d 653 [2006]).

The plaintiff's remaining contentions are without merit. Fisher, J.P., Angiolillo, Lott and Sgroi, JJ., concur.

**Exhibit 9**



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship
and Immigration
Services**

June 12, 2009

NRC2008023721

Cheryl D. Uzamere
1209 Loring Avenue, Apt 6B
Brooklyn, NY 11208

Dear Cheryl D. Uzamere:

This is in response to your Freedom of Information Act/Privacy Act (FOIA/PA) request received in this office April 18, 2008, regarding the subject: Ehigie Edobor Uzamere.

We have completed the review of all documents responsive to your request and have identified 29 pages which are responsive to your request. Enclosed are 26 pages released in their entirety, and 3 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6) of the FOIA.

- ☐ Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information we have withheld may consist of birth certificates, naturalization certificates, drivers license, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

The enclosed record consists of the best reproducible copies available.

If you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, FOIA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139, within 60 days of the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

The National Records Center does not process petitions, applications or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a pending matter, you must address these issues with your nearest district office.

If you should have any additional questions about your request, please direct your inquiries to this office at the above address. You may also call us at (816) 350-5570 or fax any correspondence to (816) 350-5785.

Sincerely,

T. Diane Cejka
Director

Enclosure(s)



26 Federal Plaza
New York, New York 10278

A35 201 224

February 10, 1984

Cheryl Usamere
302 Eastern Parkway, 5B
Brooklyn, N.Y. 11225

Dear Madam:

I have considered the reason (child support proceedings) you gave in
your request for the address of Mr. Ehiqie Bdobor Usamere, and I have
determined that the overriding public interest for disclosure outweighs
Mr. Usamere's right to privacy.

On January 28, 1983, Mr. Usamere gave his address as:  381 Amboy Street,
Brooklyn, New York 11212.

(b)(6)

2

26 Federal Plaza
New York, New York 10278

A24 027 764

JUN 15 1981

Cheryl Vamara
500 Herzl Street
Brooklyn, N.Y. 11212

Dear Sir:

Reference is made to the visa petition you filed on June 18, 1979 in behalf of
Godwin E. Usamara to accord him preference status as the spouse of a citizen of
the United States.

In view of your statement dated June 18, 1979 withdrawing the visa petition, the
petition is rendered void and has no force or affect.

Very truly yours,

John J. Gaffney
Acting District Director
New York District

cc: Allen E. Kaye PC
233 Broadway nyc 10007

20

36

**Exhibit 10**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERYL D. UZAMERE,

                          Plaintiff,                    19-CV-9064 (CM)

        -against-                              ORDER OF DISMISSAL AND
                                               TO SHOW CAUSE UNDER
THE STATE OF NEW YORK, et al.,                 28 U.S.C. § 1651

                          Defendants.

COLLEEN McMAHON, Chief United States District Judge:

        Plaintiff, appearing *pro se*, brings this action arising from her 1979 marriage to and

subsequent abandonment by her husband, Ehigie Edobor Uzamere. She alleges that Defendants

participated in a massive conspiracy to deprive her of her rights. By order dated October 1, 2019,

the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma

pauperis* (IFP). The Court dismisses the complaint for the reasons set forth below. Within thirty

days of the date of this order, Plaintiff must submit a declaration setting forth good cause why the

Court should not impose a bar order.

                            **STANDARD OF REVIEW**

        The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is

frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary

relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *see

Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). While the law

mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings

liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest

[claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir.

2006) (internal quotation marks and citations omitted).

**Exhibit 11**

6/21/2021                                                    ICE Tip Form | ICE

TTY for hearing impaired only: || TTY para personas con discapacidad auditiva solamente: (802) 872-6196

### If this is an emergency, call 911.

* = Required Fields

Thank you, your submission has been received.

## I. Your information

First name:

> Cheryl

Last name:

> Uzamere

Email:

> cuzamere@netzero.net

example@mail.com

Phone number:

> 718-764-3372

(555-555-5555)

Where are you reporting from?*

Inside the U.S.

Outside of the U.S.

https://www.ice.gov/webform/ice-tip-form#tott please provide a summary of the criminal activity limit 2500 cha- adha52aK2Gs4      3/12

38



Brooklyn

State:*

New York

Zip Code:

11208

## III. Violator Information

The complaint involves a*

Business/Company

Individual

Both

### Information about business/company

Business/Company Name:*

Law Office of Austin Isiuwa Idehen

Business's Street Address

**Street address:**

(line 1):*

8931 161st Street

(line 2):

Suite 810



6/21/2021        ICE Tip Form | ICE

This complaint is uploaded to https://bit.ly/3j1132I.

On 11/20/1979, my husband, Ehigie Edobor Uzamere engaged in immigration marriage/identity fraud. The identity issue was resolved by C. Diane Cejka by FOIA Request No. NRC2008023721 regarding A35 201 224 and A24 027 764; by Rachel McCarthy, former Bar Counsel for USDHS/USCIS and by U.S. District Court Judge Colleen McMahon.

On May 28, 2021, Austin Idehen facilitated identity fraud at my husband's behest by claiming that Ehigie is not my husband, and by implying that I am psychotic, something that my husband and Osato E. Uzamere tried in the past.

The felonies that Mr. Idehen committed during the court case are:

1) 42 U.S.C. § 1983, Violation of Civil Rights;
2) 18 U.S.C. § 1964, Civil Action for RICO;
3) 28 U.S.C. § 1350 Alien Action for Tort/Torture Victim Prot. Act.
4) 34 U.S.C. § 12291, Violence against Women Act.

I will file a federal lawsuit against him and others in July (see https://bit.ly/2TQTeyO).

7 characters remaining

Did you have additional businesses/individuals to report on?*

    Yes

    No

**PRIVACY NOTICE**

**Authority**: The collection of information that you provide in this web form is authorized by the following: 6 U.S.C. § 202; 8 U.S.C. § 1103; 8 U.S.C. § 1357, 8 U.S.C. § 1360; Title 18, United States Code; 19 U.S.C. § 1589a; 31 CFR Chapter X, 5 U.S.C. § 552a; 5 U.S.C. § 301; and 44 U.S.C. § 3101. Please also see the privacy policies for ICE's public website, available at www.ice.gov/site-policies.

https://www.ice.gov/webform/ice-tip-form#edit-please-provide-a-summary-of-the-criminal-activity-limit-2500-cha-b9e42a42Qoit      8/12

**Exhibit 12**

41

**FAMILY COURT OF THE STATE OF NEW YORK**
**CITY OF NEW YORK:  COUNTY OF KINGS**

---

CHERYL UZAMERE

File No.: 135121
Docket No.: F-06594-20

Petitioner,

-against-

AFFIDAVIT OF EHIGIE UZAMERE

EHIGIE UZAMERE

Respondent.

---

EHIGIE UZAMERE, being duly sworn, deposes and says:

1)    I am RESPONDENT in this matter.

2)    I make this affidavit in support of the instant Motion to Dismiss this bogus claim by petitioner.

3)    I have reviewed this action filed by my attorney and the facts and exhibits therein are true to the best of my knowledge.

WHEREFORE, I request that the court grant the relief requested, and such other and further relief the court finds just and proper.

Dated:  April 11, 2022

EHIGIE UZAMERE

On the 11st day of  April , 2022, before me, the undersigned, personally appeared EHIGIE UZAMERE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Cassidy Dursley
Vice Consul of the
United States of America
U.S. Embassy Abuja

NOTARY PUBLIC

My Commission Does Not Expire

U. S. Embassy Abuja,

Nigeria.

42







**cuzamere@netzero.net**

| | |
|---|---|
| **From:** | cuzamere@netzero.net |
| **Sent:** | Wednesday, July 06, 2022 9:22 AM |
| **To:** | 'JUD.PRPComplaints@vermont.gov'; 'VTFPD@fd.org'; 'eugenia.cowles@usdoj.gov'; 'atabaddor@dhs.gov'; 'ashleytabaddor@gmail.com'; 'PAO.EOIR@usdoj.gov' |
| **Cc:** | 'marsha_curtis@fd.org'; 'aaharris@nycourts.gov'; 'austin@idehenlaw.com'; 'nyoag.nycpdf@ag.ny.gov'; 'annasternesq@aol.com'; 'elliot@elliotgreenlaw.com'; 'kings_part22@nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'benjamin.torrance@usdoj.gov'; 'uzalaw@gmail.com'; 'ehigieuzamere@yahoo.com'; 'AbujaACS@state.gov'; 'LagosACS@state.gov'; 'PassportVisaFraud@state.gov'; 'BridgetownPublicAffairs@state.gov'; 'ogc@hq.dhs.gov'; 'dhs-oig.officepublicaffairs@oig.dhs.gov'; 'AskDOJ@usdoj.gov'; 'kings_part22 @nycourts.gov'; 'kingsfamilycourt@nycourts.gov'; 'manhattanfamilycourt@nycourts.gov'; 'bronxfamilycourt@nycourts.gov'; 'QueensFamilyCourt@nycourts.gov'; 'michael.ginns@acf.hhs.gov'; 'shantel.mickens@acf.hhs.gov'; 'secretary@hhs.gov'; 'calhounm@dss.nyc.gov'; 'nyoag.nycpdf@ag.ny.gov'; 'pressoffice@law.nyc.gov'; 'Kaconway@law.nyc.gov'; 'recruitment@law.nyc.gov'; 'robert.charrow@hhs.gov'; 'BrennaJenny@hhs.gov'; 'william.chang@hhs.gov'; 'Stacy.Amin@fda.hhs.gov'; 'Sean.Keveney@hhs.gov'; 'Daniel.Barry@hhs.gov'; 'Elizabeth.Gianturco@hhs.gov'; 'James.Lawrence@hhs.gov'; 'kyle.brosnan@hhs.gov'; 'jonah.hecht@hhs.gov'; 'john.strom@hhs.gov'; 'Buddy.Frye@hhs.gov'; 'Arlene.lyles@hhs.gov'; 'Aleta.Conner@hhs.gov'; 'Tracey.Mullins@hhs.gov'; 'executive.office@chase.com'; 'stacey.friedman@jpmorgan.com'; 'AD2-GRV2@nycourts.gov'; 'AD1-AGC-newcomplaints@nycourts.gov'; 'DRS.PRA@usdoj.gov'; 'ogc@hq.dhs.gov'; 'ogc@hq.dhs.gov'; 'VTFPD@fd.org'; 'VTFPD@fd.org'; 'uscis.foia@uscis.dhs.gov'; 'Kathy.Marks@health.ny.gov'; 'psynmoie@cityclerk.nyc.gov'; 'eugenia.cowles@usdoj.gov'; 'cjc@cjc.ny.gov'; 'info@nigeriaembassyusa.org'; 'publiccomplaints@nigeriaembassyusa.org' |
| **Subject:** | Amended Complaint to the Vermont Judiciary Professional Responsibility Board; USDHS General Counsel Jonathan Meyer added as defendant based on conspiracy to use Law of Moser to quash subpoena for Ehigie's Immigration Records |
| **Attachments:** | Read: Complaint to the Vermont Judiciary Professional Responsibility Board; Read: Complaint to the Vermont Judiciary Professional Responsibility Board; Federal Public Defenders of Vermont.pdf |



**AFRICAN DIASPORAL ENTERPRISES**
**African History Month is Every Month!**

**Cheryl D. Uzamere**
**Sole Proprietor**
African Diasporal Enterprises
1209 Loring Avenue
Apt. 6B
Brooklyn, NY 11208
Tel. (929) 225-8837
Fax: (929) 225-8827
cheryl.uzamere@africandiasporalenterprises.net

