UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHERYL D. UZAMERE,

                      Plaintiff,                         JUDGMENT

   v.                                                           22-CV-4876 (LDH) (LB)

EHIGIE EDOBOR UZAMERE, et al.,

                      Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been entered on September 23, 2022, dismissing the spousal support claim for lack of subject matter jurisdiction, and dismissing the remaining federal claims as frivolous; declining to exercise supplemental jurisdiction over Plaintiff's state law claims, 28 U.S.C. § 1367(c)(3); denying Plaintiff's motion for recusal; denying all other pending motions as moot; directing the Plaintiff to show cause why she should not be barred from filing any new civil action without first obtaining the Court's permission within 30 days as set forth above; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and denying in forma pauperis status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); and a Memorandum and Order having been filed on December 15, 2022, dismissing this action as set forth in the Court's September 23, 2022 Memorandum and Order; denying Plaintiff's motion for reconsideration; it is

       ORDERED and ADJUDGED that the action is dismissed as set forth in the Court's September 23, 2022 Memorandum and Order; that Plaintiff's motion for reconsideration is denied; that Cheryl D. Uzamere is ENJOINED from filing any new action (whether fee paid or requesting in forma pauperis status) in the United States District Court for the Eastern District of New York without first obtaining permission from the Court; it is further

ORDERED and ADJUDGED that in order to seek permission, Cheryl D. Uzamere must include the proposed complaint AND a separate letter explaining the basis for requesting permission to file. If Cheryl D. Uzamere fails to include a separate request for leave to file, the Clerk of Court is directed to RETURN the submission without filing; no action will be taken. To eliminate the need to write a decision every time Cheryl D. Uzamere makes a frivolous filing (as that would largely defeat the purpose of the injunction), the injunction shall be further implemented as follows:

(1) The Clerk of Court is respectfully directed to open a miscellaneous case titled "In re Cheryl D. Uzamere" and file a copy of this Order under that miscellaneous docket number.

(2) Any action requesting permission to file by Cheryl D. Uzamere shall be filed under the miscellaneous docket number.

(3) The Court will review the filing and if it determines that the proposed complaint should not proceed, no further action will be taken.

(4) If the Court determines that the proposed complaint should proceed, the Court will grant permission to file and direct the Clerk of Court to open a new civil matter in which the complaint and leave application will be filed and Cheryl D. Uzamere will be notified by the Clerk of Court to pay the filing fee or request in forma pauperis status.

Plaintiff is prohibited from directly contacting any judicial chambers by telephone, electronic mail, fax, or other means. Plaintiff is also prohibited from contacting Court staff outside of the Courthouse (such as by the use of a judicial employee's personal phones, personal address or electronic mail or personal social media accounts) for any matter related to any case filed in this Court. Nothing herein shall be construed to prohibit Plaintiff from filing an appeal of this Order. Although Plaintiff paid the filing fee to commence this action, the Court certifies

pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

| | |
|---|---|
| Dated: Brooklyn, New York<br>December 16, 2022 | Brenna B. Mahoney<br>Clerk of Court |
| | By:   */s/Jalitza Poveda*<br>        Deputy Clerk |