**CHERYL D. UZAMERE**
**SOLE PROPRIETOR**
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

### VERMONT JUDICIARY PROFESSIONAL RESPONSIBILITY BOARD

In the Matter of the Proceeding Pursuant to the Vermont Judiciary Professional Responsibility Board

1. **EUGENIA A. COWLES, ESQ.,** Individually, Tortiously and Criminally Liable in Her Official Capacity as Assistant U.S. Attorney for the District of Vermont, U.S. Department of Justice;

2. **MICHAEL L. DESAUTELS, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Federal Public Defender for the District of Vermont;

3. **STEVEN L. BARTH, ESQ.,** Individually and in His Official Capacity as Assistant Federal Public Defender for the Federal Public Defender for the District of Vermont;

4. **BARCLAY T. JOHNSON, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Assistant Federal Public Defender for the Federal Public Defender for the District of Vermont

5. **MARY M. NERINO, ESQ.,** Individually, Tortiously and Criminally Liable in His Official Capacity as Assistant Federal

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**AMENDED PETITION**

Public Defender for the Federal Public Defender for the )
District of Vermont; )
)
6. **SARA M. PULS, ESQ.,** Individually, Tortiously and )
Criminally Liable in His Official Capacity as Assistant Federal )
Public Defender for the Federal Public Defender for the )
District of Vermont; )
)
7. **RACHEL ROTHSTEIN MCCARTHY;** Individually, )
Tortiously and Criminally Liable in Her Official Capacity as )
Former Bar Counsel for the Citizenship and Immigration; )
)
Respondents. )
)
)
)
)
)
)
)
)
_____ )

I, Cheryl D. Uzamere, state the following under the penalties of perjury:

1.     That at all times hereinafter relevant, Petitioner, Cheryl D. Uzamere, resided at 1209 Loring Avenue, Apt. 6B, Brooklyn, New York, County of Kings, and State of New York.

2.     Respondents were and continue to be lawyers registered with the State of Vermont.

## JURISDICTION

3.     This Board has jurisdiction over the illegal acts and omissions of the respondents as they pertain to the Vermont Judiciary Professional Responsibility Board.

4.     According to the Vermont Judiciary Professional Responsibility Board, a lawyer or law firm shall not:

a.     Violate a Disciplinary Rule.

b.     Circumvent a Disciplinary Rule through actions of another.

c.     Engage in illegal conduct that adversely reflects on the lawyer's honesty, trustworthiness, or fitness as a lawyer.

d.     Engage in conduct involving dishonesty, fraud, deceit, or misrepresentation.

3

e.      Engage in conduct that is prejudicial to the administration of justice.

f.      Unlawfully discriminate in the practice of law, including in hiring, promoting, or otherwise determining conditions of employment, on the basis of age, race, creed, color, national origin, sex, disability, marital status, or sexual orientation.

g.      Engage in any other conduct that adversely reflects on the lawyer's fitness as a lawyer.

h.      A lawyer shall not accept employment on behalf of a person if the lawyer knows or it is obvious that such person wishes to:

i.      Bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.

j.      Present a claim or defense in litigation that is not warranted under existing law, unless it can be supported by a good faith argument for an extension, modification, or reversal of existing law.

k.      A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

l.      The lawyer knows, or it is obvious that the client is bringing the legal action, conducting the defense, or asserting a position in the litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

m.      The lawyer knows, or it is obvious that continued employment will result in violation of a Disciplinary Rule.

n.      A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.

o.      A lawyer who possesses knowledge or evidence concerning another lawyer or a judge shall not fail to respond to a lawful demand for information from a tribunal or other authority empowered to investigate or act upon such conduct.

## STATEMENTS OF FACT

5.    I am the wife of Ehigie Edobor Uzamere.

6.    Ehigie Edobor Uzamere is known by the U.S. Citizenship and Immigration Services under USCIS File No.

A35 201 224 as "Ehigie Edobor Uzamere", Date of Birth: December 31, 1960.

7.    Ehigie Edobor Uzamere is also known by the U.S. Citizenship and Immigration Services under USCIS File

No. A24 027 764 as "Godwin E. Uzamere", Date of Birth: June 1, 1955.

8.    The issue regarding Ehigie Edobor Uzamere as my husband was resolved by the default decision of

Respondent Jeffrey S. Sunshine on May 12, 2009.

9.    The decision affirming Respondent Sunshine's decision was rendered on December 8, 2009.  The decision

is published with the New York State Law Reporting Bureau.  It can be found at

https://www.nycourts.gov/reporter/3dseries/2009/2009_09214.htm.

10.    In the decision of the late Justice Arthur M Schack regarding the lower New York State Supreme Court

Case, *Cheryl D. Uzamere v. Ehigie Edobor Uzamere, et al,* K-18012/2009,

(https://www.nycourts.gov/reporter/3dseries/2010/2010_51206.htm) it states (given the Babylonian Talmudic, *Law-of-Moser-*

based idiocy and court corruption of the *citable, but unpublished, non-precedential, non-binding* decision):

> In three separate cross-motions, the first by defendants KAYE and SHAPIRO, the second by defendant
> GLADSTEIN, and the third by defendant ROSTANSKI, they all move to dismiss plaintiff UZAMERE's
> complaint, pursuant to various subsections of CPLR Rule 3211. Defendants claim that plaintiff
> UZAMERE's claims are barred: by *res judicata* and/or collateral estoppel, pursuant to CPLR Rule 3211
> (a) (5); by *lack of personal jurisdiction because of improper service of the instant verified complaint,*
> pursuant to CPLR Rule 3211 (a) (8); *by failure to state a cause of action upon which relief can be
> granted,* pursuant to CPLR Rule 3211 (a) (7); and, by the *applicable statute of limitation, pursuant to
> CPLR Rule 3211 (a) (5).*
>
> ...Plaintiff's UZAMERE'S claims in the instant action must be dismissed because of *res judicata.* (CPLR
> Rule 3211 [5]). Professor David Siegel in NY Prac., 4th ed. § 442, explains that:
>
> The doctrine of res judicata is designed to put an end to a matter once duly decided. It forbids relitigation
> of the matter as an unjustifiable duplication, an unwarranted burden on the courts as well as on opposing
> parties. Its main predicate is that the party against whom it is being invoked has already had a day in
> court, and, if it was not satisfactory, the proper course was to appeal the unsatisfactory result rather than
> ignore it and attempt its relitigation in a separate action.

11.    In the case *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,* F-06594-20, Findings of Fact for Motion #5,

Support Magistrate Harris' decision criminally and idiotically states:

> Petitioner argues that Respondent's claims of mistaken identity are barred by *res judicata.*

5

Petitioner has presented an Order of Dismissal and To Show Cause issued by the United States District Court Southern District of New York on October 15, 2019, in which Colleen McMahon, Chief United Stated District Judge, writes, "Plaintiff, appearing pro se, brings this action arising from her 1979 marriage to and subsequent abandonment by her husband, Ehigie Edobor Uzamere"…Although Petitioner has submitted a counter-affidavit dated October 8, 2008 that she claims to be false, *"Godwin E. Uzamere" acknowledges that he is Petitioner's legal husband* and the signature contained therein is similar to the signature contained in the Affidavit and Application For License To Marry submitted to the Office of the City Clerk- Marriage License Bureau on or around November 20, 1979 which Petitioner holds to be her legal husband's "real" signature. This signature is different from that contained on [Ehigie] Edobor Uzamere's Affidavit dated April 11, 2022 in support of the motion to dismiss.

## ALLEGATIONS

12.    I allege that Defendant Jaddou, under the direct Babylonian

Talmudic, Law-of-Moser-based supervision of Defendant Jonathan E. Meyer serves, not in her official capacity as Director

of the Citizenship and Immigration Service, but as a facilitator of immigration policies that maintain a disproportionately

high level of law-breaking immigrants to engage in the unreasonable restraint of trade/commerce and other wealth-building

activities applied against natives and nonforeign African Americans to keep them in a destabilized and helpless state to

traffic them as nonconsenting sex peons for members of the Babylonian Talmud-adherent Ashkenazi Jewish ethnoreligious

cartel to subject to pedophile-oriented, sexually sadistic bondage and torture (including murder) with impunity.

13.    I allege that the respondents, after receiving the prior complaint, contacted General Counsel Jonathan E.

Meyer and other members of the Democratic Party's Babylonian Talmud-adherent, Ashkenazi Jewish ethnoreligious cartel

as employees of the U.S. Department of Homeland Security to further commandeer its power and prestige by violating the

"clean hands" doctrine as applied in the U.S. Supreme Court case *Precision Instrument Mfg. Co. v. Automotive Co.* I allege

that Defendant Meyer's current supervision of the U.S. Department of Homeland Security's Sherman-Antitrust

unreasonable withholding of congressionally-mandated justice services continues to cause the obstruction of my ability to

report Defendants Uzamere's, Kaye's and Shapiro's submission of the falsified I-130 sponsorship form and marriage

certificate containing the fictitious name "Godwin E. Uzamere"; said act resulting in the Sherman Antitrust unreasonable

withholding of congressionally-mandated, services by the employees of the U.S. Department of Homeland Security,

including Defendant Meyer's conspiracy with the anti-schvartze, racists respondents against whom I have filed this

complaint to quash my subpoena for Defendant Uzamere's immigration records based on the Babylonian Talmud's espousal

of the hatred of people of African descent, its espousal of sex with children, and its espousal of the *Law of Moser,* that

6

prohibits Jews and non-Jews alike from reporting the crimes committed by Allen E. Kaye and Harvey Shapiro to the secular Gentile authorities, including Allen E. Kaye's and Harvey Shapiro's crimes of facilitation of immigration-related crimes designed to facilitate the trafficking of children, including my children into the New York State foster care system where my son, David Paul Walker, was drugged, forced to eat feces and anally raped by sex-crazed Ashkenazi Jews. I allege that Jonathan Meyer has conspired with the respondents to give me a copy of my files; and in the near future, to quash my subpoena for my husband's immigration records. I allege that Jonathan Meyer will act as protector for the respondents to hide their refusal to give me a copy of the files related to Rachel Rothstein McCarthy and Eugenia A. Cowles maliciously prosecuting me by falsely charging me with 18 U.S.C. §111(a), simple assault. I could never have committed this crime against Rachel Rothstein McCarthy because I have never been to Vermont. Respondents Rachel Rothstein McCarthy and Eugenia A. Cowles are hateful, racist liars, and U.S. Department of Homeland Security's General Counsel Jonathan Meyer has conspired to help them hurt me because they see me as a worthless schvartze.

## LEGAL ANALYSIS
*Chevron Corp. v. Donziger, 974 F. Supp. 2d 362*

### Private Injunctive Relief is Available in Civil Federal RICO Actions

14.    I allege that the respondents, acting as a racketeer-influenced, corrupt organization, obtained, and/or have conspired to engage in misprision of felony, 18 U.S.C. §4:

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

15.    I allege that the respondents are participants in a seditious conspiracy to engage in misprision of felony based on their commission of willful blindness (*see Global-Tech Appliances, Inc. v. SEB S. A.*, 563 U.S. 754 (2011)) by deliberately shielding themselves from clear evidence of the commission of the crimes committed by immigration attorney Allen E. Kaye regarding Allen Kaye's submission of falsified federal documents to the U.S. Department of Justice's former Immigration and Naturalization Service; and by taking deliberate actions to avoid learning of that fact. These are key characteristics of the Babylonian Talmud, Abodah Zarah-based *Law of Moser*, that prohibits others from reporting the tortious/criminal acts committed by (Ashkenazi) Jews to the secular authorities:

Even though Jewish law expects people to observe the laws of the land, and even imposes that obligation as a religious duty, the Talmud recounts - in a number of places - that it is prohibited to inform on Jews to the secular government, even when their conduct is a violation of secular law and even when their conduct is a violation of Jewish law. While there are a number of exceptions to this prohibition (which are explained further in this section), the essential halacha was that Jewish law prohibits such informing absent specific circumstances. Even is secular government were to incorporate substantive Jewish law into secular law and punish violations of what is, in effect, Jewish law, Jews would still be prohibited from cooperating with such a system. Indeed, classical Jewish law treats a person who frequently informs on others as a pursuer (*a rodef*) who may be killed to prevent him from informing, even without a formal court ruling.

16.    The respondents also continue to withhold proof of Respondents Eugenia A. Cowles' and Rachel Rothstein McCarthy's participation in the Hobbs Act-extortion-influenced malicious prosecution in the case *United States of America v. Cheryl Uzamere,* 1:08-cr-00114-jgm by falsely accusing me of the commission of 18 U.S.C. §111(a), simple assault, to hide immigration attorney Allen Kaye's aiding and abetting my husband's creation of immigration file No. A24 027 764 under the fictitious name "Godwin E. Uzamere" to create an identity from which I could never collect child and spousal support to impoverish my family to facilitate the sex trade of my children in New York State's foster care system.

17.    I allege that the respondents' withholding of the identity of my husband, Ehigie Edobor Uzamere facilitated Support Magistrate Harris' rendering of her decision not to grant spousal support by corrupt means; said corrupt means based in Support Magistrate Harris' disregard of CPLR Rule 3211(a)(5): 1) regarding the New York State Supreme Court Appellate Division Second Judicial Department's published decision that affirmed Ehigie Edobor Uzamere's identity as my husband; and 2) regarding my acquisition of information regarding Ehigie Edobor Uzamere's USCIS File Nos. A35 201 224 and A24 027 764 that I received from respondent Rachel Rothstein McCarthy and T. Diane Cejka of the U.S. Citizenship and Immigration Service.

18.    The respondents' tortious/criminal acts, in concert with the tortious/criminal acts of judges against whom I have filed a similar complaint within the same federal jurisdictional circuit is a textbook violation of *Chevron Corp. v. Donziger, 974 F. Supp. 2d 362.* The decision states:

The issue here is not what happened in the Orienté more than twenty years ago and who, if anyone, now is responsible for any wrongs then done. It instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal.

Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct…Indeed, one Ecuadorian legal team member, in a moment of panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."

19.   By reason of the foregoing irrefutable allegations, I assert that there exists a justiciable controversy with

respect to which I am entitled to the relief prayed for herein.

## AS AND FOR A FIRST CAUSE OF ACTION

*A lawyer shall not bring a legal action, conduct a defense, or assert a position in litigation, or otherwise have steps taken for such person merely for the purpose of harassing or maliciously injuring any person.*

20.   I allege that the respondents, by their actions and omissions brought or conspired to aid and abet the filing

of false defenses regarding the identity of my husband, Ehigie Edobor Uzamere to harass and injure me.

## AS AND FOR A SECOND CAUSE OF ACTION

*A lawyer who knows that another lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question as to that lawyer's honesty, trustworthiness or fitness as a lawyer shall report such knowledge to a tribunal or other authority empowered to investigate or act upon such violation.*

21.   I allege that the respondents by their actions failed to report the knowledge of fellow lawyers' false use of

the defense regarding the identity of my husband, Ehigie Edobor Uzamere.

22.   Based on the foregoing, I allege that the respondents, both severally and jointly, violated the rules associated

with the Vermont Judiciary Professional Responsibility Board; and that said violation renders them individually, tortiously,

and criminally liable in their official capacities as lawyers duly licensed by the State of Vermont.

23.   I further allege that as I stated in the federal lawsuit entitled *Cheryl D. Uzamere v. Ehigie Edobor Uzamere,*

*USCIS File No. A35 201 224, also known as "Godwin E. Uzamere", USCIS File No. A24 027 764 and Various Known And*

*Unknown Babylonian Talmud-Adherent Ashkenazi Jewish Leaders as a Victim-Humiliation-Producing Sexually Sadistic*

*Hate Group* (https://bit.ly/3JU0gLW), the respondents listed as defendants in the subject federal lawsuit called into question

my right to enforce the following constitutional mandates and federal statutes:

Constitutional Provisions

a)   Commerce Clause;

b)   First Amendment;

      i) Freedom of Expression;

      ii) Petition the government for a redress of grievances;

      iii) Establishment Clause;

      iv) Free Exercise Clause;

c)    Fifth Amendment;

d)    Seventh Amendment;

e)    Thirteenth Amendment;

f)    Fourteenth Amendment;

U.S. Supreme Court Case Law Provisions

a)    *Precision Instrument Mfg. Co. v. Automotive Co.,* 324 U.S. 806 (1945)
Clean hands doctrine;

c)    *Global-Tech Appliances, Inc. v. SEB S. A.,* 563 U.S. 754 (2011);
Willful blindness;

d)    *Webster Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics;*
Implied cause of action for damages by federal agents;

Federal Statutory Provisions

a)    Social Security Act:

      i)   §452: Duties of the Secretary to establish state standard to collect support;

      ii)  §454 [42 U.S.C. §654]: State plan for child and spousal support;

      iii) §455 [42 U.S.C. §655]: Payment to states (includes penalty for failure to comply)

      iv) §460 [42 U.S.C. §660]: Civil actions to enforce support obligation;

      v)  §507 [42 U.S.C. §707]: Criminal penalty for false statements;

      vi) §508 [42 U.S.C. 708]: Nondiscrimination;

b)    Sherman Antitrust Act, 15 U.S.C. 1, 2;

c)    Marriage fraud, 8 U.S.C. §1325;

d)    Fraud and Misuse of Visas, Permits and Other Documents, 8 U.S.C. §1546;

e)    Deprivation of Rights under Color of Law, 42 U.S.C. §§ 1983/1988:

      i)   Civil Rights Act, discrimination based on race and national origin;

      ii)   Americans with Disabilities Act/Rehabilitation Act;

      iii)  Violence against Women Act;

      v)  Prevention of Elder Abuse, Neglect and Exploitation;

f)     Civil Action for RICO, 18 U.S.C. § 1964:

      i)    Section 1512 (relating to tampering with a witness, victim, or an informant);

      ii)   Section 1513 (relating to retaliating against a witness, victim, or an informant);

      iii)  Section 1544 (relating to misuse of passport);

      iv)   Section 1581 (Peonage);

      v)    Section 1591 (Sex trafficking of children by force, fraud, or coercion);

g)    Section 1622 (subornation of perjury);

h)    42 U.S.C. § 289c - Research on public health emergencies;

i)    Stalking (Interstate Domestic Violence), 18 U.S.C. §2261.

New York State Statutory Provisions (Criminal)

a)    New York State Penal Law §460.20, Enterprise Corruption;

b)    New York State Penal Law §485, Hate Crimes;

c)    New York State Penal Law §195, Official Misconduct;

d)    New York State Penal Law §190.25, Criminal impersonation in the 2nd degree;

e)    New York State Penal Law §210.15, Perjury in the 1st degree;

f)    New York State Penal Law §210.10, Perjury in the 2nd degree;

g)    New York State Penal Law §175.35, Submitting a false for filing;

h)    New York State Penal Law §175.45, Issuing a false certificate.

i)    New York State Penal Law §20, Criminal liability for the conduct of another.

New York State Common Law Provisions:

a)    Defamation;

b)    Intentional Infliction of Emotional Distress;

c)    Gross Negligence.

24.    I respectfully advise the Board that this petition will be presented as an exhibit in the subject federal

lawsuit. My federal lawsuit calls for $1,000,000,000.00 (One Billion Dollars) in damages.

WHEREFORE, I respectfully ask that this Board finds that the respondents violated the Vermont Judiciary's

Code of Professional Responsibility, and to grant me such other relief as to this Board may seem just and proper.

Respectfully submitted,

*Cheryl D. Uzamere*

Cheryl D. Uzamere
Sole Proprietor
African Diasporal Enterprises
Uzamere Word Processing & More
1209 Loring Avenue, Apt. 6B
Brooklyn, NY 11208
Tel.: (929) 225-8837
Fax: (929) 225-8827
Cell: (332) 345-0002
cheryl.uzamere@africandiasporalenterprises.net
cheryl.uzamere@uzamerewordprocessing.net

/cdu

**Babylonian Talmud, Sanhedrin, Folio 108B**
**https://www.sefaria.org/Sanhedrin.108b.15?lang=bi&with=all&lang2=en**

ת"ר שלשה שמשו בתיבה וכולם לקו כלב ועורב וחם כלב נקשר עורב רק חם לקה בעורו

The Sages taught: Three violated that directive and engaged in intercourse while in the ark, and all of them were punished for doing so. They are: The dog, and the raven, and Ham, son of Noah. The dog was punished in that it is bound; the raven was punished in that it spits, and Ham was afflicted in that his skin turned black.



**Top:** Ashkenazi Jew Asa Yoelson/Al Joelson; **Bottom:** Rabbi Yacov Moshe Maza/comedian Jackie Mason. Both bolstered their careers by using the Babylonian Talmud-inspired hatred of schvartzes.



**Babylonian Talmud, Tractate Ketubot, Folio 11B**

https://www.sefaria.org/Ketubot.11b.6?lang=bi

אמר רבא הכי קאמר גדול הבא על הקטנה ולא כלום דפחות מכאן כנותן אצבע בעין דמי וקטן הבא על הגדולה עשאה מוכת עץ ומוכת עץ גופא פלוגתא דר"מ ורבנן

Rava said that this is what the Mishna is saying: An adult man who engaged in intercourse with a minor girl less than three years old has done nothing, as intercourse with a girl less than three years old is tantamount to poking a finger into the eye. In the case of an eye, after a tear falls from it another tear forms to replace it. Similarly, the ruptured hymen of the girl younger than three is restored.





An Educational Forum for the Examination of Religious Truth and Religious Tolerance

## New America: Sex with Children by Talmud Rules
http://www.come-and-hear.com/editor/america_2.html

Again, there is no prohibition of a sexual practice that would almost certainly cause physical damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a child's vagina or anus.

We have seen in Numbers 31:12-18 that Moses permitted grown men to use little girls as concubines. In the Talmud, grown men are permitted to have sexual intercourse with female babies and children, and homosexual relations with boys younger than nine…

The primary way that European/Ashkenazi Jews satisfied their organic disposition for pedophilia: the use of Babylonian Talmudic dogma regarding the inferiority of Africans to legitimatize the Transatlantic/African Slave Trade. Get the world to hate Africans, and we European/Ashkenazi Jews can eliminate/kill off their fathers and gang-rape their children forever.



Metzitzeh B'peh: post-circumcision sucking ritual leaves baby dead (again) in NYC, September 11 (reported March 12).

**ISRAEL'S ASHKENAZI JEW-CONTROLLED GOVERNMENT'S ACTS OF MOLECH-WORSHIPPING, BABYLONIAN TALMUDIC, PEDOPHILE-ORIENTED, SCHVARTZE-HATING ACTS OF VIOLENCE AGAINST ETHIOPIAN JEWS AND AFRICAN MIGRANTS**





*Buck-breaking did not start with beatings. It started with Babylonian Talmud-inspired defamation and dehumanization of boys and men of African descent to force them to be nonconsenting slaves for the sexual gratification of Babylonian Talmud-adherent, Ashkenazi Jews who use humiliation/shame-producing hatred to facilitate their organic predisposition for pedophilia.*

## A.D.E.'s Mission – To Restore Our Good Names

Proverbs 22:1 makes an important statement when it says: "A name is to be chosen rather than abundant riches..." Ecclesiastes 7:1 reiterates this thought when it states: "A name is better than good oil..." It can reasonably be said that a good name is the most important birthright that one possesses. This birthright, once lost, whether by exposure of one's own misdeeds or worse, through the unprovoked theft of same can have such a deleterious effect that it can shorten a person's very life.

The most important thing a human can own is a good reputation. A good reputation places its owner in social positions that benefit both the owner and those associated with the owner. A bad reputation, however, especially one created by an entity in a position of power can have deleterious effects on the owner of the bad reputation and his close associates for years -- even centuries. There exists a slanderous myth regarding a curse placed on individuals with dark skin. Since the introduction of this slanderous myth to Western Europe and the Americas, dark-skinned Africans have undergone some radical, and some not so radical changes to meld into a society that continues to defame them, and then to profit financially based on the same defamation.

What have Africans and their done progeny to mitigate the damage that this slanderous myth has caused? Many have become college educated. Those who have become affluent have moved out of African diasporal neighborhoods into the few white neighborhoods that are tolerant enough to have them. Some have married outside their skin color and produced lighter-skinned children who will not experience the sting of racism to the extent that their darker-skinned counterparts will. Some Africans routinely dye their hair in colors nature intended only for Europeans to wear. Africans have conked, straightened, permed, and weaved their hair to eliminate African hair's beautiful, natural curliness. Africans have attempted to bleach their skins with dangerous chemicals to escape the shame associated with the secret promulgation of this slanderous myth.

Africans have sided with uncaring power brokers and other pretentious individuals during Civil Rights struggles who, once ended, abandoned the Africans for whom they once pretended to care. Africans and their descendants have worked for virtually nothing to prove their worth and their loyalty. Africans have endured water cannons, lynching, and other atrocities in the hope that "someday things will be better."

Well, that "someday" is today. For the first time, Africans have the "smoking gun" -- clear proof of the origins of this slanderous religious myth regarding the curse of dark skin that gave birth to the concept of white supremacy and still exists -- even in places like Israel. Unless this slanderous myth is publicly exposed and ultimately dispelled, it would be foolish -- no, it would be downright dangerous for Africans to count as allies members of this ethnic group who refuse to publicly expose this myth.

This stance is not one that advocates racism. It advocates our constitutional right to protect ourselves from those determined to financially benefit themselves by continuing to defame us. We must not allow ourselves to shrink into a defeated position. The reparation and restoration of our long-stolen good names depend on the implementation of the above.

 Rabbi Moses Maimonides (RamBam), Guide to the Perplexed: "[T]he Negroes found in the remote South, and those who resemble them from among them that are with us in these climes. The status of those is like that of irrational animals. To my mind they do not have the rank of men but have among the beings a rank lower than the rank of man but higher than the rank of apes. For they have the external shape and lineaments of a man and a faculty of discernment that is superior to that of the apes ((https://www.sefaria.org/Guide_for_the_Perplexed%2C_Part_3.51?lang=bi)

**Artsot Ha-Hayyim:** In 1992 a book was published by a leading member of the Satmar community entitled Artsot Ha-Hayyim. On p. 52 he explains, and quotes other rabbis, that the reason Abraham Lincoln was killed was because he freed the blacks. this is also the reason why Kennedy was killed, i.e., because he was good to the blacks. He continues by saying that this will be the fate of any who adopt a progressive attitude towards blacks, because they are meant to be enslaved. His source for this is Ham's curse.

**Babylonian Talmud, Tractate Sanhedrin, Folio p. 745, 108b:** "Our Rabbis taught: Three copulated in the ark, and they were all punished - the dog, the raven and Ham. The dog was doomed to be tied, the raven expectorates [his seed into his mate's mouth], and Ham was smitten in his skin." This is footnoted, and the footnote reads: "I.e., from him was descended Cush (the negro), who is black-skinned."

**Midrash Rabbah (Soncino) Vol. 1, p. 293:** "AND HE SAID: CURSED BE CANAAN (Breishit 9:25): (Commentary omitted) ...R. Huna also said in R. Joseph's name: You [i.e., Noah is speaking to Ham] have prevented me from doing something in the dark [i.e. cohabiting with his wife], therefore your seed will be ugly and dark-skinned. R. Chiyya said: Ham and the dog copulated in the Ark therefore, Ham came forth black-skinned while the dog publicly exposed its copulation."

**Legends of the Jews; The Curse of Drunkenness:** The descendants of Ham through Canaan therefore have red eyes, because Ham looked upon the nakedness of his father; they have misshapen lips, because Ham spoke with his lips to his brothers about the unseemly condition of his father; they have twisted curly hair... The last will and testament of Canaan addressed to his children read as follows: "Speak not the truth; hold not yourselves aloof from theft; lead a dissolute life; hate your master with an exceeding great hate; and love one another."



# PETITION TO THE UNITED NATIONS OFFICE OF THE HIGH COMMISSION FOR HUMAN RIGHTS

**Demand for African Reparations Based on the U.S./U.S. State Government's Use of Babylonian Talmudic Judaism to Facilitate Sex Trade of Children, with the Goal of the Anal Rape of African Boys**

To Whom It May Concern:

I am Cheryl D. Uzamere, the Plaintiff in the above-entitled action, am a citizen of the United States, a practicing Christian, a member of the Jehovah's Witness sect, a servant of Jehovah the Most-High God, God of Abraham, Isaac, Jacob, and Jesus Christ. I am disabled, pursuant to the Americans with Disabilities Act.

I am the mother of David Paul Walker, age 40, and Tara Ann Uzamere, age 38, children who were victims of sexualized terrorism by Defendants New York State and New York City's Babylonian Talmud-based foster care system, and who were trafficked by Defendants State of New York and City of New York for purposes of the Babylonian Talmud-fomented trafficking of humans for the sex trade.

I am now a victim of the extrajudicial sentence of death pursuant to Babylonian Talmudic law regarding the practice of Christianity and the religious crime of meshira/mesira (whistleblowing).

I allege that the United State violated the following international covenants:

1. International Convention on the Elimination of All Forms of Racial Discrimination (ICERD).

2. International Covenant on Civil and Political Rights (ICCPR).

3. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT).

4. Optional Protocol to the Convention on the Rights of the Child on the sale of Children, Child Prostitution and Child Pornography (OP-CRC-SC).

I allege that my son, like so many boys, was sodomized by Jewish men, and that the foster care system is a part of Judeo-pagan religion that was melded with Canaanite religious culture and introduced to the writings of the Babylonian-Talmud. Among other disgusting doctrines that are espoused by the Babylonian Talmud is the worship of Molech, the God of child sacrifice. This includes the right of Babylonian Talmud-adherent Ashkenazi Jewish leaders to rape children, with the goal of anally penetrating boys. In my revised website, The Crimes of Senator Uzamere, I describe the worldwide, sexual excesses of Babylonian-Talmud-controlled Israel on every page of my website.

While the rape of boys is an obvious sexual dysfunction, it is also the primary goal of a sexual dysfunction that has been forced on humanity by the sexual excesses associated with the enforcement of the Babylonian Talmud that is less obvious to most individuals. The Diagnostic and Statistical Manual of Mental Illnesses, Volume V, 302.84 describes this dysfunction as sexual sadism disorder.

This version of Judaism is addictive because of its association with the sex act and the physical sensations associated with the release of the neurotransmitters serotonin and dopamine during sex. It is highly sexual, violent and because of its preoccupation with the anal rape of boys, like other forms of sexual dysfunction, it forces the extinction/genocide of the ethic group on which such behavior is practiced.

The Diagnostic and Statistical Sexual Sadism Disorder (Merck Professional Manual)

Sexual sadism is infliction of physical or psychologic suffering (e. g, humiliation, terror) on another person to stimulate sexual excitement and orgasm. Sexual sadism disorder is sexual sadism that causes significant distress or significant functional impairment or is acted on with a nonconsenting person. (See also Overview of Paraphilic Disorders.)

People with sexual sadism disorder have either acted on the intense urges or have debilitating or distressing fantasies with sexually sadistic themes. The condition must also have been present for 6 mo.

Most sexual sadists have persistent fantasies in which sexual excitement results from suffering inflicted on the partner, consenting or not. When practiced with nonconsenting partners, sexual sadism constitutes criminal activity and is likely to continue until the sadist is apprehended. However, sexual sadism is not synonymous with rape, a complex amalgam of sex and power over the victim. Sexual sadism is diagnosed in < 10% of rapists but is present in 37 to 75% of people who have committed sexually motivated homicides.

Sexual sadism is particularly dangerous when associated with antisocial personality disorder. This combination of disorders is particularly recalcitrant to any form of psychiatric treatment.

Diagnosis of sexual sadism disorder is based on specific clinical criteria from the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5).

Patients have been repeatedly and intensely aroused by the physical or psychologic suffering of another person; arousal is expressed in fantasies, intense urges, or behaviors.

Patients have acted on their urges with a nonconsenting person, or these fantasies or urges cause significant distress or impair functioning at work, in social situations, or other important areas.

The condition has been present for 6 mo.

Sexual sadism disorder may be diagnosed in patients who deny that they have fantasies or urges related to sexually arousal triggered by the pain or suffering of others if these patients report multiple sexual episodes of inflicting pain or suffering on a nonconsenting person.

Treatment of sexual sadism disorder is usually ineffective.

The main goal of Ashkenazi Jews' use of the Babylonian Talmud is to facilitate the sexual enslavement of children – especially boys. See https://youtu.be/oplqSX4xxrU to listen to foster care rape victim Paul Bonacci describes how he was forced to participate in the rape of another foster care child, then forced to watch as the boy was raped until his anus bled, kicked in the face repeatedly and then shot in the head.

More horrifying stories regarding sexual excesses associated with the Babylonian Talmud's promulgation and enforcement of sexual savagery against Jews and Gentiles:

1. Morty Borger Commits Suicide on Wedding Night After Reporting Child Sexual Abuse by rabbi, Case of Rabbi Baruch Lebovitz in the death of Motty Borger, the son of Shmuel Borger (PIX News), https://www.youtube.com/watch?v=IGAJDtsjN5I;

2. Child Sex Abuse in Orthodox Jewish Bathhouses https://www.youtube.com/watch?v=vFeK8LIP6EM;

3. SPEAK UP! 7 Orthodox Abuse Survivors Break the Silence https://www.youtube.com/watch?v=Asza6pEQVfQ;

4. Nechemya Weberman Guilty of Abuse Gets 103 Years in Prison https://www.youtube.com/watch?v=YHeiPaE8TR8; can-this-number-be-credible-jewish-anti-abuse-activists-say-half-of-hasidic-boys-are-raped-by-elders;

5. Cops Bust Global Child Sex Slave Ring Run by Israeli Crime Network https://www.youtube.com/watch?v=8JF24XkqJMU;

6.  Prominent Israeli journalist incites rape of Palestinian women
    https://www.youtube.com/watch?v=33RVmIFmYoY;

7.  Israeli Deposit Law and forced prostitution of Eritrean Women
    https://www.youtube.com/watch?v=GIAmR08bzc&t=70s;

8.  IDF Soldier dancing around blindfolded and handcuffed Palestinian woman
    International/israeli-soldier-belly-dances-palestinian-woman/story?id=11802427;

9.  The US-Israel Special Relationship Timeline That AIPAC Doesn't Want You To See, /the-us-israel-special-relationship-timeline-that-aipac-doesnt-want-you-to-see/

10. Sex Slaves Hidden in Walls in Israel
    https://www.youtube.com/watch?v=1PFvTW23Oi0&t=74s;

11. Fast Facts about (Child) Prostitution in Israel
    https://www.youtube.com/watch?v=ZExQiJlZmNI;

12. Underage victims of sex tourists in the Dominican Republic, Unreported World
    https://www.youtube.com/watch?v=2ZyppB5xTn4
    https://www.youtube.com/watch?v=EVj7801R17M;

13. Sex trafficking in the Caribbean,
    https://www.youtube.com/watch?v=HoLqQ6W5eC8&t=96s;

14. Jews Dominate Porn
    https://www.youtube.com/watch?v=WFAvlxSZMBQ
    https://www.youtube.com/watch?v=bmjp6tC6oK0

15. Jews in the American Porn Industry, by Nathan Abrams
    http://www.fpp.co.uk/BoD/origins/porn industry.html.

16. Governor Eliot Spitzer Resigns After Being Connected to Prostitution Ring
    https://www.youtube.com/watch?v=zPdTqB92;

17. A Timeline of Harvey Weinstein's Sexual Harassment Allegations
    https://www.youtube.com/watch?v=50nysL24aKY;

18. NYC Mayor DiBlasio employee Jacob Schwartz, 29, was busted for allegedly keeping more than 3,000 disgusting images and 89 videos on a laptop after downloading the filth from the internet, /city-worker-democratic-organizer-busted-child-porn-article-1.3198559;

19. The Outcast, https://www.newyorker.com/magazine/2014/11/10/outcast-3;

20. Rabbi Sentenced to 32 Years for Molesting Teen
    https://www.youtube.com/watch?v=GvyB5ZzntAQ;

21. Sima Yarmush publicly telling her story of child abuse
    https://www.youtube.com/watch?v=wffN3mYWCCw&pbjreload=10.

22. Israel Prime Minister's son Yair Netanyahu's Night of Debauchery Revealed in Bombshell Recordings: Younger Netanyahu heard asking his friend, a gas tycoon's son, for NIS 400 for strippers, saying he owed him for $20 billion deal advanced by PM (click on photo to hear Yair audiotape)
    https://www.mako.co.il/news-military/politics-q12018/Article-4e5b170e007d061004.htm?sCh=3d385dd2dd5d4110&pId=1898243326;

23. Antisemitism used as a trick
https://www.youtube.com/watch?v=uW3a1bw5XlE;
https://www.youtube.com/watch?v=9GTJAMqAMS8;
https://www.youtube.com/watch?v=9pfzHRwlCEQ&t=750s (advance to 12:15 minutes).

24. Israel murder of 100,000 Jewish Children during the ringworm affair
https://www.youtube.com/watch?v=KBtCCpOcbDY&t=28s;

25. Ashkenazi Israel Theft of Yemeni Jewish Children
https://www.youtube.com/watch?v=lJFmpmSNbKM

26. Reuven Abargel and Black Panthers in Israel
https://www.youtube.com/watch?v=CdSWT06ERRY;

27. Ethiopian Israelis rally against racism
https://www.youtube.com/watch?v=cYjuxifYxIc;

28. Israel Admits Forcing Birth Control on Ethiopians,
https://www.youtube.com/watch?v=1W5J25MvSp0&t=10s;

29. More stories of Jews who were sexually abused by other Jews
https://www.youtube.com/results?searchquery=I+am+an+orthodox+jew+and+i+was+sexually+abused

30. I am an Orthodox Jew, and I was sexually abused as a child
https://www.youtube.com/watch?v=NrrYdsLPUSc&t=8s;

31. Nachlaot Pedophile Crisis: At Least 100 Victims (Updated November, 2012), http://www.amotherinisrael.com/knesset-nachlaot-pedophile,
https://www.youtube.com/watch?v=vcRUZ9ARp5g&t=165s;

32. New York Post, May 7, 2018: Schneiderman called me "brown slave," slapped me until I called him "Master", schneiderman-called-me-his-brown-slave-would-slap-me-until-i-called-himmaster/;

33. Cold   Case   of   Pedophile   Fake   Rabbi   Avrohom   Mondrowitz   Protected   by   Mesira,
http://alaskandreams.net/ekklesia/The%20Cold%20Case%20of%20a%20Pedophile%20Rabbi.htm
http://www.come-and-hear.com/editor/moser-broyde/index.html
https://www.youtube.com/watch?v=zdH6vRcN7qE&t=129s;

34. Mafia-style Bribery Charges for Ultra-Orthodox Williamsburg Jew
https://www.youtube.com/watch?v=FioXUEmHwJY.

New York State's Israel Anti-Boycott Law – a law that the American Civil Liberties Union has successfully challenged in Arizona as unconstitutional because it violates the First Amendment, makes it illegal for my son or any rape victim to boycott a country and its citizenry who advocate a way of life that contributed to their being sodomized. The end effect of this horrible law is to make it easier for Ashkenazi Jews who are pedophiles to rape more children and get away with it.

I allege that humiliating me and other people of color is part of a larger plan by New York State's Babylonian Talmud-adherent, Ashkenazi Jewish leadership to maintain a hostile environment against people of African descent to ensure that the mob hatred associated with the Babylonian Talmud's hatred of people of African descent facilitates the sodomy of children who are trafficked through its foster care system:

Come and Hear, Sex with Children by Talmud Rules
(http://www.come-and-hear.com/editor/america2.html):

*Again, there is no prohibition of a sexual practice that would almost certainly cause physical damage to a young girl due to the mismatched sizes of genitals between an adult's penis and a child's vagina or anus.*

*We have seen in Numbers 31:12-18 that Moses permitted grown men to use little girls as concubines. In the Talmud, grown men are permitted to have sexual intercourse with female babies and children, and homosexual relations with boys younger than nine.*

Based on my son David P. Walker's Facebook post and my son's bulimia nervosa that caused him to binge and purge until all his teeth are gone, I believe New York State's Babylonian Talmud-fomented government purposely created and now maintain a weaponized hatred of me and other people of African descent to separate our sons from our protection, place them too far for us to reach them, and then drug them so that sex-crazed members of the Babylonian Talmud-adherent Ashkenazi Jewish community and willing non-Jews can anally rape them at their leisure. My son, now 40 years old and toothless, works as a bus driver with hatred toward me because I unwittingly placed him in foster care to be brutally raped and rendered effeminate and infertile by sex-crazed, Ashkenazi Jewish dogs. Asians and other ethnic groups whose cultures have a hatred for people of African descent are now used by New York State's racist, Babylonian Talmud-adherent government to maintain a status quo that ensures that parents of African descent are always in a defenseless position so that sex-crazed Ashkenazi Jews can use their penises as battering rams against the anuses of innocent, defenseless children of African descent.

For this reason, and in sorrow for the hurt I caused to my children David P. Walker and Tara A. Uzamere by abandoning them in New York State's foster care system I beg the United Nations to help me get justice for myself and my children. Also, I respectfully plead that your agency place my complaint in abeyance until such time that I have exhausted all legal avenues for redress in the United States.

The end of organized, government-controlled pedophile rings begins with the destruction of organized religions' use of social constructs like race, gender, and religion, and by making the rape of children an act of treason. Babylonian Talmud-adherent Ashkenazi Jewish leaders who are pedophiles and their non-Jewish counterparts will continue to subject nonconsenting adults to sexual terror to recreate and simulate the rape of children unless the U.S. government admits that its longstanding history of the enslavement of others is based in its addiction to tearing open children's anuses.

In New York City, Mayor de Blasio is still in a quandary regarding Orthodox Ashkenazi Jewish rabbis' "right" to practice the religious perversion of fellating Jewish baby boys after circumcision, when the tip of the child's penis is in its most sensitive state. This is nothing more than fattening the little Jewish "frog" to feed an Ashkenazi man's "snake."

Until the lives of precious children are protected from the sexual excesses of the Babylonian Talmud no one is safe.

Respectfully,

*Cheryl D. Uzamere*

Cheryl D. Uzamere

/cdu



Like the Babylonian Talmud teaches, they're just worthless monkeys whose parents we defame so we can schtup the little monkeys in their anuses…when we're done, they can dry up and go away… This is my son, David, years after being sexually terrorized by New York State's and New York City's foster care system while a client at JCCA-Edenwald's sex-crazed, Ashkenazi Jew-controlled group home. Please view the video at https://www.youtube.com/watch?v=A4YkgdCvrIU



Esther Vorknach: Sick and Tired of Racism in Israel:
https://bit.ly/3fGMBZ1



Israel's Crimes against Ethiopian Jews:
https://bit.ly/3aNWT7w



Israeli Government Forced Ethiopian Jews to Use Depo Provera: https://bit.ly/37L1LK2



Afro-Palestinians (including mistreatment by Israel):
https://bit.ly/3ixlNN6



Conventional Sins (Ashkenazi Pedophiles
Networking of Jewish Boys for Gang-Rape:
https://bit.ly/2CmYDIv



Teenage Sex Slaves Buried Tel Aviv's Walls
and Forced into Prostitution
https://bit.ly/2BOrIlv



Conspiracy of Silence – The Franklin Scandal: https://bit.ly/2NVUeyS



Conspiracy of Silence, The Anal Rape, Torture
and Murder of a Foster Child:
https://bit.ly/2ZkIooN

Violent Anti-African Racism in India
https://bit.ly/2VdZJbh

Africans Face Widespread Racism in India
https://bit.ly/3j22Wt8

Nigerian Man Brutally Beaten in India
https://bit.ly/3jAfM2l

Siddis – India's Descendants of African Slaves Face
Discrimination
https://bit.ly/3iaQhV1

Blackface – Racism against Black "Baloch" in Pakistan
https://bit.ly/2CNyl2u

Racist Laundry Detergent Commercial in China
https://bit.ly/31ntqiX

Racism against Africans During Chinese Lunar New Year Celebration
https://bit.ly/3g6hB4Y

South Asians (Indians/Pakistanis) in Great Britain won't rent to
Black People
https://bit.ly/2NyRas7

Shanghai-born Native Lo-Jing Faces Anti-Black Discrimination in China
https://bit.ly/2RkB9Zi

Blackface –Korean Again!
https://bit.ly/3e6rbmp

Chinese Man is Angry at Black African
https://bit.ly/2JMX07F

Saudi Prince Raped and Killed African Servant
https://bit.ly/2XgHUyX

Esther Vorknach – Sick and Tired of Racism in Israel
https://bit.ly/3fGMBZ1

Israel's Prostitutions of Eritreans
https://bit.ly/2BgMHYH

| Native-born African Korean Fashion Model Faces Discrimination in Korea https://bit.ly/2Vpkvpe | Ethiopian Woman Kidnapped and Raped in Beirut, Lebanon https://bit.ly/31m8ubY |
|---|---|
| African Victim of Dominque Strauss Speaks Out https://bit.ly/31mTACo | Israel Admits Forcing Depo Provera to Stop Births of African-Jewish Babies https://bit.ly/3mQiqDf |
| Blackface in Japan https://bit.ly/2VqWi6a | Saudi Family Beating an Ethiopian Maid https://bit.ly/2JPgMzi |
| Crimes against Ethiopians in Israel https://bit.ly/3aNWT7w | Israel's Prostitution of Children https://bit.ly/3g4CvkH |



**ADL**
**2016**

An Anti-Defamation League Survey
1,000 U.S. Adults + an Oversample of African Americans and Hispanics
October 18 - October 29, 2016



**MARTTILA**
S T R A T E G I E S

# EXECUTIVE SUMMARY

## ANTI-SEMITIC PROPENSITIES: 2016

The number of Americans who hold the most anti-Semitic propensities stands at 14%.

- Education remains a strong predictor of anti-Semitic propensities. The most well educated Americans are remarkably free of prejudicial views, while less educated Americans are more likely to hold anti-Semitic views.

- Age is also a strong predictor of anti-Semitic propensities. Younger Americans – under 39 – are also remarkably free of prejudicial views.

- Perceptions of disproportionate Jewish power in the U.S. continue to dominate the views of the most anti-Semitic.

- Remarkably, since 1964, approximately 30 percent of Americans have consistently believed that Jews are more loyal to Israel than to America, even though the makeup of the U.S. population has changed dramatically during these years.

- Hispanics born outside of the U.S. are significantly more likely than Hispanics born in the U.S. to hold anti-Semitic views.

- Anti-Semitic propensities within the African-American population continue to be higher than the general population, but are in decline.

- The steady growth of the U.S. Hispanic population – now at 15 percent of the adult population – means that Hispanics, combined with African Americans (12 percent), now comprise 27 percent of the American population, a number that is sure to grow in the coming years. This population increase of the most anti-Semitic cohorts also means that it will be an ongoing challenge to reduce overall anti-Semitic propensities.

 **MARTTILA**STRATEGIES                                                                           4





son Canaan. To Ham himself he could do no harm, for God had conferred a blessing upon Noah and his three sons as they departed from the ark. Therefore he put the curse upon the last-born son of the son that had prevented him from begetting a younger son than the three he had.[a] The descendants of Ham through Canaan therefore have red eyes, because Ham looked upon the nakedness of his father; they have misshapen lips, because Ham spoke with his lips to his brothers about the unseemly condition of his father; they have twisted curly hair, because Ham turned and twisted his head round to see the nakedness of his father; and they go about naked, because Ham did not cover the nakedness of his father. Thus he was requited, for it is the way of God to mete out punishment measure for measure.

Canaan had to suffer vicariously for his father's sin. Yet some of the punishment was inflicted upon him on his own account, for it had been Canaan who had drawn the attention of Ham to Noah's revolting condition. Ham, it appears, was but the worthy father of such a son.[b] The last will and testament of Canaan addressed to his children read as follows: "Speak not the truth; hold not yourselves aloof from theft; lead a dissolute life; hate your master with an exceeding great hate; and love one another."[a]

As Ham was made to suffer requital for his irreverence, so Shem and Japheth received a reward for the filial, deferential way in which they took a garment and laid it upon both their shoulders, and walking backward, with averted faces, covered the nakedness of their father. Naked the descendants of Ham, the Egyptians and Ethiopians, were led away captive and into exile by the king of Assyria, while



# THE SCHOTTENSTEIN EDITION

THE GEMARA: THE CLASSIC VILNA EDITION, WITH AN ANNOTATED, INTERPRETIVE ELUCIDATION, AS AN AID TO TALMUD STUDY

ArtScroll

THE DAVIS FAMILY EDITION OF SEDER NEZIKIN

## מסכת סנהדרין
## TRACTATE SANHEDRIN

triumphant retort. It said to him, 'Thy Master hateth me, and thou hatest me. Thy Master hateth me — [since He commanded] seven [pairs to be taken] of the clean [creatures], but only two of the unclean.[28] Thou hatest me — seeing that thou leavest the species of which there are seven, and sendest one of which there are only two. Should the angel of heat or of cold smite me, would not the world be short of one kind? Or perhaps thou desirest my mate!' — 'Thou evil one!' he exclaimed; 'even that which is [usually] permitted me[29] has [now] been forbidden: how much more so that which is [always] forbidden me!' And whence do we know that they[30] were forbidden? — From the verse, And thou shalt enter into the ark, thou, and thy sons, and thy wife, and the wives of thy sons with thee;[31] whilst further on it is written, Go forth from the ark, thou, and thy wife, and thy sons, and thy sons' wives with thee.[32] Whereon R. Johanan observed: From this we deduce that cohabitation had been forbidden.[33]

Our Rabbis taught: Three copulated in the ark, and they were all punished — the dog, the raven, and Ham. The dog was doomed to be tied, the raven expectorates [his seed into his mate's mouth]. and Ham was smitten in his skin.[34]

Also he sent forth a dove from him, to see if the waters were abated.[35] R. Jeremiah said: This proves that the clean fowl dwelt with the righteous.[36] And lo, in her mouth was an olive leaf taraf [as food].[37] R. Eleazar said: The dove prayed to the Holy One, blessed be He, 'Sovereign of the Universe! Let my sustenance be as bitter as the olive, but in Thy charge, rather than sweet as honey and in the charge of flesh and blood.' Whence do we know that taraf connotes food? — From the verse, Feed me[38] with food convenient for me.[39]

After their kinds they went forth from the ark.[40] R. Johanan said: After their kinds, but not they [alone].[41] R. Hana b. Bizna said: Eliezer [Abraham's servant] remarked to Shem [Noah's] eldest son,[42] 'It is written, After their kinds they went forth from the ark. Now, how were you situated?'[43] — He replied. '[In truth], we had much trouble in the ark. The animals which are usually fed by day we fed by day; and those normally fed by night we fed by night. But my father did not know what was the food of the chameleon. One day he was sitting and cutting up a pomegranate, when a worm dropped out of it, which it [the chameleon] consumed. From then onward he mashed up bran for it, and when it became wormy, it devoured it. The lion was nourished by a fever, for Rab said, "Fever sustains for not less than six (days) nor more than thirteen."44 As for the phoenix,[45] my father discovered it lying 'in the hold of the ark. "Dost thou require no food?" he asked it. "I saw that thou wast busy," it replied, "so I said to myself, I will give thee no trouble." "May it be (God's) will that thou shouldst not perish," he exclaimed; as it is written, Then I said, I shall die in the nest, but I shall multiply my days as the phoenix.'[46]

R. Hana b. Liwai said: Shem, [Noah's] eldest son,[47] said to Eliezer [Abraham's servant]. 'When the kings of the east and the west attacked you, what did you do?' — He replied. 'The Holy One, blessed be He, took Abraham and placed him at His right hand, and they [God and Abraham] threw dust which turned to swords, and chaff which turned to arrows, as it is written, A Psalm of David. The Lord said unto my master, Sit thou at my right hand, until I make thine enemies thy footstool[48] and it is also written, Who raised up the righteous man [Sc. Abraham] from the east, called him to

Babylonian Talmud: Sanhedrin 108

nozila (a huge animal of the antelope species that could not be accommodated in the ark on account of its size) to put its head therein (it having been tied to the ark behind which it ran); v. Gen. R. XXXI, 13.]

27. Ibid. VIII, 7.

28. The raven is unclean (Lev. XI, 15).

29. I.e., his own wife.

30. The wives.

31. Gen. VI. 18.

32. Ibid. VIII, 26.

33. Since it is obvious that Noah's wife etc., were to leave the ark with him, the verse must be explained as granting permission for the resumption of marital ties. Hence these were interdicted in the ark.

34. I.e., from him descended Cush (the negro) who is black-skinned.

Isr J Psychiatry Relat Sci · Vol. 49 · No 4 (2012)

# History of Abuse and Organic Difficulties in a Convenience Sample of 46 Ultra-orthodox Males with Pedophilia

Eliezer Witztum, MD,[1] Netzer Daie, MA,[2] Ayala Daie-Gabai, PhD,[3] and Ariel Rosler, MD[4]

[1] Mental Health Center, Faculty of Health Sciences, Ben-Gurion University of the Negev, Beer-Sheva, Israel

[2] Senior Clinical Psychologist, Private Practice, Mevaseret Zion, Israel

[3] The Jerusalem Center for Mental Health, Mental-Health Clinic, Maale Adumim, Israel

[4] Hadassah Hebrew University Medical Center, Former Head of the Division of Endocrinology at Mount Scopus Hadassah Hospital, Jerusalem, Israel

## ABSTRACT

**Background:** Evidence has started to accumulate that relates pedophilia to a history of being a victim of sexual abuse as well as to comorbidity with organic vulnerabilities. During a naturalistic study regarding treatment of pedophilia, the authors had access to clinical and psychodiagnostic evaluations of Israeli Jewish ultra-orthodox male pedophiles outside the forensic system. Using psychiatric examination as well as a battery of psychological tests, presence of history of trauma as well as comorbidity with organic vulnerabilities among this unique sub-group was examined.

**Method:** This survey was part of a larger scale research on the effectiveness of Decapeptyl injections as treatment for pedophilia. All participants in the original research underwent comprehensive psychological assessment including an extensive clinical interview as well as psychological tests (Bender, Rorschach and TAT). Of the patients participating in the research, this survey focused on the group of 46 ultra-orthodox male pedophiles. Cross-tabs analyses were conducted in order to examine prevalence of history of trauma and organic vulnerabilities in this specific group.

**Results:** Based on self reports combined with corroborating reports (obtained from parents, educators and medical staff), together with indications in psychological tests, we found that 82.6% of participants were victims of sexual trauma as children and 87% suffer from some kind of organic vulnerability (learning disabilities, disinhibitions, etc.).

**Limitations:** Limitations of this small convenience sample that influence ability to generalize are discussed.

**Conclusions:** The current survey indicates that in this sample, the ultra-orthodox male pedophile was frequently a victim of childhood sexual trauma, and exhibited indications of organic vulnerabilities. This is more pronounced than findings in previous studies, and calls for further research in order to understand the underlying causes.

This survey was part of a study that was approved by an Institutional Ethics Committee of the Ezrat Nashim Hospital in Jerusalem, and written informed consent was obtained from all patients.

Sexual abuse in the ultra-orthodox community is a serious and under-researched phenomenon. This community tends to keep such instances secret and often forensic systems are not even aware of them. In particular, the clinical risk factors that lead individuals in this community to engage in pedophilic behavior are poorly understood. The aim of this paper was to portray clinical characteristics of a convenient sample of ultra-orthodox males who meet criteria for pedophilia.

Address for Correspondence: ✉ Professor Eliezer Witztum, 4 Revadim St., Jerusalem 93391, Israel ☎ email elyiit@actcom.co.il

Format: Abstract ▾

J Child Sex Abus. 2017 May-Jun;26(4):407-427. doi: 10.1080/10538712.2017.1285841. Epub 2017 Mar 28.

## Pedophiles in the Ultra-Orthodox Haredi Sector in Israel: Thought Processes Regarding their Actions.

Hamo G[1], Idisis Y[2].

⊟ Author information

1   a Tsur Unit , Supervision of Sex Offender in the Community, Israel Prison Service , Ramla , Israel.
2   b Criminology Department , Bar Ilan University , Ramat Gan , Israel.

### Abstract

This study explores thought patterns of Jewish Ashkenazi Ultra-Orthodox pedophiles in Israel and how they resolve the contradiction between their commitment to Jewish Law and having committed sexual offenses against minors. Ten adult men participated in this study. Using open semistructured interviews, their cognitive distortions before, during, and after the abuse were examined. Content analysis revealed that participants used cognitive distortions based on their own world of Jewish Law and social-cultural values. The insular nature of Ultra-Orthodox society and its many prohibitions, especially regarding sexuality, tempted offenders to test boundaries. When sexual drive was high, internal control mechanisms were ineffective even in presence of external control mechanisms. Some participants recognized the contradiction between their behaviors and being Ultra-Orthodox Jews, and others did not. Based on the findings, a flow chart was devised describing the cognitive processes of Jewish Ultra-Orthodox pedophiles. Theoretical and practical implications of the results were examined.

# Netanyahu To Release Evidence Of Washington Pedophile Ring

Ⓞ December 30, 2016   & Sean Adl-Tabatabai   ⊵ News, US   ⃝ 41



Share 5          Twsed          ⌃ ⌄

**Israeli Prime Minister Benjamin Netanyahu just declassified 400,000 documents that expose child**



**VIDEO REPORT: ISRAEL A SAFE HAVEN FOR PEDOPHILES**

Posted on February 27, 2018

In this chilling documentary, JCW and Channel 10 track a serial sex offender who fled to Israel and then abused children there.

This report also explores the disturbing phenomenon of Jews from around the world immigrating anonymously to Israel where they are free to abuse again.

CLICK "CC" TO WATCH WITH ENGLISH SUBTITLES.

You can also watch the report here: https://www.youtube.com/watch?v=ULq_8ZeO4iU

VIDEO REPORT: ISRAEL A SAFE HAVEN FOR PEDOPHILES Posted on February 27, 2018. In this chilling documentary, JCW and Channel 10 track a serial sex offender who fled to Israel and then abused children there. This report also explores the disturbing phenomenon of Jews from around the world immigrating anonymously to Israel where they are free to abuse again.

7/12/2019                The Ringworm Scandal: When Israeli Doctors Killed Tens of Thousands of Arab Children - Tikun Olam עולם תיקון

hence the dosage administered could not be calibrated accurately or administered suitably.

\* \*

By the early 1950s, Israel had absorbed most of the Holocaust survivors and other immigrants from western countries. These were generally the preferred Ashkenazi Jews, who were the nation's elite. It was then that Jews from Arab lands began arriving in great numbers. David Ben Gurion knew he needed great numbers of Jews to come to Israel in order to counter the demographic threat posed by Israel's Palestinian population (those who hadn't been expelled during the Nakba). That's why he accepted and encouraged the Arab immigration, despite the fact that the newcomers' Sephardi heritage was considered defective.



The 2004 documentary, The Ringworm Children, presents the historical context of this immigration and is dedicated to the greatest national medical scandal in the state's history. During this early period, Israel looked with deep suspicion on the Arab *olim*. They were viewed not only as culturally inferior, but as reservoirs of disease. To be fair, these same views had been prominent in the U.S. during the heights of immigration to this country.

But unlike here, Israel allowed one senior health official, Dr. Chaim Sheba, to conduct a massive program of unnecessary medical treatments, at enormous expense, which actually killed many of the victims. At that time, many children developed ringworm, a non-lethal condition of fungal origin which affected the scalp. Unlike in other countries, 100,000 Jewish (and Palestinian) Arab children were irradiated in order to treat the condition. While medical protocol of the day directed that no technician receive a dose higher than .5 Roentgen, those treated could received a higher dose. A lethal dose was considered 200 Roentgen (R). The children treated received individual doses of 350R. Sometimes they received two doses (for a total of 600R). 6,000 of the victims died within the first year or so after treatment. To this day, many of the remaining victims suffer cancers, epilepsy, infertility and other brain disorders. Even their children have been impacted through genetic abnormalities passed on from one generation to the next.



HOME     ABOUT     CONTACT     SUBSCRIBE     DONATE     COMMENT RULES     PRIVACY POLICY

# Tikun Olam תיקון עולם

Search the site ...

You are here: Home / Mideast Peace / Knesset Inquiry Reveals Yemenite Babies Murdered in Medical Experiments, Abducted from Parents, and Exploited in Paid National Institutes of Health Experiments

## Knesset Inquiry Reveals Yemenite Babies Murdered in Medical Experiments, Abducted from Parents, and Exploited in Paid National Institutes of Health Experiments

June 19, 2017 by Richard Silverstein — 8 Comments

Palestinian Refugee, 1948

Share this:

The Israeli Knesset has, after sixty years of cover-up, exposed one of the most lurid scandals in the history of Israeli medicine. In the late 1940s and early 1950s, inspired by Ben Gurion's philosophy that Israel must populate itself via Jewish immigration to compete with the Arabs, Israel airlifted tens of thousands of Yemenite Jews and resettled them. It was celebrated as a great humanitarian operation in which the Yemenites were "saved" from a life of destitution and anti-Semitic victimhood in their native land.

Yemenite children used to teach anatomy with organs marked on their stomachs

yemenite medical experiments

Within months of their arrival, reports began circulating of babies who disappeared from hospitals and medical clinics. The final count amounted to hundreds, perhaps even thousands of babies who were purportedly kidnapped from their parents or even killed. The grieving parents received no word about what had happened; no death certificate; no explanation. Even decades later, after three separate boards of inquiry spanning thirty years, the results of the investigations were sealed and victims learned nothing. The State refused to accept responsibility nor did it compensate the victims for their personal losses. It is perhaps the greatest medical scandal in Israeli history, ranking right up there with the Tuskegee syphilis experiment in its deviousness and lethality.

In addition, the scandal also involved the U.S. National Institutes of Health, which paid Israeli hospitals nearly $1-million (in current value; then it was 160,000 Israeli lira) to provide fetuses of dead Yemenite babies and corpses of adults which were used in medical experiments to determine why Yemenites did not develop heart disease. One doctor sought to prove that Yemenites were of African descent. To do so, he tested the blood of dead Yemenites to determine if they had sickle-cell anemia. He even wrote a medical paper about his claims. In testimony, the doctor who reported on this arrangement said they had called the Yemenites Aushim, which is roughly equivalent to "darkie" or "N****r."

TAX DEDUCTIBLE DONATIONS

Donate Now

SUPPORT TIKUN OLAM VIA PAYPAL

Donate

FOLLOW TIKUN OLAM

RECENT POSTS

Mnuchin: "Gaza is a Hot (P0)"

Israel, U.S. Engage in Attack Simulations Preparing for War Against Iran

Trump's Almost War on Iran

Facebook Suspends Me, Calling Criticism of Israeli Settler "Hate Speech"

system often broke down and patients' numbers were often switched, misplaced or lost, which led to the wrong medicines being taken and wrong treatments offered. As a result many died. The medical staff decided that it should make the best of the opportunity by whisking the bodies off for autopsies or post-mortem experimentation.



Lead headline in Israel HaYom. Caption: '[Medical] Experiments on Yemenite Children Exposed.'

The new report explains why so many Yemenite children died; since none of the Israeli medical staff spoke Yemenite and the patients didn't speak Hebrew, staff could not learn the names of the children. Instead, they numbered them. The numbering

In none of these experiments were the parents of the children asked for permission. Researchers simply used the Yemenites, living or dead, for the benefit of medicine, which was deemed more critical than the feelings of the mourning parents.

bodies were outlined in ink with the names of various organs. Presumably, this was meant to serve as a live demonstration for students who could see where the organs were located on a living body.



Toggle navigation

patheos

𝒜

°

- Home
- Podcast
- Speaking
- Contributors
- The Atheist Voice
- Contact/Submissions
- Books
- Patheos Nonreligious
- FREE NEWSLETTER



Can This Number Be Credible? Jewish Anti-Abuse Activists Say Half of Hasidic Boys Are Raped By Elders November 13, 2013 Terry Firma



Patheos Friendly Atheist. ... Want more from the Friendly Atheist? Get our FREE Newsletters and special offers!

## Can This Number Be Credible? Jewish Anti-Abuse Activists Say Half of Hasidic Boys Are Raped By Elders

By Terry Firma
November 13, 2013
0Shares

Back in July, I wrote:

> In the world of Judaism alone, news reports of child abuse are so numerous that the admirably tenacious and prolific writer **Shmarya Rosenberg**, who runs the Failed Messiah blog, has a hard time keeping up.

There's actually another Rosenberg who has made it his laser-focused mission to expose this evil — and who's suffered the consequences. *Vice* has an interview with **Nuchem Rosenberg**, a rabbi who throws out an eye-popping guesstimate:



Nuchem Rosenberg (Paul Martinka – via New York Post)

The alleged abusers are schoolteachers, rabbis, fathers, uncles — figures of male authority. The victims, like those of Catholic priests, are mostly boys. Rabbi Rosenberg believes **around half of young males in Brooklyn's Hasidic community** — the largest in the United States and one of the largest in the world — **have been victims of sexual assault perpetrated by their elders**. Ben Hirsch, director of Survivors for Justice, a Brooklyn organization that advocates for Orthodox sex abuse victims, thinks the real number is **higher**. "From anecdotal evidence, we're looking at **over 50 percent**."

I had to read that twice. The number surely exceeds even the bleakest calculations of how widespread this crime is. In the absence of factual stats — impossible to come by — it's hard to know what to make of it all. Take a walk through Brooklyn's conservative-Jewish neighborhoods. Do you believe that every second orthodox boy you see is a victim of sexual assault? Can the iceberg be that huge?

Nuchem Rosenberg and Ben Hirsch have presumably studied the issue longer and more carefully than any of us here, and should be given a modicum of authority on the subject. On the other hand, due to possible factors like confirmation bias and/or an activist's zeal, it could be that they're wolf-criers — that they see abuse everywhere, even where none occurred.

With that caveat, here's what Rosenberg found, and how he became perhaps the most hated man in Brooklyn.

On a visit to Jerusalem in 2005, Rabbi Rosenberg entered into a mikvah [sacred ritual bath] in one of the holiest neighborhoods in the city, Mea She'arim. "I opened a door that entered into a schvitz," he told me. "Vapors everywhere, I can barely see. My eyes adjust, and I see an old man, my age, long white beard, a holy-looking man, sitting in the vapors. **On his lap, facing away from him, is a boy, maybe seven years old. And the old man is having anal sex with this boy**." …

"This boy was speared on the man like an animal, like a pig, and the boy was saying nothing. But on his face — fear. The old man [looked at me] *without* any fear, **as if this was common practice. He didn't stop**. I was so angry, I confronted him. He removed the boy from his penis, and I took the boy aside. I told this man, 'It's a sin before God, a *mishkovzucher*. What are you doing to this boy's soul? You're destroying this boy!' He had a sponge on a stick to clean his back, and he hit me across the face with it. '**How dare you interrupt me!**' he said."

After that, Rosenberg started blogging about Hasidic sex assaults. He also opened a hotline and became a source for local and national media covering sex-abuse trials. That "betrayal" made him a pariah in his own community.

Leaflets distributed in Williamsburg and Borough Park, the centers of ultra-Orthodoxy in Brooklyn, display his bearded face over the body of a writhing snake. "Corrupt Informer," reads one of the leaflets, followed by the declaration that Rabbi Rosenberg's "name **should rot in hell forever**. They should cut him off from all four corners of the earth."

Jerusalem Post > Israel News

# Tens of thousands of pedophiles operate in Israel every year

In July alone, there were 22 cases of pedophilia recorded in Israel and brought to the attention of the media

Listen to this article now
10:59      Powered by **Trinity Audio**

By CELIA JEAN   AUGUST 4, 2020 13:54



Defining Child Sexual Abuse
(photo credit: PIXABAY)

Advertisement

**New York, NY: Notice For Cars Used Less Than 25 Miles A Day**
New York drivers are surprised that they never knew this important insurance tip. If you drive less than 25 miles a day, you better read this.
EVERQUOTE

Tens of thousands of pedophiles operate in Israel every year, leading to about 100,000 victims annually, according to an Israeli pedophile monitoring

association.

The Matzof Association, an organization that actively keeps track of reports on pedophiles in various media and centralizes the data monthly, states that in July alone, 22 cases of pedophilia were reported in Israel and brought to the attention of the media. The vast majority go unreported.

"In Israel, tens of thousands of pedophiles operate on a daily basis without any problem," said Eliran Malki, head of the Matzof Association.

"They are not deterred by the police and certainly not deterred by the contemptuous rulings that come from the hands of judges in the various courts," he added, citing an incident in which one particular pedophile was let off by the courts without punishment, despite evidence of thousands of pedophilic items found on his computer, as the court stated that it would "harm his career."

The court does not count the number of victims, and shows disproportionately favorable treatment of the perpetrators, according to Malki.

The association gathers reports from the media in order to form statistics, as no public sex offender registry in Israel currently exists.

"Matzof will continue to report and follow these trends month after month. Statistics tell the story of the victims, and they are living proof why we must fight for the establishment of a public pedophile database," he added.

In June, at least 22 instances of pedophile activity were reported in the media, including a 26-year-old who committed indecent acts on two brothers aged six and eight in a public park in Beersheba; a 40-year-old man who committed indecent acts on his girlfriend's 11-year-old daughter while they were still living together before he was sentenced to six years in prison; and a 53-year-old who committed indecent acts on a seven-year-old girl – the list goes on.

A number of pedophiles in Israel are Jewish immigrants who have sought refuge in the country under the law of return, according to a CBS report published in February.

The CBS reporter joined Jewish Community Watch (JCW) activists as they were looking for Jimmy Karow, who fled the US in 2000 after being accused of sexually assaulting a nine-year-old girl in Oregon. Karow, who is wanted by Interpol, was able to remain in Israel, where he allegedly moved between different Jewish communities to avoid being exposed.





The most notable case in the public eye is that of Malka Leifer, who was the principal at the ultra-Orthodox Adass Israel School in Melbourne from 2003 to 2008. She fled to Israel after allegations came to light that she sexually abused pupils.

She has evaded deportation back to Australia ever since a formal request was received by Israel in 2014 by claiming mental illness. When the district court invalidated those claims, Leifer appealed to the Supreme Court.

Most recently in July, the Supreme Court heard an appeal by Leifer to try to overturn the lower court finding that she is mentally fit for extradition to Australia.

In May, after a close to six-year legal saga, Jerusalem District Court Judge Chana Miriam Lomp ruled that Leifer was mentally fit to stand trial on 74 counts of sexual abuse and rape of minors.

*Jerusalem Post Staff and Yonah Jeremy Bob contributed to this report.*

Defying a conspiracy of silence about pedophilia - Israeli Culture - Haare

**⊗ HAARETZ** August 24, 2019. Search
Av 23, 5779

Israel News  All

West Bank attack   Israel strikes Iraq   Lone soldiers   Tlaib - West Bank   U.S. anti-Semitism

Haaretz | Opinion Trump has
made it official: He is the
greatest anti-Semite of our a

Haaretz | Opinion
and left, too man
happy to be usef

Recommended by Outbrain

Israel *Ⅱ* election   Never miss an update >

Home  >  Israel News  >  Israeli Culture

# Defying a Conspiracy of Silence About Pedophilia

'Conventional Sins' tells the story of a religious man who was
the victim of sexual abuse throughout his childhood growing
up in an extreme Hasidic sect in Bnei Brak

Itay Stern  |  ⊙ Send me email alerts

Sep 08, 2017 1:48 AM

f 24    Tweet    ✉    ♫        💬 0    ⓪ Zen    Subscribe

Defying a conspiracy of silence about pedophilia - Israeli Culture - Haar

**STYLEWE**    

After the premiere of "Conventional Sins," ("Yedid Nefesh") at the last Jerusalem Film Festival, several ultra-Orthodox viewers approached the two directors, Anat Zuria and her daughter, Shira Winther, and offered their heartfelt thanks. A few even admitted that they were personally familiar with the subject of the documentary film – pedophilia in ultra-Orthodox (Haredi) society and the conspiracy of silence that surrounds it.

**>> Subscribe for just $1 now**

The film, which won the festival's documentary film award, focuses on Meir Bar, the son of a revered rabbinic leader of an extreme Hasidic sect in Bnei Brak. The sect shunned Bar after he testified testified to police against a network of Haredi pedophiles. The whole case was hushed up. Throughout the film, broadcast this week on Yes Docu, Bar copes with a series of sexual assaults by a number of men, some of whom abused him for years while others attacked him at random.

The first scene takes him back to the classroom where he studied as a child, in which the palms of his hands would often bleed after being whipped by his homeroom rebbe, something routine in that Hasidic group aimed at forcing the youngsters to memorize holy texts. Another scene takes Bar and a pedophile to the beach where many of the assaults took place, while another scene portrays a particularly terrifying immersion in a mikveh (ritual bath).

al.premium-defying-a-conspiracy-of-silence-about-pedophilia-1.5449302

Defying a conspiracy of silence about pedophilia - Israeli Culture - Haare



**Directors Anat Zuria (right) and her daughter, Shira Winther** Credit: Emil Salman

Zuria, a veteran, acclaimed director, had previously created a
documentary trilogy that examined parts of the lives of Haredi
women. The first film, "Purity," (Tehora), from 2002, dealt with the
laws of family purity (nidda), which require married women to
avoid physical contact with their husbands for around two weeks
every month; "Sentenced to Marriage," ("Mekudeshet"), the second
film (2004), follows the plight of three young women struggling to
get divorces from their husbands; and the third, "Black Bus"
("Soreret"), from 2009, examined gender segregation in Haredi
society. Now, for the first time, she has entered a world made up
totally of men and boys.

— Advertisement —



"Yedid Nefesh" raises some important gender issues," says Zuria.
"The Haredi world maintains a very rare model of paternal rule, as
if we are still in 18th century England. Rabbis control the entire
system that determines behavior in this world. The men are the
ones who understand halakhah [Jewish law] and know it fluently."



◇HAARETZ  All  ▸ Share  ▾ Tweet  ✉ Email

How Christians invented 'Judaism'     Meet the wealthiest p

**Trending Now**

Home > Israel News

# 'There's a Hole in the System. Israel Became a Haven for Suspected Jewish Sex Offenders'

The case of Malka Leifer, one of 65 suspected sexual offenders allegedly seeking refuge in Israel, has highlighted how Israeli law and the insular world of the ultra-Orthodox can at times shield them from justice, activists and prison officials tell Haaretz

Dina Kraft | ☉Send me email alerts

Apr 02, 2019 3:56 PM

Malka Leifer is facing possible extradition on 74 counts of suspected sexual abuse. She was the headmistress of an ultra-Orthodox girls' school in Melbourne and fled to Israel in

45



**HAARETZ** All ◼ Share ✔ Tweet ✉ Email

- In Israel, Australian sisters recount alleged sex abuse by ultra-Orthodox principal
- Australian sisters in Haredi sex offenses case: 'What God are they praying to that protects abusers?'
- Israeli health czar 'pressured psychiatrist' to soften assessment of pedophile

## Download PDF - Printable PDF (Fre

To View PDF mypdfbuddy.com

Y. grew up the 13th of 14 children in a Hasidic family where money and parental attention were in short supply. He says that when he was 12, a rabbi who taught at his New York state yeshiva sexually abused him.

**>> Subscribe for just $1 now**

The trauma he still lives with began with the teacher buying him ice cream and later invitations home for lunch — seeming kindnesses that, Y. alleges, morphed into sexual abuse.

Years passed, but when he was 27, Y. (Haaretz is in possession of his real name) says he saw his alleged abuser again when he came to Y.'s father's shivah. Something snapped inside. Y., now 38, recalls feeling a surge of rage and approaching the rabbi. "If I did not forget, you still remember," he recalls telling him.



Get full access
Only Haaretz shows you the whole picture    Subscribe

When Y. then started making his allegations known within the community, he says the rabbi moved to Israel. Activists say the man eventually got a job in Jerusalem, again teaching boys, until they made the accusations against him public.

**Exploiting a law**

One of Israel's foundational laws is the Law of Return, which gives Jews the right to immigrate to Israel and become citizens — unless they are deemed a danger to Israeli society, security or the Jewish people. Israeli law, however, does not define what that means.

— Advertisement —





Israel becoming a 'refuge for pedophiles,' warns advocate for child sex abuse victims - Israel News - H

**⊕HAARETZ**  All  **f** Share  **y** Tweet  **✉** Email
doubles

- **Jewish community worker is charged with child rape in St. Louis**
- **Fleeing abuse in Israel, non-Jewish women fear violence and deportation**
- **Israeli man accused of raping stepdaughter for 15 years, siring boy**

## PDF

To View PDF - Download Here Your PDF Online

Israel has become a safe haven for Jewish pedophiles from around the world, a leading advocate for child sexual abuse victims warned Monday at a Knesset committee pre-hearing on pedophilia in the ultra-Orthodox community.

**>> Subscribe for just $1 now**

"Sex offenders tend to move from country to country to avoid jail, but what makes Israel unique is the Law of Return, which essentially grants unhindered access to anyone who is Jewish to come here without any real screening," said Manny Waks, the chief executive officer of Kol v'Oz, a newly formed nonprofit that aims to prevent child sexual abuse in the global Jewish community.

### Want to read more articles about Israel education?

Email*                                    Sign up

■ I'd like to receive emails on offers, appeals and commercial info

The Law of Return grants automatic citizenship in Israel to those who meet its definition of a Jew.

Waks was raised in Melbourne, Australia where he attended Yeshiva Centre, a school run by the Chabad movement. Years later, he reported that he had been sexually abused by two members of the staff there. Waks and his family, who have since been featured in several Australian documentaries, were ostracized by the local Chabad community for coming out publicly with their story.

— Advertisement —



Israel becoming a "refuge for pedophiles," warns advocate for child sex abuse victims - Israel

⊛HAARETZ  All   📘 Share   🐦 Tweet   ✉ Email

Committee for the Rights of the Child.

The full committee is expected to convene for a special session on the topic after the Passover break.

Among those accused of sexual abuse who have fled to Israel, Waks cited the prominent case of Malka Leifer, the former principal of a religious girls' school in Melbourne, who allegedly assaulted eight of her charges. She is now under house arrest, and the Australian authorities are seeking her extradition. Waks noted several other cases of pedophiles and alleged pedophiles from the United States, Britain and the Netherlands who had fled to Israel either after being charged or to avoid being charged. Some have already been extradited back to their home countries where they are serving jail sentences.

"It seems to us Israel is increasingly becoming a refuge for pedophiles and alleged pedophiles," said Waks. "It's an easy get-out-of-jail card for them." Waks, who is married with three children, recently moved back to Israel, where he was born and served in the army.

According to research data he cited, one in five children in Israel experiences sexual abuse.

"There's a range of factors that suggest there may be a significantly higher proportion within the ultra-Orthodox community," said Waks. "I think any closed community would have increased cases, because these cases are silenced. They're swept under the carpet. Not only that, but in the Haredi community, they don't even talk about sex, so how can they talk about sexual abuse?"

His new organization, he said, will be lobbying the Knesset to change the statute of limitations so that victims of sexual crimes can have more time to file complaints.

Also present at the meeting with Shasha-Biton were the heads of a new Israeli group called "Lo Tishtok" (Thou Shall Not Be Silent) that aims to give voice to ultra-Orthodox victims of sexual abuse. Launched as a Facebook page five months ago, the group already has close to 4,200 followers and is planning to become a nonprofit organisation.

— Advertisement —

ws/.premium-israel-becoming-a-refuge-for-pedophiles-1.5420848